# In The United States Court of Federal Claims

No. 03-2028T

(Filed: August 2, 2005)

KENNETH C. KEENER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A preliminary status conference will be held in this case on Wednesday, August 10, 2005, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge