# In The United States Court of Federal Claims

No. 03-2028T & 04-907T

(Filed: August 11, 2005)

---

KENNETH C. KEENER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic joint status conference was held in this case on August 10, 2005. Participating in the conference were Theresa Womack, on behalf of plaintiff, and Bert D. Jeffress, on behalf of defendant. By order this day, the court has consolidated this case with *Smith v. United States*, Case No. 04-907T, for purposes of the briefing of several anticipated dispositive motions. Pursuant to the discussions held at the status conference, the court adopts the following schedule:

1. On or before October 21, 2005, defendant shall file its motion to dismiss certain counts of the complaint for lack of jurisdiction;

2. On or before November 29, 2005, plaintiff shall file its response to defendant's motion and its motion for partial summary judgment;

3. On or before January 6, 2006, defendant shall file its reply in support of its motion to dismiss and its response to plaintiff's motion for partial summary judgment.

4. On or before January 23, 2006, plaintiff shall file its reply brief in support of its motion for partial summary judgment.

The parties have proposed and the court agrees that any further proceedings regarding plaintiff's claim for abatement of interest are stayed pending the appeal in *Hink v. United States*, Fed. Cir. No. 05-5099.

**IT IS SO ORDERED**.

s/Francis M. Allegra
Francis M. Allegra
Judge