IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2028 T

Judge Francis M. Allegra

(Consolidated with 04-907 T)

---

KENNETH C. KEENER,

Plaintiff

v.

THE UNITED STATES,

Defendant

---

CORRECTION TO MOTION OF THE UNITED STATES FOR ENLARGEMENT OF TIME AND TO AMEND THE COURT'S BRIEFING ORDER

---

On October 12, 2005, the United States filed a motion for enlargement of time and to amend the Court's briefing order. That motion contained a misstatement embedded in the following sentence:

> The basis for suspension of briefing is that no less than four Federal Circuit Courts of Appeal and one decision of the Court of Federal Claims have concluded that 26 U.S.C. § 7422(h) precludes subject matter jurisdiction over plaintiffs' period of limitation claims in a partner level proceeding like the present one, see Weiner v. United States, 389 F.3d 152, 155-59 (5th Cir. 2004); Davenport Recycling Assocs. v. Commissioner, 220 F.3d 1255, 1260-61 (11th Cir. 2000); Chimblo v. Commissioner, 177 F.3d 119, 125 (2nd Cir. 1999); Kaplan v. United States, 133 F.3d 469, 473-74 (7th Cir. 1998); Slovacek v. United States, 36 Fed. Cl. 250, 254-55 (1996), and no federal appellate court has reached a contrary result.

The statement is incorrect insofar as Chimblo and Davenport do not appear to have relied on 26 U.S.C. § 7422(h). Both, however, do support the United States' contention that plaintiffs' period of limitation claims cannot be raised in a partner level proceeding like the present one, albeit on reasoning not relying on 26 U.S.C. § 7422(h).

Respectfully submitted,

S/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
MILDRED L. SEIDMAN
*Chief, Court of Federal Claims Section*
DAVID GUSTAFSON
*Assistant Chief, Court of Federal Claims Section*

S/David Gustafson
Of Counsel

October 13, 2005