# In The United States Court of Federal Claims

No. 03-2028T & 04-907T

(Filed: October 14, 2005)

---

KENNETH C. KEENER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On October 12, 2005, defendant filed a motion for enlargement of time and to amend the court's previous scheduling order. The motion for enlargement was unopposed, and requested delaying the start of briefing for 14 days due to the assignment of a new reviewer to this case.

The court's order of August 11, 2005, established the briefing schedule for defendant's motion to dismiss and plaintiff's motion for partial summary judgment. Defendant's motion seeks clarification of the scope of plaintiff's motion. In accordance with the joint preliminary status report filed on July 22, 2005, and the discussion at the joint preliminary status conference on August 10, 2005, plaintiff's motion for partial summary judgment shall be limited to the jurisdictional questions raised in issues 1, 3, and 4 of that status report. Defendant's motion is hereby **GRANTED**.

Accordingly, the court adopts the following revised schedule:

1. On or before November 4, 2005, defendant shall file its motion to dismiss certain counts of the complaint for lack of jurisdiction;

2. On or before December 13, 2005, plaintiff shall file its response to defendant's motion and its motion for partial summary judgment;

3. On or before January 20, 2006, defendant shall file its reply in support of its motion to dismiss and its response to plaintiff's motion for partial summary judgment.

4. On or before February 6, 2006, plaintiff shall file its reply brief in support of its motion for partial summary judgment.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge