IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2028 T

Judge Francis M. Allegra

(Consolidated with 04-907 T)

KENNETH C. KEENER,

Plaintiff

v.

THE UNITED STATES,

Defendant

APPENDIX B TO
MOTION OF THE UNITED STATES FOR PARTIAL DISMISSAL
OF PLAINTIFFS' COMPLAINTS

EILEEN J. O'CONNOR
*Assistant Attorney General*

DAVID GUSTAFSON
STEVE I. FRAHM
ELLEN C. SPECKER
BART D. JEFFRESS
*Attorneys*
*Justice Department (Tax)*
*Court of Federal Claims Section*
*P.O. Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (FAX)

# INDEX


| Exhibit | Description | |
|---|---|---|
| 1 | Certified Copy of Petition for Readjustment of Partnership Items for AVII | B1 |
| 2 | Certified Copy of Petition for Readjustment of Partnership Items for AVF | B27 |
| 3 | Certified Copy of Decision in AVII | B55 |
| 4 | Certified Copy of Decision in AVF | B58 |
| 5 | Certified Copy of Petition for Readjustment of Partnership Items for RGA | B61 |
| 6 | Certified Copy of Petition for Readjustment of Partnership Items for DHV | B89 |
| 7 | Settlement Agreement of Smiths re DHV (Accompanied by Jeffress Declaration) | B114 |
| 8 | Certified Copy of Decision in RGA | B116 |
| 9 | Certified Copy of Decision in DHV | B119 |