assigned - Halpern

UNITED STATES TAX COURT

| | | |
|---|---|---|
| AGRI-VENTURE-II, FREDERICK H. BEHRENS, Tax Matters Partner, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent. | ) | Docket No. 15048-91 Judge Halpern |

ADM. | RECORD | RM | SERVICE | RM | CAL. | STAT. | S.T. JUDGE | Halpern | FILES

# DECISION

Pursuant to Rule 248(b) of the Tax Court Rules of Practice and Procedure and Respondent's Motion for Entry of Decision, it is

ORDERED AND DECIDED: That the following statement shows the adjustments to the partnership items of Agri-Venture-II for the taxable years 1984 and 1985, as set forth below:

**1984 Year**

**ADJUSTMENTS TO ORDINARY INCOME:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Farming Expense Schedule F | $23,926,643.00 | $13,139,725.00 |
| Other Deductions | $ 416,189.00 | $ 416,189.00 |
| Capital Contributed during the year | $ 7,964,500.00 | $ 7,964,500.00 |
| Liabilities | $19,141,315.00 | $ 5,571,525.00 |

**TAX PREFERENCE ITEMS:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Qualified Investment Income | $ 19,889.00 | $ 19,889.00 |
| Qualified Investment Expense | $24,099,428.00 | $ 4,819,887.00 |

EXHIBIT 3

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: Angela Frith
DEPUTY CLERK

SERVED JUL 19 2001

**OTHER ADJUSTMENTS:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Investment Interest Investment Income | $19,889.00 | $19,889.00 |

**1985 Year**

**ADJUSTMENTS TO ORDINARY INCOME:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Cost of Goods Sold Schedule F | $23,926,643.00 | $23,926,643.00 |
| Other Deductions | $ 313,564.00 | $ 313,564.00 |

**TAX PREFERENCE ITEMS:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Qualified Investment Income | $12,711,147.00 | $12,711,147.00 |
| Qualified Investment Expense | $10,161,960.00 | $10,161,960.00 |

**OTHER ADJUSTMENTS:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Investment Interest Investment Income | $114,371.00 | $114,371.00 |
| Qualified Investment Property New, 3 Year | $ 3,247.00 | $ 3,247.00 |
| Qualified Investment Property New, Other | $ 37,721.00 | $ 37,721.00 |
| Qualified Investment Property Used, Other | $119,737.00 | $119,737.00 |

That the foregoing adjustments to partnership income and expense are attributable to transactions which lacked economic substance, as described in former I.R.C. § 6621(c)(3)(A)(v), so as to result in a substantial distortion of income and expense, as described in I.R.C. § 6621(c)(3)(A)(iv), when computed under the partnership's cash receipts and disbursements method of accounting;

That liabilities in the amount of $13,569,790 lack economic substance; and

That the assessment of any deficiencies in income tax that are attributable to the adjustments to partnership items for the years 1984 and 1985 are not barred by the provisions of I.R.C. § 6229.

James S. Halpern

Judge

Entered: JUL 19 2001