**UNITED STATES TAX COURT**
Washington, D.C.

**CERTIFICATE**

I, CHARLES S. CASAZZA, Clerk of the United States Tax Court, do hereby certify that the document attached hereto is a true copy of DECISION entered July 19, 2001 in the case of AGRI-VENTURE FUND, FREDERICK H. BEHRENS, TAX MATTERS PARTNER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent, Docket No. 15034-91 in this Court, and that the original documents in that case are in my official custody and are on file in my office.

IN TESTIMONY WHEREOF, my signature and the seal of the Court are affixed hereto at Washington, D. C. this 23rd day of April, 2004.

CHARLES S. CASAZZA
Clerk of the Court

By [signature]
Lynne L. Glasser
Deputy Clerk of the Court

EXHIBIT
tabbies
4

SERVICE
STAT.
T. JUDGE
Halpern

UNITED STATES TAX COURT

AGRI-VENTURE FUND, FREDERICK H. BEHRENS, TAX MATTERS PARTNER,

Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15034-91

Judge Halpern

DECISION

Pursuant to Rule 248(b) of the Tax Court's Rules of Practice and Procedure and Respondent's Motion for Entry of Decision, it is

ORDERED AND DECIDED: That the following statement reflects the correct adjustments to the partnership items of Agri-Venture Fund for the taxable year 1985:

**1985 Year**

**ADJUSTMENTS TO ORDINARY INCOME:**

| Partnership Item | As reported | As Determined |
|---|---|---|
| Farming Expense Schedule F | $27,605,580.00 | $14,364,026.00 |
| Other Deductions | $ 510,828.00 | $ 510,828.00 |
| Rental Expenses/ Depreciation | $ 369,661.00 | $ 369,661.00 |
| Capital Contributed during the year | $10,701,000.00 | $10,701,000.00 |
| Liabilities | $23,949,936.00 | $ 8,234,221.00 |

**TAX PREFERENCE ITEMS:**

| Partnership Item | As reported | As Determined |
|---|---|---|
| Qualified Investment Expense | $28,201,208.00 | $ 5,076,217.00 |
| Qualified Investment Income | $ 33,154.00 | $ 33,154.00 |

JUL 2 2001

**OTHER ADJUSTMENTS:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Investment Interest Investment Income | $ 16,093.00 | $ 16,093.00 |
| Investment Credit Property Valuation New 3-Year | $ 182,279.00 | $ 182,279.00 |
| Investment Credit Property Valuation New-Other | $ 2,418,496.00 | $ 2,418,496.00 |
| Investment Credit Property Valuation Used-Other | $ 14,974.00 | $ 14,974.00 |

That the foregoing adjustments are attributable to the partnerships reporting of transactions, as described at I.R.C. § 6621(c)(3)(A)(v), which lacked economic substance so as to result in a substantial distortion of partnership income under the partnership's cash receipts and disbursements method of accounting, as described at I.R.C. § 6621(c)(3)(A)(iv);

That the liabilities in the amount of $15,715,715 lack economic substance; and

That the assessment of any deficiencies in income tax due from the partners that are attributable to the foregoing adjustments to partnership items or to affected items for year 1985 is not barred by the provisions of I.R.C. § 6229.

James S. Halpern RF
Judge

Entered: JUL 19 2001