IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2028 T

Judge Francis M. Allegra

(Consolidated with 04-907 T)

---

KENNETH C. KEENER,

Plaintiff

v.

THE UNITED STATES,

Defendant

---

DECLARATION OF BART D. JEFFRESS

---

I, Bart D. Jeffress, pursuant to the provisions of 28 U.S.C. § 1746, make the following declaration based on personal knowledge:

1. I am the Department of Justice trial attorney assigned to defend the above captioned cases;
2. I have in my possession certain administrative files of the Internal Revenue Service provided to me by the agency that relate to the transactions in suit;
3. Those files include the following document, which, to the best of my knowledge and belief, is what it purports to be:

   Form 870-P(AD) Settlement Agreement for Partnership Adjustments of William P., Jr. and Anne D. Smith re Desert Highland Vineyards and Tax Year 1985

A copy of this document is attached to (in ECF format follows) this declaration as Exhibit 7 to Appendix B.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed in Washington, D.C. on November 04 , 2005.

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: Bart.D.Jeffress@usdoj.gov*
EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Acting Chief, Court of Federal Claims Section*
STEVE I. FRAHM
*Assistant Chief, Court of Federal Claims Section*
ELLEN C. SPECKER
*Reviewer*
Of Counsel