FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY REFER TO:
MS 4550
122096-1618

TAXPAYER(S) NAME(S) AND ADDRESS

William P., Jr. and Anne D. Smith
5120 E. Frank Phillips Blvd
Bartlesville, OK 74006

TIN: 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 / 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

NAME OF PARTNERSHIP

Desert Highland Vineyards

TIN: 33-0121107

TAX YEAR ENDED: 1985

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER [signature] DATE Feb 1, 1999

SIGNATURE OF TAXPAYER Anne D. Smith DATE Feb 1, 1999

RECEIVED ESU APR 20 1999 OGDEN SERVICE CENTER

BY (SIGNATURE AND TITLE) DATE

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

CONSISTENT AGREEMENT

RECEIVED MAY 25 1999 KCSC-ESU

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER: APR 09 1999 | SIGNATURE: [signature] |
| --- | --- | --- |
| | OFFICE: So. Calif. Appeals | TITLE: Associate Chief, Appeals |

EXHIBIT 7

FORM 870-P(AD)(5-88)

## Schedule of Adjustments

Name of Partnership: DESERT HIGHLAND VINEYARDS

Taxpayer Identifying Number: 33-0121107

| | Tax Years(s) Ended | | |
|---|---|---|---|
| | December 31, 1985 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| Schedule F – Farm Loss | 1,423,734 | | |
| Other Deductions | 38,822 | | |
| **Total Adjustments To Ordinary Income** | 1,462,556 | 0 | 0 |
| **Other Adjustment: T.P.I. – Qualified Investment Expense** | | | |
| (1) Adjustment | (2,301,063) | | |
| (2) As Reported | 3,434,422 | | |
| (3) Corrected | 1,133,359 | 0 | 0 |
| **Other Adjustment: T.P.I. – Qualified Investment Income** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 3,745 | | |
| (3) Corrected | 3,745 | 0 | 0 |
| **Other Adjustment: Invest. Interest – Invest. Income** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 3,745 | | |
| (3) Corrected | 3,745 | 0 | 0 |
| **Other Adjustment: Investment Credit Property – Used/Other** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 125,000 | | |
| (3) Corrected | 125,000 | 0 | 0 |

Remarks

assigned Halpern

UNITED STATES TAX COURT

| | | |
|---|---|---|
| RICHGROVE GRAPE ASSOCIATES FREDERICK H. BEHRENS, Tax Matters Partner, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent. | ) | Docket No. 15044-91 Judge Halpern |

ADJ. | CAL. | STAT. | S.T. JUDGE Halpern | FILES

DECISION

Pursuant to Rule 248(b) of the Tax Court Rules of Practice and Procedure and Respondent's Motion for Entry of Decision, it is

ORDERED AND DECIDED: That the following statement shows the adjustments to the partnership items of Richgrove Grape Associates for the taxable years 1984 and 1985, as set forth below:

1984 Year

ADJUSTMENTS TO ORDINARY INCOME:

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Farming Expense Schedule F | $4,766,893.00 | $2,788,170.00 |
| Other Deductions | $ 121,027.00 | $ 121,027.00 |
| Capital Contributed during the year | $2,177,000.00 | $2,177,000.00 |
| Liabilities | $3,813,514.00 | $ 723,529.00 |

TAX PREFERENCE ITEMS:

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Qualified Investment Income | $ 8,668.00 | $ 8,668.00 |
| Qualified Investment Expense | $4,839,046.00 | $1,306,542.00 |

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: Angela Frith
DEPUTY CLERK

EXHIBIT 8

SERVED JUL 19 2001

**OTHER ADJUSTMENTS:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Investment Interest Investment Income | $ 8,668.00 | $ 8,668.00 |

**1985 Year**

**ADJUSTMENTS TO ORDINARY INCOME:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Farming Expense Schedule F | $1,950,621.00 | $1,950,621.00 |
| Cost of Goods Sold Schedule F | $4,766,893.00 | $4,766,893.00 |
| Other Deductions | $ 117,901.00 | $ 117,901.00 |

**TAX PREFERENCE ITEMS:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Qualified Investment Income | $1,940,175.00 | $1,940,175.00 |
| Qualified Investment Expense | $2,047,839.00 | $2,047,839.00 |

**OTHER ADJUSTMENTS:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Investment Interest Investment Income | $ 34,293.00 | $ 34,293.00 |
| Investment Credit Property Used Other | $ 125,000.00 | $ 125,000.00 |
| Property Claimed Eligible for Investment Tax Credit | $125,000.00 | $125,000.00 |

That the adjustments to partnership income and expense for the 1984 taxable year are attributable to transactions which lacked economic substance, as described in former I.R.C. § 6621(c)(3)(A)(v), so as to result in a substantial distortion of income and expense, as described in I.R.C. § 6621(c)(3)(A)(iv), when computed under the partnership's cash receipts and disbursements method of accounting;

That liabilities in the amount of $3,089,985 lack economic substance; and

That the assessment of any deficiencies in income tax that are attributable to the adjustments to partnership items for the years 1984 and 1985 are not barred by the provisions of I.R.C. § 6229.

James S. Halpern RT
Judge

Entered: JUL 19 2001

assigned Halpern

UNITED STATES TAX COURT

| | | |
|---|---|---|
| DESERT HIGHLAND VINEYARDS, FREDERICK H. BEHRENS, Tax Matters Partner, | ) | |
| Petitioner, | ) | Docket No. 15056-91 |
| v. | ) | Judge Halpern |
| COMMISSIONER OF INTERNAL REVENUE, | ) | |
| Respondent. | ) | |

ADJ. / REV'D / SERVED / CAL. / STAT. / S.T. JUDGE Halpern / FILES

**DECISION**

Pursuant to Rule 248(b) of the Tax Court Rules of Practice and Procedure and Respondent's Motion for Entry of Decision, it is

ORDERED AND DECIDED: That the following statement shows the adjustments to the partnership items of Desert Highland Vineyards for the taxable year 1985, as set forth below:

**1985 Year**

**ADJUSTMENTS TO ORDINARY INCOME:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Farming Expense Schedule F | $3,377,028.00 | $1,932,227.00 |
| Other Deductions | $ 92,085.00 | $ 92,085.00 |
| Capital Contributed during the year | $1,620,000.00 | $1,620.000.00 |
| Liabilities | $2,818,898.00 | $ 400,567.00 |

**TAX PREFERENCE ITEMS:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Qualified Investment Income | $ 3,745.00 | $ 3,745.00 |
| Qualified Investment Expense | $3,434,422.00 | $ 892,950.00 |

EXHIBIT 9

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: Angela Frith
DEPUTY CLERK

SERVED JUL 19 2001

**OTHER ADJUSTMENTS:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Investment Interest Investment Income | $ 3,745.00 | $ 3,745.00 |
| Qualified Investment Property Used, Other | $ 125,000.00 | $ 125,000.00 |

That the foregoing adjustments to partnership income and expense are attributable to transactions which lacked economic substance, as described in former I.R.C. § 6621(c)(3)(A)(v), so as to result in a substantial distortion of income and expense, as described in I.R.C. § 6621(c)(3)(A)(iv), when computed under the partnership's cash receipts and disbursements method of accounting;

That liabilities in the amount of $2,418,331 lack economic substance; and

That the assessment of any deficiencies in income tax that are attributable to the adjustments to partnership items for the year 1985 is not barred by the provisions of I.R.C. § 6229.

James S. Halpern RF
Judge

Entered: JUL 19 2001