IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2028 T

Judge Francis M. Allegra

(Consolidated with 04-907 T)

---

KENNETH C. KEENER,

Plaintiff

v.

THE UNITED STATES,

Defendant

---

APPENDIX C TO MOTION OF THE UNITED STATES FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINTS: BATES STAMPED EXHIBITS OF COMPLAINT OF KENNETH C. KEENER

---

EILEEN J. O'CONNOR
*Assistant Attorney General*

DAVID GUSTAFSON
STEVE I. FRAHM
ELLEN C. SPECKER
BART D. JEFFRESS
*Attorneys*
*Justice Department (Tax)*
*Court of Federal Claims Section*
*P.O. Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (FAX)