IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENNETH C. KEENER | § | |
| | § | |
| Plaintiff, | § | Docket No.03-2028T |
| v. | § | Consolidated with 04-907T |
| | § | |
| | § | |
| UNITED STATES OF AMERICA | § | Judge Francis M. Allegra |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith move for an enlargement of time to respond to the United States' motion for partial dismissal and to cross move their motion for partial summary judgment and in support would show the Court as follows:

Plaintiffs Kenneth C. Keener, William P. Smith, Jr., and Anne D. Smith's response and cross-motion for summary judgment are currently due December 13, 2005.

Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith have been unable to complete preparation of their response and cross motion because their counsel's computer system crashed on the evening of Thursday, December 8, 2005, due to a hardware failure and on Monday, December 12, 2005, due to a computer virus.

Plaintiffs respectfully request an enlargement of fourteen (14) days to permit their counsel time to regain access to their files and complete preparation of the response and cross-motion for summary judgment after the coming holidays.

Counsel for the United States represented to counsel for Plaintiffs that the United States is unopposed to this motion.

WHEREFORE, Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith respectfully request an enlargement of fourteen days, until December 27, 2005, in which to respond and cross-move for summary judgment.

Respectfully,

/s/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

## CERTIFICATE OF CONFERENCE

On Monday, December 12, 2005, Teresa J. Womack, associate counsel for plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith spoke with Mr. Bart D. Jeffress, counsel for the United States, who stated that the United States is unopposed to this forgoing motion.

/s/ Teresa J. Womack

Teresa J. Womack