IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENNETH C. KEENER | § | |
| | § | |
| Plaintiff, | § | Docket No.03-2028T |
| v. | § | Consolidated with 04-907T |
| | § | |
| | § | |
| UNITED STATES OF AMERICA | § | Judge Francis M. Allegra |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith move for an enlargement of time to respond to the United States' motion for partial dismissal and to cross move their motion for partial summary judgment and in support would show the Court as follows:

Plaintiffs Kenneth C. Keener, William P. Smith, Jr., and Anne D. Smith's response and cross-motion for summary judgment are currently due January 4, 2006. This is the second request for an enlargement of time requested in for this document.

Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith have been unable to complete preparation of their response and cross motion because of illness of counsel. Mr. Redding and associate counsel, Ms. Womack, have been ill with the flu.

Plaintiffs respectfully request an enlargement of seven (7) days to permit their counsel time to complete preparation of the response and cross-motion for summary judgment.

Counsel for the United States represented to counsel for Plaintiffs that the United States is unopposed to this motion.

WHEREFORE, Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith respectfully request an enlargement of seven days, until January 11, 2006, in which to respond and cross-move for summary judgment.

Respectfully,

/s/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

## CERTIFICATE OF CONFERENCE

On Wednesday, January 4, 2006, Teresa J. Womack, associate counsel for plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith spoke with Mr. Bart D. Jeffress, counsel for the United States, who stated that the United States is unopposed to this forgoing motion.

/s/ Teresa J. Womack

Teresa J. Womack