# In The United States Court of Federal Claims

No. 03-2028T & 04-907T[1]

(Filed: January 5, 2005)

KENNETH C. KEENER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 4, 2006, plaintiff filed a motion for an enlargement of time in which to file their response and cross motion for summary judgment.

Accordingly, the court adopts the following revised schedule:

1. On or before January 11, 2006, plaintiff shall file its response to defendant's motion and its motion for partial summary judgment;

2. On or before February 21, 2006, defendant shall file its reply in support of its motion to dismiss and its response to plaintiff's motion for partial summary judgment.

3. On or before March 7, 2006, plaintiff shall file its reply in support of its motion for partial summary judgment.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge

[1] By the court's August 11, 2005, order, *Smith v. United States*, No. 04-907T, has been consolidated with this case for the purpose of briefing the parties' dispositive motions.