IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENNETH C. KEENER | § | |
| | § | |
| Plaintiff, | § | Docket No.03-2028T |
| v. | § | Consolidated with 04-907T |
| | § | |
| | § | |
| UNITED STATES OF AMERICA | § | Judge Francis M. Allegra |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith move for an enlargement of time to respond to the United States' motion for partial dismissal and to cross move their motion for partial summary judgment and in support would show the Court as follows:

Plaintiffs Kenneth C. Keener, William P. Smith, Jr., and Anne D. Smith's response and cross-motion for summary judgment were due January 11, 2006. Plaintiffs requested an enlargement of time to file their response and cross-motion until January 20, 2006, which has not yet been ruled upon. This is the forth request for an enlargement of time requested in for this document.

Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith have been unable to complete preparation of their response and cross motion because Mr. Redding suffered a drug reaction to one of the antibiotics given to him for the complications he suffered from the flu.

Plaintiffs respectfully request an additional enlargement of seven (7) days to permit their counsel time to complete preparation of the response and cross-motion for summary judgment.

Counsel for the United States represented to counsel for Plaintiffs that the United States is unopposed to this motion.

WHEREFORE, Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith respectfully request an enlargement of nine days, until January 27, 2006, in which to respond and cross-move for summary judgment.

Respectfully,

/s/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

## CERTIFICATE OF CONFERENCE

On Thursday, January 19, 2006, Teresa J. Womack, associate counsel for plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith, spoke with Mr. Bart D. Jeffress, counsel for the United States, who stated that the United States is unopposed to this forgoing motion.

/s/ Teresa J. Womack

Teresa J. Womack