# In The United States Court of Federal Claims

No. 03-2028T & 04-907T[1]

(Filed: January 23, 2006)

---

KENNETH C. KEENER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On January 20, 2006, plaintiff filed a motion for an enlargement of time in which to file its response and cross motion for partial summary judgment. Accordingly, the court adopts the following revised schedule:

1. On or before January 27, 2006, plaintiff shall file its response to defendant's motion and its cross motion for partial summary judgment (**no further enlargements of this deadline will be granted**);

2. On or before March 9, 2006, defendant shall file its reply in support of its motion to dismiss and its response to plaintiff's cross motion for partial summary judgment.

3. On or before March 23, 2006, plaintiff shall file its reply in support of its cross motion for partial summary judgment.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge

---

[1] By the court's August 11, 2005, order, *Smith v. United States*, No. 04-907T, has been consolidated with this case for the purpose of briefing the parties' dispositive motions.