IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENNETH C. KEENER | § | |
| | § | |
| Plaintiff, | § | Docket No.03-2028T |
| v. | § | Consolidated with 04-907T |
| | § | |
| | § | |
| UNITED STATES OF AMERICA | § | Judge Francis M. Allegra |
| | § | |
| Defendant. | § | |

## Plaintiffs' Motion to Substitute Lead Counsel

Pursuant to RCFC 83.1(c)(4), Teresa J. Womack enters her appearance as Lead Counsel/Attorney of Record on behalf of Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith in the above styled and captioned matter.

Respectfully,

/s/ Teresa J. Womack

Teresa J. Womack
Redding & Associates, P.C.
2419 W. T.C. Jester
Houston, Texas 77018
713-965-9244
713-621-5227 (Fax)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENNETH C. KEENER | § | |
| | § | |
| Plaintiff, | § | Docket No.03-2028T |
| v. | § | Consolidated with 04-907T |
| | § | |
| | § | |
| UNITED STATES OF AMERICA | § | Judge Francis M. Allegra |
| | § | |
| Defendant. | § | |

## Declaration of Appointment

I, Teresa J. Womack, have been authorized to enter my appearance as Lead Counsel/Attorney of Record on behalf of Kenneth C. Keener, William P. Smith, Jr., and Anne D. Smith by Thomas E. Redding, the current Lead Counsel/Attorney of Record for Kenneth C. Keener, William P. Smith, Jr., and Anne D. Smith. Kenneth C. Keener, William P. Smith, Jr., and Anne D. Smith retained the law firm of Redding & Associates, P.C. to represent them in this matter. I am an attorney employed by Redding & Associates, P.C.

I declare under penalty of perjury that the forgoing statement is true and correct and based upon by personal knowledge.

1/27/06
Date

/s/ Teresa J. Womack

Teresa J. Womack
Redding & Associates, P.C.
2419 W. T.C. Jester
Houston, Texas 77018
713-965-9244
713-621-5227 (Fax)