IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENNETH C. KEENER | § | |
| | § | |
| Plaintiff, | § | Docket No.03-2028T |
| v. | § | Consolidated with 04-907T |
| | § | |
| | § | |
| UNITED STATES OF AMERICA | § | Judge Francis M. Allegra |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith move for an enlargement of time to respond to the United States' motion for partial dismissal and to cross move their motion for partial summary judgment and in support would show the Court as follows:

Plaintiffs Kenneth C. Keener, William P. Smith, Jr., and Anne D. Smith's response and cross-motion for summary judgment are due January 27, 2006.

Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith have been unable to complete preparation of their response and cross motion due to illness.

Plaintiffs respectfully request an additional enlargement of fourteen (14) days to permit their counsel time to complete preparation of the response and cross-motion for summary judgment.

This is the fifth and final request for an enlargement of time requested for this document.

Counsel for the United States represented to counsel for Plaintiffs that the United States is unopposed to this motion.

WHEREFORE, Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith respectfully request an enlargement of fourteen days, until February 10, 2006, in which to respond and cross-move for summary judgment.

Respectfully,

/s/ Teresa J. Womack

Teresa J. Womack
Texas State Bar No. 00788707
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Thomas E. Redding
Texas State Bar No. 16661300
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

## CERTIFICATE OF CONFERENCE

On Friday, January 27, 2006, I communicated with Mr. Bart D. Jeffress, counsel for the United States, who represented that the United States is unopposed to the forgoing motion.

/s/ Teresa J. Womack

Teresa J. Womack