# In The United States Court of Federal Claims

No. 03-2028T & 04-907T[1]

(Filed: January 30, 2006)

---

KENNETH C. KEENER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On January 27, 2006, plaintiff filed a motion for an enlargement of time in which to file its response and cross motion for partial summary judgment. Accordingly, the court adopts the following revised schedule:

1. On or before February 10, 2006, plaintiff shall file its response to defendant's motion and its cross motion for partial summary judgment (**absolutely no further enlargements of this deadline will be granted**);

2. On or before March 23, 2006, defendant shall file its reply in support of its motion to dismiss and its response to plaintiff's cross motion for partial summary judgment; and

3. On or before April 6, 2006, plaintiff shall file its reply in support of its cross motion for partial summary judgment.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge

---

[1] By the court's August 11, 2005, order, *Smith v. United States*, No. 04-907T, has been consolidated with this case for the purpose of briefing the parties' dispositive motions.