Form **1040** Department of the Treasury—Internal Revenue Service
# U.S. Individual Income Tax Return 1984

For the year January 1-December 31, 1984, or other tax year beginning ........, 1984, ending ........, 19 .. | OMB No. 1545-0074

Use IRS label. Otherwise, please print or type.

| | | |
|---|---|---|
| Your first name and initial (if joint return, also give spouse's name and initial): Kenneth C. | Last name: Keener | Your social security number: [redacted] 5770 |
| Present home address (Number and street, including apartment number, or rural route): 1507-A Harold | | Spouse's social security number |
| City, town or post office, State, and ZIP code: Houston, Texas 77006 | Your occupation: Attorney | Spouse's occupation |

**Presidential Election Campaign** ▶ Do you want $1 to go to this fund? . . . Yes / No
If joint return, does your spouse want $1 to go to this fund? . . . Yes / No
*Note: Checking "Yes" will not change your tax or reduce your refund.*

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

## Filing Status

Check only one box.

1. [x] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's social security no. above and full name here.
4. [ ] Head of household (with qualifying person). (See page 5 of Instructions.) If the qualifying person is your unmarried child but not your dependent, write child's name here.
5. [ ] Qualifying widow(er) with dependent child (Year spouse died ▶ 19 ). (See page 6 of Instructions.)

## Exemptions

Always check the box labeled Yourself. Check other boxes if they apply.

6a [x] Yourself [ ] 65 or over [ ] Blind
b [ ] Spouse [ ] 65 or over [ ] Blind

Enter number of boxes checked on 6a and b ▶ 1

c First names of your dependent children who lived with you

Enter number of children listed on 6c ▶

d Other dependents:

| (1) Name | (2) Relationship | (3) Number of months lived in your home | (4) Did dependent have income of $1,000 or more? | (5) Did you provide more than one-half of dependent's support? |
|---|---|---|---|---|
| | | | | |
| | | | | |

Enter number of other dependents ▶

e Total number of exemptions claimed (also complete line 36). . . . Add numbers entered in boxes above ▶ 1

## Income

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 4 of Instructions.

Please attach check or money order here.

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. | | 7 | 319,156 29 |
| 8 | Interest income *(also attach Schedule B if over $400)* | | 8 | 4,120 38 |
| 9a | Dividends *(also attach Schedule B if over $400)* 1,420 35, 9b Exclusion 100 00 | | | |
| c | Subtract line 9b from line 9a and enter the result | | 9c | 1,320 35 |
| 10 | Refunds of State and local income taxes, from the worksheet on page 9 of Instructions *(do not enter an amount unless you itemized deductions for those taxes in an earlier year—see page 9)* | | 10 | |
| 11 | Alimony received | | 11 | |
| 12 | Business income or (loss) *(attach Schedule C)* | | 12 | |
| 13 | Capital gain or (loss) *(attach Schedule D)* | | 13 | 9,040 40 |
| 14 | 40% of capital gain distributions not reported on line 13 (see page 9 of Instructions) | | 14 | |
| 15 | Supplemental gains or (losses) *(attach Form 4797)* | | 15 | |
| 16 | Fully taxable pensions, IRA distributions, and annuities not reported on line 17 | | 16 | 5,324 40 |
| 17a | Other pensions and annuities, including rollovers. Total received | 17a | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. *(attach Schedule E)* | | 18 | (190,092 00) |
| 19 | Farm income or (loss) *(attach Schedule F)* | | 19 | |
| 20a | Unemployment compensation (insurance). Total received | 20a | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | | 20b | |
| 21a | Social security benefits. (see page 10 of Instructions) | 21a | | |
| b | Taxable amount, if any, from the worksheet on page 11 of Instructions | | 21b | |
| 22 | Other income (state nature and source—see page 11 of Instructions) | | 22 | |
| 23 | Add lines 7 through 22. This is your **total income** ▶ | | 23 | 148,869 82 |

## Adjustments to Income

(See Instructions on page 11.)

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 24 | Moving expense *(attach Form 3903 or 3903F)* | 24 | | |
| 25 | Employee business expenses *(attach Form 2106)* | 25 | | |
| 26a | IRA deduction, from the worksheet on page 12 | 26a 2,000 00 | | |
| b | Enter here IRA payments you made in 1985 that are included in line 26a above ▶ | | | |
| 27 | Payments to a Keogh *(H.R. 10)* retirement plan | 27 | | |
| 28 | Penalty on early withdrawal of savings | 28 | | |
| 29 | Alimony paid | 29 | | |
| 30 | Deduction for a married couple when both work *(attach Schedule W)* | 30 | | |
| 31 | Add lines 24 through 30. These are your **total adjustments** ▶ | | 31 | 2,000 00 |

PLAINTIFFS' EXHIBIT 3

## Adjusted Gross Income

| Line | Description | Line | Amount |
|---|---|---|---|
| 32 | Subtract line 31 from line 23. This is your **adjusted gross income**. *If this line is less than $10,000, see "Earned Income Credit" (line 59) on page 16 of Instructions. If you want IRS to figure your tax, see page 12 of* | 32 | 146,869 82 |

COPY

Form 1040 (1984) Page

## Tax Computation

(See Instructions on page 13.)

| Line | Description | | Amount |
|---|---|---|---|
| 33 | Amount from [illegible]2 (adjusted gross income) | 33 | 146,869 82 |
| 34a | If you itemize, attach Schedule A (Form 1040) and enter the amount from Schedule A, line 26. **Caution:** If you have unearned income and can be claimed as a dependent on your parent's return, check here ▶ ☐ and see page 13 of the Instructions. Also see page 13 if: • You are married filing a separate return and your spouse itemizes deductions, OR • You file Form 4563, OR • You are a dual-status alien. | 34a | 21,863 52 |
| 34b | If you do not itemize deductions, and you have charitable contributions, complete the worksheet on page 14. Then enter the allowable part of your contributions here | 34b | |
| 35 | Subtract line 34a or 34b, whichever applies, from line 33 | 35 | 125,006 30 |
| 36 | Multiply $1,000 by the total number of exemptions claimed on Form 1040, line 6e | 36 | 1,000 00 |
| 37 | Taxable Income. Subtract line 36 from line 35 | 37 | 124,006 30 |
| 38 | Tax. Enter tax here and check if from ☐ Tax Table, ☒ Tax Rate Schedule X, Y, or Z, or ☐ Schedule G | 38 | 49,938 15 |
| 39 | Additional Taxes. (See page 14 of Instructions.) Enter here and check if from ☐ Form 4970, ☐ Form 4972, or ☐ Form 5544 | 39 | |
| 40 | Add lines 38 and 39. Enter the total ▶ | 40 | 49,938 15 |

## Credits

(See Instructions on page 14.)

