Form 1040 **U.S. Individual Income Tax Return** **1992** IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1992, or other tax year beginning , 1992, ending , 19 | OMB No. 1545-0074

**Label** (See instructions on page 10.)
**Use the IRS label.** Otherwise, please print or type.
LABEL HERE

| | | |
|---|---|---|
| Your first name and initial: KENNETH C. | Last name: KEENER | Your social security number: [redacted]-5770 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see page 10.: 1507-A HAROLD | Apt. no. | **For Privacy Act and Paperwork Reduction Act Notice, see page 4.** |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 10.: HOUSTON, TX 77006 | | |

**Presidential Election Campaign** (See page 10.)
Do you want $1 to go to this fund? . . . Yes [ ] No [X]
If joint return, does your spouse want $1 to go to this fund? . . . Yes [ ] No [ ]
NOTE: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** (See page 10.) Check only one box.
1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 11.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 11.)

**Exemptions** (See page 11.)
6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a. But be sure to check the box on line 33b on page 2 . — No. of boxes checked on 6a and 6b: 1
b [ ] Spouse

c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of mos. lived in your home in 1992 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than six dependents, see page 12.

No. of your children on 6c who: • lived with you ___ • didn't live with you due to divorce or separation (see page 13) ___
No. of other dependents on 6c ___

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here . . . ▶ [ ]
e Total number of exemptions claimed — Add numbers entered on lines above ▶ 1

**Income**
Attach Copy B of your Forms W-2, W-2G, and 1099-R here.
If you did not get a W-2, see page 9.
Attach check or money order on top of any Forms W-2, W-2G, or 1099-R.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 278,905. |
| 8a | **Taxable** interest income. Attach Schedule B if over $400 | 8a | 8,237. |
| b | **Tax-exempt** interest income (see page 15). DON'T include on line 8a — 8b | | |
| 9 | Dividend income. Attach Schedule B if over $400 | 9 | 894. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes from worksheet on page 16 | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 6,953. |
| 13 | Capital gain or (loss). Attach Schedule D | 13 | 73,242. |
| 14 | Capital gain distributions not reported on line 13 (see page 15) | 14 | |
| 15 | Other gains or (losses). Attach Form 4797 | 15 | 240. |
| 16a | Total IRA distributions — 16a; b Taxable amount (see page 16) | 16b | |
| 17a | Total pensions and annuities — 17a; b Taxable amount (see page 16) | 17b | 29,889. |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. Attach Schedule E | 18 | 21,014. |
| 19 | Farm income or (loss). Attach Schedule F | 19 | |
| 20 | Unemployment compensation (see page 17) | 20 | |
| 21a | Social security benefits — 21a; b Taxable amount (see page 17) | 21b | |
| 22 | Other income. List type and amount—see page 18 | 22 | |
| 23 | Add the amounts in the far right column for lines 7 through 22. This is your **total income** ▶ | 23 | 419,374. |

**Adjustments to Income** (See page 18.)

| Line | Description | | |
|---|---|---|---|
| 24a | Your IRA deduction from applicable worksheet on page 19 or 20 | 24a | |
| b | Spouse's IRA deduction from applicable worksheet on page 19 or 20 | 24b | |
| 25 | One-half of self-employment tax (see page 20) | 25 | |
| 26 | Self-employed health insurance deduction (see page 20) | 26 | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | |
| 30 | Add lines 24a through 29. These are your **total adjustments** ▶ | 30 | NONE |

TAXPAYER'S COPY

PLAINTIFFS' EXHIBIT 8

**Adjusted Gross Income**
31 Subtract line 30 from line 23. This is your **adjusted gross income**. If this amount is less than $22,370 and a child lived with you, see page EIC-1 to find out if you can claim the "Earned Income Credit" on line 56 ▶ 31 419,374.

