01/04/06

U N I T E D   S T A T E S   T A X   C O U R T
D O C K E T   E N T R I E S

Docket No. 15048-91 INDEX

Agri-Venture-II, Frederick H. Behrens, Tax Matters Partner
v. COMMISSIONER OF INTERNAL REVENUE

| | | |
|---|---|---|
| Agri-Venture-II | MS0086<br>NO. 4 | (Service Attorney)<br>Mather,Steven Ray<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | KE0153 | Kajan,Elliott Hugh<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | BK0089 | Barish,Kenneth M.<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | SJ1899 | Silver,Jason Mark<br>Silver Lockwood, PLC<br>Sixth Floor<br>4800 N. Scottsdale Road<br>Scottsdale, AZ 85251 |
| Frederick H. Behrens | MS0086<br>NO. 4 | Mather,Steven Ray<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | KE0153 | Kajan,Elliott Hugh<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | BK0089 | Barish,Kenneth M.<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |

PLAINTIFFS'
EXHIBIT
11

(Continued to page 2)

Docket No. 15048-91 (Continuation Page 2) 01/04/06 INDEX

SJ1899 Silver,Jason Mark
Silver Lockwood, PLC
Sixth Floor
4800 N. Scottsdale Road
Scottsdale, AZ 85251

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0001 | 07/10/91 | PF | PETITION Filed:Fee Paid | | R 07/12/91 | |
| 0002 | 07/10/91 | DPT | DESIGNATION of Trial at Washington, DC | | R 07/12/91 | |
| 0003 | 08/09/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Harold G. & Belle W. Blaschke & Frank W. Graziano. C/S-Resp | | P 08/09/91 | |
| 0004 | 08/14/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Thomas J. Aylward, Stephen S. Berman, Herbert G. Haydel, Guenther Roth & Peter A. Tartikoff. C/S-Resp. | | P 08/15/91 | |
| 0005 | 08/19/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Edward L. Atkins, Ernest H. Price & Ash T. Tahir. C/S-Resp | | P 08/26/91 | |
| 0006 | 08/26/91 | MOTR | MOTION by resp. to ext. time to move or ans. to 9/9/91 & 9/24/91. (no obj) C/S | GR 08/30/91 | B 08/30/91 | |
| 0007 | 09/05/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by John K. Wallace, Jr. & Herbert L. & Eleanor B. Watrous. C/S | | | |
| 0008 | 09/09/91 | JMOT | JT. MOTION re:procedure. | ORD 09/12/91 | | |
| 0009 | 09/12/91 | OAJ | ORDER that case is assigned to Judge Dawson. for statute of limitations issue only. Ans due 10/1/91; Reply due 10/11/91; Resp. Mot for partial summ. judg. due 11/25/91. | | B 09/13/91 | C |
| 0010 | 09/17/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by John R. & Susan B. Monson and Richard M. Nault. C/S-Resp | | P 09/18/91 | C |
| 0011 | 10/01/91 | ACS | ANSWER (C/S 09/30/91). | | | |
| 0012 | 10/01/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Denver Growth Venture Associates, Joe B. Hargrove, George B. & Eleanor M. Merrick & John F. Sampson. C/S | | | |
| 0013 | 10/03/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE Floyd L. Greer. C/S | | | |
| 0014 | 10/04/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Marcia Berretta & Edward John O'Neill, Jr. C/S | | | |
| 0015 | 10/09/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by George E. Swilley. C/S | | | |
| 0016 | 10/10/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE Harvey Folks Zimand. | | B 10/15/91 | C |

(Continued to page 3)

