FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY REFER TO:
MS 4550
122096-0740

TAXPAYER(S) NAME(S) AND ADDRESS

KENNETH C KEENER
~~EDWARD K WHITE III~~ 4100 BALCONES DRIVE
~~1100 LOUISIANA STE 600~~ AUSTIN, TX
~~HOUSTON TX 77002-5212004~~ 78731

TIN: [redacted]-5770

NAME OF PARTNERSHIP

AGRI-VENTURE-II

TIN: 33-0053999

TAX YEAR ENDED: 1984

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER: Kenneth C. Keener — DATE: 3-21-97

SIGNATURE OF TAXPAYER — DATE

BY (SIGNATURE AND TITLE) — DATE

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

RECEIVED OSC
APR - 3 1997
OGDEN SERVICE CENTER

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

RECEIVED IN ... IRS OSC ... APR 03 1997

PLAINTIFFS' EXHIBIT 14

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER: 28 APR 1997

SIGNATURE: [signature] Associate Chief

OFFICE: SALT LAKE CITY APPEALS OFFI

OGDEN, UTAH

B54

# Settlement Agreement For Partnership Adjustments

Name of Partnership

AGRI–VENTURE II

Taxpayer Identifying Number: 33–0053999

## Schedule of Adjustments

| Detail of Adjustments to Ordinary Income | Tax Years(s) Ended: December 31, 1984 | | |
|---|---|---|---|
| Schedule F – Farming Loss | 8,614,381 | | |
| Other Deductions | 149,842 | | |
| Total Adjustments To Ordinary Income | 8,764,223 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Expense | | | |
| (1) Adjustment | (15,182,640) | | |
| (2) As Reported | 24,099,428 | | |
| (3) Corrected | 8,916,788 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 19,889 | | |
| (3) Corrected | 19,889 | 0 | 0 |
| Other Adjustment: Invest. Interest – Invest. Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 19,889 | | |
| (3) Corrected | 19,889 | 0 | 0 |

Remarks

FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY REFER TO:
MS 4550
122096-0920

TAXPAYER(S) NAME(S) AND ADDRESS

KENNETH C KEENER
4700 BALCONES DR
AUSTIN TX 78731-5307009

TIN: [redacted]-5770

NAME OF PARTNERSHIP

AGRI-VENTURE-II

TIN: 33-0053999

TAX YEAR ENDED: 1985

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER: Kenneth C. Keener — DATE: 3-21-97

SIGNATURE OF TAXPAYER: — DATE:

BY (SIGNATURE AND TITLE): — DATE:

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

RECEIVED APR - 3 1997 OGDEN SERVICE CENTER

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER: 28 APR 1997

SIGNATURE: [signature]

OFFICE: SALT LAKE CITY APPEALS OFFIC

TITLE: Associate Chief

PLAINTIFFS' EXHIBIT 15

FORM 870-P(AD)(5-88)

# Settlement Agreement For Partnership Adjustments

## Schedule of Adjustments

| Name of Partnership AGRI-VENTURE II | Tax Years(s) Ended | | |
|---|---|---|---|
| Taxpayer Identifying Number: 33-0053999 | December 31, 1985 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| Schedule F – Farming Loss | 0 | | |
| Other Deductions | 0 | | |
| Schedule F – Cost of Goods Sold | 0 | | |
| Ordinary Loss from Partnerships | 0 * | | |
| **Total Adjustments To Ordinary Income** | 0 | 0 | 0 |
| **Other Adjustment: T.P.I. – Qualified Investment Expense** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 10,161,960 | | |
| (3) Corrected | 10,161,960 | 0 | 0 |
| **Other Adjustment: T.P.I. – Qualified Investment Income** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 12,711,147 | | |
| (3) Corrected | 12,711,147 | 0 | 0 |
| **Other Adjustment: Invest. Interest – Invest. Income** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 114,371 | | |
| (3) Corrected | 114,371 | 0 | 0 |

Remarks

* The tax treatment of the partnership items relating to Pump Station III Joint Venture and Pump Station III Associates will be resolved in a separate partnership proceeding conducted in accordance with the TEFRA partnership procedures. The adjustments made in those partnership proceedings will be treated as computational adjustments and be assessed, credited or refunded accordingly.

FORM 870-P(AD)(5-88)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO:
MS 4550
122096-1099

TAXPAYER(S) NAME(S) AND ADDRESS

KENNETH C KEENER
JAMES P JOSEPH
1200 NEW HAMPSHIRE AVE N W
WASHINGTON DC 20036-6802003

TIN: [redacted]-5770

NAME OF PARTNERSHIP

AGRI-VENTURE-II

TIN: 33-0053999

TAX YEAR ENDED: 1986

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER: Kenneth C. Keener — DATE: 3-21-97

SIGNATURE OF TAXPAYER — DATE

BY (SIGNATURE AND TITLE) — DATE

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

RECEIVED ESU
APR - 3 1997
OGDEN SERVICE CENTER

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

PLAINTIFFS EXHIBIT 16

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER

OFFICE: SALT LAKE CITY APPEALS C

SIGNATURE: [signature]

TITLE: Associate Chief

FORM 870-P(AD)(5-88)

## Settlement Agreement For Partnership Adjustments

| Name of Partnership AGRI-VENTURE II | Schedule of Adjustments — Tax Years(s) Ended | | |
|---|---|---|---|
| Taxpayer Identifying Number: 33-0053999 | 12/31/86 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| INCOME | 0 | | |
| Total Adjustments To Ordinary Income | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |

Remarks

The Administrative Adjustment Request (AAR) has been taken into consideration.
The income reported on the return will not be adjusted.

