IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENNETH C. KEENER | § | |
| | § | |
| Plaintiff, | § | Docket No.03-2028T |
| v. | § | Consolidated with 04-907T |
| | § | |
| | § | |
| UNITED STATES OF AMERICA | § | Judge Francis M. Allegra |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME**

Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith (hte "Plaintiffs") move for leave to file out of time to respond to the United States' motion for partial dismissal and to cross move their motion for partial summary judgment and in support would show the Court as follows:

Plaintiffs Kenneth C. Keener, William P. Smith, Jr., and Anne D. Smith's response and cross-motion for summary judgment were due February 10, 2006. Plaintiffs requested five enlargements to file their response and cross-motion totaling 59 days. Those requests were made primarily due to extended illness of Plaintiffs' counsel.

On February 10, 2006, Plaintiffs counsel failed to properly file a motion to enlarge that was necessary due to illness of Ms. Womack's father, who underwent emergency surgery. Ms. Womack has been her elderly and infirm father's primary caregiver during this time and was unavailable to participate in the final filing of the response to the government's motion and the cross motion for summary judgment.

Attached is the Declaration of Sallie W. Gladney that she spoke with Plaintiffs as required by the Court's Special Procedure Order.

Government counsel has represented that the United States is unopposed to the granting of this motion.

WHEREFORE, Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith respectfully request leave to file the following Response in Opposition to the Motion of the United States for Partial Summary Judgment and Brief in Support; their Plaintiffs' §6621(c) Motion for Partial Summary Judgement; and Statement of Uncontroverted Facts .

Respectfully,

/s/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

## CERTIFICATE OF CONFERENCE

On Tuesday, February 22, 2006, Teresa J. Womack, associate counsel for plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith, spoke with Mr. Bart D. Jeffress, counsel for the United States, who stated that the United States is unopposed to this forgoing motion.

/s/ Teresa J. Womack
Teresa J. Womack

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 03-2028 T
Consolidated with 04-907 T
(Judge Francis M. Allegra)

---

KENNETH C. KEENER,
PLAINTIFF

VS.

UNITED STATES OF AMERICA,
DEFENDANT

---

**CERTIFICATE OF COMPLIANCE WITH SPECIAL PROCEDURES ORDER**

---

Pursuant to the Special Procedure Order issued by Judge Francis M. Allegra, Sallie W. Gladney certifies the following:

I am an attorney for Kenneth C. Keener, William P. Smith, Jr., and Anne D. Smith, the Plaintiffs in the above referenced consolidated case and am admitted to practice before this court. On February 17, 2006, I spoke with Plaintiffs Kenneth C. Keener and William P. Smith, Jr., and informed them that the following documents would be filed out of time:

a Plaintiff's Response in Opposition to the Motion of the United States for Partial Dismissal of Plaintiffs' Complaints and Brief in Support, and

b. Plaintiffs' §6621(c) Motion for Partial Summary Judgment and Supporting Brief.

A copy of the motion for leave to file the documents out of time was mailed to each at:

Kenneth C. Keener, 2752 E. Jacaranda Road, Palm Springs, CA 92264.
William P., Jr. and Anne D. Smith, 5120 SE Frank Phillips Blvd, Bartlesville, OK 74006.

February 17, 2006

Sallie W. Gladney

R:\DOCS\TAXCONT.T\TGWC2176.KE1.wpd