# Form 1040 — Department of the Treasury—Internal Revenue Service — U.S. Individual Income Tax Return 1984 (3)

For the year January 1-December 31, 1984, or other tax year beginning , 1984, ending , 19 . OMB No. 1545-0074

**Use IRS label. Otherwise, please print or type.**

Your first name and initial (if joint return, also give spouse's name and initial) / Last name — Your social security number

NH [redacted] -5413 S18 30

WILLIAM P SMITH JR

Present home address — Spouse's social security number

937 BRIARWOOD 538

City, town or post office, State, and ZIP code

BARTLESVILLE OK 74006

Your occupation *Dentist*

Spouse's occupation

**Presidential Election Campaign**

Do you want $1 to go to this fund? . . . . Yes | X No

If joint return, does your spouse want $1 to go to this fund?. Yes | No

Note: Checking "Yes" will not change your tax or reduce your refund.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

## Filing Status

Check only one box.

1 [X] Single

2 [ ] Married filing joint return (even if only one had income)

3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here.

4 [ ] Head of household (with qualifying person). (See page 5 of Instructions.) If the qualifying person is your unmarried child but not your dependent, write child's name here.

5 [ ] Qualifying widow(er) with dependent child (Year spouse died ▶ 19 ). (See page 6 of Instructions.)

## Exemptions

Always check the box labeled Yourself. Check other boxes if they apply.

6a [X] Yourself [ ] 65 or over [ ] Blind

b [ ] Spouse [ ] 65 or over [ ] Blind

Enter number of boxes checked on 6a and b ▶ 1

c First names of your dependent children who lived with you

Enter number of children listed on 6c ▶

d Other dependents:

| (1) Name | (2) Relationship | (3) Number of months lived in your home | (4) Did dependent have income of $1,000 or more? | (5) Did you provide more than one-half of dependent's support? |
|---|---|---|---|---|
| | | | | |
| | | | | |

Enter number of other dependents ▶

e Total number of exemptions claimed (also complete line 36). Add numbers entered in boxes above ▶ 1

## Income

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 4 of Instructions.

Please attach check or money order here.

| Line | Description | Sub-box | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. | | |
| 8 | Interest income *(also attach Schedule B if over $400)* | | 893 |
| 9a | Dividends *(also attach Schedule B if over $400)* , 9b Exclusion | | |
| 9c | Subtract line 9b from line 9a and enter the result | | |
| 10 | Refunds of State and local income taxes, from the worksheet on page 9 of Instructions *(do not enter an amount unless you itemized deductions for those taxes in an earlier year—see page 9)* | | |
| 11 | Alimony received | | |
| 12 | Business income or (loss) *(attach Schedule C)* | | 116,214 |
| 13 | Capital gain or (loss) *(attach Schedule D)* | | |
| 14 | 40% of capital gain distributions not reported on line 13 (see page 9 of Instructions) | | |
| 15 | Supplemental gains or (losses) *(attach Form 4797)* | | |
| 16 | Fully taxable pensions, IRA distributions, and annuities not reported on line 17 | | |
| 17a | Other pensions and annuities, including rollovers. Total received | 17a | |
| 17b | Taxable amount, if any, from the worksheet on page 10 of Instructions | | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. *(attach Schedule E)* | | (56,359) |
| 19 | Farm income or (loss) *(attach Schedule F)* | | |
| 20a | Unemployment compensation (insurance). Total received | 20a | |
| 20b | Taxable amount, if any, from the worksheet on page 10 of Instructions | | |
| 21a | Social security benefits. (see page 10 of Instructions) | 21a | |
| 21b | Taxable amount, if any, from the worksheet on page 11 of Instructions | | |
| 22 | Other income (state nature and source—see page 11 of Instructions) | | |
| 23 | Add lines 7 through 22. This is your **total income** ▶ | | 60,748 |

## Adjustments to Income

(See Instructions on page 11.)

| Line | Description | Sub-box | Amount |
|---|---|---|---|
| 24 | Moving expense *(attach Form 3903 or 3903F)* | | |
| 25 | Employee business expenses *(attach Form 2106)* | | |
| 26a | IRA deduction, from the worksheet on page 12 | 2000 | |
| b | Enter here IRA payments you made in 1985 that are included in line 26a above ▶ | | |
| 27 | Payments to a Keogh (*H.R. 10*) retirement plan | 15,000 | |
| 28 | Penalty on early withdrawal of savings | | |
| 29 | Alimony paid | 20,042 | |
| 30 | Deduction for a married coupl… …h Schedule W) | | |
| 31 | Add lines 24 through 30. Th… …stments ▶ | | 37,042 |

## Adjusted Gross Income

32 Subtract line 31 from line … …ed gross income. *If this line is less than $10,000, see "Earned Inc… …n page 16 of Instructions. If you want IRS to figure your tax, see page …* …instructions. ▶ 32 [illegible], 706

