Form **1040** Department of the Treasury—Internal Revenue Service

# U.S. Individual Income Tax Return 1987

For the year Jan.–Dec. 31, 1987, or other tax year beginning , 1987, ending , 19 . OMB No. 1545-007

## Label

Use IRS label. Otherwise, please print or type.

| | |
|---|---|
| Your first name and initial (if joint return, also give spouse's name and initial) / Last name | Your social security number |
| Present home address (number and street or rural route). (If you have a P.O. Box, see page 6 of Instructions.) [illegible] | Spouse's social security numb |
| City, town or post office, state, and ZIP code | For Privacy Act and Paperwork Reduction Act Notice, see Instructio |

## Presidential Election Campaign

| | Yes | No |
|---|---|---|
| Do you want $1 to go to this fund? | | X |
| If joint return, does your spouse want $1 to go to this fund? | | |

Note: Checking "Yes" wi not change your ta reduce your refun

## Filing Status

Check only one box.

1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here.
4 [ ] Head of household (with qualifying person). (See page 7 of Instructions.) If the qualifying person is your child but your dependent, enter child's name here.
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 7 of Instructions.)

## Exemptions

(See Instructions on page 7.)

**Caution:** If you can be claimed as a dependent on another person's tax return (such as your parents' return), do not check box 6a. But be sure to check the box on line 32b on page 2.

6a [X] Yourself    6b [ ] Spouse

No. of boxes checked on 6a and 6b ▶ 1

c Dependents

| (1) Name (first, initial, and last name) | (2) Check if under age 5 | (3) If age 5 or over, dependent's social security number | (4) Relationship | (5) No. of months lived in your home in 1987 |
|---|---|---|---|---|
| [redacted] W. Smith | | [redacted] | Son | |
| [redacted] W. Smith | | [redacted] | Son | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than 7 dependents, see Instructions on page 7.

No. of children on 6c who lived with you ▶
No. of children on 6c who didn't live with you due to divorce or separation ▶ 2
No. of parents listed on 6c ▶
No. of other dependents listed on 6c ▶

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [X]

e Total number of exemptions claimed (also complete line 35)

Add numbers entered in boxes above ▶ 3

## Income

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 6 of Instructions.

Please attach check or money order here.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. *(attach Form(s) W-2)* | 7 | — |
| 8 | **Taxable** interest income *(also attach Schedule B if over $400)* | 8 | 650 |
| 9 | **Tax-exempt** interest income (see page 10). DON'T include on line 8 — 9: — | | |
| 10 | Dividend income *(also attach Schedule B if over $400)* | 10 | 646 |
| 11 | Taxable refunds of state and local income taxes, if any, from worksheet on page 11 of Instructions | 11 | — |
| 12 | Alimony received | 12 | — |
| 13 | Business income or (loss) *(attach Schedule C)* | 13 | 103,699 |
| 14 | Capital gain or (loss) *(attach Schedule D)* | 14 | — |
| 15 | Other gains or (losses) *(attach Form 4797)* | 15 | — |
| 16a | Pensions, IRA distributions, annuities, and rollovers. Total received — 16a: — | | |
| b | Taxable amount (see page 11) | 16b | — |
| 17 | Rents, royalties, partnerships, estates, trusts, etc. *(attach Schedule E)* | 17 | (17,097) |
| 18 | Farm income or (loss) *(attach Schedule F)* | 18 | — |
| 19 | Unemployment compensation (insurance) (see page 11) | 19 | — |
| 20a | Social security benefits (see page 12) — 20a: — | | |
| b | Taxable amount, if any, from the worksheet on page 12 | 20b | — |
| 21 | Other income (list type and amount—see page 12) | 21 | — |
| 22 | Add the amounts shown in the far right column for lines 7, 8, and 10–21. This is your **total income** ▶ | 22 | 87,903 |

## Adjustments to Income

(See Instructions on page 12.)

| Line | Description | | Amount | | Total |
|---|---|---|---|---|---|
| 23 | Reimbursed employee business expenses from Form 2106 | 23 | — | | |
| 24a | Your IRA deduction, from applicable worksheet on page 13 or 14 | 24a | — | | |
| b | Spouse's IRA deduction, from applicable worksheet on page 13 or 14 | 24b | — | | |
| 25 | Self-employed health insurance deduction, from worksheet on page 14 | 25 | 250 | | |
| 26 | Keogh retirement plan and self-employed SEP deduction | 26 | 15,555 | | |
| 27 | Penalty on early withdrawal of savings | 27 | — | | |
| 28 | Alimony paid (recipient's last name Smith and social security no. 446 : 42 : 1440) | 28 | 20,042 | | |
| 29 | Add lines 23 through 28. These are your **total adjustments** ▶ | | | 29 | 35,847 |

PLAINTIFFS' EXHIBIT 37

## Adjusted Gross Income

30 Subtract line 29 from line 22. This is your **adjusted gross income.** *If this line is less than $15,432 and a child lived with you, see "Earned Income Credit" (line 56) on page 18 of the Instructions. If you want IRS to figure your tax, see page 15 of the Instructions* ▶ 30 52,056

