Form 1040 Department of the Treasury—Internal Revenue Service

# U.S. Individual Income Tax Return 1990

(5)

For the year Jan.–Dec. 31, 1990, or other tax year beginning , 1990, ending , 19 OMB No. 1545-0074

**Label** (See Instructions on page 8.) Use IRS label. Otherwise, please print or type.

LABEL HERE

Your first name and initial | Last name

****** CAR-RT-SORT**CR12
NH [redacted]-5413 S18 50
WILLIAM P SMITH JR
1301 SE EVERGREEN DR 007
BARTLESVILLE OK 74006

Apt. no.

City, town or post office, state, and ZIP code. (If you have a foreign address, see page 9.)

IRS

Your social security number [redacted] 5413

Spouse's social security number

**For Privacy Act and Paperwork Reduction Act Notice, see Instructions.**

**Presidential Election Campaign** (See page 9.)
Do you want $1 to go to this fund? Yes [ ] No [X]
If joint return, does your spouse want $1 to go to this fund? Yes No
*Note: Checking "Yes" will not change your tax or reduce your refund.*

## Filing Status

Check only one box.

1 [ ] Single. (See page 10 to find out if you can file as head of household.)
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 [X] Head of household (with qualifying person). (See page 10.) If the qualifying person is your child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 10.)

## Exemptions

(See Instructions on page 10.)

6a [X] **Yourself** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2.
b [ ] **Spouse**

No. of boxes checked on 6a and 6b: 1

c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Check if under age 2 | (3) If age 2 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1990 |
|---|---|---|---|---|
| [redacted] W. Smith | | [redacted] | Son | 12 |
| [redacted] W. Smith | | [redacted] | Son | 12 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than 6 dependents, see Instructions on page 11.

No. of your children on 6c who: • lived with you 2
• didn't live with you due to divorce or separation (see page 11)
No. of other dependents on 6c
Add numbers entered on lines above ▶ 3

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]
e Total number of exemptions claimed

## Income

Attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 8.

Attach check or money order on top of any Forms W-2, W-2G, or W-2P.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. *(attach Form(s) W-2)* | 7 | |
| 8a | **Taxable** interest income *(also attach Schedule B if over $400)* | 8a | 250 |
| b | **Tax-exempt** interest income (see page 13). DON'T include on line 8a | 8b | |
| 9 | Dividend income *(also attach Schedule B if over $400)* | 9 | 847 |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 14 | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) *(attach Schedule C)* | 12 | 101,987 |
| 13 | Capital gain or (loss) *(attach Schedule D)* | 13 | |
| 14 | Capital gain distributions not reported on line 13 (see page 14) | 14 | |
| 15 | Other gains or (losses) *(attach Form 4797)* | 15 | |
| 16a | Total IRA distributions 16a ___ 16b Taxable amount (see page 14) | 16b | |
| 17a | Total pensions and annuities 17a ___ 17b Taxable amount (see page 14) | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. *(attach Schedule E)* | 18 | (21,301) |
| 19 | Farm income or (loss) *(attach Schedule F)* | 19 | |
| 20 | Unemployment compensation (insurance) (see page 16) | 20 | |
| 21a | Social security benefits 21a ___ 21b Taxable amount (see page 16) | 21b | |
| 22 | Other income (list type and amount—see page 16) | 22 | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your **total income** ▶ | 23 | 81,783 |

## Adjustments to Income

(See Instructions on page 17.)

| Line | Description | | Amount |
|---|---|---|---|
| 24a | Your IRA deduction, from applicable worksheet on page 17 or 18 | 24a | |
| b | Spouse's IRA deduction, from applicable worksheet on page 17 or 18 | 24b | |
| 25 | One-half of self-employment tax (see page 18) | 25 | 3924 |
| 26 | Self-employed health insurance deduction, from worksheet on page 18 | 26 | 448 |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | 13,302 |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | |
| 30 | Add lines 24a through 29. These are your **total adjustments** ▶ | 30 | 17,674 |

PLAINTIFFS' EXHIBIT 40

## Adjusted Gross Income

31 Subtract line 30 from line 23. This is your **adjusted gross income.** *If this amount is less than $20,264 and a child lived with you, see page 23 to find out if you can claim the "Earned Income Credit" on line 57* ▶ 31 64,109

Form 1040 (1990) Page 2

## Tax Computation

If you want IRS to figure your tax, see Instructions on page 19.

| Line | Description | | Amount |
|---|---|---|---|
| 32 | Amount from line 31 (adjusted gross income) | 32 | 64,109 |
| 33a | Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | | |
| b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | | |
| c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 19 and check here ▶ 33c ☐ | | |
| 34 | Enter the larger of: • Your **standard deduction** (from the chart (or worksheet) on page 20 that applies to you), **OR** • Your **itemized deductions** (from Schedule A, line 27). If you itemize, attach Schedule A and check here. ▶ ☒ | 34 | 27,697 |
| 35 | Subtract line 34 from line 32 | 35 | 36,412 |
| 36 | Multiply $2,050 by the total number of exemptions claimed on line 6e | 36 | 6150 |
| 37 | **Taxable income.** Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) | 37 | 30,262 |
| 38 | Enter tax. Check if from: a ☒ Tax Table, b ☐ Tax Rate Schedules, or c ☐ Form 8615 (see page 21) (If any is from Form(s) 8814, enter that amount here ▶ d ______ ) | 38 | 5091 |
| 39 | Additional taxes (see page 21). Check if from: a ☐ Form 4970 b ☐ Form 4972 | 39 | |
| 40 | Add lines 38 and 39 ▶ | 40 | 5091 |