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 41 | Credit for child and dependent care expenses *(attach Form 2441)* | 41 | | | |
| 42 | Credit for the elderly and the permanently and totally disabled *(attach Schedule R)* | 42 | | | |
| 43 | Residential energy credit *(attach Form 5695)* | 43 | 254 40 | | |
| 44 | Partial credit for political contributions for which you have receipts | 44 | | | |
| 45 | Add lines 41 through 44. These are your total personal credits | | | 45 | 254 40 |
| 46 | Subtract line 45 from 40. Enter the result (but not less than zero) | | | 46 | 49,683 75 |
| 47 | Foreign tax credit *(attach Form 1116)* | 47 | | | |
| 48 | General business credit. Check if from ☐ Form 3800, ☒ Form 3468, ☐ Form 5884, ☐ Form 6478 | 48 | 138 50 | | |
| 49 | Add lines 47 and 48. These are your total business and other credits | | | 49 | 138 50 |
| 50 | Subtract line 49 from 46. Enter the result (but not less than zero) ▶ | | | 50 | 49,545 25 |

## Other Taxes

(Including Advance EIC Payments)

| Line | Description | | Amount |
|---|---|---|---|
| 51 | Self-employment tax *(attach Schedule SE)* | 51 | |
| 52 | Alternative minimum tax *(attach Form 6251)* | 52 | |
| 53 | Tax from recapture of investment credit *(attach Form 4255)* | 53 | |
| 54 | Social security tax on tip income not reported to employer *(attach Form 4137)* | 54 | |
| 55 | Tax on an IRA *(attach Form 5329)* | 55 | |
| 56 | Add lines 50 through 55. This is your **total tax** ▶ | 56 | 49,545 25 |

## Payments

Attach Forms W-2, W-2G, and W-2P to front.

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 57 | Federal income tax withheld | 57 | 80,528 08 | | |
| 58 | 1984 estimated tax payments and amount applied from 1983 return | 58 | | | |
| 59 | Earned income credit. If line 33 is under $10,000, see page 16 | 59 | | | |
| 60 | Amount paid with Form 4868 | 60 | | | |
| 61 | Excess social security tax and RRTA tax withheld (two or more employers) | 61 | | | |
| 62 | Credit for Federal tax on gasoline and special fuels *(attach Form 4136)* | 62 | | | |
| 63 | Regulated Investment Company credit *(attach Form 2439)* | 63 | | | |
| 64 | Add lines 57 through 63. These are your **total payments** ▶ | | | 64 | 80,528 08 |

## Refund or Amount You Owe

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 65 | If line 64 is larger than line 56, enter amount **OVERPAID** ▶ | | | 65 | 30,982 83 |
| 66 | Amount of line 65 to be **REFUNDED TO YOU** ▶ | | | 66 | 15,982 83 |
| 67 | Amount of line 65 to be applied to your 1985 estimated tax ▶ | 67 | 15,000 00 | | |
| 68 | If line 56 is larger than line 64, enter **AMOUNT YOU OWE**. Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number and "1984 Form 1040" on it ▶ (Check ▶ ☐ if Form 2210 (2210F) is attached. See page 17 of Instructions.) $ | | | 68 | |

## Please Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Kenneth C. Keener (signature) 5-9-85
Your signature — Date ▶ Spouse's signature (if filing jointly, BOTH must sign)

## Paid Preparer's Use Only

Preparer's signature ▶ (signature) — Date: [illegible] — Check if self-employed ☒ — Preparer's social security no. [redacted]

Firm's name (or yours, if self-employed) and address ▶ Roger H. Farver, 619 South Ripple Creek Drive, Houston, Texas — E.I. No. — ZIP code 77057

☆ U.S. GOVERNMENT PRINT 1984-423-398 E.I. 4[illegible]0787[illegible]7

COPY

Kenneth C. Keener [redacted] 5770

U.S. Individual Income Tax Return
Year 1984

| Partnership losses - Schedule E, part 11 | | Schedule 1 |
|---|---|---|
| Louetta Stuebner 6.1, Ltd. | 74-2149134 | 369 |
| Louetta Steubner 5.2, Ltd | 74-2151782 | 386 |
| Aldine Westfield Phase 11, Ltd. | 76-0052662 | 235 |
| Bear Creek 3.3, Ltd. | 76-0085047 | 3,762 |
| Walters/1960 3.0, Ltd. | 76-0123654 | 2,709 |
| Richey/1960 2.9, Ltd. | 76-0124942 | 1,830 |
| Agri-Venture 11 | 33-0053999 | 151,142 |
| Keener-Massey Apartments | 74-6211523 | 587 |
| Meadows at Interwood No. 1, Ltd. | 76-0098314 | 2,112 |
| Vanguard Residential 83-2, Ltd. | 76-0090956 | 1,655 |
| Vanguard Oil 84L-1 | 76-0120444 | 25,305 |
| | | 190,092 |

# TAX RATE SCHEDULES FOR 1984

[¶ 2]

## SCHEDULE X for use by SINGLE INDIVIDUALS [1]

| Taxable Income Over | But Not Over | Pay | % on + Excess | of the amount over— |
|---|---|---|---|---|
| $ 0 | —$ 2,300 | $ 0 | 0 | ...... |
| 2,300 | — 3,400 | 0 | 11 | $ 2,300 |
| 3,400 | — 4,400 | 121 | 12 | 3,400 |
| 4,400 | — 6,500 | 241 | 14 | 4,400 |
| 6,500 | — 8,500 | 535 | 15 | 6,500 |
| 8,500 | — 10,800 | 835 | 16 | 8,500 |
| 10,800 | — 12,900 | 1,203 | 18 | 10,800 |
| 12,900 | — 15,000 | 1,581 | 20 | 12,900 |
| 15,000 | — 18,200 | 2,001 | 23 | 15,000 |
| 18,200 | — 23,500 | 2,737 | 26 | 18,200 |
| 23,500 | — 28,800 | 4,115 | 30 | 23,500 |
| 28,800 | — 34,100 | 5,705 | 34 | 28,800 |
| 34,100 | — 41,500 | 7,507 | 38 | 34,100 |
| 41,500 | — 55,300 | 10,319 | 42 | 41,500 |
| 55,300 | — 81,800 | 16,115 | 48 | 55,300 |
| 81,800 | — ...... | 28,835 | 50 | 81,800 |

[1] See ¶ 5 for rates for a qualified surviving spouse and ¶ 7 for rates for a qualified ad of household.

*Example:* Mr. Thomas, a single man, has gross income of $61,000 for 1984. He files return as a single individual and claims itemized deductions of $5,000. His taxable come is $57,300 ($61,000 less $2,700 excess itemized deductions (¶ 126) and less a $1,000 emption). Referring to the 1984 schedule above, the tax on $55,300 is $16,115. The tax the $2,000 balance at 48% is $960. The total tax is $17,075 ($16,115 plus $960.00).