H807 F 11/03/92 Form **1040** (1992)

| Section | Line | Description | Box | Amount |
|---|---|---|---|---|
| **Tax Computation** (See page 22.) | 32 | Amount from line 31 (adjusted gross income) | 32 | 419,374. |
| | 33a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ | 33a | |
| | b | If your parent (or someone else) can claim you as a dependent, check here ▶ | 33b ☐ | |
| | c | If you are married filing separately and your spouse itemizes deductions or you are a dual-status alien, see page 22 and check here ▶ | 33c ☐ | |
| | 34 | Enter the larger of your: **Itemized deductions** from Schedule A, line 26, OR **Standard deduction** shown below for your filing status. **But if you checked any box on line 33a or b,** go to page 22 to find your standard deduction. **If you checked box 33c,** your standard deduction is zero. • Single--$3,600 • Head of household--$5,250 • Married filing jointly or Qualifying widow(er)--$6,000 • Married filing separately--$3,000 | 34 | 16,432. |
| | 35 | Subtract line 34 from line 32 | 35 | 402,942. |
| | 36 | If line 32 is $78,950 or less, multiply $2,300 by the total number of exemptions claimed on line 6e. If line 32 is over $78,950, see the worksheet on page 23 for the amount to enter | 36 | NONE |
| If you want the IRS to figure your tax, see page 23. | 37 | **Taxable income.** Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- | 37 | 402,942. |
| | 38 | Enter tax. Check if from a ☐ Tax Table, b ☐ Tax Rate Schedules, c ☒ Schedule D, or d ☐ Form 8615 (see page 23). Amount, if any, from Form(s) 8814 ▶ e | 38 | 118,451. |
| | 39 | Additional taxes (see page 23). Check if from a ☐ Form 4970 b ☐ Form 4972 | 39 | NONE |
| | 40 | Add lines 38 and 39 ▶ | 40 | 118,451. |
| **Credits** (See page 24.) | 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | |
| | 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | |
| | 43 | Foreign tax credit. Attach Form 1116 | 43 | |
| | 44 | Other credits (see page 24). Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify)______ | 44 | |
| | 45 | Add lines 41 through 44 | 45 | |
| | 46 | Subtract line 45 from line 40. If line 45 is more than line 40, enter -0- ▶ | 46 | 118,451. |
| **Other Taxes** | 47 | Self-employment tax. Attach Sch. SE. Also, see line 25 | 47 | |
| | 48 | Alternative minimum tax. Attach Form 6251 | 48 | |
| | 49 | Recapture taxes (see page 25). Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 | 49 | |
| | 50 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 50 | |
| | 51 | Tax on qualified retirement plans, including IRAs. Attach Form 5329 | 51 | |
| | 52 | Advance earned income credit payments from Form W-2 | 52 | |
| | 53 | Add lines 46 through 52. This is your **total tax** ▶ | 53 | 118,451. |
| **Payments** Attach Forms W-2, W-2G, and 1099-R on page 1. | 54 | Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☐ | 54 | 73,806. |
| | 55 | 1992 estimated tax payments and amount applied from 1991 return | 55 | 40,017. |
| | 56 | **Earned income credit.** Attach Schedule EIC | 56 | |
| | 57 | Amount paid with Form 4868 (extension request) | 57 | |
| | 58 | Excess social security, Medicare, and RRTA tax withheld (see page 26) | 58 | |
| | 59 | Other payments (see page 26). Check if from a ☐ Form 2439 b ☐ Form 4136 | 59 | |
| | 60 | Add lines 54 through 59. These are your **total payments** ▶ | 60 | 113,823. |
| **Refund or Amount You Owe** Attach check or money order on top of Form(s) W-2, etc., on page 1. | 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** ▶ | 61 | |
| | 62 | Amount of line 61 you want **REFUNDED TO YOU** ▶ | 62 | |
| | 63 | Amount of line 61 you want **APPLIED TO YOUR 1993 ESTIMATED TAX** ▶ | 63 | |
| | 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1992 Form 1040" on it. | 64 | 4,628. |
| | 65 | Estimated tax penalty (see page 27). Also include on line 64. | 65 | NONE |

**Sign Here**

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | |
|---|---|---|
| ▶ Your signature | Date | Your occupation |
| ▶ Spouse's signature. If a joint return, BOTH must sign | Date | Spouse's occupation |

TAXPAYER'S COPY

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ Harriet M. Boyd | Date 4/12/93 | Check if self-employed ☐ | Preparer's social security no. [redacted] |
| Firm's name (or yours if self-employed) and address ▶ PLANNING CONCEPTS CAPITAL, INC | | E.I. No. | [redacted] |
| 820 GESSNER, SUITE 1705 | | ZIP code | 77024 |
| HOUSTON, TX | | | |

F 12/23/92

Name(s) shown on return. Do not enter name and social security number if shown on page 1. | Your social security number