01/04/06

Docket No. 15048-91 (Continuation Page 3)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0017 | 10/10/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE E. Lisk Wyckoff, Jr. | | B 10/15/91 | C |
| 0018 | 10/10/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE John F. Gibbons. | | B 10/15/91 | C |
| 0019 | 10/10/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE Robert Ehrenbard. | | B 10/15/91 | C |
| 0020 | 10/10/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE Eugene T. D'Ablemont. | | B 10/15/91 | C |
| 0021 | 10/10/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE Brian Christaldi. | | B 10/15/91 | C |
| 0022 | 10/11/91 | RCS | REPLY (C/S 10/11/91) | | | |
| 0023 | 10/24/91 | NCA | NOTICE of Change of Address for atty. Stuart Seigel. C/S | | | |
| 0024 | 11/14/91 | JMOT | JT. MOTION to cons. 15032-91, 15033-91, 15034-91, 15035-91, 15036-91, 15037-91, 15038-91, 15039-91, 15040-91, 15041-91, 15042-91, 15043-91, 15044-91, 15045-91, 15046-91, 15047-91, 15048-91, 15049-91, 15050-91, 15051-91, 15052-91, 15053-91, 15054-91, 15055-91, 15056-91, 15057-91, 15058-91, 15059-91, 15060-91, 20132-91 and 20133-91. | GR 11/20/91 | B 11/27/91 | C |
| 0025 | 11/26/91 | MOTR | MOTION by resp. for partial summary judgment. C/S (Affidavits att'd) | ORD 01/14/93 | | |
| 0026 | 11/26/91 | MEMO | MEMORANDUM OF LAW AND FACTS by resp. in support of motion for partial summary judgment. C/S | | | |
| 0027 | 11/29/91 | O | ORDER Petr. by 1/10/92 file response to mot. for partial summ. judg.; Resp. by 2/10/92 file reply to Petr. response. | | B 12/02/91 | C |
| 0028 | 12/20/91 | O | ORDER Court's 11/29/91 Order is rescinded. | | B 12/23/91 | C |
| 0029 | 01/14/92 | STP | STIPULATION OF FACTS. w/Ex. | | | |
| 0030 | 01/31/92 | MOTP | MOTION by petr. to compel docu. & ans. Interr. w/Exh. C/S | ORD 04/21/92 | | |
| 0031 | 01/31/92 | MEMO | MEMORANDUM by petr. in support of mot to compel. C/S | | | |
| 0032 | 02/18/92 | MOTR | MOTION by resp. to have until 3/9/92 to file opposition to mot to compel. (N.Obj) | GR 02/20/92 | B 03/02/92 | C |
| 0033 | 03/09/92 | OBJ | OBJECTION by resp. to mot to compel. (Reply to discovery Memo att'd.) C/S | | | |
| 0034 | 03/24/92 | MEMO | MEMORANDUM by Petr. in response to Resp. obj. to mot. to compel. w/ex. C/S | | | |
| 0035 | 04/21/92 | O | ORDER petrs. by 5/29/92 file response to mot. for partial | | B 04/23/92 | C |

(Continued to page 4)

Docket No. 15048-91 (Continuation Page 4) 01/04/06

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | summ. judg.; resp. by 6/30/92 file reply to petrs. response. Mot to compel is Dn. | | | |
| 0036 | 05/28/92 | MOTP | MOTION by petr. to extend time to 6/8/92 for response to mot. for partial summ. judgment. (N.Obj) C/S | GR 05/29/92 | B 06/01/92 | C |
| 0037 | 06/08/92 | MOTP | MOTION by petr. to strike improper portions of affidavits in support of resp. mot. for partial summary Judgement. (Appendix att'd.) C/S | ORD 01/12/93 | | |
| 0038 | 06/08/92 | MOTP | MOTION by petr. (Cross) for partial summary Judgment. w/Ex. & Memo. att'd. C/S | ORD 01/12/93 | | |
| 0039 | 07/06/92 | ATP | AMENDMENT TO PETITION (resp's consent att'd.) | | R 07/07/92 | |
| 0040 | 07/13/92 | OBJ | OBJECTION by resp. to cross mot. for partial summ. judg. C/S | | | |
| 0041 | 07/13/92 | OBJ | OBJECTION by resp to mot. to strike portions of affidavits. C/S | | | |
| 0042 | 07/13/92 | MEMO | MEMORANDUM by resp. in reply to memo. in opposition to mot. for partial summ. judg. & in support of petr. cross-mot. C/S (Per Judge) | | | |
| 0043 | 07/29/92 | NCA | NOTICE of Change of Address for atty-Leonard S. Roth. C/S | | | |
| 0044 | 08/10/92 | MOT | MOTION by certain participating partners to file memo. in opposition to mot. for partial summ. judg. & in support of Petr. cross mot. (Memo. Ld.) C/S | ORD 09/25/92 | | |
| 0045 | 08/21/92 | O | ORDER Resp by 9-11-92 file response to mot. by Participants to file Memo. | | B 08/25/92 | C |
| 0046 | 08/25/92 | JMOT | JT. MOTION for special calendar. | ORD 09/25/92 | | |
| 0047 | 08/31/92 | A | ANSWER TO AMENDMENT TO PETITION by resp. (C/S 8/27/92) | | | |
| 0048 | 09/09/92 | NOBJ | NO OBJECTION by Resp to mot. by certain participation partner to file Memo. C/S | | | |
| 0049 | 09/25/92 | O | ORDER mot. for special calendar is Dn. | | B 09/25/92 | C |
| 0050 | 09/25/92 | O | ORDER resp. by 10-26-92 file suppl. stip. or mot. to correct stip. Resp. within 30 days after ruling with respect to suppl stip. or mot. to correct stip. file response to memo. in opposition to mot. for partial summ. judg. Mot. to file memo. to mot. for partial summ. judg. is Gr. | | B 09/25/92 | C |

(Continued to page 5)