Kansas City, MO 64999
Mail Stop 4100 A10

Contact Person: John Lopez
Report Writing Unit

Telephone Number: (913) 344-7679
(NOT TOLL FREE)
6:30 a.m.-3:00 p.m.--Monday-Friday

FAX Number: (913) 696-6305

Date NOV 13 1997

Kenneth C Kenner
4700 Balcones Dr
Austin, Tx 78731-5307

Taxpayer Identification Number: [redacted]5770
Tax Year(s): 1984 and 1985

Dear Mr. and Mrs. Kenner:

Enclosed are the tax calculations resulting from adjustments made on your flow-through investment. The enclosed report shows how adjustments made to Agri-Venture II and Agri-Venture Fund effected your individual income tax return. The tax calculation report, Form 4549A-CG, does not require an agreement signature; it should be kept for your records. If you owe additional tax, you will receive a bill for the additional tax and interest. If you are due a refund, it will be sent to you after all other outstanding issues are resolved. Also, if you owe on other tax years, your refund may be used to offset any outstanding amounts.

If you have any questions about this matter, please write to the contact person shown at the top of this letter. Attach a copy of this letter to any correspondence to help us identify your case. Also, in the event that we need more information, please provide your telephone number and the most convenient time for us to call.

You may also call the telephone number shown above. If the number is outside your local calling area, there will be a long distance charge to you. If you prefer, you may call the Internal Revenue Service office listed in your local directory. An IRS employee there may be able to help you, but the office at the above address is most familiar with your case.

Thank you.

Sincerely,

Nancy L. Jones
Chief, Examination Branch

enclosures:
Form 4549A-CG
Publication 1
Notice 609

KCSC-FL 83(Rev. 9/90)

PLAINTIFFS' EXHIBIT 17

# Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | Return Form No. |
|---|---|---|
| KEENER, KENNETH C<br>4700 BALCONES DR<br><br>AUSTIN TX 78731-5307 | [redacted]5770 | 1040 |
| | Person with whom examination changes were discussed | Name and Title |

| 1. Adjustments to Income | Tax Year End 12/31/84 | Tax Year End | Tax Year End |
|---|---|---|---|
| A. AGRI-VENTURE II | $ 54,460.00 | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 54,460.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 124,006.00 | | |
| 4. Corrected Taxable Income | 178,466.00 | | |
| Tax Method | TAX RATE | | |
| Filing Status | SINGLE | | |
| 5. Tax | 77,168.00 | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 77,168.00 | | |
| 8. Less Credits A. ENERGY CREDIT | 254.00 | | |
| B. GENERAL BUSINESS CREDIT | 138.00 | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 76,776.00 | | |
| 10. Plus Other Taxes A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 76,776.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 49,545.00 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 27,231.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 27,231.00 | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

Income Tax Examination Changes

| Name of Taxpayer: KEENER, KENNETH C | SS or EI Number: [redacted]5770 | Return Form No. 1040 |
|---|---|---|

| 17. Penalties | Tax Year End 12/31/84 | Tax Year End | Tax Year End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 27,230.00 | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | 27,231.00 | | |
| B. Penalties (line 18, page 2) (computed to 12/03/97) | | | |
| C. Interest (IRC 6601) (computed to 12/03/97) | 62,544.72 | | |
| D. TMT Interest (computed to 12/03/97 on TMT underpayment) | 24,185.79 | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 113,961.51 | | |

Other Information:

| Examiner's Signature | District | Date |
|---|---|---|
| JOHN LOPEZ | Kansas City Service Center | 11/03/97 |

RGS Ver. 3.97.00



Form 4549A-CG (Rev. 1-91)

8412 SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 0.00 | 0.00 | 0.00 |
| 2. 0.050 of Adjusted Gross Income | 7,343.00 | 10,066.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 2,096.00 | 2,096.00 | 0.00 |
| 5. Home Interest Expense | 10,506.00 | 10,506.00 | 0.00 |
| 6. Other Interest Expense | 9,183.00 | 9,183.00 | 0.00 |
| 7. Total Interest Expense | 19,689.00 | 19,689.00 | 0.00 |
| 8. Contributions | 2,166.00 | 2,166.00 | 0.00 |
| 9. Casualty and Theft Losses | 0.00 | 0.00 | 0.00 |
| 10. Miscellaneous Deductions | 212.00 | 212.00 | 0.00 |
| 11. Sum of Lines 3, 4, 7, 8, 9 and 10 | 24,163.00 | 24,163.00 | 0.00 |
| 12. Zero Bracket Amount | 2,300.00 | 2,300.00 | 0.00 |
| 13. EXCESS ITEMIZED DEDUCTIONS Line 11 less Line 12 | 21,863.00 | 21,863.00 | 0.00 |