B189

**PLAINTIFFS' EXHIBIT 34**

| | | | | | |
|---|---|---|---|---|---|
| **Tax Computation** (See Instructions on page 13.) | 33 | Amount from line 32 (adjusted gross income) | | 33 | 22,706 |
| | 34a | If you itemize, attach Schedule A (Form 1040) and enter the amount from Schedule A, line 26. **Caution:** If you have unearned income and can be claimed as a dependent on your parent's return, check here ▶ ☐ and see page 13 of the Instructions. Also see page 13 if: • You are married filing a separate return and your spouse itemizes deductions, OR • You file Form 4563, OR • You are a dual-status alien. | | 34a | 24,263 |
| | 34b | If you do not itemize deductions, and you have charitable contributions, complete the worksheet on page 14. Then enter the allowable part of your contributions here | | 34b | |
| | 35 | Subtract line 34a or 34b, whichever applies, from line 33 | | 35 | (557) |
| | 36 | Multiply $1,000 by the total number of exemptions claimed on Form 1040, line 6e | | 36 | 1000 |
| | 37 | Taxable Income. Subtract line 36 from line 35. | | 37 | (1557) |
| | 38 | Tax. Enter tax here and check if from ☐ Tax Table, ☐ Tax Rate Schedule X, Y, or Z, or ☐ Schedule G | | 38 | |
| | 39 | Additional Taxes. (See page 14 of Instructions.) Enter here and check if from ☐ Form 4970, ☐ Form 4972, or ☐ Form 5544 | | 39 | |
| | 40 | Add lines 38 and 39. Enter the total ▶ | | 40 | NONE |
| **Credits** (See Instructions on page 14.) | 41 | Credit for child and dependent care expenses *(attach Form 2441)* | 41 | | |
| | 42 | Credit for the elderly and the permanently and totally disabled *(attach Schedule R)* | 42 | | |
| | 43 | Residential energy credit *(attach Form 5695)* | 43 | | |
| | 44 | Partial credit for political contributions for which you have receipts | 44 50 00 | | |
| | 45 | Add lines 41 through 44. These are your total personal credits | | 45 | 50 00 |
| | 46 | Subtract line 45 from 40. Enter the result (but not less than zero) | | 46 | |
| | 47 | Foreign tax credit *(attach Form 1116)* | 47 | | |
| | 48 | General business credit. Check if from ☐ Form 3800, ☐ Form 3468, ☐ Form 5884, ☐ Form 6478 | 48 | | |
| | 49 | Add lines 47 and 48. These are your total business and other credits | | 49 | |
| | 50 | Subtract line 49 from 46. Enter the result (but not less than zero). ▶ | | 50 | NONE |
| **Other Taxes** (Including Advance EIC Payments) | 51 | Self-employment tax *(attach Schedule SE)* | | 51 | 4271 |
| | 52 | Alternative minimum tax *(attach Form 6251)* | | 52 | |
| | 53 | Tax from recapture of investment credit *(attach Form 4255)* | | 53 | |
| | 54 | Social security tax on tip income not reported to employer *(attach Form 4137)* | | 54 | |
| | 55 | Tax on an IRA *(attach Form 5329)* | | 55 | |
| | 56 | Add lines 50 through 55. This is your **total tax** ▶ | | 56 | 4271 |
| **Payments** Attach Forms W-2, W-2G, and W-2P to front. | 57 | Federal income tax withheld | 57 | | |
| | 58 | 1984 estimated tax payments and amount applied from 1983 return | 58 7481 | | |
| | 59 | Earned income credit. If line 33 is under $10,000, see page 16 | 59 | | |
| | 60 | Amount paid with Form 4868 | 60 | | |
| | 61 | Excess social security tax and RRTA tax withheld (two or more employers) | 61 | | |
| | 62 | Credit for Federal tax on gasoline and special fuels *(attach Form 4136)* | 62 | | |
| | 63 | Regulated Investment Company credit *(attach Form 2439)* | 63 | | |
| | 64 | Add lines 57 through 63. These are your **total payments** ▶ | | 64 | 7481 |
| **Refund or Amount You Owe** | 65 | If line 64 is larger than line 56, enter amount **OVERPAID** ▶ | | 65 | 3210 |
| | 66 | Amount of line 65 to be **REFUNDED TO YOU** ▶ | | 66 | NONE |
| | 67 | Amount of line 65 to be applied to your 1985 estimated tax ▶ | 67 3210 | | |
| | 68 | If line 56 is larger than line 64, enter **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number and "1984 Form 1040" on it ▶ (Check ▶ ☐ if Form 2210 (2210F) is attached. See page 17 of Instructions.) $ | | 68 | |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Your signature | Date | ▶ Spouse's signature (if filing jointly, BOTH must sign)

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security no. |
| Firm's name (or yours, if self-employed) and address ▶ | | E.I. No. | |
| | | ZIP code | |

SCHEDULE E (Form 1040)
Department of the Treasury Internal Revenue Service (3)

# Supplemental Income Schedule

(From rents and royalties, partnerships, estates, and trusts, etc.)
▶ Attach to Form 1040. ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074
1984
13

Name(s) as shown on Form 1040: William P. Smith, Jr.
Your social security number: [redacted] 5413

## Part I Rent and Royalty Income or Loss

1 Did you or a member of your family use for personal purposes any rental property listed below for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year? ☐ Yes ☐ No