## Tax Computation

| Line | Description | Box | Amount |
|---|---|---|---|
| 31 | Amount from line 30 (adjusted gross income) | 31 | 52,05[illegible] |
| 32a | Check if: ☐ You were 65 or over ☐ Blind; ☐ Spouse was 65 or over ☐ Blind. Add the number of boxes checked and enter the total here ▶ 32a | | |
| b | If you can be claimed as a dependent on another person's return, check here ▶ 32b ☐ | | |
| c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 15 and check here ▶ 32c ☐ | | |
| 33a | **Itemized deductions.** See page 15 to see if you should itemize. If you don't itemize, enter zero. If you do itemize, attach Schedule A, enter the amount from Schedule A, line 26, **AND** skip line 33b | 33a | 20,446 |
| b | **Standard deduction.** Read **Caution** to left. If it applies, see page 16 for the amount to enter. If **Caution** doesn't apply and your filing status from page 1 is: Single or Head of household, enter $2,540; Married filing jointly or Qualifying widow(er), enter $3,760; Married filing separately, enter $1,880 | 33b | — |
| 34 | Subtract line 33a **or** 33b, whichever applies, from line 31. Enter the result here | 34 | 31,610 |
| 35 | Multiply $1,900 by the total number of exemptions claimed on line 6e or see chart on page 16 | 35 | 5700 |
| 36 | **Taxable income.** Subtract line 35 from line 34. Enter the result (but not less than zero) | 36 | 25,910 |
| | **Caution:** If under age 14 and you have more than $1,000 of investment income, check here ▶ ☐ and see page 16 to see if you have to use Form 8615 to figure your tax. | | |
| 37 | Enter tax. Check if from ☒ Tax Table, ☐ Tax Rate Schedules, ☐ Schedule D, or ☐ Form 8615 | 37 | ~~4,723~~ 5[illegible] |
| 38 | Additional taxes (see page 16). Check if from ☐ Form 4970 or ☐ Form 4972 | 38 | |
| 39 | Add lines 37 and 38. Enter the total ▶ | 39 | 4,723 |

**Caution:** If you checked any box on line 32a, b, or c **and** you don't itemize, see page 16 for the amount to enter on line 33b.

## Credits

(See Instructions on page 17.)

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 40 | Credit for child and dependent care expenses *(attach Form 2441)* | 40 | | | |
| 41 | Credit for the elderly or for the permanently and totally disabled *(attach Schedule R)* | 41 | | | |
| 42 | Add lines 40 and 41. Enter the total | | | 42 | — |
| 43 | Subtract line 42 from line 39. Enter the result (but not less than zero) | | | 43 | 4,723 |
| 44 | Foreign tax credit *(attach Form 1116)* | 44 | | | |
| 45 | General business credit. Check if from ☐ Form 3800, ☐ Form 3468, ☐ Form 5884, ☐ Form 6478, ☐ Form 6765, or ☐ Form 8586 | 45 | | | |
| 46 | Add lines 44 and 45. Enter the total | | | 46 | — |
| 47 | Subtract line 46 from line 43. Enter the result (but not less than zero) ▶ | | | 47 | 4723 |

## Other Taxes

(Including Advance EIC Payments)

| Line | Description | Box | Amount |
|---|---|---|---|
| 48 | Self-employment tax *(attach Schedule SE)* | 48 | 5387 |
| 49 | Alternative minimum tax *(attach Form 6251)* | 49 | |
| 50 | Tax from recapture of investment credit *(attach Form 4255)* | 50 | |
| 51 | Social security tax on tip income not reported to employer *(attach Form 4137)* | 51 | |
| 52 | Tax on an IRA or a qualified retirement plan *(attach Form 5329)* | 52 | |
| 53 | Add lines 47 through 52. This is your **total tax** ▶ | 53 | ~~10,110~~ 10,3[illegible] |

## Payments

Attach Forms W-2, W-2G, and W-2P to front.

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 54 | Federal income tax withheld (including tax shown on Form(s) 1099) | 54 | 10,705 | | |
| 55 | 1987 estimated tax payments and amount applied from 1986 return | 55 | ~~10,148~~ | | |
| 56 | Earned income credit (see page 18) | 56 | | | |
| 57 | Amount paid with Form 4868 (extension request) | 57 | 350 | | |
| 58 | Excess social security tax and RRTA tax withheld (see page 19) | 58 | | | |
| 59 | Credit for Federal tax on gasoline and special fuels *(attach Form 4136)* | 59 | | | |
| 60 | Regulated investment company credit *(attach Form 2439)* | 60 | | | |
| 61 | Add lines 54 through 60. These are your **total payments** ▶ | | | 61 | 11,055 ~~10,498~~ |

## Refund or Amount You Owe

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 62 | If line 61 is larger than line 53, enter amount **OVERPAID** ▶ | | | 62 | 388 665 |
| 63 | Amount of line 62 to be **REFUNDED TO YOU** ▶ | | | 63 | |
| 64 | Amount of line 62 to be applied to your 1988 estimated tax ▶ | 64 | 388 | | |
| 65 | If line 53 is larger than line 61, enter **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number, daytime phone number, and "1987 Form 1040" on it | | | 65 | |

Check ▶ ☐ if Form 2210 (2210F) is attached. See page 20. Penalty: $

Review chec 665 − 388 277

## Please Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| [signature] | 10-8-88 | Dentist |
| Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation |

## Paid Preparer's Use Only

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | | E.I. No. | |
| | | ZIP code | |

Schedule E (Form 1040) 1987 Attachment Sequence No. 13

Name(s) as shown on Form 1040. (Do not enter name and social security number if shown on other side.) | Your social security

## Part II Income or (Loss) from Partnerships and S Corporations

If you report a loss below and have amounts invested in that activity for which you are **not at risk**, you MUST check "Yes" in column (e) and Form 6198. Otherwise, you must check "No." See Instructions.