## Credits

(See Instructions on page 21.)

| Line | Description | | | | Amount |
|---|---|---|---|---|---|
| 41 | Credit for child and dependent care expenses *(attach Form 2441)* | 41 | | | |
| 42 | Credit for the elderly or the disabled *(attach Schedule R)* | 42 | | | |
| 43 | Foreign tax credit *(attach Form 1116)* | 43 | | | |
| 44 | General business credit. Check if from: a ☐ Form 3800 or b ☐ Form (specify) ______ | 44 | | | |
| 45 | Credit for prior year minimum tax *(attach Form 8801)* | 45 | | | |
| 46 | Add lines 41 through 45 | | | 46 | — |
| 47 | Subtract line 46 from line 40. (If line 46 is more than line 40, enter -0-.) ▶ | | | 47 | 5091 |

## Other Taxes

| Line | Description | | Amount |
|---|---|---|---|
| 48 | Self-employment tax *(attach Schedule SE)* | 48 | 7848 90 |
| 49 | Alternative minimum tax *(attach Form 6251)* | 49 | |
| 50 | Recapture taxes (see page 22). Check if from: a ☐ Form 4255 b ☐ Form 8611 | 50 | |
| 51 | Social security tax on tip income not reported to employer *(attach Form 4137)* | 51 | |
| 52 | Tax on an IRA or a qualified retirement plan *(attach Form 5329)* | 52 | |
| 53 | Advance earned income credit payments from Form W-2 | 53 | |
| 54 | Add lines 47 through 53. This is your **total tax** ▶ | 54 | 12,939 90 |

## Payments

Attach Forms W-2, W-2G, and W-2P to front.

| Line | Description | | | | Amount |
|---|---|---|---|---|---|
| 55 | Federal income tax withheld **(If any is from Form(s) 1099, check ▶ ☐)** | 55 | | | |
| 56 | 1990 estimated tax payments and amount applied from 1989 return | 56 | 8864 | | |
| 57 | **Earned income credit** (see page 23) | 57 | | | |
| 58 | Amount paid with Form 4868 (extension request) | 58 | 3886 | | |
| 59 | Excess social security tax and RRTA tax withheld (see page 24) | 59 | | | |
| 60 | Credit for Federal tax on fuels *(attach Form 4136)* | 60 | | | |
| 61 | Regulated investment company credit *(attach Form 2439)* | 61 | | | |
| 62 | Add lines 55 through 61. These are your **total payments** ▶ | | | 62 | 12,750 |

## Refund or Amount You Owe

| Line | Description | | Amount |
|---|---|---|---|
| 63 | If line 62 is more than line 54, enter amount **OVERPAID** ▶ | 63 | |
| 64 | Amount of line 63 to be **REFUNDED TO YOU** ▶ | 64 | |
| 65 | Amount of line 63 to be **APPLIED TO YOUR 1991 ESTIMATED TAX** ▶ 65 | | |
| 66 | If line 54 is more than line 62, enter **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1990 Form 1040" on it. | 66 | 189 · 90 |
| 67 | Estimated tax penalty (see page 25) 67 | | |

## Sign Here

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature [signature] Date 7-26-91 Your occupation Dentist

Spouse's signature (if joint return, BOTH must sign) Date Spouse's occupation

## Paid Preparer's Use Only

Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no.

Firm's name (or yours if self-employed) and address | E.I. No. | ZIP code

B211

(Form 1040) 1990 Attachment Sequence No. 13 Page 2

Name(s) shown on return. (Do not enter name and social security number if shown on other side.) William P. Smith, Jr

Your social security number [redacted] 5413

Note: *If you report amounts from farming or fishing on Schedule E, you must include your gross income from those activities on line 41 below.*

## Part II Income or Loss From Partnerships and S Corporations

If you report a loss from an at-risk activity, you MUST check either column **(e)** or **(f)** of line 27 to describe your investment in the activity. See Instructions. If you check column **(f)**, you must attach **Form 6198.**

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) [illegible] Employer identification number | Investment At Risk? [illegible] (e) All is at risk | [illegible] (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | Southroads Mall Limited Part. | P | | 13-3198176 | X | |
| B | Richgrove Grape Associates | P | | 33-0053994 | X | |
| C | Desert Highland Vineyards | P | | 33-0121107 | X | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (Attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | $4614 (Southroads Mall) | 3480 | | | |
| B | 1359 | 470 (Desert Highland) | | | |
| C | | | | | |
| D | (Ridgrove) | | | | |
| E | | | | | |
| 28a Totals | | 3950 | | | |
| b Totals | 5973 | | | | |

| | | | |
|---|---|---|---|
| 29 | Add amounts in columns (h) and (k) of line 28a. Enter the total income here | 29 | 3950 |
| 30 | Add amounts in columns (g), (i), and (j) of line 28b. Enter the total here | 30 | (5973) |
| 31 | Total partnership and S corporation income or (loss). Combine amounts on lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | (2023) |