[¶ 5]

## SCHEDULE Y—MARRIED INDIVIDUALS

### JOINT RETURNS AND SURVIVING SPOUSES

| Taxable Income Over | But Not Over | Pay | % on + Excess | of the amount over— |
|---|---|---|---|---|
| $ 0 | —$ 3,400 | $ 0 | 0 | ...... |
| 3,400 | — 5,500 | 0 | 11 | $ 3,400 |
| 5,500 | — 7,600 | 231 | 12 | 5,500 |
| 7,600 | — 11,900 | 483 | 14 | 7,600 |
| 11,900 | — 16,000 | 1,085 | 16 | 11,900 |
| 16,000 | — 20,200 | 1,741 | 18 | 16,000 |
| 20,200 | — 24,600 | 2,497 | 22 | 20,200 |
| 24,600 | — 29,900 | 3,465 | 25 | 24,600 |
| 29,900 | — 35,200 | 4,790 | 28 | 29,900 |
| 35,200 | — 45,800 | 6,274 | 33 | 35,200 |
| 45,800 | — 60,000 | 9,772 | 38 | 45,800 |
| 60,000 | — 85,600 | 15,168 | 42 | 60,000 |
| 85,600 | — 109,400 | 25,920 | 45 | 85,600 |
| 109,400 | — 162,400 | 36,630 | 49 | 109,400 |
| 162,400 | — ...... | 62,600 | 50 | 162,400 |

### SEPARATE RETURNS—MARRIED PERSONS

| Taxable Income Over | But Not Over | Pay | % on + Excess | of the amount over— |
|---|---|---|---|---|
| $ 0 | —$ 1,700 | $ 0.00 | 0 | ..... |
| 1,700 | — 2,750 | 0.00 | 11 | $ 1,700 |
| 2,750 | — 3,800 | 115.50 | 12 | 2,750 |
| 3,800 | — 5,950 | 241.50 | 14 | 3,800 |
| 5,950 | — 8,000 | 542.50 | 16 | 5,950 |
| 8,000 | — 10,100 | 870.50 | 18 | 8,000 |
| 10,100 | — 12,300 | 1,248.50 | 22 | 10,100 |
| 12,300 | — 14,950 | 1,732.50 | 25 | 12,300 |
| 14,950 | — 17,600 | 2,395.00 | 28 | 14,950 |
| 17,600 | — 22,900 | 3,137.00 | 33 | 17,600 |
| 22,900 | — 30,000 | 4,886.00 | 38 | 22,900 |
| 30,000 | — 42,800 | 7,584.00 | 42 | 30,000 |
| 42,800 | — 54,700 | 12,960.00 | 45 | 42,800 |
| 54,700 | — 81,200 | 18,315.00 | 49 | 54,700 |
| 81,200 | — ..... | 31,300.00 | 50 | 81,200 |

*Example:* Mr. and Mrs. Foy file a joint return for 1984 showing a taxable income of $63,900. In the 1984 joint return schedule above, the tax on $60,000 is $15,168, and the tax on the $3,900 balance at 42% is $1,638. Therefore, their total tax for 1984 is $16,806 ($15,168 plus $1,638).





[¶ 11A]

## 1986 SCHEDULE X SINGLE INDIVIDUALS

| Taxable Income Over | But Not Over | Pay | % on + Excess | of the amount over— |
|---|---|---|---|---|
| $ 0 | —$ 2,480 | $ 0.00 | 0 | ...... |
| 2,480 | — 3,670 | 0.00 | 11 | $ 2,480 |
| 3,670 | — 4,750 | 130.90 | 12 | 3,670 |
| 4,750 | — 7,010 | 260.50 | 14 | 4,750 |
| 7,010 | — 9,170 | 576.90 | 15 | 7,010 |
| 9,170 | — 11,650 | 900.90 | 16 | 9,170 |
| 11,650 | — 13,920 | 1,297.70 | 18 | 11,650 |
| 13,920 | — 16,190 | 1,706.30 | 20 | 13,920 |
| 16,190 | — 19,640 | 2,160.30 | 23 | 16,190 |
| 19,640 | — 25,360 | 2,953.80 | 26 | 19,640 |
| 25,360 | — 31,080 | 4,441.00 | 30 | 25,360 |
| 31,080 | — 36,800 | 6,157.00 | 34 | 31,080 |
| 36,800 | — 44,780 | 8,101.80 | 38 | 36,800 |
| 44,780 | — 59,670 | 11,134.20 | 42 | 44,780 |
| 59,670 | — 88,270 | 17,388.00 | 48 | 59,670 |
| 88,270 | — ...... | 31,116.00 | 50 | 88,270 |

[¶ 11B]

## 1986 SCHEDULE Y—MARRIED INDIVIDUALS JOINT RETURNS AND SURVIVING SPOUSES

| Taxable Income Over | But Not Over | Pay | % on + Excess | of the amount over— |
|---|---|---|---|---|
| $ 0 | —$ 3,670 | $ 0.00 | 0 | ...... |
| 3,670 | — 5,940 | 0.00 | 11 | $ 3,670 |
| 5,940 | — 8,200 | 249.70 | 12 | 5,940 |
| 8,200 | — 12,840 | 520.90 | 14 | 8,200 |
| 12,840 | — 17,270 | 1,170.50 | 16 | 12,840 |
| 17,270 | — 21,800 | 1,879.30 | 18 | 17,270 |
| 21,800 | — 26,550 | 2,694.70 | 22 | 21,800 |
| 26,550 | — 32,270 | 3,739.70 | 25 | 26,550 |
| 32,270 | — 37,980 | 5,169.70 | 28 | 32,270 |
| 37,980 | — 49,420 | 6,768.50 | 33 | 37,980 |
| 49,420 | — 64,750 | 10,543.70 | 38 | 49,420 |
| 64,750 | — 92,370 | 16,369.10 | 42 | 64,750 |
| 92,370 | — 118,050 | 27,969.50 | 45 | 92,370 |
| 118,050 | — 175,250 | 39,525.50 | 49 | 118,050 |
| 175,250 | — ...... | 67,553.50 | 50 | 175,250 |



PLAINTIFFS' EXHIBIT 4

B15

Form **1040** Department of the Treasury—Internal Revenue Service
# U.S. Individual Income Tax Return 1985 (0)

For the year January 1-December 31, 1985, or other tax year beginning , 1985, ending , 19 . OMB No. 1545-0074

| | | |
|---|---|---|
| Use IRS label. Otherwise, please print or type. | Your first name and initial (if joint return, also give spouse's name and initial): Kenneth C. — Last name: Keener | Your social security number: [redacted] 5770 |
| | Present home address (number and street, including apartment number, or rural route): 1507-A Harold | [redacted] security number |
| | City, town or post office, state, and ZIP code: Houston, Texas 77006 | Your occupation: Attorney; Spouse's occupation: |

**Presidential Election Campaign** ▶ Do you want $1 to go to this fund? Yes ☐ No ☐ — If joint return, does your spouse want $1 to go to this fund? Yes ☐ No ☐ — *Note: Checking "Yes" will not change your tax or reduce your refund.*

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

## Filing Status
Check only one box.

1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here.
4 [ ] Head of household (with qualifying person). (See page 5 of Instructions.) If the qualifying person is your unmarried child but not your dependent, write child's name here.
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 6 of Instructions.)