KENNETH C. KEENER | [redacted]-5770

**Note:** If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below.

## Part II Income or Loss From Partnerships and S Corporations

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. See page E-3. If you check column (f), you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | | | | | | |
| B | SEE STMT E PG 2-1 | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | SEE STMT E PG 2-2 | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | 28,031. | | | |
| b Totals | 6,523. | | 494. | | |

| | | | |
|---|---|---|---|
| 29 | Add columns (h) and (k) of line 28a | 29 | 28,031. |
| 30 | Add columns (g), (i), and (j) of line 28b | 30 | ( 7,017.) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | 21,014. |

## Part III Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| C | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 34 | Add columns (d) and (f) of line 33a | 34 | |
| 35 | Add columns (c) and (e) of line 33b | 35 | ( ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)–Residual Holder

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see page E-4) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |

## Part V Summary

| | | | |
|---|---|---|---|
| 39 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 41 below. | 39 | |
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 18 ▶ | 40 | 21,014. |
| 41 | **Reconciliation of Farming and Fishing Income:** Enter your gross farming and fishing income reported in Parts II and III and on line 39 (see page E-4) — 41 | | |

F 10/23/92

SUPPLEMENTARY STATEMENTS

KENNETH C. KEENER

[redacted]-5770

STATEMENT: E PG 2-1

| PARTNERSHIP & S-CORPORATION: | P/S | FOREIGN | EIN | AT-RISK? |
|---|---|---|---|---|
| AGRI-VENTURE FUND | P | | 33-0115708 | |
| AGRI-VENTURE II | P | | 33-0053999 | |
| BALMORAL/FTHILLS | P | | 75-2042198 | |
| GREAT PLAINS PLINE | P | | 95-4060259 | ALL |
| PRYOR PIPELINE | P | | 95-4085626 | |
| KEENER MASSEY APTS | P | | 74-6211523 | ALL |
| SUN ENERGY PTR | P | | 75-2070723 | ALL |
| FRONT LINE INVEST | P | | 76-0228781 | ALL |
| THE MEADOWS AT INT | | | | |
| HOUSTON, TX | P | | 76-0098314 | |

STATEMENT: E PG 2-2

| PNTR & S-CORP: | (g) LOSS | (h) INCOME | (i) LOSS | (j) SEC 179 | (k) INCOME |
|---|---|---|---|---|---|
| AGRI-VENTURE FUND | | 4,924. | | | |
| AGRI-VENTURE II | | 22,648. | | | |
| BALMORAL/FTHILLS | 6,325. | | | | |
| GREAT PLAINS PLINE | 198. | | | | |
| PRYOR PIPELINE | | | 494. | | |
| KEENER MASSEY APTS | | 342. | | | |
| SUN ENERGY PTR | | 16. | | | |
| FRONT LINE INVEST | | 2. | | | |
| THE MEADOWS AT INT | | | | | |
| HOUSTON, TX | | 99. | | | |
| TOTAL AMOUNT | 6,523. | 28,031. | 494. | | |

STATEMENT: K-1 SCH B-1

K-1 SCH B - INTEREST INCOME

| DESCRIPTION | EIN | INTEREST |
|---|---|---|
| AGRI-VENTURE FUND | 33-0115708 | 302. |
| AGRI-VENTURE II | 33-0053999 | 671. |
| BALMORAL/FTHILLS | 75-2042198 | 46. |
| ALDINE WESTFIELD | 76-0052662 | 2. |
| FRONT LINE INVEST | 76-0228781 | 87. |
| LOUETTA PHASE IV | 76-0045300 | 1. |
| LOUETTA STUB 5.2 | 74-2151782 | 1. |
| LOUETTA STUEB 6.1 | 74-2149134 | 1. |
| RICHEY ROAD II | 76-0162228 | 8. |
| RICHEY/1960 2.9LTD | 76-0124942 | 2,316. |
| WALTERS/1960 3.0 | 76-0123654 | 33. |
| THEISS MAIL | 74-2157344 | 1,126. |
| TOTAL AMOUNT | | 4,594. |

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **1999** IRS Use Only—Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 1999, or other tax year beginning , ending | OMB No. 1545-0074

**Label** (See instructions.) **Use the IRS label.** Otherwise, please print or type. LABEL HERE

| | | |
|---|---|---|
| Your first name and initial: KENNETH C. | Last name: KEENER | Your social security number: [redacted]-5770 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see instructions. 2752 E JACARANDA ROAD | Apt. no. | ▲ **IMPORTANT!** ▲ You must enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. PALM SPRINGS, CA 92264 | | |

**Presidential Election Campaign** (See instructions.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | X |
| If a joint return, does your spouse want $3 to go to this fund? | | |

**Note:** Checking "Yes" will not change your tax or reduce your refund.

## Filing Status

Check only one box.