01/04/06

Docket No. 15048-91 (Continuation Page 5)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0051 | 09/25/92 | MEMO | MEMORANDUM by certain participating partners in Opposition to mot. for partial summ. judg. & in support of petrs. cross-mot. | | B 09/25/92 | C |
| 0052 | 10/15/92 | MOTP | MOTION by petr. to file suppl. memo. of law in opposition to resp mot. for partial summ. judg. & in support of petrs. Cross-mot. (Suppl. memo. of law Ld) C/S | ORD 10/19/92 | | |
| 0053 | 10/19/92 | MEMO | MEMORANDUM OF LAW (SUPPLEMENTAL) by Petr. in Opposition to resp. mot. for partial summ. judg. & in support of petrs. Cross-mot. | | R 10/21/92 | |
| 0054 | 10/19/92 | O | ORDER resp. by 11-27-92 file response to petrs. suppl. memo. Mot. to file suppl. memo. is Gr. | | B 10/21/92 | C |
| 0055 | 10/26/92 | STP | STIPULATION OF FACTS (SUPPLEMENTAL). w/Ex. | | | |
| 0056 | 10/26/92 | MOTR | MOTION by resp. to Reform Stipulation of facts. w/affidavits att'd. C/S (Per Judge) | ORD 01/12/93 | | |
| 0057 | 11/06/92 | O | ORDER petr. by 11-25-92 file response to mot. to reform. | | B 11/09/92 | C |
| 0058 | 11/24/92 | MEMO | MEMORANDUM OF LAW by petr. in Opposition to mot. to reform. w/Ex. C/S | | | |
| 0059 | 11/27/92 | RESP | RESPONSE by Resp. to partners memo. filed 9/25/92 & Petr. suppl. memo. filed 10/19/92. (Serve Per Judge) | | P 12/07/92 | C |
| 0060 | 01/12/93 | O | ORDER Resp. mot. for partial summ. judg. & Petr. cross-mot. for partial summ. judg. are Dn. Mot. to reform stip. of facts is moot. Mot. to strike improper portions of affidavits is moot. | | B 01/14/93 | C |
| 0061 | 02/19/93 | MEMO | MEMORANDUM OF LAW by petr. in opposition to separate trial on statute of limitations issues. C/S (Per Judge) | | | |
| 0062 | 03/18/93 | RESP | RESPONSE by resp. to memo. of law in opposition to separate trials. C/S (Per Judge) | | | |
| 0063 | 03/23/93 | MOTP | MOTION by petr. to file reply to response to memo. of law in opposition to separate trials. (Reply to response Ld.) (N.Obj) C/S | ORD 03/25/93 | | |
| 0064 | 03/25/93 | O | ORDER mot. for leave to file reply is Gr. | | B 03/26/93 | C |
| 0065 | 03/25/93 | R | REPLY by petr. to resp's Response to petrs. memo. of law in | | R 03/26/93 | |

(Continued to page 6)

01/04/06

Docket No. 15048-91 (Continuation Page 6)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | opposition to separate trials. | | | |
| 0066 | 04/19/93 | ORJ | ORDER that case is reassigned to Judge Halpern. | | B 04/20/93 | C |
| 0067 | 05/18/93 | JMOT | JT. MOTION for due date of 9/15/93 for filing of amendment to answer & due date of 11/15/93 for filing of reply to such amendment. | ORD 05/19/93 | | |
| 0068 | 05/19/93 | O | ORDER mot. to file amd. to ans. & reply is Gr. | | B 05/20/93 | C |
| 0069 | 07/29/93 | ATA | AMENDMENT TO ANSWER (C/S 7/26/93) | | | |
| 0070 | 09/14/93 | MOTR | MOTION by resp. to Amend Answer. (Amd. to am. to ans. Ld) C/S | GR 09/17/93 | B 09/20/93 | C |
| 0071 | 09/17/93 | MISC | AMENDMENT TO AMENDMENT TO ANSWER | | P 09/20/93 | C |
| 0072 | 11/12/93 | R | REPLY by petr. to amendment to ans. (C/S 11/12/93) | | | |
| 0073 | 01/12/94 | O | ORDER that the consolidation is severed. | | B 01/13/94 | C |
| 0074 | 07/22/94 | MOTP | MOTION by petr. to reconsider the denial of petrs' mot. for partial summary Judgment. w/memo in support of mot., Exs. & attachments. C/S | ORD 09/02/98 | | |
| 0075 | 07/25/94 | O | ORDER resp. by 9/2/94 file response to mot. to reconsider the denial of mot. for summ. judgment. Petr. by 9/9/94 may file reply to resp's response. | | B 07/26/94 | C |
| 0076 | 09/01/94 | OBJ | OBJECTION by resp. to mot. for recons. of the denial of petr. mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0077 | 09/01/94 | MOTR | MOTION by resp. for recons. of the denial of resp. mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0078 | 09/01/94 | MOTR | MOTION by resp. for recons. of the mooting of mot. to reform stip. of facts. C/S | ORD 10/08/98 | | |
| 0079 | 09/01/94 | MOTR | MOTION by resp. to strike affidavits submitted in support of mot. for recons. of mhe denial of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0080 | 09/01/94 | MEMO | MEMORANDUM by resp. in opposition to petr. mot. for recon. of the denial of mot. for partial summ. judg. and in support of mot. for recons. of the denial of resp. mot. for partial summ. judg. & reformation of the stip. of facts. w/Exs. & Affidavit. C/S | ORD 09/02/98 | | |
| 0081 | 09/01/94 | MOTR | MOTION by resp. for lv. to file suppl. memo. in opposition to petr. mot. for recons. of mot for partial summ. judg. & in | ORD 09/02/98 | | |