8412 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | |
|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 | 76,776.00 |
| 2. Total corrected tax liability without regard to tax motivated transactions | 49,546.00 |
| 3. Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 27,230.00 |
| 4. Tax Deficiency, Form 4549, line 13 | 27,231.00 |
| 5. Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 27,230.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| AGRI-VENTURE II | 54,460.00 |

8412 - TAX YEAR INTEREST COMPUTATION TO 12/03/97

| | | |
|---|---|---|
| Total Tax Deficiency | | 27,231.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 27,231.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/85-06/30/85 | 76 | 13.00 | 747.03 | 151.81 |
| COMPOUND | 07/01/85-12/31/85 | 184 | 11.00 | 1,595.01 | 340.12 |
| COMPOUND | 01/01/86-06/30/86 | 181 | 10.00 | 1,503.26 | 339.80 |
| COMPOUND | 07/01/86-12/31/86 | 184 | 09.00 | 1,442.22 | 342.85 |
| COMPOUND | 01/01/87-09/30/87 | 273 | 09.00 | 2,264.06 | 570.10 |
| COMPOUND | 10/01/87-12/31/87 | 92 | 10.00 | 887.73 | 233.78 |
| COMPOUND | 01/01/88-03/31/88 | 91 | 11.00 | 988.89 | 267.00 |
| COMPOUND | 04/01/88-09/30/88 | 183 | 10.00 | 1,879.29 | 526.01 |
| COMPOUND | 10/01/88-12/31/88 | 92 | 11.00 | 1,080.30 | 313.11 |
| COMPOUND | 01/01/89-03/31/89 | 90 | 11.00 | 1,089.13 | 323.38 |
| COMPOUND | 04/01/89-09/30/89 | 183 | 12.00 | 2,523.92 | 778.23 |
| COMPOUND | 10/01/89-12/31/89 | 92 | 11.00 | 1,215.23 | 388.66 |
| COMPOUND | 01/01/90-12/31/90 | 365 | 11.00 | 5,167.40 | 1,748.63 |
| COMPOUND | 01/01/91-03/31/91 | 90 | 11.00 | 1,363.92 | 486.35 |
| COMPOUND | 04/01/91-12/31/91 | 275 | 10.00 | 3,988.66 | 1,478.52 |
| COMPOUND | 01/01/92-03/31/92 | 91 | 09.00 | 1,243.71 | 477.59 |
| COMPOUND | 04/01/92-09/30/92 | 183 | 08.00 | 2,293.75 | 900.75 |
| COMPOUND | 10/01/92-12/31/92 | 92 | 07.00 | 1,038.43 | 416.11 |
| COMPOUND | 01/01/93-12/31/93 | 365 | 07.00 | 4,316.92 | 1,783.54 |
| COMPOUND | 01/01/94-06/30/94 | 181 | 07.00 | 2,255.43 | 965.15 |
| COMPOUND | 07/01/94-09/30/94 | 92 | 08.00 | 1,346.56 | 586.77 |
| COMPOUND | 10/01/94-12/31/94 | 92 | 09.00 | 1,547.66 | 683.94 |
| COMPOUND | 01/01/95-03/31/95 | 90 | 09.00 | 1,548.37 | 694.30 |
| COMPOUND | 04/01/95-06/30/95 | 91 | 10.00 | 1,780.98 | 810.77 |
| COMPOUND | 07/01/95-12/31/95 | 184 | 09.00 | 3,357.17 | 1,562.92 |
| COMPOUND | 01/01/96-03/31/96 | 91 | 09.00 | 1,712.73 | 814.35 |
| COMPOUND | 04/01/96-06/30/96 | 91 | 08.00 | 1,554.96 | 749.05 |
| COMPOUND | 07/01/96-12/31/96 | 184 | 09.00 | 3,654.39 | 1,795.89 |
| COMPOUND | 01/01/97-12/03/97 | 337 | 09.00 | 7,157.61 | 3,656.31 |

| | | |
|---|---|---|
| Total Interest | 62,544.72 | 24,185.79 |
| Total TMT Interest | 24,185.79 | |
| Total Underpayment | 27,231.00 | |
| Total Penalties | 0.00 | |
| Total Amount Due | 113,961.51 | |

8412 - TAX YEAR INTEREST COMPUTATION TO 12/03/97 (con't)

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 10 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/84 (1/1/89 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date: 12/03/97

** TMT (Tax Motivated Transaction) interest is computed on the underpayment of tax attributable to such transactions for interest period after 12/31/84.

FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT

NAME OF TAXPAYER
KEENER, KENNETH C [redacted]5770

YEAR/PERIOD ENDED
8412

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| AGRI-VENTURE II | (151,142.00) | (96,682.00) | 54,460.00 |

WE ADJUSTED YOUR RETURN IN ACCORDANCE WITH THE EXAMINATION RESULTS OF THE PARTNERSHIP RETURN OF WHICH YOU ARE AN INVESTOR.