2 Description of Properties (Show kind and location for each)
Property A: 2 Rental Houses - 706 Creek and 1103 Adams - Bartlesville, OK
Property B: Dental Office - 807 SE Madison - Bartlesville, OK
Property C

| Rental and Royalty Income | | A | B | C | Totals (Add columns A, B, and C) |
|---|---|---|---|---|---|
| 3 a Rents received | 3 | 3809 | 13,377 | | |
| b Royalties received | | | | | |
| **Rental and Royalty Expenses** | | | | | |
| 4 Advertising | 4 | 33 | | | |
| 5 Auto and travel | 5 | | | | |
| 6 Cleaning and maintenance | 6 | | | | |
| 7 Commissions | 7 | | | | |
| 8 Insurance | 8 | 418 | | | |
| 9 Interest | 9 | 1754 | | | |
| 10 Legal and other professional fees | 10 | 106 | | | |
| 11 Repairs | 11 | 264 | | | |
| 12 Supplies | 12 | 146 | | | |
| 13 Taxes (Do not include Windfall Profit Tax here. See Part III, line 37.) | 13 | 332 | | | |
| 14 Utilities | 14 | 19 | 766 | | |
| 15 Wages and salaries | 15 | | | | |
| 16 Other (list) ▶ | | | | | |
| Record Deed | | 5 | | | |
| Professional Supplies | | | 3735 | | |
| Rent - upkeep | | | 2226 | | |
| Insurance - Taxes | | | 68 | | |
| 17 Total expenses other than depreciation and depletion. Add lines 4 through 16 | 17 | 3077 | 6795 | | 17 |
| 18 Depreciation expense (see Instructions), or depletion | 18 | 2772 | | | 18 |
| 19 Total. Add lines 17 and 18 | 19 | 5849 | | | |
| 20 Income or (loss) from rental or royalty properties. Subtract line 19 from line 3a (rents) or 3b (royalties) | 20 | (2040) | 6582 | | |

| | | |
|---|---|---|
| 21 Add properties with profits on line 20, and write the total profits here | 21 | 6582 |
| 22 Add properties with losses on line 20, and write the total (losses) here | 22 | (2040) |
| 23 Combine amounts on lines 21 and 22, and write the net profit or (loss) here | 23 | 4542 |
| 24 Net farm rental profit or (loss) from Form 4835, line 49 | 24 | |
| 25 Total rental or royalty income or (loss). Combine amounts on lines 23 and 24, and write the total here. If Parts II, III, and IV on page 2 do not apply to you, write the amount from line 25 on Form 1040, line 18. Otherwise, include the amount in line 39 on page 2 of Schedule E | 25 | 4542 |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule E (Form 1040) 1984

Name(s) as shown on Form 1040 (Do not enter name and social security number if shown on other side) | Your social security number

## Part II Income or Losses from Partnerships, Estates or Trusts, or S Corporations

If you report a loss below, and have amounts invested in that activity for which you are not at risk, you may have to file Form 6198. See instructions.

**Partnerships**

| (a) Name | (b) Check if foreign partnership | (c) Employer identification number | (d) Net loss (see instructions for at-risk limitations) | (e) Net income |
|---|---|---|---|---|
| Richgrove Grape Associates | | 33-0053994 | 44,377 | |
| Southroads Mall Limited Partnership | | 13-3198176 | 16,524 | |
| | | | | |

26 Add amounts in columns (d) and (e) and write the total(s) here . . . . . . 26 (60,901) | ( )

27 Combine amounts in columns (d) and (e), line 26, and write the net income or (loss) here . . . 27 (60,901)

28 Deduction for section 179 property (from Form 1065, Schedule K-1). (See Instructions for limitations.) 28 ( )

29 Total partnership income or (loss). Combine amounts on lines 27 and 28. Write the total here and include in line 39 below . . . . . . 29 (60,901)

**Estates or Trusts**

| | | | |
|---|---|---|---|
| | | | |
| | | | |

30 Add amounts in columns (d) and (e) and write the total(s) here . . . . . . 30 ( )

31 Total estate or trust income or (loss). Combine amounts in columns (d) and (e), line 30. Write the total here and include in line 39 below . . . . . . 31

**S Corporations**

| | | | |
|---|---|---|---|
| | | | |
| | | | |

32 Add amounts in columns (d) and (e) and write the total(s) here . . . . . . 32 ( )

33 Combine amounts in columns (d) and (e), line 32, and write the net income or (loss) here . . . 33

34 Deduction for section 179 property (from Form 1120S, Schedule K-1). (See Instructions for limitations.) 34 ( )

35 Total S corporation income or (loss). Combine amounts on lines 33 and 34. Write the total here and include in line 39 below . . . . . . 35

## Part III Windfall Profit Tax Summary

36 Windfall profit tax credit or refund received in 1984 (see Instructions) . . . . . . 36

37 Windfall profit tax withheld in 1984 (see Instructions) . . . . . . 37 ( )

38 Combine amounts on lines 36 and 37. Write the total here and include in line 39 below . . . . . . 38

## Part IV Summary

39 TOTAL income or (loss). Combine lines 25, 29, 31, 35, and 38. Write total here and on Form 1040, line 18 ▶ 39 (56,359)

40 Farmers and fishermen: Write your share of GROSS FARMING AND FISHING INCOME applicable to Parts I and II. . . . . . 40