| | (a) Name | (b) Enter P for partnership; S for S Corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Not at-Risk? Yes | No |
|---|---|---|---|---|---|---|
| A | Southroads Mall Limited Partnership | P | | 13-3198176 | X | |
| B | Richgrove Grape Associates | P | | 33-0053994 | X | |
| C | Desert Highland Vinyards | P | | 33-0121107 | X | |
| D | | | | | | |
| E | | | | | | |

| | Passive Activities: (f) Passive loss allowed from Form 8582 | Passive Activities: (g) Passive income from Schedule K-1 | Nonpassive Activities: (h) Nonpassive loss from Schedule K-1 | Nonpassive Activities: (i) Section 179 deduction | Nonpassive Activities: (j) Nonpassive income from Schedule K-1 |
|---|---|---|---|---|---|
| A | ~~6255~~ | 780 | | | |
| B | ~~3176~~ | | | | |
| C | 19,007 | | | | |
| D | | | | | |
| E | | | | | |
| 30a Totals | 19,007 | 780 | | | |
| b Totals | ~~28,418~~ | | | | |

31 Add amounts in columns (g) and (j), line 30a. Enter total income here . . . 31 | 780

32 Add amounts in columns (f), (h), and (i), line 30b. Enter total here . . . 32 | (~~28,418~~ 19,0

33 Total partnership and S corporation income or (loss). Combine amounts on lines 31 and 32. Enter the total here and include in line 42 below . . . 33 | 18,227

## Part III Income or (Loss) from Estates and Trusts

| | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | Passive Activities: (c) Passive deduction or loss allowed from Form 8582 | Passive Activities: (d) Passive income from Schedule K-1 | Nonpassive Activities: (e) Deduction or loss from Schedule K-1 | Nonpassive Activities: (f) Other income from Schedule K-1 |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

35 Add amounts in columns (d) and (f), line 34a. Enter total income here . . . 35

36 Add amounts in columns (c) and (e), line 34b. Enter total (loss) here . . . 36 (

37 Total estate and trust income or (loss). Combine amounts on lines 35 and 36. Enter the total here and include in line 42 below . . . 37

## Part IV Income or (Loss) from Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see Instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

38 Combine columns (d) and (e) only. Enter the total here and include in line 42 below . . . 38

## Part V Windfall Profit Tax Summary

39 Windfall profit tax credit or refund received in 1987 (see Instructions) . . . 39

40 Windfall profit tax withheld in 1987 (see Instructions) . . . 40 (

41 Combine amounts on lines 39 and 40. Enter the total here and include in line 42 below . . . 41

## Part VI Summary

42 TOTAL income or (loss). Combine lines 29, 33, 37, 38, and 41. Enter total here and on Form 1040, line 17 . . . ▶ 42 | (17,092)

43 Farmers and fishermen: Enter your share of GROSS FARMING AND FISHING INCOME applicable to Parts I, II, and III (see Instructions) . . . 43

# Form 1040 Department of the Treasury—Internal Revenue Service U.S. Individual Income Tax Return 1988 (3)

For the year Jan.–Dec. 31, 1988, or other tax year beginning , 1988, ending , 19 | OMB No. 1545-0074

**Label**

Use IRS label. Otherwise, please print or type.

LABEL HERE

Your first name and initial (if joint return, also give spouse's name and initial) Last name

********** 5-DIGIT 74006
NH [redacted]-5413 S18 30
WILLIAM P SMITH JR
937 BRIARWOOD 003
BARTLESVILLE OK 74006

Your social security number: [redacted] 5413

Spouse's social security number

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

**Presidential Election Campaign**
- Do you want $1 to go to this fund? Yes ☐ No ☒
- If joint return, does your spouse want $1 to go to this fund? Yes ☐ No ☐

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status**

Check only one box.

1. ☒ Single
2. ☐ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's social security no. above and full name here.
4. ☐ Head of household (with qualifying person). (See page 7 of Instructions.) If the qualifying person is your child but not your dependent, enter child's name here.
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 7 of Instructions.)

**Exemptions**

(See Instructions on page 8.)

6a ☒ Yourself — If someone (such as your parent) can claim you as a dependent, do not check box 6a. But be sure to check the box on line 33b on page 2.

No. of boxes checked on 6a and 6b: 1

b ☐ Spouse

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 5 | (3) If age 5 or older, dependent's social security number | (4) Relationship | (5) No. of months lived in your home in 1988 |
|---|---|---|---|---|
| [redacted] W. Smith | | [redacted] | Son | |
| [redacted] W. Smith | | | Son | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than 6 dependents, see Instructions on page 8.

No. of your children on 6c who:
- lived with you
- didn't live with you due to divorce or separation: 2

No. of other dependents listed on 6c

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☒

e Total number of exemptions claimed

Add numbers entered on lines above ▶ 3

**Income**

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 6 of Instructions.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. *(attach Form(s) W-2)* | |
| 8a | Taxable interest income *(also attach Schedule B if over $400)* | |
| b | Tax-exempt interest income (see page 11). DON'T include on line 8a — 8b | |
| 9 | Dividend income *(also attach Schedule B if over $400)* | 146 |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 11 of Instructions | |
| 11 | Alimony received | |
| 12 | Business income or (loss) *(attach Schedule C)* | 66,351 |
| 13 | Capital gain or (loss) *(attach Schedule D)* | |
| 14 | Capital gain distributions not reported on line 13 (see page 11) | |
| 15 | Other gains or (losses) *(attach Form 4797)* | |
| 16a | Total IRA distributions — 16a; 16b Taxable amount (see page 11) | |
| 17a | Total pensions and annuities — 17a; 17b Taxable amount (see page 12) | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. *(attach Schedule E)* | (20,683) |
| 19 | Farm income or (loss) *(attach Schedule F)* | |
| 20 | Unemployment compensation (insurance) (see page 13) | |
| 21a | Social security benefits (see page 13) — 21a | |
| b | Taxable amount, if any, from the worksheet on page 13 | |
| 22 | Other income (list type and amount—see page 13) | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your total income ▶ | 45,814 |

Please attach check or money order here.