## Part III Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (Attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| C | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 34 | Add amounts in columns (d) and (f) of line 33a. Enter the total income here | 34 | |
| 35 | Add amounts in columns (c) and (e) of line 33b. Enter the total here | 35 | ( ) |
| 36 | Total estate and trust income or (loss). Combine amounts on lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see Instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine amounts in columns (d) and (e) only. Enter the result here and include in the total on line 40 below. | 38 | |

## Part V Summary

| | | | |
|---|---|---|---|
| 39 | Net farm rental income or (loss) from **Form 4835.** (Also complete line 41 below.) | 39 | |
| 40 | TOTAL income or (loss). Combine amounts on lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 18 ▶ | 40 | (21,301) |
| 41 | **Reconciliation of Farming and Fishing Income:** Enter your gross farming and fishing income reported in Parts II and III, and on line 39 (see Instructions) | 41 | |

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **1991** (5)

For the year Jan.-Dec. 31, 1991, or other tax year beginning , 1991, ending , 19 | OMB No. 1545-0074

**Label** (See instructions on page 11.)
Use the IRS label. Otherwise, please print or type.

LABEL HERE

Your first name and initial | Last name | Your social security number [redacted] : 5413

********** 5-DIGIT 74006
NH [redacted]-5413 S18 50 IRS
WILLIAM P SMITH JR
1301 SE EVERGREEN DR 005
BARTLESVILLE OK 74006

Apt. no.

Spouse's social security number

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.**

**Presidential Election Campaign** (See page 11.)
Do you want $1 to go to this fund? . . . . . . . . . Yes | X No
If joint return, does your spouse want $1 to go to this fund? . Yes | No
**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

**Filing Status**
Check only one box.
1 [ ] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 [X] Head of household (with qualifying person). (See page 12.) If the qualifying person is a child but not your dependent enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 12.)

**Exemptions** (See page 12.)
6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2 .
b [ ] Spouse . . . . . . . .
No. of boxes checked on 6a and 6b: 1

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1991 |
|---|---|---|---|---|
| [redacted] W. Smith | | [redacted] | Son | 12 |
| [redacted] W. Smith | | [redacted] | Son | 12 |
| | | | | |
| | | | | |
| | | | | |

If more than six dependents, see page 13.

No. of your children on 6c who:
• lived with you: 2
• didn't live with you due to divorce or separation (see page 14)
No. of other dependents on 6c

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]
e Total number of exemptions claimed . . . . . . . .
Add numbers entered on lines above ▶ 3

**Income**
Attach Copy B of your Forms W-2, W-2G, and 1099-R here.
If you did not get a W-2, see page 10.
Attach check or money order on top of any Forms W-2, W-2G, or 1099-R.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. *(attach Form(s) W-2)* | 7 | |
| 8a | **Taxable** interest income *(also attach Schedule B if over $400)* | 8a | 61 |
| b | **Tax-exempt** interest income (see page 16). DON'T include on line 8a — 8b | | |
| 9 | Dividend income *(also attach Schedule B if over $400)* | 9 | 987 |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 16 | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) *(attach Schedule C)* | 12 | 131,349 |
| 13 | Capital gain or (loss) *(attach Schedule D)* | 13 | |
| 14 | Capital gain distributions not reported on line 13 (see page 17) | 14 | |
| 15 | Other gains or (losses) *(attach Form 4797)* | 15 | |
| 16a | Total IRA distributions — 16a — 16b Taxable amount (see page 17) | 16b | |
| 17a | Total pensions and annuities — 17a — 17b Taxable amount (see page 17) | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. *(attach Schedule E)* | 18 | (3480) |
| 19 | Farm income or (loss) *(attach Schedule F)* | 19 | |
| 20 | Unemployment compensation (insurance) (see page 18) | 20 | |
| 21a | Social security benefits — 21a — 21b Taxable amount (see page 18) | 21b | |
| 22 | Other income (list type and amount—see page 19) | 22 | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your **total income** ▶ | 23 | 128,917 |

**Adjustments to Income** (See page 19.)

| Line | Description | | Amount | | |
|---|---|---|---|---|---|
| 24a | Your IRA deduction, from applicable worksheet on page 20 or 21 | 24a | | | |
| b | Spouse's IRA deduction, from applicable worksheet on page 20 or 21 | 24b | | | |
| 25 | One-half of self-employment tax (see page 21) | 25 | 5,070 | | |
| 26 | Self-employed health insurance deduction, from worksheet on page 22 | 26 | 667 | | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | 17,132 | | |
| 28 | Penalty on early withdrawal of savings | 28 | | | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | | | |
| 30 | Add lines 24a through 29. These are your **total adjustments** ▶ | | | 30 | 22,869 |

**PLAINTIFFS' EXHIBIT 41**

**Adjusted Gross Income**

31 Subtract line 30 from line 23. This is your **adjusted gross income.** *If this amount is less than $21,250 and a child lived with you, see page 45 to find out if you can claim the "Earned Income Credit" on line 56.* ▶ 31 | 106,048

Cat. No. 11320B

B213

Form 1040 (1991) Page 2

## Tax Computation

If you want the IRS to figure your tax, see page 24.