## Exemptions
Always check the box labeled Yourself. Check other boxes if they apply.

6a [X] Yourself [ ] 65 or over [ ] Blind
b [ ] Spouse [ ] 65 or over [ ] Blind — Enter number of boxes checked on 6a and b ▶ 1

c First names of your dependent children who lived with you — Enter number of children listed on 6c ▶

d First names of your dependent children who did not live with you (see page 6). (If pre-1985 agreement, check here ▶ ☐ .) — Enter number of children listed on 6d ▶

e Other dependents:

| (1) Name | (2) Relationship | (3) Number of months lived in your home | (4) Did dependent have income of $1,040 or more? | (5) Did you provide more than one-half of dependent's support? |
|---|---|---|---|---|
| | | | | |

Enter number of other dependents ▶

f Total number of exemptions claimed (also complete line 36). — Add numbers entered in boxes above ▶ 1

## Income
Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 4 of Instructions.

Please attach check or money order here.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (Attach Form(s) W-2.) | 7 | 220,681 67 |
| 8 | Interest income *(also attach Schedule B if over $400)* | 8 | 16,434 11 |
| 9a | Dividends *(also attach Schedule B if over $400)* 1,531 51, 9b Exclusion 100 00 | | |
| c | Subtract line 9b from line 9a and enter the result | 9c | 1,431 51 |
| 10 | Taxable refunds of state and local income taxes, if any, from the worksheet on page 9 of Instructions. | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) *(attach Schedule C)* | 12 | (4,291 37) |
| 13 | Capital gain or (loss) *(attach Schedule D)* | 13 | (2,170 42) |
| 14 | 40% of capital gain distributions not reported on line 13 (see page 9 of Instructions) | 14 | |
| 15 | Other gains or (losses) *(attach Form 4797)* | 15 | |
| 16 | Fully taxable pensions, IRA distributions, and annuities not reported on line 17 (see page 9). | 16 | |
| 17a | Other pensions and annuities, including rollovers. Total received 17a 40,343 19 | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | 17b | 6,192 48 |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. *(attach Schedule E)* | 18 | (147,897 47) |
| 19 | Farm income or (loss) *(attach Schedule F)* | 19 | |
| 20a | Unemployment compensation (insurance). Total received 20a | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | 20b | |
| 21a | Social security benefits (see page 10). Total received 21a | | |
| b | Taxable amount, if any, from worksheet on page 11. Tax-exempt interest | 21b | |
| 22 | Other income (list type and amount—see page 11 of Instructions) | 22 | |
| 23 | Add lines 7 through 22. This is your **total income** ▶ | 23 | 90,380 51 |

## Adjustments to Income
(See Instructions on page 11.)

| Line | Description | | Amount | | |
|---|---|---|---|---|---|
| 24 | Moving expense *(attach Form 3903 or 3903F)* | 24 | | | |
| 25 | Employee business expenses *(attach Form 2106)* | 25 | | | |
| 26 | IRA deduction, from the worksheet on page 12 | 26 | 2,000 00 | | |
| 27 | Keogh retirement plan deduction | 27 | | | |
| 28 | Penalty on early withdrawal of savings | 28 | | | |
| 29 | Alimony paid (recipient's last name and social security no. ) | 29 | | | |
| 30 | Deduction for a married couple when both work *(attach Schedule W)* | 30 | | | |
| 31 | Add lines 24 through 30. These are your **total adjustments** ▶ | | | 31 | 2,000 00 |

## Adjusted Gross Income

| Line | Description | | Amount |
|---|---|---|---|
| 32 | Subtract line 31 from line 23. This is your **adjusted gross income**. *If this line is less than $11,000 and a child lived with you, see "Earned Income Credit" (line 59) on page 16 of Instructions. If you want IRS to figure your tax, see page 13 of Instructions.* ▶ | 32 | 88,380 51 |

PLAINTIFFS' EXHIBIT 5

COPY

| Section | Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|---|
| **Tax Computation** (See Instructions on page 13.) | 33 | Amount from line 32 (adjusted gross income) | | | 33 | 88,380 51 |
| | 34a | If you itemize, attach Schedule A (Form 1040) and enter the amount from Schedule A, line 26. Caution: If you have unearned income and can be claimed as a dependent on your parents' return, check here ▶ ☐ and see page 13 of Instructions. Also see page 13 if you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien. | | | 34a | 26,320 62 |
| | b | If you do not itemize but you made charitable contributions, enter your cash contributions here. (If you gave $3,000 or more to any one organization, see page 14.) | 34b | | | |
| | c | Enter your noncash contributions *(you must attach Form 8283 if over $500)* | 34c | | | |
| | d | Add lines 34b and 34c. Enter the total | 34d | | | |
| | e | Divide the amount on line 34d by 2. Enter the result here | | | 34e | |
| | 35 | Subtract line 34a or line 34e, whichever applies, from line 33 | | | 35 | 62,059 89 |
| | 36 | Multiply $1,040 by the total number of exemptions claimed on line 6f (see page 14) | | | 36 | 1,040 00 |
| | 37 | **Taxable income.** Subtract line 36 from line 35. Enter the result (but not less than zero) | | | 37 | 61,019 89 |
| | 38 | Enter tax here. Check if from ☐ Tax Table, ☒ Tax Rate Schedule X, Y, or Z, or ☐ Schedule G | | | 38 | 18,436 25 |
| | 39 | Additional taxes. (See page 14 of Instructions.) Enter here and check if from ☐ Form 4970, ☐ Form 4972, or ☐ Form 5544 | | | 39 | |
| | 40 | Add lines 38 and 39. Enter the total ▶ | | | 40 | 18,436 25 |
| **Credits** (See Instructions on page 14.) | 41 | Credit for child and dependent care expenses *(attach Form 2441)* | 41 | | | |
| | 42 | Credit for the elderly and the permanently and totally disabled *(attach Schedule R)* | 42 | | | |
| | 43 | Residential energy credit *(attach Form 5695)* | 43 | | | |
| | 44 | Partial credit for political contributions for which you have receipts | 44 | 50 00 | | |
| | 45 | Add lines 41 through 44. These are your total personal credits | | | 45 | 50 00 |
| | 46 | Subtract line 45 from line 40. Enter the result (but not less than zero) | | | 46 | 18,386 25 |
| | 47 | Foreign tax credit *(attach Form 1116)* | 47 | | | |
| | 48 | General business credit. Check if from ☐ Form 3800, ☒ Form 3468, ☐ Form 5884, ☐ Form 6478 | 48 | 1,105 32 | | |
| | 49 | Add lines 47 and 48. These are your total business and other credits | | | 49 | 1,105 32 |
| | 50 | Subtract line 49 from line 46. Enter the result (but not less than zero) ▶ | | | 50 | 17,280 93 |
| **Other Taxes** (Including Advance EIC Payments) | 51 | Self-employment tax *(attach Schedule SE)* | | | 51 | |
| | 52 | Alternative minimum tax *(attach Form 6251)* | | | 52 | |
| | 53 | Tax from recapture of investment credit *(attach Form 4255)* | | | 53 | |
| | 54 | Social security tax on tip income not reported to employer *(attach Form 4137)* | | | 54 | |
| | 55 | Tax on an IRA *(attach Form 5329)* | | | 55 | |
| | 56 | Add lines 50 through 55. This is your **total tax** ▶ | | | 56 | 17,280 93 |
| **Payments** Attach Forms W-2, W-2G, and W-2P to front. | 57 | Federal income tax withheld | 57 | 55,189 49 | | |
| | 58 | 1985 estimated tax payments and amount applied from 1984 return | 58 | 15,000 00 | | |
| | 59 | Earned income credit (see page 16) | 59 | | | |
| | 60 | Amount paid with Form 4868 | 60 | | | |
| | 61 | Excess social security tax and RRTA tax withheld (two or more employers) | 61 | | | |
| | 62 | Credit for Federal tax on gasoline and special fuels *(attach Form 4136)* | 62 | | | |
| | 63 | Regulated Investment Company credit *(attach Form 2439)* | 63 | | | |
| | 64 | Add lines 57 through 63. These are your **total payments** ▶ | | | 64 | 70,189 49 |
| **Refund or Amount You Owe** | 65 | If line 64 is larger than line 56, enter amount **OVERPAID** ▶ | | | 65 | 52,908 56 |
| | 66 | Amount of line 65 to be **REFUNDED TO YOU** ▶ | | | 66 | 52,908 56 |
| | 67 | Amount of line 65 to be applied to your 1986 estimated tax ▶ | 67 | | | |
| | 68 | If line 56 is larger than line 64, enter **AMOUNT YOU OWE**. Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number and "1985 Form 1040" on it. ▶ Check ▶ ☐ if Form 2210 (2210F) is attached. See page 17. Penalty: $ | | | 68 | |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Your signature ______ Date ______ ▶ Spouse's signature (if filing jointly, BOTH must sign)