1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here.▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See instructions.)

## Exemptions

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a.
b [ ] **Spouse**

No. of boxes checked on 6a and 6b: 1

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instr) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than six dependents, see the instructions.

No. of your children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers entered on lines above ▶ 1

d Total number of exemptions claimed

## Income

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see the instructions.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 40,653 |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | 924 |
| b | **Tax-exempt** interest. DO NOT include on line 8a — 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | 7,076 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 607 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | 16,431 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | -65,998 |
| 15a | Total IRA distributions 15a — b Taxable amount (see instructions) | 15b | |
| 16a | Total pensions and annuities 16a — b Taxable amount (see instructions) | 16b | 28,591 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | -669 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a 15,675 — b Taxable amount (see instructions) | 20b | 5,699 |
| 21 | Other income. List type and amount (see instructions) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 33,314 |

## Adjusted Gross Income

| Line | Description | | Amount | | |
|---|---|---|---|---|---|
| 23 | IRA deduction (see instructions) | 23 | | | |
| 24 | Student loan interest deduction (see instructions) | 24 | | | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 43 | | |
| 28 | Self-employed health insurance deduction (see instructions) | 28 | | | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 | | | |
| 30 | Penalty on early withdrawal of savings | 30 | | | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | | | |
| 32 | Add lines 23 through 31a | | | 32 | 43 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | | | 33 | 33,271 |

PLAINTIFFS' EXHIBIT 9

**For Privacy Act and Paperwork Reduction Act Notice, See Instr** Form **1040** (1999)

JXB RF 12/10/99

B30

COPY

Form 1040 (1999) KENNETH O. KEENER [redacted]5770 Page **2**

| Section | Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | | | 34 | 33,271 |
| | 35a | Check if: ☒ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | 1 | | |
| | b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ▶ 35b ☐ | | | | |
| **Standard Deduction for Most People** Single: $4,300; Head of household: $6,350; Married filing jointly or Qualifying widow(er): $7,200; Married filing separately: $3,600 | 36 | Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. **But** see the instructions to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | | | 36 | 18,474 |
| | 37 | Subtract line 36 from line 34 | | | 37 | 14,797 |
| | 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet in the instructions for the amount to enter | | | 38 | 2,750 |
| | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | | 39 | 12,047 |
| | 40 | **Tax.** (see instructions). Check if any tax from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | | | 40 | 1,205 |
| | 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | | | |
| | 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | | | |
| | 43 | Child tax credit (see instructions) | 43 | | | |
| | 44 | Education credits. Attach Form 8863 | 44 | | | |
| | 45 | Adoption credit. Attach Form 8839 | 45 | | | |
| | 46 | Foreign tax credit. Attach Form 1116 if required | 46 | 37 | | |
| | 47 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) ______ | 47 | | | |
| | 48 | Add lines 41 through 47. These are your **total credits** | | | 48 | 37 |
| | 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | | | 49 | 1,168 |
| **Other Taxes** | 50 | Self-employment tax. Attach Schedule SE | | | 50 | 86 |
| | 51 | Alternative minimum tax. Attach Form 6251 | | | 51 | |
| | 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | | 52 | |
| | 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | | | 53 | |
| | 54 | Advance earned income credit payments from Form(s) W-2 | | | 54 | |
| | 55 | Household employment taxes. Attach Schedule H | | | 55 | |
| | 56 | Add lines 49 through 55. This is your **total tax** ▶ | | | 56 | 1,254 |
| **Payments** | 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 | 15,873 | | |
| | 58 | 1999 estimated tax payments and amount applied from 1998 return | 58 | 5,000 | | |
| | 59a | **Earned income credit.** Attach Sch. EIC if you have a qualifying child b Nontaxable earned income: amt ▶ ______ and type ▶ ______ | 59a | | | No |
| | 60 | Additional child tax credit. Attach Form 8812 | 60 | | | |
| | 61 | Amount paid with request for extension to file (see instructions) | 61 | | | |
| | 62 | Excess social security and RRTA tax withheld (see instructions) | 62 | | | |
| | 63 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 63 | | | |
| | 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | | | 64 | 20,873 |
| **Refund** Have it directly deposited! See instr and fill in 66b, 66c, and 66d. | 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** | | | 65 | 19,619 |
| | 66a | Amount of line 65 you want **REFUNDED TO YOU** ▶ | | | 66a | 17,119 |
| | b | Routing number ______ ▶ c Type: ☐ Checking ☐ Savings | | | | |
| | d | Account number ______ | | | | |
| | 67 | Amount of ln 65 you want **APPLIED TO YOUR 2000 ESTIMATED TAX** ▶ | 67 | 2,500 | | |
| **Amount You Owe** | 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE.** For details on how to pay, see instructions ▶ | | | 68 | |
| | 69 | Estimated tax penalty. Also include on line 68 | 69 | NONE | | |