(Continued to page 7)

01/04/06

Docket No. 15048-91 (Continuation Page 7)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | support of resp. mot. for recons. of mot. for partial summ. judg. C/S | | | |
| 0082 | 09/02/94 | MOTP | MOTION by petr. to compel documents. w/Exs. C/S | ORD 10/08/98 | | |
| 0083 | 09/09/94 | OP | OPPOSITION by petr. to mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0084 | 09/09/94 | RESP | RESPONSE by petr. to mot. for recons. of mot. to reform stip. of facts. C/S | | | |
| 0085 | 09/09/94 | RESP | RESPONSE by petr. to mot. to strike affidavits. C/S | ORD 09/02/98 | | |
| 0086 | 09/09/94 | R | REPLY by petr. to memo. in opposition to mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0087 | 09/12/94 | O | ORDER resp. by 9/22/94 file response to mot. to compel docu. | | B 09/13/94 | C |
| 0088 | 09/21/94 | O | ORDER time ext. to 9/23/94 for response to mot. to compel docu. | | B 09/23/94 | C |
| 0089 | 09/28/94 | OBJ | OBJECTION by resp. to petr's mot. to compel. (Leave Gr.) | | | |
| 0090 | 04/03/95 | MOTR | MOTION by resp. to amend answer. (Second Am. to Ans. Ld) C/S | ORD 05/12/95 | | |
| 0091 | 04/03/95 | MEMO | MEMORANDUM by resp. in support of mot. to amend answer. C/S | | | |
| 0092 | 04/05/95 | O | ORDER Petrs. by 5/5/95 file & serve response to mot. to amend ans. | | B 04/06/95 | C |
| 0093 | 05/02/95 | NCA | NOTICE of Change of Address for atty. K. Peter Schmidt. C/S | | | |
| 0094 | 05/05/95 | OP | OPPOSITION by petr. to mot. to amend answer. C/S | | | |
| 0095 | 05/12/95 | O | ORDER Mot to file (Second) amendment to Answer is Gr. | | B 05/15/95 | C |
| 0096 | 05/12/95 | ATA | AMENDMENT TO ANSWER (SECOND) | | P 05/15/95 | C |
| 0097 | 07/05/95 | MOTR | MOTION by resp. to supplement resp's memo. in support of resp's mot. for partial summary Judgment. (Suppl. memo. in support of mot. for recons. of resp's mot. for partial summ. Judg. Ld) C/S (Per Judge) | ORD 09/02/98 | | |
| 0098 | 07/10/95 | NCA | NOTICE of Change of Address for participant, Floyd L. Greer. C/S | | | |
| 0099 | 07/26/95 | MOTP | MOTION by petr. to dismiss for LOJ as to participant, Ash H. Tahir. C/S | ORD 07/28/95 | | |

(Continued to page 8)