## Part V Depreciation Claimed in Part I.—Complete only if property was placed in service before January 1, 1981. For more space, use a separate sheet. If you placed any property in service after December 31, 1980, use Form 4562 for all property; do NOT complete Part V.

| | (a) Description of property | (b) Date acquired | (c) Cost or other basis | (d) Depreciation allowed or allowable in prior years | (e) Depreciation method | (f) Life or rate | (g) Depreciation for this year |
|---|---|---|---|---|---|---|---|
| Property A | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | Totals (Property A) | | | | | | |
| Property B | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | Totals (Property B) | | | | | | |
| Property C | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | Totals (Property C) | | | | | | |

# Form 1040 Department of the Treasury—Internal Revenue Service U.S. Individual Income Tax Return 1985

(3)

For the year January 1-December 31, 1985, or other tax year beginning , 1985, ending , 19 OMB No. 1545-0074

| Use IRS label. Otherwise, please print or type. | |
|---|---|
| Your first name | NH 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 S18 30 |
| Present home address | WILLIAM P SMITH JR |
| | 937 BRIARWOOD 646 |
| City | BARTLESVILLE OK 74006 |
| Your social security number | [redacted] 5413 |
| Spouse's social security number | |
| Your occupation | Dentist |
| Spouse's occupation | |

**Presidential Election Campaign** ▶ Do you want $1 to go to this fund? Yes ☐ No ☒
If joint return, does your spouse want $1 to go to this fund? Yes ☐ No ☐
Note: Checking "Yes" will not change your tax or reduce your refund.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

## Filing Status

Check only one box.

1 ☒ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here.
4 ☐ Head of household (with qualifying person). (See page 5 of Instructions.) If the qualifying person is your unmarried child but not your dependent, write child's name here.
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 6 of Instructions.)

## Exemptions

Always check the box labeled Yourself. Check other boxes if they apply.

6a ☒ Yourself ☐ 65 or over ☐ Blind
b ☐ Spouse ☐ 65 or over ☐ Blind
Enter number of boxes checked on 6a and b ▶ 1

c First names of your dependent children who lived with you
Enter number of children listed on 6c ▶

d First names of your dependent children who did not live with you (see page 6). (If pre-1985 agreement, check here ▶ ☐ .)
Enter number of children listed on 6d ▶

e Other dependents:

| (1) Name | (2) Relationship | (3) Number of months lived in your home | (4) Did dependent have income of $1,040 or more? | (5) Did you provide more than one-half of dependent's support? |
|---|---|---|---|---|
| | | | | |
| | | | | |

Enter number of other dependents ▶

f Total number of exemptions claimed (also complete line 36).
Add numbers entered in boxes above ▶ 1

## Income

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 4 of Instructions.

Please attach check or money order here.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (Attach Form(s) W-2.) | 7 | |
| 8 | Interest income *(also attach Schedule B if over $400)* | 8 | 476 |
| 9a | Dividends *(also attach Schedule B if over $400)* ____ , 9b Exclusion ____ | | |
| c | Subtract line 9b from line 9a and enter the result | 9c | |
| 10 | Taxable refunds of state and local income taxes, if any, from the worksheet on page 9 of Instructions | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) *(attach Schedule C)* | 12 | 109,251 |
| 13 | Capital gain or (loss) *(attach Schedule D)* | 13 | |
| 14 | 40% of capital gain distributions not reported on line 13 (see page 9 of Instructions) | 14 | |
| 15 | Other gains or (losses) *(attach Form 4797)* | 15 | |
| 16 | Fully taxable pensions, IRA distributions, and annuities not reported on line 17 (see page 9) | 16 | |
| 17a | Other pensions and annuities, including rollovers. Total received 17a | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. *(attach Schedule E)* | 18 | (-53,393) |
| 19 | Farm income or (loss) *(attach Schedule F)* | 19 | |
| 20a | Unemployment compensation (insurance). Total received 20a | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | 20b | |
| 21a | Social security benefits (see page 10). Total received 21a | | |
| b | Taxable amount, if any, from worksheet on page 11. Tax-exempt interest | 21b | |
| 22 | Other income (list type and amount—see page 11 of Instructions) | 22 | |
| 23 | Add lines 7 through 22. This is your **total income** ▶ | 23 | 56,334 |

## Adjustments to Income

(See Instructions on page 11.)

| Line | Description | | Amount |
|---|---|---|---|
| 24 | Moving expense *(attach Form 3903 or 3903F)* | 24 | |
| 25 | Employee business expenses *(attach Form 2106)* | 25 | |
| 26 | IRA deduction, from the worksheet on page 12 | 26 | 2000 |
| 27 | Keogh retirement plan deduction | 27 | 5600 |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid (recipient's last name Smith and social security no. 446 42 1440) | 29 | 20,042 |
| 30 | Deduction for a married couple when both work *(attach Schedule W)* | 30 | |
| 31 | Add lines 24 through 30. These are your **total adjustments** ▶ | 31 | 27,642 |

## Adjusted Gross Income

| Line | Description | | Amount |
|---|---|---|---|
| 32 | Subtract line 31 from line 23. This is your **adjusted gross income**. *If this line is less than $11,000 and a child lived with you, see "Earned Income Credit" (line 59) on page 16 of Instructions. If you want IRS to figure your tax, see page 3 of Instructions* ▶ | 32 | 28,692 |

PLAINTIFFS' EXHIBIT 35

Form 1040 (1985)

## Tax Computation

(See Instructions on page 13.)