**Adjustments to Income**

(See Instructions on page 13.)

| Line | Description | Amount | Total |
|---|---|---|---|
| 24 | Reimbursed employee business expenses from Form 2106, line 13 | | |
| 25a | Your IRA deduction, from applicable worksheet on page 14 or 15 | | |
| b | Spouse's IRA deduction, from applicable worksheet on page 14 or 15 | | |
| 26 | Self-employed health insurance deduction, from worksheet on page 15 | 407 | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 220 | |
| 28 | Penalty on early withdrawal of savings | | |
| 29 | Alimony paid (recipient's last name Smith and social security no. 446 : 42 : 1440) | 20,042 | |
| 30 | Add lines 24 through 29. These are your total adjustments ▶ | | 20,669 |

**Adjusted Gross Income**

31 Subtract line 30 from line 23. This is your **adjusted gross income**. *If this line is less than $18,576 and a child lived with you, see "Earned Income Credit" (line 56) on page 19 of the Instructions. If you want IRS t[illegible] see page 16 of the Instructions* ▶ 31: 25,145

PLAINTIFFS' EXHIBIT 38

B202

Form 1040 (1988)

## Tax Computation

| | | | |
|---|---|---|---|
| 32 | Amount from line 31 (adjusted gross income) | 32 | 25… |
| 33a | Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. Add the number of boxes checked and enter the total here ▶ 33a | | |
| b | If someone (such as your parent) can claim you as a dependent, check here ▶ 33b ☐ | | |
| c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 16 and check here ▶ 33c ☐ | | |
| 34 | Enter the larger of: • Your standard deduction (from page 17 of the Instructions), OR • Your itemized deductions (from Schedule A, line 26). If you itemize, attach Schedule A and check here ▶ ☒ | 34 | 19,294 |
| 35 | Subtract line 34 from line 32. Enter the result here | 35 | 5851 |
| 36 | Multiply $1,950 by the total number of exemptions claimed on line 6e | 36 | 5850 |
| 37 | Taxable income. Subtract line 36 from line 35. Enter the result (if less than zero, enter zero) | 37 | 1 |
| | Caution: If under age 14 and you have more than $1,000 of investment income, check here ▶ ☐ and see page 17 to see if you have to use Form 8615 to figure your tax. | | |
| 38 | Enter tax. Check if from: ☒ Tax Table, ☐ Tax Rate Schedules, or ☐ Form 8615 | 38 | None |
| 39 | Additional taxes (see page 17). Check if from: ☐ Form 4970 ☐ Form 4972 | 39 | None |
| 40 | Add lines 38 and 39. Enter the total ▶ | 40 | None |

## Credits

(See Instructions on page 18.)

| | | | | | |
|---|---|---|---|---|---|
| 41 | Credit for child and dependent care expenses *(attach Form 2441)* | 41 | | | |
| 42 | Credit for the elderly or the disabled *(attach Schedule R)* | 42 | | | |
| 43 | Foreign tax credit *(attach Form 1116)* | 43 | | | |
| 44 | General business credit. Check if from: ☐ Form 3800 or ☐ Form (specify) ______ | 44 | | | |
| 45 | Credit for prior year minimum tax *(attach Form 8801)* | 45 | | | |
| 46 | Add lines 41 through 45. Enter the total | | | 46 | — |
| 47 | Subtract line 46 from line 40. Enter the result (if less than zero, enter zero) ▶ | | | 47 | — |

## Other Taxes

(Including Advance EIC Payments)

| | | | |
|---|---|---|---|
| 48 | Self-employment tax *(attach Schedule SE)* | 48 | 5859 |
| 49 | Alternative minimum tax *(attach Form 6251)* | 49 | — |
| 50 | Recapture taxes (see page 18). Check if from: ☐ Form 4255 ☐ Form 8611 | 50 | — |
| 51 | Social security tax on tip income not reported to employer *(attach Form 4137)* | 51 | — |
| 52 | Tax on an IRA or a qualified retirement plan *(attach Form 5329)* | 52 | — |
| 53 | Add lines 47 through 52. This is your **total tax** ▶ | 53 | 5859 |

## Payments

Attach Forms W-2, W-2G, and W-2P to front.

| | | | | | |
|---|---|---|---|---|---|
| 54 | Federal income tax withheld (If any is from Form(s) 1099, check ▶ ☐) | 54 | — | | |
| 55 | 1988 estimated tax payments and amount applied from 1987 return | 55 | 10,110 | | |
| 56 | Earned income credit (see page 19) | 56 | — | | |
| 57 | Amount paid with Form 4868 (extension request) | 57 | — | | |
| 58 | Excess social security tax and RRTA tax withheld (see page 20) | 58 | — | | |
| 59 | Credit for Federal tax on fuels *(attach Form 4136)* | 59 | — | | |
| 60 | Regulated investment company credit *(attach Form 2439)* | 60 | — | | |
| 61 | Add lines 54 through 60. These are your **total payments** ▶ | | | 61 | 10,110 |