32 Amount from line 31 (adjusted gross income) . . . 32 | 106,048

33a Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a

b If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐

c If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 23 and check here ▶ 33c ☐

34 Enter the larger of your:
- **Itemized deductions** (from Schedule A, line 26), **OR**
- **Standard deduction** (shown below for your filing status). **Caution:** *If you checked any box on line 33a or b, go to page 23 to find your standard deduction. If you checked box 33c, your standard deduction is zero.*
  - Single—$3,400
  - Head of household—$5,000
  - Married filing jointly or Qualifying widow(er)—$5,700
  - Married filing separately—$2,850

34 | 27,137 (Corrected to 26,956) (29,092)

35 Subtract line 34 from line 32 . . . 35 | 78,911

36 If line 32 is $75,000 or less, multiply $2,150 by the total number of exemptions claimed on line 6e. If line 32 is over $75,000, see page 24 for the amount to enter . . . 36 | 6,450

37 **Taxable income.** Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) . 37 | 72,461 (72 642)

38 Enter tax. Check if from a ☐ Tax Table, b ☒ Tax Rate Schedules, c ☐ Schedule D, or d ☐ Form 8615 (see page 24). (Amount, if any, from Form(s) 8814 ▶ e ______ ) 38 | 16,800

39 Additional taxes (see page 24). Check if from a ☐ Form 4970 b ☐ Form 4972 . . 39 |

40 Add lines 38 and 39 . . . ▶ 40 | 16,800

## Credits

(See page 25.)

41 Credit for child and dependent care expenses *(attach Form 2441)* 41 |

42 Credit for the elderly or the disabled *(attach Schedule R)* 42 |

43 Foreign tax credit *(attach Form 1116)* 43 |

44 Other credits (see page 25). Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) ______ 44 |

16,856.52

45 Add lines 41 through 44 . . . 45 |

46 Subtract line 45 from line 40. (If line 45 is more than line 40, enter -0-.) . . . ▶ 46 | 16,800

## Other Taxes

47 Self-employment tax *(attach Schedule SE)* . . . 47 | 10,139

48 Alternative minimum tax *(attach Form 6251)* . . . 48 |

49 Recapture taxes (see page 26). Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 . 49 |

50 Social security and Medicare tax on tip income not reported to employer *(attach Form 4137)* . 50 |

51 Tax on an IRA or a qualified retirement plan *(attach Form 5329)* . . . 51 |

52 Advance earned income credit payments from Form W-2 . . . 52 |

53 Add lines 46 through 52. This is your **total tax** . . . ▶ 53 | 26,939 (26,995.52)

## Payments

Attach Forms W-2, W-2G, and 1099-R to front.

54 Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐) 54 |

55 1991 estimated tax payments and amount applied from 1990 return . 55 | 12,940

56 **Earned income credit** *(attach Schedule EIC)* . . . 56 |

57 Amount paid with Form 4868 (extension request) . 57 | 14,000

58 Excess social security, Medicare, and RRTA tax withheld (see page 27) . 58 |

59 Other payments (see page 27). Check if from a ☐ Form 2439 b ☐ Form 4136 . . . 59 |

60 Add lines 54 through 59. These are your **total payments** . . . ▶ 60 | 26,940

## Refund or Amount You Owe

61 If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** . ▶ 61 | 01

62 Amount of line 61 to be **REFUNDED TO YOU** . . . ▶ 62 |

63 Amount of line 61 to be **APPLIED TO YOUR 1992 ESTIMATED TAX** ▶ 63 | 01

64 If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1991 Form 1040" on it. 64 | (55.52)

65 Estimated tax penalty (see page 28). Also include on line 64. 65 |

## Sign Here

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| [signature] | 10-13-92 | Dentist |
| Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security no. |
| Firm's name (or yours if self-employed) and address ▶ | | E.I. No. | |
| | | ZIP code | |

Schedule E (Form 1040) 1991 Attachment Sequence No. 13

Name(s) shown on return. (Do not enter name and social security number if shown on other side.) | Your social security number

**Note:** *If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below.*

## Part II Income or Loss From Partnerships and S Corporations

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. See instructions. If you check column (f), you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | Southroads Mall Limited Partnership | P | | 13-3198176 | X | |
| B | Richgrove Grape Associates | P | | 33-0053994 | X | |
| C | Desert Highland Vineyards | P | | 33-0121107 | X | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | 15,857 | 12 521 | ← Southroads Mall | | |
| B | ↑ Southroads Mall | 3 164 | ← Richgrove | | |
| C | | 172 | ← Desert Highland | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | 15,857 | | | |
| b Totals | 15,857 | | | | |

| | | | |
|---|---|---|---|
| 29 | Add columns (h) and (k) of line 28a. Enter the total income here | 29 | 15 857 |
| 30 | Add columns (g), (i), and (j) of line 28b. Enter the total here | 30 | ( 15 857 ) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | None |