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed | Preparer's social security no. |
|---|---|---|---|
| [signature] | 04-14-86 | ☒ | [redacted] |

Firm's name (or yours, if self-employed) and address: Roger H. Farver, 619 S. Ripple Creek Dr., Houston, TX ZIP code 77057

E.I. No.

COPY

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **1986**

For the year January 1-December 31, 1986, or other tax year beginning , 1986, ending , 19 | OMB No. 1545-0074

Use IRS label. Otherwise, please print or type.

Your first name and initial (if joint return, also give spouse's name and initial): Kenneth C. | Last name: Keener | Your social security number: [redacted] 5770

Present home address (number and street or rural route) (If you have a P.O. Box, see page 4 of Instructions): 1507-A Harold | Spouse's social security number

City, town or post office, state, and ZIP code: Houston, Texas 77006 | If this address is different from the one shown on your 1985 return, check here ▶ ☐

**Presidential Election Campaign** ▶ Do you want $1 to go to this fund? . . . Yes ☐ No ☐
If joint return, does your spouse want $1 to go to this fund? . . . Yes ☐ No ☐
Note: *Checking "Yes" will not change your tax or reduce your refund.*

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

## Filing Status

Check only one box.

1 [X] Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here.
4 ☐ Head of household (with qualifying person). (See page 5 of Instructions.) If the qualifying person is your unmarried child but not your dependent, write child's name here.
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 6 of Instructions.)

## Exemptions

Always check the box labeled Yourself. Check other boxes if they apply.

6a [X] Yourself ☐ 65 or over ☐ Blind
b ☐ Spouse ☐ 65 or over ☐ Blind — Enter number of boxes checked on 6a and b ▶ 1
c First names of your dependent children who lived with you — Enter number of children listed on 6c ▶
d First names of your dependent children who did not live with you (see page 6). (If pre-1985 agreement, check here ▶ ☐.) — Enter number of children listed on 6d ▶
e Other dependents:

| (1) Name | (2) Relationship | (3) Number of months lived in your home | (4) Did dependent have income of $1,080 or more? | (5) Did you provide more than one-half of dependent's support? |
|---|---|---|---|---|
| | | | | |
| | | | | |

Enter number of other dependents ▶
f Total number of exemptions claimed (also complete line 36). — Add numbers entered in boxes above ▶ 1

## Income

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 4 of Instructions.

Please attach check or money order here.

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (Attach Form(s) W-2.) | | 7 | 254,987 50 |
| 8 | Interest income *(also attach Schedule B if over $400)* | | 8 | 2,698 53 |
| 9a | Dividends *(also attach Schedule B if over $400)* 2,512 90, 9b Exclusion 100 00 | | | |
| c | Subtract line 9b from line 9a and enter the result | | 9c | 2,412 90 |
| 10 | Taxable refunds of state and local income taxes, if any, from the worksheet on page 9 of Instructions | | 10 | |
| 11 | Alimony received | | 11 | |
| 12 | Business income or (loss) *(attach Schedule C)* (2 Schedule Cs) | | 12 | (104,724 88) |
| 13 | Capital gain or (loss) *(attach Schedule D)* | | 13 | 12,047 22 |
| 14 | 40% of capital gain distributions not reported on line 13 (see page 9 of Instructions) | | 14 | |
| 15 | Other gains or (losses) *(attach Form 4797)* | | 15 | |
| 16 | Fully taxable pensions, IRA distributions, and annuities not reported on line 17 (see page 9) | | 16 | 30,611 85 |
| 17a | Other pensions and annuities, including rollovers. Total received | 17a 110,258 43 | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. *(attach Schedule E)* | | 18 | (99,944 72) |
| 19 | Farm income or (loss) *(attach Schedule F)* | | 19 | |
| 20a | Unemployment compensation (insurance). Total received | 20a | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | | 20b | |
| 21a | Social security benefits (see page 10) | 21a | | |
| b | Taxable amount, if any, from worksheet on page 11. { Tax-exempt interest } | | 21b | |
| 22 | Other income (list type and amount—see page 11 of Instructions) | | 22 | |
| 23 | Add the amounts shown in the right hand column for lines 7 through 22. This is your **total income** ▶ | | 23 | 98,088 40 |

## Adjustments to Income

(See Instructions on page 11.)

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 24 | Moving expense *(attach Form 3903 or 3903F)* | 24 | | |
| 25 | Employee business expenses *(attach Form 2106)* | 25 | | |
| 26 | IRA deduction, from the worksheet on page 12 | 26 2,000 00 | | |
| 27 | Keogh retirement plan and self employed SEP deduction | 27 | | |
| 28 | Penalty on early withdrawal of savings | 28 | | |
| 29 | Alimony paid (recipient's last name and social security no. ) | 29 | | |
| 30 | Deduction for a married couple when both work *(attach Schedule W)* | 30 | | |
| 31 | Add lines 24 through 30. These are your **total adjustments** ▶ | | 31 | 2,000 00 |

## Adjusted Gross Income

| Line | Description | Line | Amount |
|---|---|---|---|
| 32 | Subtract line 31 from line 23. This is your **adjusted gross income**. *If this line is less than $11,000 and a child lived with you, see "Earned Income Credit" (line 58) on page 16 of Instructions. If you want IRS to figure your tax, see page 13 of Instructions.* ▶ | 32 | 96,088 40 |

PLAINTIFFS' EXHIBIT 6

COPY

Official Edition

Form 1040 (1986) Page 2

## Tax Computation

(See Instructions on page 13.)