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime telephone number (optional) |
|---|---|---|---|
| | | ATTORNEY | |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature: Harriet M. Sandefur | Date 4/13/00 | Check if self-employed ☐ | Preparer's SSN or PTIN [redacted] |
| Firm's name (or yours if self-employed) and address: PLANNING CONCEPTS CAPITAL, INC. 7 AGATE STREAM PLACE THE WOODLANDS, TX | | EIN [redacted] | ZIP code 77381 |

RF 12/10/99

COPY

Form **1040** (1999)

Name(s) shown on return. Do not enter name and social security number if shown on page 1. | Your social security number

KENNETH C. KEENER | [redacted]5770

**Note:** If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below. Real estate professionals must complete line 42 below.

## Part II Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss from an at-risk activity, you MUST check either column (e) or (f) on line 27 to describe your investment in the activity. See instructions. If you check column (f), you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | AGRI-VENTURE FUND | P | | 33-0115708 | X | |
| B | AGRI-VENTURE II | P | | 33-0053999 | X | |
| C | FRONT LINE INVEST | P | | 76-0228781 | X | |
| D | LOUETTA STUB 5.2 | P | | 74-2151782 | X | |
| E | | | | | | |

| | Passive Income and Loss: (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | Nonpassive Income and Loss: (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
|---|---|---|---|---|---|
| A | 292 | | | | |
| B | | | 1,287 | | |
| C | | 362 | | | |
| D | | 548 | | | |
| E | | | | | |
| 28 a Totals | | 910 | | | |
| b Totals | 292 | | 1,287 | | |

| | | | |
|---|---|---|---|
| 29 | Add columns (h) and (k) of line 28a | 29 | 910 |
| 30 | Add columns (g), (i), and (j) of line 28b | 30 | ( 1,579 ) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | -669 |

## Part III Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss: (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | Nonpassive Income and Loss: (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| 33 a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 34 | Add columns (d) and (f) of line 33a | 34 | |
| 35 | Add columns (c) and (e) of line 33b | 35 | ( ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | NONE |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | NONE |

## Part V Summary

| | | | |
|---|---|---|---|
| 39 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 41 below | 39 | NONE |
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 ▶ | 40 | -669 |
| 41 | **Reconciliation of Farming and Fishing Income.** Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see instructions) | 41 | |
| 42 | **Reconciliation for Real Estate Professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 42 | |

# Form 1040 Department of the Treasury—Internal Revenue Service
## U.S. Individual Income Tax Return 2000 (99)

IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2000, or other tax year beginning , 2000, ending , 20 | OMB No. 1545-0074

**Label** (See instructions on page 19.) **Use the IRS label.** Otherwise, please print or type.

LABEL HERE

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| KENNETH C. | KEENER | [redacted] 5770 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see page 19. | Apt. no. | ▲ IMPORTANT! ▲ You must enter your SSN(s) above. |
| 2752 E JACARANDA ROAD | | |
| City, town or post office, state, and ZIP code. | | |
| PALM SPRINGS, CA 92264 | | |

**Presidential Election Campaign** (See page 19.)
**Note.** Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶ You: ☐ Yes ☒ No Spouse: ☐ Yes ☐ No

## Filing Status

Check only one box.

1 ☒ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's soc. sec. no. above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See page 19.)

## Exemptions

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a — No. of boxes checked on 6a and 6b: 1
b ☐ **Spouse**

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) √ if qualifying child for child tax credit (see page 20) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 20.