01/04/06

Docket No. 15048-91 (Continuation Page 8)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0100 | 07/28/95 | O | ORDER mot to dismiss Ash H. Tahir is Gr. Not of election to participate as to Ash H. Tahir is stricken from Court's record. | | B 08/01/95 | C |
| 0101 | 01/30/96 | MOT | MOTION by K. Peter Schmidt to w/d as to Participant Edward L. Atkins. (C/S 1-30-96) | GR 08/05/96 | B 04/14/97 | C |
| 0102 | 01/30/96 | MOT | MOTION by K. Peter Schmidt to w/d as to Participant Ernest H. Price. (C/S 1-30-96) | ORD 08/05/96 | | |
| 0103 | 01/30/96 | MOT | MOTION by K. Peter Schmidt to w/d as to Participant Richard M. Nault. (C/S 1-30-96) | GR 08/05/96 | B 04/14/97 | C |
| 0104 | 01/30/96 | MOT | MOTION by K. Peter Schmidt to w/d as to Participant Edward John O'Neill, Jr. (C/S 1-30-96) | GR 08/05/96 | B 04/14/97 | C |
| 0105 | 02/12/96 | O | ORDER participatings partners, as stated herein, by 3/15/96 file obj. to mots. to w/d. A copy of this order is served on petr., resp. & said participating partners only. | | B 02/15/96 | C |
| 0106 | 02/15/96 | MISC | AMENDMENT by K. Peter Schmidt to mot. to w/d as to Participant Ernest H. Price. (C/S 2/15/96) (Per Judge) | ORD 08/05/96 | | |
| 0107 | 02/16/96 | MOT | MOTION by K. Peter Schmidt to w/d as to Participant Joe B. Hargrove. (C/S 2/15/96) | GR 07/31/96 | B 08/01/96 | C |
| 0108 | 02/20/96 | O | ORDER Joe Hargrove by 3/29/96 file an obj. to mot to w/d. Clerk is to serve a copy of this order on Resp., Petrs., & the participating partner who is the subject of the mot to w/d. | | B 02/21/96 | C |
| 0109 | 04/01/96 | EA | ENTRY OF APPEARANCE by Daniel L. Merriman for participant Richard M. Nault. | | R 04/02/96 | |
| 0110 | 08/05/96 | O | ORDER K. Peter Schmidt's mot to w/d as amended is Gr. Clerk is to serve a copy of this order upon respondent, petitioners, & Ernest H. Price. | | B 08/06/96 | C |
| 0111 | 05/02/97 | MOTP | MOTION by petr. & participant, Marcia Barretta to dismiss for LOJ as to Marcial Barretta & to strike. (N.Obj) (C/S 5/2/93) | ORD 05/06/97 | | |
| 0112 | 05/06/97 | O | ORDER mot. to dismiss Marcia Barretta is Gr. | | B 05/07/97 | C |
| 0113 | 07/18/97 | NOT | NOTICE Resp. of settlement under Rule 248 (c)(1) for participants Edward L. Atkins, Harold G. & Belle W. | | | |

(Continued to page 9)

| Docket No. 15048-91 | | | (Continuation Page 9) | | 01/04/06 INDEX |
|---|---|---|---|---|---|
| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED M |
| | | | Blaschke, Herbert G. Haydel, Edward John O'Neill, Jr., Peter A. Tartikoff, E. Lisk Wyckoff, Jr., Harvey Folks Ziman, Brian Christaldi, Frank W. Graziano, John R. & Susan B. Monson, and Herbert L. & Eleanor B. Watrous. (C/S 7-15-97) | | |
| 0114 | 10/14/97 | NOT | NOTICE by Resp. of settlement under Rule 248 (c)(1) for participants Stephen S. Berman, Joe B. Hargrove, John F. Sampson, George E. Swilley. (C/S 10-10-97) | | |
| 0115 | 02/02/98 | JMOT | JT. MOTION to w/d certain pending mots. & docu. relating thereto without prejudice. (C/S 2-11-98) (Per Judge) | ORD 09/02/98 | |
| 0116 | 02/04/98 | MOT | MOTION by S. Seigel, K. Schmidt & L. Roth to w/d for Petrs & participants Aylward, Denver Growth Venture Associates, Merricks, Roth & Wallace. (C/S 2-4-98) (Moot as to Petr. Whitaker) | ORD 10/29/98 | |
| 0117 | 02/23/98 | O | ORDER petrs. & participanting partners listed in 2/4/98 mot. by 3/16/98 file obj. to said mot. (R-Re-M 3-16-98 to Atty. Merriman) | | B 02/27/98 C |
| 0118 | 02/27/98 | MOTR | MOTION by resp. to Supplement Motion for reconsideration of motion to reform original stipulation of facts. (Supplemental Memorandum Lodged) (C/S 2-26-98) (Per Judge) | GR 05/11/98 | B 05/13/98 C |
| 0119 | 04/10/98 | O | ORDER Parties by 4-29-98 file a response to Resp's. Motion to supplement motion for reconsideration. | | B 04/16/98 C |
| 0120 | 04/16/98 | NOT | NOTICE by Resp. of consistent agreement under Rule 248 (c)(1) for Participant Ehrenbard. (C/S 4-15-98) | | |
| 0121 | 05/11/98 | SUPP | SUPPLEMENTAL MEMORANDUM by Resp. in support of mot for reconsideration filed 9-1-94. w/Exhs. | | P 05/13/98 C |
| 0122 | 05/22/98 | NOT | NOTICE by Resp. of consistent agreement under Rule 248(c)(1) for Petrs. Lloyd T. & Mary Ann Whitaker. (C/S 5-21-98) | | |
| 0123 | 05/27/98 | OCA | ORDER that caption of case is amended. | | B 05/29/98 C |
| 0124 | 07/31/98 | MOTR | MOTION by resp. to be relieved nunc pro tunc of duty under Rule 248(c). w/Exhs. (C/S 7-30-98) | ORD 11/24/98 | |
| 0125 | 09/02/98 | O | ORDER that Joint Motion filed 2-2-98 is granted in that certain motions & documents are withdrawn. | | B 09/03/98 C |
| 0126 | 09/02/98 | O | ORDER set 10-8-98 Washington,DC Spec. for hearing on Resp's. | | B 09/03/98 C |