33 Amount from line 32 (adjusted gross income) . . . . . **33** 28,692

34a If you itemize, attach Schedule A (Form 1040) and enter the amount from Schedule A, line 26 . . **34a** 24,825

**Caution:** If you have unearned income and can be claimed as a dependent on your parents' return, check here ▶ ☐ and see page 13 of Instructions. Also see page 13 if you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien.

b If you do not itemize but you made charitable contributions, enter your cash contributions here. (If you gave $3,000 or more to any one organization, see page 14.) . . . . **34b**

c Enter your noncash contributions *(you must attach Form 8283 if over $500)* **34c**

d Add lines 34b and 34c. Enter the total . . . . **34d**

e Divide the amount on line 34d by 2. Enter the result here . . . **34e**

35 Subtract line 34a or line 34e, whichever applies, from line 33 . . . **35** 3867

36 Multiply $1,040 by the total number of exemptions claimed on line 6f (see page 14) . . **36** 1040

37 **Taxable Income.** Subtract line 36 from line 35. Enter the result (but not less than zero) . **37** 2827

38 Enter tax here. Check if from ☒ Tax Table, ☐ Tax Rate Schedule X, Y, or Z, or ☐ Schedule G **38** 49

39 Additional taxes. (See page 14 of Instructions.) Enter here and check if from ☐ Form 4970, ☐ Form 4972, or ☐ Form 5544 . . . . **39**

40 Add lines 38 and 39. Enter the total . . . . ▶ **40** 49

## Credits

(See Instructions on page 14.)

41 Credit for child and dependent care expenses *(attach Form 2441)* **41**

42 Credit for the elderly and the permanently and totally disabled *(attach Schedule R)* . . . **42**

43 Residential energy credit *(attach Form 5695)* . . . **43**

44 Partial credit for political contributions for which you have receipts **44** 50

45 Add lines 41 through 44. These are your total personal credits . . **45** 50

46 Subtract line 45 from line 40. Enter the result (but not less than zero) . . **46** NONE

47 Foreign tax credit *(attach Form 1116)* . . . **47**

48 General business credit. Check if from ☐ Form 3800, ☐ Form 3468, ☐ Form 5884, ☐ Form 6478 . . . **48**

49 Add lines 47 and 48. These are your total business and other credits . . **49**

50 Subtract line 49 from line 46. Enter the result (but not less than zero) . . ▶ **50** NONE

## Other Taxes

(Including Advance EIC Payments)

51 Self-employment tax *(attach Schedule SE)* . . . **51** 4672 81

52 Alternative minimum tax *(attach Form 6251)* . . . **52**

53 Tax from recapture of investment credit *(attach Form 4255)* . . **53**

54 Social security tax on tip income not reported to employer *(attach Form 4137)* . . **54**

55 Tax on an IRA *(attach Form 5329)* . . . **55**

56 Add lines 50 through 55. This is your **total tax** . . . ▶ **56** 4672 81

## Payments

Attach Forms W-2, W-2G, and W-2P to front.

57 Federal income tax withheld . . . **57**

58 1985 estimated tax payments and amount applied from 1984 return **58** 5000

59 Earned income credit (see page 16) . . . **59**

60 Amount paid with Form 4868 . . . **60**

61 Excess social security tax and RRTA tax withheld (two or more employers) . . . **61**

62 Credit for Federal tax on gasoline and special fuels *(attach Form 4136)* **62**

63 Regulated Investment Company credit *(attach Form 2439)* . . . **63**

64 Add lines 57 through 63. These are your **total payments** . . ▶ **64** 5000

## Refund or Amount You Owe

65 If line 64 is larger than line 56, enter amount **OVERPAID** . . ▶ **65** 327 20

66 Amount of line 65 to be **REFUNDED TO YOU** . . ▶ **66**

67 Amount of line 65 to be applied to your 1986 estimated tax . . ▶ **67** 327 20

68 If line 56 is larger than line 64, enter **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number and "1985 Form 1040" on it . . ▶ **68**

Check ▶ ☐ if Form 2210 (2210F) is attached. See page 17. Penalty: $

## Please Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Spouse's signature (if filing jointly, BOTH must sign)

## Paid Preparer's Use Only

Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no.

Firm's name (or yours, if self-employed) and address | E.I. No. | ZIP code

Schedule E (Form 1040) 1985 13

Name(s) as shown on Form 1040 (Do not enter name and social security number if shown on other side) | Your social security

**Part II Income or Losses from Partnerships, S Corporations, Estates, or Trusts.**

If you report a loss below, and have amounts invested in that activity for which you are not at risk, you may have to file Form 6198. See Instructions.