## Refund or Amount You Owe

| | | | |
|---|---|---|---|
| 62 | If line 61 is larger than line 53, enter amount **OVERPAID** ▶ | 62 | 4251 |
| 63 | Amount of line 62 to be **REFUNDED TO YOU** ▶ | 63 | — |
| 64 | Amount of line 62 to be applied to your 1989 estimated tax ▶ 64 4251 | | |
| 65 | If line 53 is larger than line 61, enter **AMOUNT YOU OWE**. Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number, daytime phone number, and "1988 Form 1040" on it | 65 | — |
| | Check ▶ ☐ if Form 2210 (2210F) is attached. See page 21. **Penalty:** $ | | |

## Please Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | |
|---|---|---|
| Your signature [signature] | Date 7-15-89 | Your occupation Dentist |
| Spouse's signature (if joint return, BOTH must sign) NA | Date | Spouse's occupation |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. |
| Firm's name (or yours if self-employed) and address | | E.I. No. | |
| | | ZIP code | |

Schedule E (Form 1040) 1988 Attachment Sequence No. 13

Name(s) as shown on return. (Do not enter name and social security number if shown on other side.)
William P. Smith, Jr.

Your social security number [redacted]

## Part II Income or Loss From Partnerships and S Corporations

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) to describe your investment in the activity. See Instructions. If you check column (f), you must attach Form 6198.

| | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | Southroads Mall Limited Partnership | P | | 13-3198176 | X | |
| B | Richgrove Grape Associates | P | | 33-0053974 | X | |
| C | Desert Highland Vineyards | P | | 33-0121107 | X | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss: (g) Passive loss allowed from Form 8582 | Passive Income and Loss: (h) Passive income from Schedule K-1 | Nonpassive Income and Loss: (i) Nonpassive loss from Schedule K-1 | Nonpassive Income and Loss: (j) Section 179 deduction (see Instructions for limits) | Nonpassive Income and Loss: (k) Nonpassive income from Schedule K-1 |
|---|---|---|---|---|---|
| A | 11,461 | | | | |
| B | | 169 | ← See attached Sheet | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 30a Totals | | | | | |
| b Totals | | | | | |

| | | |
|---|---|---|
| 31 | Add amounts in columns (h) and (k), line 30a. Enter total income here | 31 169 |
| 32 | Add amounts in columns (g), (i), and (j), line 30b. Enter total here | 32 ( 11,461 ) |
| 33 | Total partnership and S corporation income or (loss). Combine amounts on lines 31 and 32. Enter the total here and include in line 42 below | 33 (-11,292) |

## Part III Income or Loss From Estates and Trusts

| | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | Passive Income and Loss: (c) Passive deduction or loss allowed from Form 8582 | Passive Income and Loss: (d) Passive income from Schedule K-1 | Nonpassive Income and Loss: (e) Deduction or loss from Schedule K-1 | Nonpassive Income and Loss: (f) Other income from Schedule K-1 |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| | | |
|---|---|---|
| 35 | Add amounts in columns (d) and (f), line 34a. Enter total income here | 35 |
| 36 | Add amounts in columns (c) and (e), line 34b. Enter total here | 36 ( ) |
| 37 | Total estate and trust income or (loss). Combine amounts on lines 35 and 36. Enter the total here and include in line 42 below | 37 |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see Instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

Line 29 Schedule E → (706)

| | | |
|---|---|---|
| 38 | Combine amounts in columns (d) and (e) only. Enter the total here and include in line 42 below | 38 |

## Part V Windfall Profit Tax Summary

Line 28 Schedule E → (8685)

| | | |
|---|---|---|
| 39 | Windfall profit tax credit or refund received in 1988 (see Instructions) Line 33 Sch. E → | 39 (11,292) |
| 40 | Windfall profit tax withheld in 1988 (see Instructions) | 40 ( ) |
| 41 | Combine amounts on lines 39 and 40. Enter the total here and include in line 42 below | 41 |

## Part VI Summary

| | | |
|---|---|---|
| 42 | TOTAL income or (loss). Combine amounts on lines 29, 33, 37, 38, and 41. Enter the total here and on Form 1040, line 18 ▶ | 42 20,683 |
| 43 | Farmers and fishermen: Enter your share of GROSS FARMING AND FISHING INCOME applicable to Parts I, II, and III (see Instructions) | 43 |

William P. Smith, Jr. [redacted]5413

Attachment to Sch E Part II

Desert Highland Vinyards # 33-0121107

| | |
|---|---|
| 1986 Loss Carried Forward due to "Not enough at risk" | (1853) |
| 1988 income | 2 022 |
| Total income reported on 1988 Return | 169 |

---

Richgrove Grape Associates # 13-3198176

| | |
|---|---|
| 1987 Loss From schedule K-1 | (155) |
| 1988 Loss From schedule K-1 | (1143) |
| May 1988 inspect property Transportation and Lodging costs | (300) |
| Total Loss to Date | (1598) |

Carry Forward Due to "not enough at Risk"

Form **1040** Department of the Treasury—Internal Revenue Service
# U.S. Individual Income Tax Return 1989 (9)

For the year Jan.–Dec. 31, 1989, or other tax year beginning , 1989, ending , 19 | OMB No. 1545-0074

**Label**

Use IRS label. Otherwise, please print or type.