## Part III Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| C | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 34 | Add columns (d) and (f) of line 33a. Enter the total income here | 34 | |
| 35 | Add columns (c) and (e) of line 33b. Enter the total here | 35 | ( ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |

## Part V Summary

| | | | |
|---|---|---|---|
| 39 | Net farm rental income or (loss) from **Form 4835**. (Also complete line 41 below.) | 39 | |
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 18 ▶ | 40 | (3480) |
| 41 | **Reconciliation of Farming and Fishing Income:** Enter your **gross** farming and fishing income reported in Parts II and III and on line 39 (see instructions) | 41 | |



★U.S.GPO:1991-0-285-181

# 1040 Department of the Treasury—Internal Revenue Service U.S. Individual Income Tax Return 1992 (5)

IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1992, or other tax year beginning , 1992, ending , 19 | OMB No. 1545-0074

**Label** (See instructions on page 10.)

**Use the IRS label.** Otherwise, please print or type.

L A B E L H E R E

Your first name and initial | Last name | Your social security number

********** 5-DIGIT 74006
NH [redacted]-5413 S18 50
WILLIAM P SMITH JR
1301 SE EVERGREEN DR 003
BARTLESVILLE OK 74006

Spouse's social security number

Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 10.

I R S

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.**

**Presidential Election Campaign** (See page 10.)

| | Yes | | No |
|---|---|---|---|
| Do you want $1 to go to this fund? | | X | No |
| If a joint return, does your spouse want $1 to go to this fund? | Yes | | No |

**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

## Filing Status

(See page 10.)

Check only one box.

| | | |
|---|---|---|
| 1 | | Single |
| 2 | | Married filing joint return (even if only one had income) |
| 3 | | Married filing separate return. Enter spouse's social security no. above and full name here. ▶ |
| 4 | X | Head of household (with qualifying person). (See page 11.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ |
| 5 | | Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 11.) |

## Exemptions

(See page 11.)

6a ☐ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a. But be sure to check the box on line 33b on page 2.

b ☐ **Spouse**

No. of boxes checked on 6a and 6b: 1

c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1992 |
|---|---|---|---|---|
| [redacted] W. Smith | | [redacted] | Son | 12 |
| [redacted] W. Smith | | [redacted] | Son | 12 |
| | | | | |
| | | | | |
| | | | | |

If more than six dependents, see page 12.

No. of your children on 6c who:
• lived with you: 2
• didn't live with you due to divorce or separation (see page 13)

No. of other dependents on 6c

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐

e Total number of exemptions claimed

Add numbers entered on lines above ▶ 3

## Income

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 9.

Attach check or money order on top of any Forms W-2, W-2G, or 1099-R.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest income. Attach Schedule B if over $400 | 8a | |
| b | Tax-exempt interest income (see page 15). DON'T include on line 8a — 8b | | |
| 9 | Dividend income. Attach Schedule B if over $400 | 9 | 600 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes from worksheet on page 16 | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 95,336 |
| 13 | Capital gain or (loss). Attach Schedule D | 13 | |
| 14 | Capital gain distributions not reported on line 13 (see page 15) | 14 | |
| 15 | Other gains or (losses). Attach Form 4797 | 15 | |
| 16a | Total IRA distributions — 16a — b Taxable amount (see page 16) | 16b | |
| 17a | Total pensions and annuities — 17a — b Taxable amount (see page 16) | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. Attach Schedule E | 18 | (-9845) |
| 19 | Farm income or (loss). Attach Schedule F | 19 | |
| 20 | Unemployment compensation (see page 17) | 20 | |
| 21a | Social security benefits — 21a — b Taxable amount (see page 17) | 21b | |
| 22 | Other income. List type and amount—see page 18 | 22 | |
| 23 | Add the amounts in the far right column for lines 7 through 22. This is your **total income** ▶ | 23 | 86,091 |

## Adjustments to Income

(See page 18.)

| Line | Description | | Amount |
|---|---|---|---|
| 24a | Your IRA deduction from applicable worksheet on page 19 or 20 | 24a | |
| b | Spouse's IRA deduction from applicable worksheet on page 19 or 20 | 24b | |
| 25 | One-half of self-employment tax (see page 20) | 25 | 4718 |
| 26 | Self-employed health insurance deduction (see page 20) | 26 | 921 |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | |
| 30 | Add lines 24a through 29. These are your **total adjustments** ▶ | 30 | 5639 |

PLAINTIFFS' EXHIBIT 42

## Adjusted Gross Income

31 Subtract line 30 from line 23. This is your **adjusted gross income.** *If this amount is less than $22,370 and a child lived with you, see page EIC-1 to find out if you can claim the "Earned Income Credit" on line 56* ▶ 31 — 80,452