| Line | Description | Sub-box | Sub-amount | Box | Amount |
|---|---|---|---|---|---|
| 33 | Amount from line 32 (adjusted gross income) | | | 33 | 96,088 40 |
| 34a | If you itemize, attach Schedule A (Form 1040) and enter the amount from Schedule A, line 26. **Caution:** If you have unearned income and can be claimed as a dependent on your parents' return, see page 13 of Instructions and check here ▶ ☐. Also see page 13 if you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien. | | | 34a | 27,722 05 |
| b | If you do not itemize but you made charitable contributions, enter your cash contributions here. (If you gave $3,000 or more to any one organization, see page 14.) | 34b | | | |
| c | Enter your noncash contributions *(you must attach Form 8283 if over $500)* | 34c | | | |
| d | Add lines 34b and 34c. Enter the total | | | 34d | |
| 35 | Subtract line 34a or line 34d, whichever applies, from line 33 | | | 35 | 68,366 35 |
| 36 | Multiply $1,080 by the total number of exemptions claimed on line 6f (see page 14) | | | 36 | 1,080 00 |
| 37 | **Taxable Income.** Subtract line 36 from line 35. Enter the result (but not less than zero) | | | 37 | 67,286 35 |
| 38 | Enter tax here. Check if from ☐ Tax Table, ☒ Tax Rate Schedule X, Y, or Z, or ☐ Schedule G | | | 38 | 21,043 85 |
| 39 | Additional taxes (see page 14 of Instructions). Enter here and check if from ☐ Form 4970, ☐ Form 4972, or ☐ Form 5544 | | | 39 | |
| 40 | Add lines 38 and 39. Enter the total ▶ | | | 40 | 21,043 85 |

## Credits

(See Instructions on page 14.)

| Line | Description | Sub-box | Sub-amount | Box | Amount |
|---|---|---|---|---|---|
| 41 | Credit for child and dependent care expenses *(attach Form 2441)* | 41 | | | |
| 42 | Credit for the elderly or for the permanently and totally disabled *(attach Schedule R)* | 42 | | | |
| 43 | Partial credit for political contributions for which you have receipts | 43 | 50 00 | | |
| 44 | Add lines 41 through 43. Enter the total | | | 44 | 50 00 |
| 45 | Subtract line 44 from line 40. Enter the result (but not less than zero) | | | 45 | 20,993 85 |
| 46 | Foreign tax credit *(attach Form 1116)* | 46 | | | |
| 47 | General business credit. Check if from ☐ Form 3800, ☐ Form 3468, ☐ Form 5884, ☐ Form 6478, or ☐ Form 6765 | 47 | | | |
| 48 | Add lines 46 and 47. Enter the total | | | 48 | |
| 49 | Subtract line 48 from line 45. Enter the result (but not less than zero) ▶ | | | 49 | 20,993 85 |

## Other Taxes

(Including Advance EIC Payments)

| Line | Description | Box | Amount |
|---|---|---|---|
| 50 | Self-employment tax *(attach Schedule SE)* | 50 | |
| 51 | Alternative minimum tax *(attach Form 6251)* | 51 | |
| 52 | Tax from recapture of investment credit *(attach Form 4255)* | 52 | |
| 53 | Social security tax on tip income not reported to employer *(attach Form 4137)* | 53 | |
| 54 | Tax on an IRA *(attach Form 5329)* | 54 | |
| 55 | Add lines 49 through 54. This is your **total tax** ▶ | 55 | 20,993 85 |

## Payments

Attach Forms W-2, W-2G, and W-2P to front.

| Line | Description | Sub-box | Sub-amount | Box | Amount |
|---|---|---|---|---|---|
| 56 | Federal income tax withheld | 56 | 60,849 92 | | |
| 57 | 1986 estimated tax payments and amount applied from 1985 return | 57 | | | |
| 58 | Earned income credit (see page 16) | 58 | | | |
| 59 | Amount paid with Form 4868 | 59 | | | |
| 60 | Excess social security tax and RRTA tax withheld (two or more employers) | 60 | 715 00 | | |
| 61 | Credit for Federal tax on gasoline and special fuels *(attach Form 4136)* | 61 | | | |
| 62 | Regulated investment company credit *(attach Form 2439)* | 62 | | | |
| 63 | Add lines 56 through 62. These are your **total payments** ▶ | | | 63 | 61,564 92 |

## Refund or Amount You Owe

| Line | Description | Sub-box | Sub-amount | Box | Amount |
|---|---|---|---|---|---|
| 64 | If line 63 is larger than line 55, enter amount **OVERPAID** ▶ | | | 64 | 40,571 07 |
| 65 | Amount of line 64 to be **REFUNDED TO YOU** ▶ | | | 65 | 40,571 07 |
| 66 | Amount of line 64 to be applied to your 1987 estimated tax ▶ | 66 | | | |
| 67 | If line 55 is larger than line 63, enter **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number, daytime phone number, and "1986 Form 1040" on it ▶ Check ▶ ☐ if Form 2210 (2210F) is attached. See page 17. **Penalty:** $ | | | 67 | |

## Please Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | |
|---|---|---|
| ▶ Your signature | Date | Your occupation: Attorney |
| ▶ Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature ▶ [signature] | Date 06-09-87 | Check if self-employed ☒ | Preparer's social security no. [redacted] |
| Firm's name (or yours, if self-employed) and address ▶ Roger H. Farver, 4539 Waring, Houston, Texas | | E.I. No. | |
| | | ZIP code 77027 | |

COPY

Schedule E (Form 1040) 1986 Attachment Sequence No. 13 Page 2

Name(s) as shown on Form 1040: Kenneth C. Keener

Your social security number: [redacted]5770

**Part II Income or (Loss) from Partnerships, S Corporations, Estates, or Trusts**

If you report a loss below, and have amounts invested in that activity for which you are not at risk, you may have to file Form 6198. See Instructions.

**Partnerships and S Corporations**

| (a) Name | (b) Enter appropriate code [1] | (c) Check if foreign partnership | (d) Employer identification number | (e) Net loss (see instructions for at-risk limitations) | (f) Net income |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[1] Codes: **P** for partnership; **S** for S corporation

| | | | |
|---|---|---|---|
| 27 Add amounts in columns (e) and (f) and enter the total(s) here | 27 | ( ) | |
| 28 Combine amounts in columns (e) and (f), line 27, and enter the net income or (loss) here Schedule 2 | 28 | | (98,553.72) |
| 29 Deduction for section 179 property (from Form 1065, Schedule K-1, and Form 1120S, Schedule K-1). (See Instructions for limitations.) | 29 | | ( 1,391.00 ) |
| 30 Total partnership and S corporation income or (loss). Combine amounts on lines 28 and 29. Enter the total here and include in line 36 below | 30 | | (99,944.72) |

**Estates and Trusts**

| (a) Name | (b) | (c) | (d) Employer identification number | (e) Net loss (see instructions for at-risk limitations) | (f) Net income |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 31 Add amounts in columns (e) and (f) and enter the total(s) here | 31 | ( ) | |
| 32 Total estate and trust income or (loss). Combine amounts in columns (e) and (f), line 31. Enter the total here and include in line 36 below | 32 | | |

**Part III Windfall Profit Tax Summary**

| | | |
|---|---|---|
| 33 Windfall profit tax credit or refund received in 1986 (see Instructions) | 33 | |
| 34 Windfall profit tax withheld in 1986 (see Instructions) | 34 | ( ) |
| 35 Combine amounts on lines 33 and 34. Enter the total here and include in line 36 below | 35 | |

**Part IV Summary**

| | | | |
|---|---|---|---|
| 36 TOTAL income or (loss). Combine lines 26, 30, 32, and 35. Enter total here and on Form 1040, line 18 ▶ | | 36 | (99,944.72) |
| 37 Farmers and fishermen: Enter your share of GROSS FARMING AND FISHING INCOME applicable to Parts I and II (see Instructions) | 37 | | |