No. of your children on 6c who: ● lived with you ● did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above

d Total number of exemptions claimed — Add numbers entered on lines above ▶ 1

## Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 22419. |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | 1001. |
| b | **Tax-exempt** interest. **Do not** include on line 8a — 8b: 576. | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | 6172. |
| 10 | Taxable refunds or credits of state and local income taxes | 10 | 60. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 1874. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | -3000. |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions — 15a: — b Taxable amount (see page 23) | 15b | |
| 16a | Total pensions and annuities — 16a: — b Taxable amount (see page 23) | 16b | 28930. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | -7142. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a: 16062. — b Taxable amount (see page 25) | 20b | 13653. |
| 21 | Other income. List type and amount (see page 25) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 63967. |

## Adjusted Gross Income

| Line | Description | | Amount | | |
|---|---|---|---|---|---|
| 23 | IRA deduction (see page 27) | 23 | | | |
| 24 | Student loan interest deduction (see page 27) | 24 | | | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 133 | | |
| 28 | Self-employed health insurance deduction (see page 29) | 28 | | | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | | | |
| 30 | Penalty on early withdrawal of savings | 30 | | | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | | | |
| 32 | Add lines 23 through 31a | | | 32 | 133. |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | | | 33 | 63834. |

PLAINTIFFS' EXHIBIT 10

Form 1040 (2000) KENNETH C. KE[illegible]ER [redacted]-5770 Page 2

## Tax and Credits

| Line | Description | | Amount | Line | Amount |
|---|---|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | | | 34 | 63834. |
| 35a | Check if: [X] You were 65 or older, [ ] Blind; [ ] Spouse was 65 or older, [ ] Blind. Add the number of boxes checked above and enter the total here ▶ | 35a | 1 | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ | 35b | [ ] | | |
| 36 | Enter your **itemized deductions** from Schedule A, line 28, **or standard deduction** shown on the left. **But** see page 31 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | | | 36 | 20069. |
| 37 | Subtract line 36 from line 34 | | | 37 | 43765. |
| 38 | If line 34 is $96,700 or less, multiply $2,800 by the total number of exemptions claimed on line 6d. If line 34 is over $96,700, see the worksheet on page 32 for the amount to enter | | | 38 | 2800. |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | | 39 | 40965. |
| 40 | **Tax** (see page 32). Check if any tax from a [ ] Form(s) 8814 b [ ] Form 4972 | | | 40 | 8061. |
| 41 | Alternative minimum tax. Attach Form 6251 | | | 41 | 0. |
| 42 | Add lines 40 and 41 ▶ | | | 42 | 8061. |
| 43 | Foreign tax credit. Attach Form 1116 if required | 43 | 44. | | |
| 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 | | | |
| 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | | | |
| 46 | Education credits. Attach Form 8863 | 46 | | | |
| 47 | Child tax credit (see page 36) | 47 | | | |
| 48 | Adoption credit. Attach Form 8839 | 48 | | | |
| 49 | Other. Check if from a [ ] Form 3800 b [ ] Form 8396 c [ ] Form 8801 d [ ] Form (specify) | 49 | | | |
| 50 | Add lines 43 through 49. These are your **total credits** | | | 50 | 44. |
| 51 | Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- ▶ | | | 51 | 8017. |

Standard Deduction for Most People
- Single: $4,400
- Head of household: $6,450
- Married filing jointly or Qualifying widow(er): $7,350
- Married filing separately: $3,675

## Other Taxes

| Line | Description | | Amount | Line | Amount |
|---|---|---|---|---|---|
| 52 | Self-employment tax. Attach Schedule SE | | | 52 | 265. |
| 53 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | | 53 | |
| 54 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | | | 54 | |
| 55 | Advance earned income credit payments from Form(s) W-2 | | | 55 | |
| 56 | Household employment taxes. Attach Schedule H | | | 56 | |
| 57 | Add lines 51 through 56. This is your **total tax** ▶ | | | 57 | 8282. |

## Payments

| Line | Description | | Amount | Line | Amount |
|---|---|---|---|---|---|
| 58 | Federal income tax withheld from Forms W-2 and 1099 | 58 | 10982. | | |
| 59 | 2000 estimated tax payments and amount applied from 1999 return | 59 | 2500. | | |
| 60a | **Earned income credit (EIC)** | 60a | | | |
| b | Nontaxable earned income: amount ▶ and type ▶ | | | | |
| 61 | Excess social security and RRTA tax withheld (see page 50) | 61 | | | |
| 62 | Additional child tax credit. Attach Form 8812 | 62 | | | |
| 63 | Amount paid with request for extension to file | 63 | | | |
| 64 | Other payments. Check if from a [ ] Form 2439 b [ ] Form 4136 | 64 | | | |
| 65 | Add lines 58, 59, 60a, and 61 through 64. These are your **total payments** ▶ | | | 65 | 13482. |

If you have a qualifying child, attach Schedule EIC.