(Continued to page 10)

01/04/06

Docket No. 15048-91 (Continuation Page 10)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | 9-1-94 Mot for reconsideration, Petr's. Mot to compel documents, and Resp's. Mot to be relieved of duty under Rule 248(c). Petr. & Participating Partners by 9-23-98 file an objection to mot to be relieved of duty. | | | |
| 0127 | 09/23/98 | OBJ | OBJECTION by Petr. to mot to be relieved of duty under Rule 248(c). (C/S 9-23-98) | | | |
| 0128 | 10/02/98 | RESP | RESPONSE by Petr. & TMP to 9-2-98 order re:the hearing on certain mots. (C/S 10-2-98) | | | |
| 0129 | 10/02/98 | MOT | MOTION by Petr. & TMP to clarify or recon. 9-2-98 order that w/d certain mots. & documents. (C/S 10-2-98) | ORD 10/08/98 | | |
| 0130 | 10/05/98 | RESP | RESPONSE by Resp. to 9-2-98 order re:hrg. on certain mots. w/Ex. (C/S 10-2-98) | | | |
| 0131 | 10/08/98 | HEAR | HEARING before Judge Halpern at Washington, DC Resp's. 9-1-94 Mot to reconsider mooting-See order. Petr's. 9-2-94 Mot to compel docus.-See order. Resp's. 7-31-98 Motion to be relieved of duty--CAV. Petr. & TMP 10-2-98 Motion to clarify or reconsider-See order. | ORD 11/24/98 | | |
| 0132 | 10/08/98 | O | ORDER Resp's. 9-1-94 Motion for reconsideration is denied. (R-Re-M 11-24-98 to Participant Aylward) (R-RE-M new add 12/9/98: T. Aylward) | | B 10/29/98 | C |
| 0133 | 10/08/98 | O | ORDER Petr's. 9-2-94 Motion to compel docus. is denied. (R-Re-M 11-24-98 to Participant Aylward) (R-RE-M new add 12/9/98: T. Aylward) | | B 10/29/98 | C |
| 0134 | 10/08/98 | O | ORDER Petr. & TMP 10-2-98 Mot to clarify or reconsider is denied in part and granted in part. (R-Re-M 11-24-98 to Participant Aylward) (R-RE-M new add 12/9/98: T. Aylward) | | B 10/29/98 | C |
| 0135 | 10/29/98 | O | ORDER Mot to withdraw filed 2-4-98 is granted. (R-Re-M 11-24-98 to Participant Aylward) (R-RE-M new add 12/9/98: T. Aylward) | | B 10/29/98 | C |
| 0136 | 11/09/98 | TRAN | TRANSCRIPT of 10-8-98 rec'd. (HEAR) | | | |
| 0137 | 11/13/98 | JT | JOINT REPORT filed w/Ex. (Per Judge) | | | |
| 0138 | 11/23/98 | NCA | NOTICE of Change of Address for participants Nault. (Per Judge) | | R 11/24/98 | |
| 0139 | 11/24/98 | O | ORDER resp. mot. to be relieved filed 7-31-98 is deemed moot. | | B 11/27/98 | C |

(Continued to page 11)