**Partnerships and S Corporations**

| (a) Name | (b) Enter appropriate code[1] | (c) Check if foreign partnership | (d) Employer identification number | (e) Net loss (see instructions for at-risk limitations) | (f) Net income |
|---|---|---|---|---|---|
| Desert Highland Vineyards | P | | 33-0121107 | (31,764) | |
| Southroads Mall Limited Partnership | P | | 13-3198176 | (22,194) | |
| Richgrove Grape Associates | P | | 33-0053994 | (303) | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[1] Codes: P for partnership; S for S corporation

| | | | |
|---|---|---|---|
| 27 Add amounts in columns (e) and (f) and write the total(s) here | 27 | ( 54261 ) | |
| 28 Combine amounts in columns (e) and (f), line 27, and write the net income or (loss) here | 28 | | (-54,261) |
| 29 Deduction for section 179 property (from Form 1065, Schedule K-1, and Form 1120S, Schedule K-1). (See Instructions for limitations.) | 29 | | ( ) |
| 30 Total partnership and S corporation income or (loss). Combine amounts on lines 28 and 29. Write the total here and include in line 36 below | 30 | | (-54,261) |

**Estates and Trusts**

| (a) Name | (b) | (c) | (d) Employer identification number | (e) Net loss (see instructions for at-risk limitations) | (f) Net income |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 31 Add amounts in columns (e) and (f) and write the total(s) here | 31 | ( ) | |
| 32 Total estate and trust income or (loss). Combine amounts in columns (e) and (f), line 31. Write the total here and include in line 36 below | 32 | | |

**Part III Windfall Profit Tax Summary**

| | | |
|---|---|---|
| 33 Windfall profit tax credit or refund received in 1985 (see Instructions) | 33 | |
| 34 Windfall profit tax withheld in 1985 (see Instructions) | 34 | ( ) |
| 35 Combine amounts on lines 33 and 34. Write the total here and include in line 36 below | 35 | |

**Part IV Summary**

| | | |
|---|---|---|
| 36 TOTAL income or (loss). Combine lines 26, 30, 32, and 35. Write total here and on Form 1040, line 18 ▶ | 36 | (-53,393) |
| 37 Farmers and fishermen: Write your share of GROSS FARMING AND FISHING INCOME applicable to Parts I and II (see Instructions) | 37 | |

**Part V Optional Depreciation Worksheet.**—You may use this worksheet to figure depreciation only on property placed in service before 1981. If you placed any property in service after 1980, you must use **Form 4562** for all property.

| | (a) Description of property | (b) Date acquired | (c) Cost or other basis | (d) Depreciation allowed or allowable in prior years | (e) Depreciation method | (f) Life or rate | (g) Depreciation for this year |
|---|---|---|---|---|---|---|---|
| A | | | | | | | |
| | | | | | | | |
| Total (Property A) | | | | | | | |
| B | | | | | | | |
| | | | | | | | |
| Total (Property B) | | | | | | | |
| C | | | | | | | |
| | | | | | | | |
| Total (Property C) | | | | | | | |

Department of the Treasury—Internal Revenue Service

# Form 1040 U.S. Individual Income Tax Return 1986 (3)

For the year January 1–December 31, 1986, or other tax year beginning , 1986, ending , 19 . OMB No. 1545-0074

| Use IRS label. Otherwise, please print or type. | | |
|---|---|---|
| NH [redacted]-5413 S18 30<br>WILLIAM P SMITH JR<br>937 BRIARWOOD 647<br>BARTLESVILLE OK 74006 | IRS | Your social security number |
| | | Spouse's social security number |
| | If this address is different from the one shown on your 1985 return, check here ▶ | |

**Presidential Election Campaign** ▶ Do you want $1 to go to this fund? Yes [ ] No [X]
If joint return, does your spouse want $1 to go to this fund? Yes [ ] No [ ]
Note: Checking "Yes" will not change your tax or reduce your refund.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

## Filing Status

Check only one box.

1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here.
4 [ ] Head of household (with qualifying person). (See page 5 of Instructions.) If the qualifying person is your unmarried child but not your dependent, enter child's name here.
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 6 of Instructions.)

## Exemptions

Always check the box labeled Yourself. Check other boxes if they apply.

6a [X] Yourself [ ] 65 or over [ ] Blind
b [ ] Spouse [ ] 65 or over [ ] Blind
Enter number of boxes checked on 6a and b ▶ 1

c First names of your dependent children who lived with you
Enter number of children listed on 6c ▶ –

d First names of your dependent children who did not live with you (see page 6). David, Alan
(If pre-1985 agreement, check here ▶ [X].)
Enter number of children listed on 6d ▶ 2

e Other dependents:

| (1) Name | (2) Relationship | (3) Number of months lived in your home | (4) Did dependent have income of $1,080 or more? | (5) Did you provide more than one-half of dependent's support? |
|---|---|---|---|---|
| | | | | |
| | | | | |

Enter number of other dependents ▶ –

f Total number of exemptions claimed (also complete line 36). Add numbers entered in boxes above ▶ 3

## Income

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 4 of Instructions.