LABEL HERE

| | |
|---|---|
| Your first name and initial / Last name | William P. Smith, Jr |
| If a joint return, spouse's first name and initial / Last name | |
| Home address (number and street). (If a P.O. box, see page 7 of Instructions.) / Apt. no. | 1301 SE Evergreen Dr |
| City, town or post office, state and ZIP code. (If a foreign address, see page 7.) | Bartlesville OK 74006 |

Your social security number [redacted] 5413

Spouse's social security number

**For Privacy Act and Paperwork Reduction Act Notice, see Instructions.**

**Presidential Election Campaign**

Do you want $1 to go to this fund? Yes ☐ No ☒
If joint return, does your spouse want $1 to go to this fund? Yes ☐ No ☐

**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

**Filing Status**

Check only one box.

1. ☒ Single
2. ☐ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's social security no. above and full name here.
4. ☐ Head of household (with qualifying person). (See page 7 of Instructions.) If the qualifying person is your child but not your dependent, enter child's name here.
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 7 of Instructions.)

**Exemptions**

(See Instructions on page 8.)

6a ☒ **Yourself** If someone (such as your parent) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2.

b ☐ **Spouse**

No. of boxes checked on 6a and 6b: 1

c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Check if under age 2 | (3) If age 2 or older, dependent's social security number | (4) Relationship | (5) No. of months lived in your home in 1989 |
|---|---|---|---|---|
| [redacted] W. Smith | | [redacted] | Son | |
| [redacted] W. Smith | | | Son | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than 6 dependents, see Instructions on page 8.

No. of your children on 6c who:
- lived with you
- didn't live with you due to divorce or separation (see page 9): 2

No. of other dependents on 6c

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☒

e Total number of exemptions claimed

Add numbers entered on lines above ▶ 3

**Income**

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 6 of Instructions.

Please attach check or money order here.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. *(attach Form(s) W-2)* | 7 | |
| 8a | **Taxable** interest income *(also attach Schedule B if over $400)* | 8a | |
| b | **Tax-exempt** interest income (see page 10). DON'T include on line 8a 8b | | |
| 9 | Dividend income *(also attach Schedule B if over $400)* | 9 | 641 |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 11 of Instructions | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) *(attach Schedule C)* | 12 | 87,711 |
| 13 | Capital gain or (loss) *(attach Schedule D)* | 13 | |
| 14 | Capital gain distributions not reported on line 13 (see page 11) | 14 | |
| 15 | Other gains or (losses) *(attach Form 4797)* | 15 | |
| 16a | Total IRA distributions 16a / 16b Taxable amount (see page 11) | 16b | |
| 17a | Total pensions and annuities 17a / 17b Taxable amount (see page 12) | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. *(attach Schedule E)* | 18 | (17,601) |
| 19 | Farm income or (loss) *(attach Schedule F)* | 19 | |
| 20 | Unemployment compensation (insurance) (see page 13) | 20 | |
| 21a | Social security benefits 21a / 21b Taxable amount (see page 13) | 21b | |
| 22 | Other income (list type and amount—see page 13) | 22 | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your **total income** ▶ | 23 | 70,751 |

**Adjustments to Income**

(See Instructions on page 14.)

| Line | Description | | Amount |
|---|---|---|---|
| 24 | Your IRA deduction, from applicable worksheet on page 14 or 15 | 24 | |
| 25 | Spouse's IRA deduction, from applicable worksheet on page 14 or 15 | 25 | |
| 26 | Self-employed health insurance deduction, from worksheet on page 15 | 26 | 377 |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | 11,440 |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. a Recipient's last name Smith and b social security number 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 | 29 | 14,062 |
| 30 | Add lines 24 through 29. These are your **total adjustments** ▶ | 30 | 25,879 |

**Adjusted Gross Income**

31 Subtract line 30 from line 23. This is your **adjusted gross income.** *If this line is less than $19,340 and a child lived with you, see "Earned Income Credit" (line 58) on page 20 of the Instructions. If you want IRS to figure your tax, see page 16 of the Instructions* ▶ 31 44,872