Cat. No. 11320B



B216

Case 1:03-cv-02028-FMA Document 39-5 Filed 02/21/2006 Page 8 of 12

**Tax Computation** (See page 22.)

32 Amount from line 31 (adjusted gross income) — **32** 80,452

33a Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a

b If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐

c If you are married filing separately and your spouse itemizes deductions or you are a dual-status alien, see page 22 and check here ▶ 33c ☐

34 Enter the larger of your: **Itemized deductions** from Schedule A, line 26, OR **Standard deduction** shown below for your filing status. **But if you checked any box on line 33a or b, go to page 22 to find your standard deduction. If you checked box 33c, your standard deduction is zero.**
- Single—$3,600
- Head of household—$5,250
- Married filing jointly or Qualifying widow(er)—$6,000
- Married filing separately—$3,000

— **34** 26,274

35 Subtract line 34 from line 32 — **35** 54,178

36 If line 32 is $78,950 or less, multiply $2,300 by the total number of exemptions claimed on line 6e. If line 32 is over $78,950, see the worksheet on page 23 for the amount to enter — **36** 6,900

If you want the IRS to figure your tax, see page 23.

37 **Taxable income.** Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- — **37** 47,278

38 Enter tax. Check if from a ☒ Tax Table, b ☐ Tax Rate Schedules, c ☐ Schedule D, or d ☐ Form 8615 (see page 23). Amount, if any, from Form(s) 8814 ▶ e — **38** 9,500

39 Additional taxes (see page 23). Check if from a ☐ Form 4970 b ☐ Form 4972 — **39**

40 Add lines 38 and 39 ▶ **40** 9,500

**Credits** (See page 23.)

41 Credit for child and dependent care expenses. Attach Form 2441 — 41

42 Credit for the elderly or the disabled. Attach Schedule R — 42

43 Foreign tax credit. Attach Form 1116 — 43

44 Other credits (see page 24). Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) ____ — 44

45 Add lines 41 through 44 — **45**

46 Subtract line 45 from line 40. If line 45 is more than line 40, enter -0- ▶ **46** 9500

**Other Taxes**

47 Self-employment tax. Attach Schedule SE. Also, see line 25 — **47** 9435

48 Alternative minimum tax. Attach Form 6251 — **48**

49 Recapture taxes (see page 25). Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 — **49**

50 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 — **50**

51 Tax on qualified retirement plans, including IRAs. Attach Form 5329 — **51**

52 Advance earned income credit payments from Form W-2 — **52**

53 Add lines 46 through 52. This is your **total tax** ▶ **53** 18,935

**Payments**

Attach Forms W-2, W-2G, and 1099-R on the front.

54 Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☐ — 54

55 1992 estimated tax payments and amount applied from 1991 return — 55 27,000

56 **Earned income credit.** Attach Schedule EIC — 56

57 Amount paid with Form 4868 (extension request) — 57

58 Excess social security, Medicare, and RRTA tax withheld (see page 26) — 58

59 Other payments (see page 26). Check if from a ☐ Form 2439 b ☐ Form 4136 — 59

60 Add lines 54 through 59. These are your **total payments** ▶ **60** 27,000

**Refund or Amount You Owe**

61 If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** ▶ **61** 8,065

62 Amount of line 61 you want **REFUNDED TO YOU** ▶ **62**

63 Amount of line 61 you want **APPLIED TO YOUR 1993 ESTIMATED TAX** ▶ 63 8,065

Attach check or money order on top of Form(s) W-2, etc., on the front.

64 If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1992 Form 1040" on it — **64**

65 Estimated tax penalty (see page 27). Also include on line 64 — 65

**Sign Here**

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| [signature] | July 8, 1993 | Dentist |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation |

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | | E.I. No. | |
| | | ZIP code | |

B217

12360206 781839 198 030

Note: If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below.

Your social security number

**Part II** **Income or Loss From Partnerships and S Corporations**

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. See page E-3. If you check column (f), you must attach **Form 6198**.

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | Southroads Mall Limited Partnership | P | | 13-319876 | X | |
| B | Richgrove Grape Associates | P | | 33-0053994 | X | |
| C | Desert Highland Vinyards | P | | 33-0121107 | X | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss: (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | Nonpassive Income and Loss: (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
|---|---|---|---|---|---|
| A | 12,404 ← Southroads | | | | |
| B | | | | | |
| C | 46 ← Desert Highland | 12,450 ← Richgrove | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | 12,450 | | | |
| b Totals | 12,450 | | | | |

29 Add columns (h) and (k) of line 28a . . . . . . . . . 29 12,450

30 Add columns (g), (i), and (j) of line 28b . . . . . . . . . 30 ( -12,450

31 Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below . . . . . . . . . 31 None

**Part III** **Income or Loss From Estates and Trusts**

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | Passive Income and Loss: (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | Nonpassive Income and Loss: (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

34 Add columns (d) and (f) of line 33a . . . . . . . . . 34

35 Add columns (c) and (e) of line 33b . . . . . . . . . 35 ( )

36 Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below . . . . . . . . . 36