**Part V Optional Depreciation Worksheet.**—You may use this worksheet to figure depreciation only on property placed in service before 1981. If you placed any property in service after 1980, you must use **Form 4562** for all property.

| | (a) Description of property | (b) Date acquired | (c) Cost or other basis | (d) Depreciation allowed or allowable in prior years | (e) Depreciation method | (f) Life or rate | (g) Depreciation for this year |
|---|---|---|---|---|---|---|---|
| A | | | | | | | |
| | | | | | | | |
| | Total (Property A) | | | | | | |
| B | | | | | | | |
| | | | | | | | |
| | Total (Property B) | | | | | | |
| C | | | | | | | |
| | | | | | | | |
| | Total (Property C) | | | | | | |

Preparer's Edition



39-0964777 NTF 6186

Kenneth C. Keener
U.S. Individual Income Tax Return
Year 1986

[redacted]-5770

Partnership income or loss - Schedule E, part 11 — Schedule 2

| | | | |
|---|---|---|---|
| Agri-Venture 11 | P | 33-0053999 | 6,709.00 |
| Agri-Venture Fund (1) | P | 33-0115708 | 5,363.00 |
| Great Plains Pipeline | P | 95-4060259 | 108.00 |
| The Meadows at Interwood | P | 76-0098314 | ( 14,924.00) |
| Skyline Limited | P | 76-0179718 | ( 37,623.00) |
| Aldine Westfield Phase 11, Ltd. | P | 76-0052662 | ( 394.00) |
| Bear Creek 3.3, Ltd. | P | 76-0085047 | ( 687.00) |
| Louetta Stuebner 5.2, Ltd. | P | 74-2151782 | ( 540.00) |
| Louetta Stuebner 6.1, Ltd. | P | 74-2149134 | ( 543.00) |
| Richey/1960 2.9, Ltd. | P | 76-0124942 | ( 5,658.00) |
| Richey Road 11, Ltd. | P | 76-0162228 | ( 495.00) |
| Walters/1960 3.0, Ltd. | P | 76-0123654 | ( 859.00) |
| Walker Drilling Program 1985B(2) | P | 76-0130423 | ( 3,019.89) |
| Depletion | | | ( 134.49) |
| IDC | | | ( 5,897.07) |
| Balmoral/Foothills, Ltd. (3) | P | 75-2042198 | ( 18,736.00) |
| Balmoral/Lookout Mountain, Ltd. (4) | P | 75-2074669 | ( 19,656.00) |
| Keener Massey Apartments | P | 74-6211523 | 2,629.73 |
| Primedical Assoc., Ltd. (5) | P | 52-1486156 | ( 4,304.00) |
| Sun Energy Partners (6) | P | 75-2070723 | 107.00 |
| | | | ( 98,553.72) |

Tax shelter numbers:

(1) 85345000617
(2) Applied for
(3) 85210000049
(4) 85347001027
(5) 86184000494
(6) 86014001613

Form **1040** Department of the Treasury **U.S. Individual Income Tax Return** **1991**

For the year Jan.–Dec. 31, 1991, or other tax year beginning , 1991, ending , 19 | OMB No. 1545-0074

**Label** (See instructions on page 11.) Use IRS label. Otherwise, please print or type.

LABEL HERE

Your first name and initial | Last name | Your social security number
KENNETH C. KEENER | | [redacted]-5770

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). (If you have a P.O. box, see page 11.) | Apt. no.
1507-A HAROLD

City, town or post office, state, and ZIP code. (If you have a foreign address, see page 11.)
HOUSTON, TX 77006

**For Privacy Act and Paperwork Reduction Act Notice, see Instructions.**

**Presidential Election Campaign** (See page 11.)
Do you want $1 to go to this fund? . . . Yes | No
If joint return, does your spouse want $1 to go to this fund? . . . Yes | No
NOTE: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status**

Check only one box.

1 [X] Single.
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 12.) If the qualifying person is your child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 12.)

**Exemptions**

(See page 12.)

6a [X] **Yourself** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2 . | No. of boxes checked on 6a and 6b: 1

b [ ] **Spouse**

c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of mos. lived in your home in 1991 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than six dependents, see page 13.

No. of your children on 6c who:
● lived with you
● didn't live with you due to divorce or separation (see page 14)
No. of other dependents on 6c

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here . . . ▶ [ ]

e Total number of exemptions claimed . . . | Add numbers entered on lines above ▶ 1

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you do not have a W-2, see page 10.

Attach check or money order on top of any Forms W-2, W-2G, or 1099-R.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) | 7 | 356,116. |
| 8a | **Taxable** interest income (also attach Schedule B if over $400) | 8a | 12,243. |
| b | **Tax-exempt** interest income (see page 16). DON'T include on line 8a | 8b | |
| 9 | Dividend income (also attach Schedule B if over $400) | 9 | 2,570. |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 16 | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) (attach Schedule C) | 12 | 93,722. |
| 13 | Capital gain or (loss) (attach Schedule D) | 13 | -3,000. |
| 14 | Capital gain distributions not reported on line 13 (see page 17) | 14 | |
| 15 | Other gains or (losses) (attach Form 4797) | 15 | -600. |
| 16a | Total IRA distributions 16a; 16b Taxable amount (see page 17) | 16b | |
| 17a | Total pensions and annuities 17a; 17b Taxable amount (see page 17) | 17b | 29,889. |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 | 18,344. |
| 19 | Farm income or (loss) (attach Schedule F) | 19 | |
| 20 | Unemployment compensation (insurance) (see page 18) | 20 | |
| 21a | Social security benefits. 21a; 21b Taxable amount (see page 18) | 21b | |
| 22 | Other income (list type and amount–see page 19) | 22 | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your **total income** ▶ | 23 | 509,284. |

**Adjustments to Income**

(See page 19.)

| Line | Description | | Amount |
|---|---|---|---|
| 24a | Your IRA deduction, from applicable worksheet on page 20 or 21 | 24a | |
| b | Spouse's IRA deduction, from applicable worksheet on page 20 or 21 | 24b | |
| 25 | One-half of self-employment tax (see page 21) | 25 | |
| 26 | Self-employed health insurance deduction, from worksheet on page 22 | 26 | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | |
| 30 | Add lines 24a through 29. These are your **total adjustments** ▶ | 30 | 37. |

**Adjusted Gross Income**

| Line | Description | | Amount |
|---|---|---|---|
| 31 | Subtract line 30 from line 23. This is your **adjusted gross income**. If this amount is less than $21,250 and a child lived with you, see page 45 to find out if you can claim the "Earned Income Credit" on line 56 ▶ | 31 | 509,247. |

TAXPAYER'S COPY

PLAINTIFFS' EXHIBIT 7

H807 F 11/07/91

Form 1040 (1991)