## Refund

| Line | Description | | Amount | Line | Amount |
|---|---|---|---|---|---|
| 66 | If line 65 is more than line 57, subtract line 57 from line 65. This is the amount you **overpaid** | | | 66 | 5200. |
| 67a | Amount of line 66 you want **refunded to you** ▶ | | | 67a | 3200. |
| b | Routing number ▶ c Type: [ ] Checking [ ] Savings | | | | |
| d | Account number | | | | |
| 68 | Amount of line 66 you want **applied to your 2001 estimated tax** ▶ | 68 | 2000. | | |

Have it directly deposited! See page 50 and fill in 67b, 67c, and 67d.

## Amount You Owe

| Line | Description | | Amount | Line | Amount |
|---|---|---|---|---|---|
| 69 | If line 57 is more than line 65, subtract line 65 from line 57. This is the **amount you owe.** ▶ | | | 69 | |
| 70 | Estimated tax penalty. Also include on line 69 | 70 | | | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | ATTORNEY/RETIRED | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | May the IRS discuss this return with the preparer shown below (see page 52)? [X] Yes [ ] No |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature | Harriet M. Sandefer (signature) | Date 4/9/01 | Check if self-employed [ ] |
| Preparer's SSN or PTIN | [redacted] | | |
| Firm's name (or yours if self-employed), address, and ZIP code | PLANNING CONCEPTS CAPITAL, INC. 7 AGATE STREAM PLACE THE WOODLANDS, TX 77381 | EIN [redacted] | Phone no. 281-362-0666 |

COPY

010002
01-03-01

Schedule E (Form 1040) 2000 Attachment Sequence No. Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on page 1. | **Your social security number**

KENNETH C. KEENER | [redacted]-5770

**Note:** If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below. Real estate professionals must complete line 42 below.

## Part II Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss from an at-risk activity, you **must** check either column **(e)** or **(f)** on line 27 to describe your investment in the activity. If you check column **(f)** you must attach **Form 6198.**

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | See Statement 16 | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | | | | |
| b Totals | | | 7142. | | |

29 Add columns (h) and (k) of line 28a ..... **29**

30 Add columns (g), (i), and (j) of line 28b ..... **30** ( 7142.)

31 Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below ..... **31** -7142.

## Part III Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

34 Add columns (d) and (f) of line 33a ..... **34**

35 Add columns (c) and (e) of line 33b ..... **35** ( )

36 Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below ..... **36**

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

38 Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below ..... **38**

## Part V Summary * Entire disposition of passive activity

39 Net farm rental income or (loss) from **Form 4835.** Also, complete line 41 below ..... **39**

40 **Total** income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 ..... ▶ **40** -7142.

41 **Reconciliation of Farming and Fishing Income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see page E-6) ..... **41**

42 **Reconciliation for Real Estate Professionals.** If you were a real estate professional, enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules ..... **42**

021501 10-18-00



**Schedule E (Form 1040) 2000**

11250408 350865 466385770 2000.05000 KEENER, KENNETH C. B35 46638571

chedule E — PASSTHROUGH RECAP - BASIC INFORMATION — 2000

KENNETH C. KEENER [redacted]-5770

| TYPE | Entity No. | Act. No. | Name (Schedule K-1 Line Reference: (1065/1120S/1041)) | 1/1/6a Ordinary Income (Loss) | 2/2/6a Rental Real Estate Inc. (Loss) | 3/3/6a Other Rental Income (Loss) | * Passive Activity Loss C/O | * AMT Passive Activity Loss C/O | 4a/4a/1 Interest | * US Treasury Bond Interest | 4b/4b/2 Dividends | 4c/4c/5a Royalties | 4d/4d/3 Short-Term Capital Gain (Loss) | 4e/4e/4c Net Long-Term Capital Gain (Loss) | 5/*/* Guaranteed Payments to Partner |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | 2 | 1 | AGRI-VENTURE FUND | -7142. | | | | | | | | | | -10952. | |
| P | 4 | 3 | ALDINE WESTFIELD | | | | | | | | | | | | |
| P | 5 | 4 | BEAR CREEK 3.3 LTD | | | | | | | | | | | | |
| P | 6 | 5 | FRONT LINE INVESTMENT FUND I | | | | | | | | | | | -3479. | |
| P | 7 | 6 | LOUETTA PHASE IV | | | | | | 432. | | | | | | |
| P | 8 | 7 | LOUETTA STUB 5.2 | | | | | | | | | | | -5271. | |
| P | 9 | 8 | LOUETTA STUEB 6.1 | | | | | | | | | | | -8513. | |
| P | 10 | 9 | WALTERS/1960 3.0 | | | | | | | | | | | | |
| P | 11 | 10 | LOUETTA KUYKENDAHL 2.2 | | | | | | 323. | | | | | -451. | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | otals | -7142. | | | | | 755. | | | | | -28666. | |
| | | | omponent of: | Schedule E, Page 2, Various | Schedule E, Page 2, Various | Schedule E, Page 2, Various | Form 8582 Line 2c | Form 8582 AMT, Line 2c | Schedule B, Line 1 | Schedule B, Line 1 | Schedule B, Line 5 | Schedule E, Line 4 | Schedule D, Line 5 | Schedule D, Line 12 | Schedule E, Page 2, Various |