Docket No. 15048-91 (Continuation Page 11) 01/04/06

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | (R-RE-M new add 12/9/98 re: Thomas Aylward) | | | |
| 0140 | 12/08/98 | O | ORDER participant Thomas J. Aylward's address is changed. | | B 12/09/98 | C |
| 0141 | 03/25/99 | MOTR | MOTION by resp. to calendar for report. w/Exh. (C/S 3-24-99) (Per Judge) | ORD 06/04/99 | | |
| 0142 | 05/26/99 | NOT | NOTICE by Resp. of consistent agreement under Rule 248(c)(1) for participant Eugene T. D'Ablemont. (C/S 5/25/99) | | | |
| 0143 | 06/03/99 | MOT | MOTION by Steven R. Mather to file notice of election to intervene for Frederick H. Behrens. (NOEI Ld) (C/S 6/2/99) | | | |
| 0144 | 06/04/99 | O | ORDER set 10/4/99 Washington, DC Spec. for trial. Resp's 3/25/99 mot. is dn. (R-RE-M new add cert 7/19/99: E. Price) | | B 06/04/99 | C |
| 0145 | 06/04/99 | SPTO | STANDING PRE-TRIAL ORDER attached to Notice of Trial | | B 06/04/99 | C |
| 0146 | 06/10/99 | NOBJ | NO OBJECTION by Resp. to 6/3/99 mot. (C/S 6/9/99 on all except atty. Krier) (Per Judge) | | P 06/21/99 | C |
| 0147 | 06/21/99 | O | ORDER Petr. & participating partners by 7/9/99 file obj. to 6/3/99 mot. | | B 06/21/99 | C |
| 0148 | 07/19/99 | O | ORDER proceedings stayed until 7/30/99. Mot. to file NOEI for Frederick Behrens is gr. | | B 07/19/99 | C |
| 0149 | 07/19/99 | NOEI | NOTICE OF ELECTION TO INTERVENE by Frederick H. Behrens. | | B 07/19/99 | C |
| 0150 | 07/26/99 | STP | STIPULATION by resp. & TMP to be bound by 12532-90 Re: certain mots. C/S 7/23/99 (per Judge) | | | |
| 0151 | 08/20/99 | MOTR | MOTION by resp. to adopt test case procedure. w/Exh. (C/S 8-19-99 on all except atty. S. Krier) (Per Judge) | ORD 09/28/99 | P 08/26/99 | C |
| 0152 | 08/26/99 | O | ORDER Petr., TMP and Participants by 9-7-99 file objection to motion to adopt test case procedure. | | B 08/26/99 | C |
| 0153 | 08/30/99 | OBJ | OBJECTION by TMP to Mot to adopt test case procedure. (C/S 8-27-99 on all except Atty. Krier) | | P 08/30/99 | |
| 0154 | 09/14/99 | O | ORDER re:service of pre-trial documents. Petr. or Participant submit by 9-20-99 a request for service. | | B 09/14/99 | C |
| 0155 | 09/28/99 | O | ORDER motion to adopt test case procedure is denied. | | B 09/28/99 | C |
| 0156 | 10/04/99 | HEAR | HEARING before Judge Halpern at Washington, DC | | | |

(Continued to page 12)

```
                                                                        01/04/06
  Docket No.  15048-91              (Continuation  Page   12)              INDEX
 NO.    DATE   EVENT        FILINGS AND PROCEEDINGS     ACT/STAT DTE  SERVED    M

                         Not called 10-6-99 & 12-6-99. Continued-No Order.
                         Non-appearing partners withdrawn-See order.
 0157 10/04/99 O         ORDER nonappearing partners
                         listed herein are withdrawn                   B 11/18/99 C
                         from Court's record as participating partners. Caption is
                         amended.
 0158 10/06/99 EA        ENTRY OF APPEARANCE by Jason M.
                         Silver for TMP. (WAS)                         R 12/30/99
 0159 11/03/99 TRAN      TRANSCRIPT of 10-4-99 rec'd.
                         (Calendar Call)
 0160 12/06/99 STPB      STIPULATION to be bound by
                         12530-90. (WAS)
 0161 01/07/00 HEAR      HEARING before Judge Halpern at
                         Washington, DC
                         Called-Not calendared. Petr's. Motion to file motion for
                         partial summary judgment-Denied.
 0162 01/07/00 MOTP      MOTION by petr. to file motion
                         for partial summary judgment.     DN  01/07/00 B 01/14/00 C
                         (Mot for partial summary judgment & Memo. Lodged) (C/S
                         10-6-99) (WAS)
 0163 01/14/00 TRAN      TRANSCRIPT of 1-7-00 rec'd.
                         (HEAR)
 0164 01/24/00 STP       STIPULATION OF SETTLED ISSUES re:
                          1984 & 1985.
 0165 03/06/00 MOTR      MOTION by resp. to treat request
                         for consistent settlement as      GR  03/08/00 B 03/08/00 C
                         timely re: Dow B. Hickman. w/Exhs. (C/S 3/3/00)
 0166 03/06/00 MOTR      MOTION by resp. to treat request
                         for consistent settlement as      GR  03/08/00 B 03/08/00 C
                         timely re: Frances P. Hickam Godley. w/Exhs. (C/S 3/3/00)
 0167 05/03/00 MOTR      MOTION by resp. to treat request
                         for consistent settlement as      GR  06/01/00 B 06/01/00 C
                         timely re: Wallace D. & Nell F. Williams. w/Ex. (C/S
                         5/2/00)
 0168 05/05/00 O         ORDER Petr. by 5-23-00 file Obj.
                         to Mot re:consistent settlement.              B 05/05/00 C
 0169 12/18/00 JT        JOINT STATUS REPORT. (Per Judge)
 0170 04/16/01 MOTR      MOTION by resp. for entry of
                         decision. (C/S 4-13-01)           GR  07/19/01 B 07/19/01 C
 0171 06/14/01 MOT       MOTION by Thomas Redding to file
                         not. of election of Donald L. &   DN  07/19/01 B 07/19/01 C
                         Donna J. Frankel. (NOE & Mot. to compel consistent
                         settlement Ld.) (C/S 6/12/01)
 0172 07/19/01 DEC       DECISION ENTERED, Judge Halpern               B 07/19/01 C
```