Please attach check or money order here.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. *(attach Form(s) W-2)* | 7 | |
| 8 | Interest income *(also attach Schedule B if over $400)* | 8 | 646 |
| 9a | Dividends *(also attach Schedule B if over $400)* , 9b Exclusion | | |
| c | Subtract line 9b from line 9a and enter the result | 9c | |
| 10 | Taxable refunds of state and local income taxes, if any, from the worksheet on page 9 of Instructions | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) *(attach Schedule C)* | 12 | 118,017 |
| 13 | Capital gain or (loss) *(attach Schedule D)* | 13 | |
| 14 | 40% of capital gain distributions not reported on line 13 (see page 9 of Instructions) | 14 | |
| 15 | Other gains or (losses) *(attach Form 4797)* | 15 | |
| 16 | Fully taxable pensions, IRA distributions, and annuities not reported on line 17 (see page 9) | 16 | |
| 17a | Other pensions and annuities, including rollovers. Total received 17a | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. *(attach Schedule E)* | 18 | (25,116) |
| 19 | Farm income or (loss) *(attach Schedule F)* | 19 | |
| 20a | Unemployment compensation (insurance). Total received 20a | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | 20b | |
| 21a | Social security benefits (see page 10) 21a | | |
| b | Taxable amount, if any, from worksheet on page 11. {Tax-exempt interest} | 21b | |
| 22 | Other income (list type and amount—see page 11 of Instructions) | 22 | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your **total income** ▶ | 23 | 93,547 |

## Adjustments to Income

(See Instructions on page 11.)

| Line | Description | | Amount | | Total |
|---|---|---|---|---|---|
| 24 | Moving expenses *(attach Form 3903 or 3903F)* | 24 | | | |
| 25 | Employee business expenses *(attach Form 2106)* | 25 | | | |
| 26 | IRA deduction, from the worksheet on page 12 | 26 | 2000 | | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | 17,700 | | |
| 28 | Penalty on early withdrawal of savings | 28 | | | |
| 29 | Alimony paid (recipient's last name Smith and social security no. 446 42 1440) | 29 | 20,042 | | |
| 30 | Deduction for a married couple when both work *(attach Schedule W)* | 30 | | | |
| 31 | Add lines 24 through 30. These are your **total adjustments** ▶ | | | 31 | 39,742 |

## Adjusted Gross Income

| Line | Description | | Amount |
|---|---|---|---|
| 32 | Subtract line 31 from line 23. This is your **adjusted gross income**. *If this line is less than $11,000 and a child lived with you, see "Earned Income Credit" (line 58) on page 16 of Instructions. If you want IRS to figure your tax, see page 13 of Instructions* ▶ | 32 | 53,805 |

PLAINTIFFS' EXHIBIT 36

B196

Form 1040 (1986) Page 2

## Tax Computation

(See Instructions on page 13.)

| Line | Description | | Amount |
|---|---|---|---|
| 33 | Amount from line 32 (adjusted gross income) | | 53,805 |
| 34a | If you itemize, attach Schedule A (Form 1040) and enter the amount from Schedule A, line 26. **Caution:** If you have unearned income and can be claimed as a dependent on your parents' return, see page 13 of Instructions and check here ▶ ☐. Also see page 13 if you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien. | | 22,526 |
| b | If you do not itemize but you made charitable contributions, enter your cash contributions here. (If you gave $3,000 or more to any one organization, see page 14.) | 34b | |
| c | Enter your noncash contributions *(you must attach Form 8283 if over $500)* | 34c | |
| d | Add lines 34b and 34c. Enter the total | | 34d |
| 35 | Subtract line 34a or line 34d, whichever applies, from line 33 | | 31,279 |
| 36 | Multiply $1,080 by the total number of exemptions claimed on line 6f (see page 14) | | 3,240 |
| 37 | **Taxable income.** Subtract line 36 from line 35. Enter the result (but not less than zero) | | 28,039 |
| 38 | Enter tax here. Check if from ☒ Tax Table, ☐ Tax Rate Schedule X, Y, or Z, or ☐ Schedule G | | 5,241 |
| 39 | Additional taxes (see page 14 of Instructions). Enter here and check if from ☐ Form 4970, ☐ Form 4972, or ☐ Form 5544 | | |
| 40 | Add lines 38 and 39. Enter the total ▶ | | |

## Credits

(See Instructions on page 14.)

| Line | Description | | Amount |
|---|---|---|---|
| 41 | Credit for child and dependent care expenses *(attach Form 2441)* | 41 | |
| 42 | Credit for the elderly or for the permanently and totally disabled *(attach Schedule R)* | 42 | |
| 43 | Partial credit for political contributions for which you have receipts | 43: 50 | |
| 44 | Add lines 41 through 43. Enter the total | | 50 |
| 45 | Subtract line 44 from line 40. Enter the result (but not less than zero) | | 5191 |
| 46 | Foreign tax credit *(attach Form 1116)* | 46 | |
| 47 | General business credit. Check if from ☐ Form 3800, ☒ Form 3468, ☐ Form 5884, ☐ Form 6478, or ☐ Form 6765 | 47: 214 | |
| 48 | Add lines 46 and 47. Enter the total | | 214 |
| 49 | Subtract line 48 from line 45. Enter the result (but not less than zero) ▶ | | 4977 |