PLAINTIFFS' EXHIBIT 39

Form 1040 (1989) Page 2

| | Line | Description | | Amount |
|---|---|---|---|---|
| | 32 | Amount from line 31 (adjusted gross income) | 32 | 44,872 |
| **Tax Computation** | 33a | Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. Add the number of boxes checked and enter the total here ▶ 33a | | |
| | b | If someone (such as your parent) can claim you as a dependent, check here ▶ 33b ☐ | | |
| | c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 16 and check here ▶ 33c ☐ | | |
| | 34 | Enter the larger of: • Your standard deduction (from page 17 of the Instructions), OR • Your itemized deductions (from Schedule A, line 26). If you itemize, attach Schedule A and check here ▶ ☐ | 34 | 21,469 |
| | 35 | Subtract line 34 from line 32. Enter the result here | 35 | 23,403 |
| | 36 | Multiply $2,000 by the total number of exemptions claimed on line 6e | 36 | 6,000 |
| | 37 | **Taxable income.** Subtract line 36 from line 35. Enter the result (if less than zero, enter zero) | 37 | 17,403 |
| | | **Caution:** If under age 14 and you have more than $1,000 of investment income, check here ▶ ☐ and see page 17 to see if you have to use Form 8615 to figure your tax. | | |
| | 38 | Enter tax. Check if from: a ☐ Tax Table, b ☐ Tax Rate Schedules, or c ☐ Form 8615. (If any is from Form(s) 8814, enter that amount here ▶ d ______ ) | 38 | 2614 |
| | 39 | Additional taxes (see page 18). Check if from: a ☐ Form 4970 b ☐ Form 4972 | 39 | |
| | 40 | Add lines 38 and 39. Enter the total ▶ | 40 | 2614 |
| **Credits** (See Instructions on page 18.) | 41 | Credit for child and dependent care expenses *(attach Form 2441)* — 41 | | |
| | 42 | Credit for the elderly or the disabled *(attach Schedule R)* — 42 | | |
| | 43 | Foreign tax credit *(attach Form 1116)* — 43 | | |
| | 44 | General business credit. Check if from: a ☐ Form 3800 or b ☐ Form (specify) ______ — 44 | | |
| | 45 | Credit for prior year minimum tax *(attach Form 8801)* — 45 | | |
| | 46 | Add lines 41 through 45. Enter the total | 46 | 0 |
| | 47 | Subtract line 46 from line 40. Enter the result (if less than zero, enter zero) ▶ | 47 | 2614 |
| **Other Taxes** (Including Advance EIC Payments) | 48 | Self-employment tax *(attach Schedule SE)* | 48 | 6249 60 |
| | 49 | Alternative minimum tax *(attach Form 6251)* | 49 | |
| | 50 | Recapture taxes (see page 18). Check if from: a ☐ Form 4255 b ☐ Form 8611 | 50 | |
| | 51 | Social security tax on tip income not reported to employer *(attach Form 4137)* | 51 | |
| | 52 | Tax on an IRA or a qualified retirement plan *(attach Form 5329)* | 52 | |
| | 53 | Add lines 47 through 52. Enter the total ▶ | 53 | 8863 60 |
| **Medicare Premium** | 54 | Supplemental Medicare premium *(attach Form 8808)* | 54 | |
| | 55 | Add lines 53 and 54. This is your **total tax** and any supplemental Medicare premium ▶ | 55 | 8863 60 |
| **Payments** Attach Forms W-2, W-2G, and W-2P to front. | 56 | Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐) — 56 | | |
| | 57 | 1989 estimated tax payments and amount applied from 1988 return — 57: 5860 | | |
| | 58 | Earned income credit (see page 20) — 58 | | |
| | 59 | Amount paid with Form 4868 (extension request) — 59: 2990 | | |
| | 60 | Excess social security tax and RRTA tax withheld (see page 20) — 60 | | |
| | 61 | Credit for Federal tax on fuels *(attach Form 4136)* — 61 | | |
| | 62 | Regulated investment company credit *(attach Form 2439)* — 62 | | |
| | 63 | Add lines 56 through 62. These are your **total payments** ▶ | 63 | 8850 |
| **Refund or Amount You Owe** | 64 | If line 63 is larger than line 55, enter amount **OVERPAID** ▶ | 64 | |
| | 65 | Amount of line 64 to be **REFUNDED TO YOU** ▶ | 65 | |
| | 66 | Amount of line 64 to be **APPLIED TO YOUR 1990 ESTIMATED TAX** ▶ 66 | | |
| | 67 | If line 55 is larger than line 63, enter **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number, daytime phone number, and "1989 Form 1040" on it | 67 | 13.60 |
| | 68 | Penalty for underpayment of estimated tax (see page 21) — 68 | | |

**Sign Here** (Keep a copy of this return for your records.)

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| [signature] | 4-6-90 | Dentist |
| Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation |

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | | E.I. No. | |
| | | ZIP code | |

**SCHEDULE E (Form 1040)**
Department of the Treasury
Internal Revenue Service (9)

# Supplemental Income and Loss

**(From rents, royalties, partnerships, estates, trusts, REMICs, etc.)**
▶ Attach to Form 1040 or Form 1041.
▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074
**1989**
Attachment Sequence No. 13

Name(s) shown on return: William P. Smith, Jr

Your social security number: [redacted] 5413

## Part I Income or Loss From Rentals and Royalties

**Caution:** *Your rental loss may be limited. See Instructions.*

1 Show the kind and location of rental property:
A Hickory Ridge - Condo, Holiday Island, Arkansas
B Mobile Home, Flint Ridge, Kansas, Oklahoma
C 2 Rental Houses, Bartlesville, Oklahoma

| | Yes | No |
|---|---|---|
| 2 For each rental property listed on line 1, did you or your family use it for personal purposes for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year? A | | X |
| B | | X |
| C | | X |
| 3 For each rental real estate property listed on line 1, did you actively participate in its operation during the tax year? (See Instructions.) A | X | |
| B | X | |
| C | X | |