**Part IV** **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder**

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see page E-4) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

38 Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below 38

**Part V** **Summary**

39 Net farm rental income or (loss) from **Form 4835**. Also, complete line 41 below . . . . . . 39

40 TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 18 . . . . . . . . . . ▶ 40 (-9845)

41 **Reconciliation of Farming and Fishing Income:** Enter your **gross** farming and fishing income reported in Parts II and III and on line 39 (see page E-4) . . . . . . . . . 41

B218



1231

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **1993** (5) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1993, or other tax year beginning , 1993, ending , 19 | OMB No. 1545-0074

**Label** (See instructions on page 12.)
**Use the IRS label.** Otherwise, please print or type.

LABEL HERE

Your first name and initial | Last name | **Your social security number**

NH [redacted]-5413 S18 50
WILLIAM P SMITH JR
1301 SE EVERGREEN DR
BARTLESVILLE OK 74006-4218

Apt. no.

**Spouse's social security number**

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.**

**Presidential Election Campaign** (See page 12.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | X |
| If a joint return, does your spouse want $3 to go to this fund? | | |

**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

**Filing Status** (See page 12.)
Check only one box.

1 [ ] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 [X] Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 13.)

**Exemptions** (See page 13.)

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a. But be sure to check the box on line 33b on page 2
b [ ] Spouse

No. of boxes checked on 6a and 6b: 1

c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1993 |
|---|---|---|---|---|
| [redacted] W. Smith | | [redacted] | Son | 12 |
| [redacted] W. Smith | | [redacted] | Son | 12 |
| | | | | |
| | | | | |
| | | | | |

If more than six dependents, see page 14.

No. of your children on 6c who:
• lived with you: 2
• didn't live with you due to divorce or separation (see page 15):
Dependents on 6c not entered above:

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]
e Total number of exemptions claimed

Add numbers entered on lines above ▶ 3

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 10.

If you are attaching a check or money order, put it on top of any Forms W-2, W-2G, or 1099-R.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | **Taxable** interest income (see page 16). Attach Schedule B if over $400 | 8a | 18 |
| b | **Tax-exempt** interest (see page 17). DON'T include on line 8a | 8b | |
| 9 | Dividend income. Attach Schedule B if over $400 | 9 | 258 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 17) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 85,534 |
| 13 | Capital gain or (loss). Attach Schedule D | 13 | |
| 14 | Capital gain distributions not reported on line 13 (see page 17) | 14 | |
| 15 | Other gains or (losses). Attach Form 4797 | 15 | |
| 16a | Total IRA distributions 16a | b Taxable amount (see page 18) 16b | |
| 17a | Total pensions and annuities 17a | b Taxable amount (see page 18) 17b | |
| 18 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 18 | (-4767) |
| 19 | Farm income or (loss). Attach Schedule F | 19 | |
| 20 | Unemployment compensation (see page 19) | 20 | |
| 21a | Social security benefits 21a | b Taxable amount (see page 19) 21b | |
| 22 | Other income. List type and amount—see page 20 | 22 | |
| 23 | Add the amounts in the far right column for lines 7 through 22. This is your **total income** ▶ | 23 | 81,043 |

**Adjustments to Income** (See page 20.)

| Line | Description | | Amount |
|---|---|---|---|
| 24a | Your IRA deduction (see page 20) | 24a | 2000 |
| b | Spouse's IRA deduction (see page 20) | 24b | |
| 25 | One-half of self-employment tax (see page 21) | 25 | 4720 |
| 26 | Self-employed health insurance deduction (see page 22) | 26 | 926 |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | |
| 30 | Add lines 24a through 29. These are your **total adjustments** ▶ | 30 | 7646 |

PLAINTIFFS' EXHIBIT 43

**Adjusted Gross Income**

31 Subtract line 30 from line 23. This is your **adjusted gross income.** *If this amount is less than $23,050 and a child lived with you, see page EIC-1 to find out if you can claim the "Earned Income Credit" on line 56* ▶ 31 | 73397

Cat. No. 11320B Form **1040** (1993)

Case 1:03-cv-02028-EMA Document 39-5 Filed 02/21/2006 Page 11 of 12

## Tax Computation

(See page 23.)

32 Amount from line 31 (adjusted gross income) — 32: 73 397

33a Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a

b If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐

c If you are married filing separately and your spouse itemizes deductions or you are a dual-status alien, see page 24 and check here ▶ 33c ☐

34 Enter the larger of your:
- Itemized deductions from Schedule A, line 26, OR
- Standard deduction shown below for your filing status. But if you checked any box on line 33a or b, go to page 24 to find your standard deduction. If you checked box 33c, your standard deduction is zero.
  - Single—$3,700
  - Head of household—$5,450
  - Married filing jointly or Qualifying widow(er)—$6,200
  - Married filing separately—$3,100

— 34: 21,579

35 Subtract line 34 from line 32 — 35: 51,818

36 If line 32 is $81,350 or less, multiply $2,350 by the total number of exemptions claimed on line 6e. If line 32 is over $81,350, see the worksheet on page 25 for the amount to enter — 36: 7050

If you want the IRS to figure your tax, see page 24.