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| **Tax Computation** | 32 | Amount from line 31 (adjusted gross income) | | 32: 509,247. |
| If you want the IRS to figure your tax, see page 24. | 33a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ | 33a | |
| | b | If your parent (or someone else) can claim you as a dependent, check here ▶ | 33b ☐ | |
| | c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 23 and check here ▶ | 33c ☐ | |
| | 34 | Enter the larger of your: **Itemized deductions** (from Schedule A, line 26), **OR** **Standard deduction** (shown below for your filing status) **Caution:** If you checked **any** box on line 33a or b, go to page 23 to find your standard deduction. If you checked box 33c, your standard deduction is zero. • Single--$3,400 • Head of household--$5,000 • Married filing jointly or Qualifying widow(er)--$5,700 • Married filing separately--$2,850 | | 34: 34,229. |
| | 35 | Subtract line 34 from line 32. | | 35: 475,018. |
| | 36 | If line 32 is $75,000 or less, multiply $2,150 by the total number of exemptions claimed on line 6e. If line 32 is over $75,000, see page 24 for the amount to enter | | 36: NONE |
| | 37 | **Taxable income.** Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) | | 37: 475,018. |
| | 38 | Enter tax. Check if from a ☐ Tax Table, b ☒ Tax Rate Schedules, c ☐ Schedule D, or d ☐ Form 8615 (see page 24). (Amount, if any, from Form(s) 8814 ▶ e ______) | | 38: 143,131. |
| | 39 | Additional taxes. (see page 24). Check if from: a ☐ Form 4970 b ☐ Form 4972 | | 39: NONE |
| | 40 | Add lines 38 and 39. ▶ | | 40: 143,131. |
| **Credits** (See page 25.) | 41 | Credit for child and dependent care expenses (attach Form 2441) | 41 | |
| | 42 | Credit for the elderly or the disabled (attach Schedule R) | 42 | |
| | 43 | Foreign tax credit (attach Form 1116) | 43 | |
| | 44 | Other credits (see page 25). Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify)______ | 44 | |
| | 45 | Add lines 41 through 44. | | 45 |
| | 46 | Subtract line 45 from line 40. (If line 45 is more than line 40, enter -0-.) ▶ | | 46: 143,131. |
| **Other Taxes** | 47 | Self-employment tax (attach Schedule SE) | | 47: 74. |
| | 48 | Alternative minimum tax (attach Form 6251) | | 48 |
| | 49 | Recapture taxes (see page 26). Check if from: a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 | | 49 |
| | 50 | Social security and Medicare tax on tip income not reported to employer (attach Form 4137) | | 50 |
| | 51 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | | 51 |
| | 52 | Advance earned income credit payments from Form W-2 | | 52 |
| | 53 | Add lines 46 through 52. This is your **total tax** ▶ | | 53: 143,205. |
| **Payments** Attach Forms W-2, W-2G, and 1099-R to page 1. | 54 | Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐) | 54: 66,722. | |
| | 55 | 1991 estimated tax payments and amount applied from 1990 return | 55: 85,000. | |
| | 56 | **Earned income credit** (attach Schedule EIC) | 56 | |
| | 57 | Amount paid with Form 4868 (extension request) | 57 | |
| | 58 | Excess social security, Medicare, and RRTA tax withheld (see page 27) | 58 | |
| | 59 | Other payments (see page 27). Check if from a ☐ Form 2439 b ☐ Form 4136 | 59 | |
| | 60 | Add lines 54 through 59. These are your **total payments** ▶ | | 60: 151,722. |
| **Refund or Amount You Owe** | 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** ▶ | | 61: 8,517. |
| | 62 | Amount of line 61 to be **REFUNDED TO YOU** ▶ | | 62 |
| | 63 | Amount of line 61 to be **APPLIED TO YOUR 1992 ESTIMATED TAX** ▶ | 63: 8,517. | |
| | 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1991 Form 1040" on it | | 64 |
| | 65 | Estimated tax penalty (see page 28). Also include on line 64. | 65: NONE | |

**Sign Here** — Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation |

TAXPAYER'S COPY

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature | [signature] Date 4/7/92 | Check if self-employed ☐ | Preparer's social security no. [redacted] |
| Firm's name (or yours if self-employed) and address | PLANNING CONCEPTS CAPITAL, INC | E.I. No. | [redacted] |
| | 820 GESSNER, SUITE 1705 | ZIP code | 77024-0000 |
| | HOUSTON, TX | | |

F 11/20/91

Schedule E (Form 1040) 1991

Name(s) shown on return. (Do not enter name and social security number if shown on page 1.)

KENNETH C. KEENER

Your social security number [redacted]5770

**Note:** If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below.

## Part II Income or Loss From Partnerships and S Corporations

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. See Instructions. If you check column (f), you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | | | | | | |
| B | SEE STMT E PG 2-1 | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | SEE STMT E PG 2-2 | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | 25,161. | | | |
| b Totals | 6,817. | | | | |

| | | | |
|---|---|---|---|
| 29 | Add columns (h) and (k) of line 28a. Enter the total income here | 29 | 25,161. |
| 30 | Add columns (g), (i), and (j) of line 28b. Enter the total here | 30 | ( 6,817.) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | 18,344. |

## Part III Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| C | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 34 | Add columns (d) and (f) of line 33a. Enter the total income here | 34 | |
| 35 | Add columns (c) and (e) of line 33b. Enter the total here | 35 | ( ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)-Residual Holder

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see Instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |

## Part V Summary

| | | | |
|---|---|---|---|
| 39 | Net farm rental income or (loss) from Form 4835. (Also complete line 41 below.) | 39 | |
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 18 ▶ | 40 | 18,344. |
| 41 | **Reconciliation of Farming and Fishing Income:** Enter your gross farming and fishing income reported in Parts II and III, and on line 39 (see Instructions) | 41 | |

D 09/20/91

SUPPLEMENTARY STATEMENTS

KENNETH C. KEENER [redacted]-5770

STATEMENT: E PG 2-1

| PARTNERSHIP & S-CORPORATION: | P/S | FOREIGN | EIN | AT-RISK? |
|---|---|---|---|---|
| AGRI-VENTURE FUND | P | | 33-0115708 | |
| AGRI-VENTURE II | P | | 33-0053999 | |
| BALMORAL/FTHILLS | P | | 75-2042198 | |
| GREAT PLAINS PLINE | P | | 95-4060259 | ALL |
| KEENER MASSEY APTS | P | | 74-6211523 | ALL |
| SUN ENERGY PTR | P | | 75-2070723 | ALL |
| FRONT LINE INVEST | P | | 76-0228781 | ALL |
| WALKER DRILLING | P | | 76-0130423 | ALL |

STATEMENT: E PG 2-2

| PNTR & S-CORP: | (g) LOSS | (h) INCOME | (i) LOSS | (j) SEC 179 | (k) INCOME |
|---|---|---|---|---|---|
| AGRI-VENTURE FUND | | 6,529. | | | |
| AGRI-VENTURE II | | 18,424. | | | |
| BALMORAL/FTHILLS | 4,955. | | | | |
| GREAT PLAINS PLINE | | 105. | | | |
| KEENER MASSEY APTS | 1,459. | | | | |
| SUN ENERGY PTR | | 101. | | | |
| FRONT LINE INVEST | | 2. | | | |
| WALKER DRILLING | 403. | | | | |
| TOTAL AMOUNT | 6,817. | 25,161. | | | |