| Entity No. (Schedule K-1 Line Reference: 65/1120S/1041) | Act. No. | 6/5/* Section 1231 Gain (Loss) | * Ordinary Gain (Loss) Form 4797 | 7/6/* Other Income | 8/7/* Charitable Contributions 50% | 9/8/* Section 179 Expense | 10/9/* Deductions Related to Portfolio Income (2%) | 11/10/* Other Deductions | 14a/11a/* Investment Int. Expense (Schedule A) | 14b/11b/* Investment Int. Expense (Schedule E) | 14b/11b/* Investment Income | * SE Health Insurance Premium | * Wages for More Than 2% Shareholders | 15a/*/* Net SE Earnings | 16a/14a/12a AMT Depr Adj on Post '86 Property | */*/9 Minimum Tax Adjustment | */*/12d Exclusion Items |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| 7 | 6 | | | | | | | | | | 432. | | | | | | |
| 8 | 7 | | | | | | | | 14. | | | | | | | | |
| 9 | 8 | | | | | | | | 166. | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| 11 | 10 | | | | | | | | | | 323. | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| otals | | | | | | | | | 180. | | 755. | | | | | | |
| omponent of: | | Form 4797, Line 2 | Form 4797, Line 10 | Schedule E, Page 2, Various | Schedule A, Lines 15 & 16 | Form 4562, Line 2 | Schedule A, Line 22 | Schedule E, Page 2, Various | Schedule A, Line 13 | Schedule E, Page 2, Various | Form 4952, Line 6 | Form 1040, Line 28 | Form 1040, Line 7 | Schedule SE, Line 2 | Form 6251, Line 8 | Form 6251, Line 12 | 2001 Form 8801 |

* - No specific Schedule K-1 line reference for these amounts.

)71 12-08-00

19.1

B36

## Schedule E Income or (Loss) from Partnerships and S Corps Statement 16

Name

| Employer ID No. | Not at Risk | X if frn | Code | Passive Loss | Passive Income | Nonpassive Loss | Sec. 179 Deduction | Nonpassive Income |
|---|---|---|---|---|---|---|---|---|
| AGRI-VENTURE FUND | | | | | | | | |
| 33-0115708 | | | P * | | | 7142. | | |
| ALDINE WESTFIELD | | | | | | | | |
| 76-0052662 | | | P | | | | | |
| BEAR CREEK 3.3 LTD | | | | | | | | |
| 76-0085047 | | | P | | | | | |
| FRONT LINE INVESTMENT FUND I | | | | | | | | |
| 76-0228781 | | | P | | | | | |
| LOUETTA PHASE IV | | | | | | | | |
| 76-0045300 | | | P * | | | | | |
| LOUETTA STUB 5.2 | | | | | | | | |
| 74-2151782 | | | P * | | | | | |
| LOUETTA STUEB 6.1 | | | | | | | | |
| 74-2149134 | | | P * | | | | | |
| WALTERS/1960 3.0 | | | | | | | | |
| 76-0123654 | | | P | | | | | |
| LOUETTA KUYKENDAHL 2.2 | | | | | | | | |
| 76-0009639 | | | P | | | | | |
| Totals to Sch. E, ln. 28 | | | | | | 7142. | | |

* Entire disposition of passive activity

## Schedule SE Non-Farm Income Statement 17

| Description | Amount |
|---|---|
| From Schedule C | 1874. |
| Total to Schedule SE, line 2 | 1874. |

B37