**Re: Cash Bond Deposit for 1984**

September 28, 1995

Internal Revenue Service Center
Austin, Texas 73301

**SERVICE CENTER: Please forward to TEFRA Section after posting**

Dear Sir or Madam:

Enclosed is a check for $91,542.91, which I am submitting as a deposit in the nature of a cash bond in accordance with Revenue Procedure 84-58, 1984-2 C.B. 501. The deposit is intended to stop the accrual of interest with respect to my liability, if any, for increased income taxes attributable to adjustments proposed in a Notice of Final Partnership Administrative Adjustment ("FPAA") dated April 10, 1991, issued with respect to Agri - Venture II.

The FPAA proposed adjustments for two years, 1984 and 1985. The enclosed deposit is intended to cover potential taxes and interest accrued as of the date of this letter for 1984. Should it ultimately be determined that I have no tax liability for 1984, or have tax liability in an amount less than my deposit, I wish to have the excess deposit applied to any liability I may owe for 1985 or other years. I understand that in that event, the deposit will be applied toward my liability for 1985 or other year as if it had been posted with respect to that year when originally made.

If it is determined that I have no additional tax liability with respect to 1984 or 1985 or any other year, or that my deposit exceeds any additional tax liability, I, of course, will expect the return of the excess deposit.

I appreciate your cooperation in this matter.

Sincerely,

Kenneth C. Keener

Kenneth C. Keener [redacted]-5770
1507 - A Harold
Houston, Texas 77006

cc: Alan Finlayson
TEFRA Coordinator
IRS Service Center
P.O. Box 12067
Fresno, California 93776

Miles D. Friedman
Office of District Counsel
Internal Revenue Service
24000 Avila Road
Laguna Niguel, California 92645

PLAINTIFFS' EXHIBIT 12

PPID 7640814086 [redacted]-5770

PAGE NO-0001

IRS EMPLOYEE 7640814086

DATE REQUESTED 11-19-1999

PRINT DATE 11-19-1999

FORM NUMBER: 1040

TAX PERIOD: DEC 1984

TAXPAYER IDENTIFICATION NUMBER: [redacted]-5770

KENNETH C KEENER
4700 BALCONES DR
AUSTIN TX 78731-5307-009

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 05-11-1998
ACCRUED PENALTY: 0.00 AS OF 05-11-1998

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

** EXEMPTIONS: 01 **FILING STATUS: SINGLE
** ADJUSTED GROSS INCOME: 201,329.82
** TAXABLE INCOME: 178,466.30
TAX PER RETURN: 49,545.25 N. AMERICAN IND. CLASS SYS CD:

** PER RETURN OR AS ADJUSTED

05-13-1985 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
(.. 10-1985 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED | 06-10-1985 | 49,545.25 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 05-13-1985 | 80,528.08- |
| 716 | OVERPMT CREDIT APPLIED FROM PRIOR TAX PERIOD | 04-15-1984 | 468.40- |
| 460 | EXTENSION OF TIME FOR FILING 08-15-1985 | 04-15-1985 | |
| 836 | OVERPAYMENT CREDIT ELECT TO NEXT PERIOD TAX | 04-15-1985 | 15,000.00 |
| 846 | REFUND OF OVERPAYMENT | 06-10-1985 | 16,451.23 |
| 960 | RECEIVED POA/TIA | 07-07-1990 | |
| 962 | UPDATED POA/TIA | 08-11-1990 | |
| 673 | SUBSEQUENT PAYMENT | 10-02-1995 | 91,542.91- |
| 640 | ADVANCE PAYMENT OF EXAMINATION DEFICIENCY CASH BOND PAYMENT | 10-02-1995 | 91,542.91- |
| 672 | CORRECT SUBSEQUENT PYMT PROCESSED IN ERROR | 10-02-1995 | 91,542.91 |
| 961 | REMOVED POA/TIA | 05-24-1997 | |
| 560 | ASSESSMENT STATUTE EXPIRATION DATE EXTENDED TO 04-27-1998 | 08-08-1997 | |
| 340 | INTEREST ASSESSMENT | 03-02-1998 | 61,904.09 |
| 770 | INTEREST APPLIED TO ACCOUNT | 03-02-1998 | 0.00 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION | 03-02-1998 | 27,231.00 |
| 846 | REFUND OF OVERPAYMENT | 03-02-1998 | 2,407.82 |

PLAINTIFFS' EXHIBIT 13