## Other Taxes

(Including Advance EIC Payments)

| Line | Description | Amount |
|---|---|---|
| 50 | Self-employment tax *(attach Schedule SE)* | 5166 |
| 51 | Alternative minimum tax *(attach Form 6251)* | |
| 52 | Tax from recapture of investment credit *(attach Form 4255)* | |
| 53 | Social security tax on tip income not reported to employer *(attach Form 4137)* | |
| 54 | Tax on an IRA *(attach Form 5329)* | |
| 55 | Add lines 49 through 54. This is your **total tax** ▶ | 10,143 |

## Payments

Attach Forms W-2, W-2G, and W-2P to front.

| Line | Description | | Amount |
|---|---|---|---|
| 56 | Federal income tax withheld | 56 | |
| 57 | 1986 estimated tax payments and amount applied from 1985 return | 57: 4800 | |
| 58 | Earned income credit (see page 16) | 58 | |
| 59 | Amount paid with Form 4868 | 59: 5900 | |
| 60 | Excess social security tax and RRTA tax withheld (two or more employers) | 60 | |
| 61 | Credit for Federal tax on gasoline and special fuels *(attach Form 4136)* | 61 | |
| 62 | Regulated investment company credit *(attach Form 2439)* | 62 | |
| 63 | Add lines 56 through 62. These are your **total payments** ▶ | | 10,700 |

## Refund or Amount You Owe

| Line | Description | | Amount |
|---|---|---|---|
| 64 | If line 63 is larger than line 55, enter amount **OVERPAID** ▶ | | 557 |
| 65 | Amount of line 64 to be **REFUNDED TO YOU** ▶ | | |
| 66 | Amount of line 64 to be applied to your 1987 estimated tax ▶ | 66: 557 | |
| 67 | If line 55 is larger than line 63, enter **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number, daytime phone number, and "1986 Form 1040" on it ▶ | | 67 |

Check ▶ ☒ if Form 2210 (2210F) is attached. See page 17. Penalty: $ NONE

## Please Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation |

## Paid Preparer's Use Only

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours, if self-employed) and address | | E.I. No. | |
| | | ZIP code | |

Name(s) as shown on Form 1040. (Do not enter name and social security number if shown on other side.) | Your social security number

**Part II** Income or (Loss) from Partnerships, S Corporations, Estates, or Trusts

If you report a loss below, and have amounts invested in that activity for which you are not at risk, you may have to file Form 6198. See Instructions.

### Partnerships and S Corporations

| (a) Name | (b) Enter appropriate code [1] | (c) Check if foreign partnership | (d) Employer identification number | (e) Net loss (see Instructions for at-risk limitations) | (f) Net income |
|---|---|---|---|---|---|
| Southroads Mall Limited Partnership | P | | 13-3198176 | (25,390) | |
| Richgrove Grape Associates | P | | 33-0053994 | | 328 |
| Desert Highland Vinyards | P | | 33-0121107 | (1853) | |
| Carry Forward Due To Limited At Risk | | | | | |

[1] Codes: P for partnership; S for S corporation

27 Add amounts in columns (e) and (f) and enter the total(s) here . . . 27 ( 25,390 ) 328

28 Combine amounts in columns (e) and (f), line 27, and enter the net income or (loss) here . . . 28 (25,062)

29 Deduction for section 179 property (from Form 1065, Schedule K-1, and Form 1120S, Schedule K-1). (See Instructions for limitations.) . . . 29 ( )

30 Total partnership and S corporation income or (loss). Combine amounts on lines 28 and 29. Enter the total here and include in line 36 below . . . 30 (25,062)

### Estates and Trusts

| (a) Name | (b) | (c) | (d) Employer identification number | (e) Net loss (see Instructions for at-risk limitations) | (f) Net income |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

31 Add amounts in columns (e) and (f) and enter the total(s) here . . . 31 ( )

32 Total estate and trust income or (loss). Combine amounts in columns (e) and (f), line 31. Enter the total here and include in line 36 below . . . 32

**Part III** Windfall Profit Tax Summary — Line 30 above (25,062)

~~33 Windfall profit tax credit or refund received in 1986~~ (see Instructions) Line 26 on reverse . . . 33 (6,952)

~~34 Windfall profit tax withheld in 1986 (see Instructions).~~ Line 26 from separate Schedule E . . . 34 ( 6,898

35 Combine amounts on lines 33 and 34. Enter the total here and include in line 36 below . . . 35

**Part IV** Summary

36 TOTAL income or (loss). Combine lines 26, 30, 32, and 35. Enter total here and on Form 1040, line 18 ▶ 36 (25,116)

37 Farmers and fishermen: Enter your share of GROSS FARMING AND FISHING INCOME applicable to Parts I and II (see Instructions) . . . 37

**Part V** Optional Depreciation Worksheet.—You may use this worksheet to figure depreciation only on property placed in service before 1981. If you placed any property in service after 1980, you must use Form 4562 for all property.

| | (a) Description of property | (b) Date acquired | (c) Cost or other basis | (d) Depreciation allowed or allowable in prior years | (e) Depreciation method | (f) Life or rate | (g) Depreciation for this year |
|---|---|---|---|---|---|---|---|
| A | | | | | | | |
| | Total (Property A) | | | | | | |
| B | | | | | | | |
| | Total (Property B) | | | | | | |
| C | | | | | | | |
| | Total (Property C) | | | | | | |