| Rental and Royalty Income: | Line | Properties A | Properties B | Properties C | D Totals (Add columns A, B, and C) |
|---|---|---|---|---|---|
| 4 Rents received | 4 | 3630 | 2137 | 1250 | |
| 5 Royalties received | 5 | | | | |
| **Rental and Royalty Expenses:** | | | | | |
| 6 Advertising | 6 | | | 10 | |
| 7 Auto and travel | 7 | 64 | 37 | | |
| 8 Cleaning and maintenance | 8 | | | 209 | |
| 9 Commissions | 9 | | | | |
| 10 Insurance | 10 | | 399 | | |
| 11 Legal and other professional fees | 11 | | | | |
| 12 Mortgage interest paid to banks, etc. (see Instructions) | 12 | 4768 | | 1057 | |
| 13 Other interest | 13 | | | | |
| 14 Repairs | 14 | 30 | 423 | 925 | |
| 15 Supplies | 15 | | | | |
| 16 Taxes | 16 | 224 | 160 | 830 | |
| 17 Utilities (see Instructions) | 17 | 382 | 406 | | |
| 18 Wages and salaries | 18 | | | | |
| 19 Other (list) ▶ | | | | | |
| Rental Management Fee | 19 | 1545 | 36 | | |
| Condo Association Dues | | 500 | | | |
| Resort Monthly Charge | | | 230 | | |
| Real Estate Association | | | | 10 | |
| 20 Add lines 6 through 19 | 20 | 7513 | 1691 | 3041 | |
| 21 Depreciation expense or depletion (see Instructions) | 21 | 3169 | 1571 | 2079 | |
| 22 Total expenses. Add lines 20 and 21 | 22 | 10,682 | 3262 | 5120 | |
| 23 Income or (loss) from rental or royalty properties. Subtract line 22 from line 4 (rents) or line 5 (royalties). If the result is a (loss), see Instructions to find out if you must file Form 6198 | 23 | (-7052) | (-1125) | (-3870) | |
| 24 Deductible rental loss. **Caution:** *Your rental loss on line 23 may be limited. See Instructions to find out if you must file Form 8582* | 24 | ( 7052 ) | ( 1125 ) | ( 3870 ) | |

| | Line | Amount |
|---|---|---|
| 25 **Income.** Add rental and royalty income from line 23. Enter the total income here | 25 | |
| 26 **Losses.** Add royalty losses from line 23 and rental losses from line 24. Enter the total losses here | 26 | ( 12,047 ) |
| 27 Combine amounts on lines 25 and 26. Enter the net income or (loss) here | 27 | (12,047) |
| 28 Net farm rental income or (loss) from Form 4835. (Also complete line 43 on page 2.) | 28 | |
| 29 Total rental and royalty income or (loss). Combine amounts on lines 27 and 28. Enter the result here. If Parts II, III, and IV on page 2 do not apply to you, enter the amount from line 29 on Form 1040, line 18. Otherwise, include the amount from line 29 in the total on line 42 on page 2 | 29 | (12,047) |

**For Paperwork Reduction Act Notice, see Form 1040 Instructions.** **Schedule E (Form 1040) 1989**

Schedule E (Form 1040) 1989 Attachment Sequence No. 13 Page 2

Name(s) shown on return. (Do not enter name and social security number if shown on other side.) | Your social security number

**Note:** *If you report amounts from farming or fishing on Schedule E, you must include your gross income from those activities on line 43 below.*

## Part II Income or Loss From Partnerships and S Corporations

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) to describe your investment in the activity. See Instructions. If you check column (f), you must attach Form 6198.

| 30 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | Southroads Mall Limited Partnership | P | | 13-3198176 | X | |
| B | Richgrove Grape Associates | P | | 33-0053994 | X | |
| C | Desert Highland Vinyards | P | | 33-0121107 | X | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss: (g) Passive loss allowed from Form 8582 | Passive Income and Loss: (h) Passive income from Schedule K-1 | Nonpassive Income and Loss: (i) Nonpassive loss from Schedule K-1 | Nonpassive Income and Loss: (j) Section 179 deduction (see Instructions for limits) | Nonpassive Income and Loss: (k) Nonpassive income from Schedule K-1 |
|---|---|---|---|---|---|
| A | (6129 | | | | |
| B | 239) | 66 | | | |
| C | | 748 | | | |
| D | | | | | |
| E | | | | | |
| 31a Totals | | 814 | | | |
| b Totals | (6368) | | | | |

| | | |
|---|---|---|
| 32 Add amounts in columns (h) and (k) of line 31a. Enter the total income here | 32 | 814 |
| 33 Add amounts in columns (g), (i), and (j) of line 31b. Enter the total here | 33 | ( 6368 ) |
| 34 Total partnership and S corporation income or (loss). Combine amounts on lines 32 and 33. Enter the result here and include in the total on line 42 below | 34 | (5554) |

## Part III Income or Loss From Estates and Trusts

| 35 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | Passive Income and Loss: (c) Passive deduction or loss allowed from Form 8582 | Passive Income and Loss: (d) Passive income from Schedule K-1 | Nonpassive Income and Loss: (e) Deduction or loss from Schedule K-1 | Nonpassive Income and Loss: (f) Other income from Schedule K-1 |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C | | | | |
| 36a Totals | | | | |
| b Totals | | | | |

| | | |
|---|---|---|
| 37 Add amounts in columns (d) and (f) of line 36a. Enter the total income here | 37 | |
| 38 Add amounts in columns (c) and (e) of line 36b. Enter the total here | 38 | ( ) |
| 39 Total estate and trust income or (loss). Combine amounts on lines 37 and 38. Enter the result here and include in the total on line 42 below | 39 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 40 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see Instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| | | |
|---|---|---|
| 41 Combine amounts in columns (d) and (e) only. Enter the result here and include in the total on line 42 below | 41 | |

## Part V Summary of Parts I Through IV

| | | |
|---|---|---|
| 42 TOTAL income or (loss). Combine amounts on lines 29, 34, 39, and 41. Enter the result here and on Form 1040, line 18 ▶ | 42 | 17,601 |

## Part VI Reconciliation of Farming and Fishing Income

| | | |
|---|---|---|
| 43 Farmers and fishermen: Enter your **gross** farming and fishing income reported in Parts I, II, and III (see Instructions) | 43 | |

5554
+12047 from reverse side
17,601