37 **Taxable income.** Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- — 37: 44,768

38 Tax. Check if from a ☒ Tax Table, b ☐ Tax Rate Schedules, c ☐ Schedule D Tax Worksheet, or d ☐ Form 8615 (see page 25). Amount from Form(s) 8814 ▶ e — 38: 8689

39 Additional taxes (see page 25). Check if from a ☐ Form 4970 b ☐ Form 4972 — 39

40 Add lines 38 and 39 ▶ 40: 8689

## Credits

(See page 25.)

41 Credit for child and dependent care expenses. Attach Form 2441 — 41

42 Credit for the elderly or the disabled. Attach Schedule R — 42

43 Foreign tax credit. Attach Form 1116 — 43

44 Other credits (see page 26). Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) ______ — 44

45 Add lines 41 through 44 — 45

46 Subtract line 45 from line 40. If line 45 is more than line 40, enter -0- ▶ 46: 8689

## Other Taxes

47 Self-employment tax. Attach Schedule SE. Also, see line 25 — 47: 9439

48 Alternative minimum tax. Attach Form 6251 — 48

49 Recapture taxes (see page 26). Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 — 49

50 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 — 50

51 Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 — 51

52 Advance earned income credit payments from Form W-2 — 52

53 Add lines 46 through 52. This is your **total tax** ▶ 53: 18,128

## Payments

Attach Forms W-2, W-2G, and 1099-R on the front.

54 Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☐ — 54

55 1993 estimated tax payments and amount applied from 1992 return — 55: 20,000

56 **Earned income credit.** Attach Schedule EIC — 56

57 Amount paid with Form 4868 (extension request) — 57: 5500 (1700)

58a Excess social security, Medicare, and RRTA tax withheld (see page 28) — 58a

b Deferral of additional 1993 taxes. Attach Form 8841 — 58b

59 Other payments (see page 28). Check if from a ☐ Form 2439 b ☐ Form 4136 — 59 (21,700)

60 Add lines 54 through 59. These are your **total payments** ▶ 60: 25,500

## Refund or Amount You Owe

61 If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** ▶ 61: 7372

62 Amount of line 61 you want **REFUNDED TO YOU** ▶ 62 (3572)

63 Amount of line 61 you want **APPLIED TO YOUR 1994 ESTIMATED TAX** ▶ 63: 7372 (3572)

64 If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE**. For details on how to pay, including what to write on your payment, see page 29 — 64

65 Estimated tax penalty (see page 29). Also include on line 64 — 65

## Sign Here

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: [signature] — Date: 7-18-94 — Your occupation: Dentist

Spouse's signature. If a joint return, BOTH must sign. NA — Date — Spouse's occupation

## Paid Preparer's Use Only

Preparer's signature — Date — Check if self-employed ☐ — Preparer's social security no.

Firm's name (or yours if self-employed) and address — E.I. No. — ZIP code

Name(s) shown on return. Do not enter name and social security number if shown on other side. Attachment Sequence No. 13 Page

Your social security number

**Note:** *If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below.*

## Part II Income or Loss From Partnerships and S Corporations

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. See page E-4. If you check column (f), you must attach Form 6198.

27

| | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | Southroads Mall Limited Partnership | P | | 13-319876 | X | |
| B | Richgrove Grape Associates | P | | 33-0053994 | X | |
| C | Desert Highland Vinyards | P | | 33-0121107 | X | |
| D | Team Products | P | | 73-1416503 | X | |
| E | | | | | | |

| | Passive Income and Loss: (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | Nonpassive Income and Loss: (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
|---|---|---|---|---|---|
| A | 21 924 ← Southroads Mall | | | | |
| B | | | | | ~~227~~ |
| C | | 7454 ← Richgrove | | | |
| D | | 14,470 ← Desert Highlands | | | |
| E | | | | | |
| 28a Totals | | 21,924 | | | 227 |
| b Totals | 21,924 | | | | |

29 Add columns (h) and (k) of line 28a . . . . . . . . . . 29 | 22,151

30 Add columns (g), (i), and (j) of line 28b . . . . . . . . . . 30 | (-21,924 )

31 Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below . . . . . . . . . . 31 | 227

## Part III Income or Loss From Estates and Trusts

32

| | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | Passive Income and Loss: (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | Nonpassive Income and Loss: (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

34 Add columns (d) and (f) of line 33a . . . . . . . . . . 34

35 Add columns (c) and (e) of line 33b . . . . . . . . . . 35 ( )

36 Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below . . . . . . . . . . 36

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see page E-4) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

38 Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below 38

## Part V Summary

39 Net farm rental income or (loss) from Form 4835. Also, complete line 41 below . . . . . . 39

40 TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 18 . . . . . . . . . . ▶ 40 | (- 4767)

41 Reconciliation of Farming and Fishing Income: Enter your gross farming and fishing income reported in Parts II and III and on line 39 (see page E-4) . . . . . . . . . . 41