Department of the Treasury
**Internal Revenue Service**
**Kansas City, MO 64999**

**Mail Stop 4100 A10**

Date: NOV 9 1999

**Contact Person:** W. J. Luster
**Badge NO:** 09-01985
Report Writing Unit
Telephone Number: (913) 344-7670
(NOT TOLL FREE)
6:00 a.m.-3:30 p.m.--Monday-Thursday

FAX Number: (913) 696-6305

Taxpayer Identification Number:
[redacted]-5413
Tax Year(s): 1981

William P. Smith Jr.
5120 E. Frank Phillips BLVD
Bartlesville, OK 74006-8525

Dear Mr. Smith:

Enclosed are the tax calculations resulting from adjustments made on your flow-through investment. The enclosed report shows how adjustments made to the Richgrove Grape Associates and Desert Highland Vineyards affected your individual income tax return. The tax calculation report, Form 4549A-CG, does not require an agreement signature; it should be kept for your records. If you owe additional tax, you will receive a bill for the additional tax and interest. If you are due a refund, it will be sent to you after all other outstanding issues are resolved. Also, if you owe on other tax years, your refund may be used to offset any outstanding amounts.

If you have any questions about this matter, please write to the contact person shown at the top of this letter. Attach a copy of this letter to any correspondence to help us identify your case. Also, in the event that we need more information, please provide your telephone number and the most convenient time for us to call.

You may also call the telephone number shown above. If the number is outside your local calling area, there will be a long distance charge to you. If you prefer, you may call the Internal Revenue Service office listed in your local directory. An IRS employee there may be able to help you, but the office at the above address is most familiar with your case.

Thank you.

Sincerely,

Nancy L. Jones
Chief, Examination Branch

Enclosures:
Form 4549A-CG
Publication 1
Notice 609

**KCSC-FL 83 (Rev. 9/90)**

PLAINTIFFS'
EXHIBIT
50

Important Notice Regarding Payment

Our report of changes to your income Tax return resulted in additional Tax. The enclosed interest computation is for your convenience. It is only an Estimate, and it does not include any payments on your account. It would Be to your advantage to pay the amount due as soon as possible to reduce Further interest charges. Please help us resolve this matter by mailing Your payment in the enclosed envelope within 15 days from the date of this Letter. Please show your Social Security Number and the tax year for which the payment is intended on your check to properly identify your account. Your payment will be applied to your balance due and a notice will be sent reconciling your account.

Since, we do not have a Power of Attorney on file for 1981 we cannot send your POA Mr. Thomas E. Redding a copy. We have enclosed two copies of the 1981 report for your convenience.

Department of the Treasury - Internal Revenue Service

Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | | Return Form No. |
|---|---|---|---|
| WILLIAM P & MARY L SMITH JR<br>WILLIAM P. SMITH JR.<br><br>BARTLESVILLE OK 74006- | [redacted]-5413 | | 1040 |
| | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Period End 12/31/1981 | Period End | Period End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 0.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 81,348.00 | | |
| 4. Corrected Taxable Income | 81,348.00 | | |
| Tax Method | TAX RATE | | |
| Filing Status | JOINT | | |
| 5. Tax | 30,816.00 | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 30,816.00 | | |
| 8. Less Credits A. POLITICAL CONTRIBUTION | 100.00 | | |
| B. CREDIT | 1,788.00 | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 28,928.00 | | |
| 10. Plus Other Taxes A. SELF EMPLOYMENT TAX | 2,762.00 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 31,690.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 30,443.00 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 1,247.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 1,247.00 | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: WILLIAM P & MARY L SMITH JR | SS or EI Number: [redacted]-5413 | Return Form No. 1040 |
|---|---|---|

| 17. Penalties | Period End 12/31/1981 | Period End | Period End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 1,247.00 | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | 1,247.00 | | |
| B. Penalties (line 18, page 2) (computed to 02/23/1999) | | | |
| C. Interest (IRC 6601) (computed to 02/23/1999) | 3,295.14 | | |
| D. TMT Interest (computed to 02/23/1999 on TMT underpay) | 1,339.96 | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 5,882.10 | | |

Other Information:

| Examiner's Signature W. J. Luster | District Kansas City Service Center | Date 11/02/1999 |
|---|---|---|

Form 5278 Department of the Treasury - Internal Revenue Service 1 Office symbols:

STATEMENT--INCOME TAX CHANGE

2. Name of Taxpayer
WILLIAM P & MARY L SMITH JR

3. __ Notice of Deficiency __ Other (Specify) ______

__ Settlement computation

4. TIN [redacted]2-5413 | 5. Form Number 1040 | 6. Court docket number ______

| 7. Adjustments to Income | Tax years ended: Period End 12/31/1981 | Period End | Period End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 8. Total Adjustments | 0.00 | | |
| 9. a. Taxable Income<br>b. As shown in:<br>__ Preliminary letter dated ______<br>__ Notice of deficiency dated ______<br>__ Return as filed | 81,348.00 | | |
| 10. Taxable Income as Revised | 81,348.00 | | |
| 11. Tax | 30,816.00 | | |
| 12. Alternative Tax, If Applicable | | | |
| 13. Corrected Tax Liability (Lesser of line 11 or 12) | 30,816.00 | | |
| 14. Less Credits (Specify) a. POLITICAL CONTRIBUTION | 100.00 | | |
| b. FUEL CREDIT | 1,788.00 | | |
| c. | | | |
| 15. Balance (Line 13 less amounts on lines 14a - 14c) | 28,928.00 | | |
| 16. Plus a. SELF EMPLOYMENT TAX | 2,762.00 | | |
| b. | | | |
| c. | | | |
| 17. Total Corrected Tax Liability (Line 15 plus total of lines 16a through 16c) | 31,690.00 | | |
| 18. Total Tax Shown on Return or as Previously Adjusted | 30,443.00 | | |
| 19. Adjustments to A. Earned Income Credit<br>B. Special Fuels Credit | | | |
| 20. Increase in Tax or (Overassessment - Decrease in Tax) (Line 17 adjusted by Lines 18 and 19) | 1,247.00 | | |

21. Additions/Adjustments to the Tax:

Form 5278 (Rev. July 1992)

Name of Taxpayer: WILLIAM D. & MARY L. SMITH JR. 11/02/1999
Identification Number: [redacted]-5413 TOTAL 4.50.03

198112 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | | |
|---|---|---|
| 1. | Total corrected tax liability, Form 4549, line 11 | 31,690.00 |
| 2. | Total corrected tax liability without regard to tax motivated transactions | 30,443.00 |
| 3. | Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 1,247.00 |
| 4. | Tax Deficiency, Form 4549, line 13 | 1,247.00 |
| 5. | Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 1,247.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

1984 INV CR CARRYBACK 1,247.00

Name of Taxpayer: WILLIAM D & MARY L SMITH 11/02/1999
Identification Number: [redacted]-5413 TOTAL 4.50.03

198112 - TAX PRD INTEREST COMPUTATION TO 02/23/1999

| | | |
|---|---|---|
| Total Tax Deficiency | | 1,247.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 1,247.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1985-06/30/1985 | 76 | 13.00 | 34.21 | 6.95 |
| COMPOUND | 07/01/1985-12/31/1985 | 184 | 11.00 | 73.04 | 15.58 |
| COMPOUND | 01/01/1986-06/30/1986 | 181 | 10.00 | 68.84 | 15.56 |
| COMPOUND | 07/01/1986-12/31/1986 | 184 | 09.00 | 66.04 | 15.71 |
| COMPOUND | 01/01/1987-09/30/1987 | 273 | 09.00 | 103.68 | 26.11 |
| COMPOUND | 10/01/1987-12/31/1987 | 92 | 10.00 | 40.65 | 10.71 |
| COMPOUND | 01/01/1988-03/31/1988 | 91 | 11.00 | 45.28 | 12.23 |
| COMPOUND | 04/01/1988-09/30/1988 | 183 | 10.00 | 86.06 | 24.09 |
| COMPOUND | 10/01/1988-12/31/1988 | 92 | 11.00 | 49.47 | 14.34 |
| COMPOUND | 01/01/1989-03/31/1989 | 90 | 11.00 | 49.87 | 14.81 |
| COMPOUND | 04/01/1989-09/30/1989 | 183 | 12.00 | 115.58 | 35.64 |
| COMPOUND | 10/01/1989-12/31/1989 | 92 | 11.00 | 55.65 | 17.80 |
| COMPOUND | 01/01/1990-12/31/1990 | 365 | 11.00 | 236.63 | 80.08 |
| COMPOUND | 01/01/1991-03/31/1991 | 90 | 11.00 | 62.46 | 22.27 |
| COMPOUND | 04/01/1991-12/31/1991 | 275 | 10.00 | 182.65 | 67.71 |
| COMPOUND | 01/01/1992-03/31/1992 | 91 | 09.00 | 56.95 | 21.88 |
| COMPOUND | 04/01/1992-09/30/1992 | 183 | 08.00 | 105.04 | 41.25 |
| COMPOUND | 10/01/1992-12/31/1992 | 92 | 07.00 | 47.55 | 19.06 |
| COMPOUND | 01/01/1993-12/31/1993 | 365 | 07.00 | 197.68 | 81.69 |
| COMPOUND | 01/01/1994-06/30/1994 | 181 | 07.00 | 103.28 | 44.20 |
| COMPOUND | 07/01/1994-09/30/1994 | 92 | 08.00 | 61.66 | 26.88 |
| COMPOUND | 10/01/1994-12/31/1994 | 92 | 09.00 | 70.87 | 31.32 |
| COMPOUND | 01/01/1995-03/31/1995 | 90 | 09.00 | 70.90 | 31.80 |
| COMPOUND | 04/01/1995-06/30/1995 | 91 | 10.00 | 81.56 | 37.13 |
| COMPOUND | 07/01/1995-12/31/1995 | 184 | 09.00 | 153.73 | 71.58 |
| COMPOUND | 01/01/1996-03/31/1996 | 91 | 09.00 | 78.43 | 37.30 |
| COMPOUND | 04/01/1996-06/30/1996 | 91 | 08.00 | 71.21 | 34.30 |
| COMPOUND | 07/01/1996-12/31/1996 | 184 | 09.00 | 167.34 | 82.25 |
| COMPOUND | 01/01/1997-12/31/1997 | 365 | 09.00 | 356.24 | 182.39 |
| COMPOUND | 01/01/1998-03/31/1998 | 90 | 09.00 | 92.88 | 49.11 |
| COMPOUND | 04/01/1998-12/31/1998 | 275 | 08.00 | 262.92 | 142.38 |
| COMPOUND | 01/01/1999-02/23/1999 | 54 | 07.00 | 46.79 | 25.85 |

| | | |
|---|---|---|
| Total Interest | 3,295.14 | 1,339.96 |
| Total TMT Interest | 1,339.96 | |
| Total Underpayment | 1,247.00 | |
| Total Penalties | 0.00 | |
| Total Amount Due | 5,882.10 | |

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>WILLIAM P & MARY L SMITH JR | [redacted]-5413 | YEAR/PERIOD ENDED<br>198112 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1984 INV CR CARRYBACK | 3,035.00 | 1,788.00 | 1,247.00 |

WE ADJUSTED YOUR RETURN IN ACCORDANCE WITH THE EXAMINATION RESULTS OF THE PARTNERSHIP RETURN OF WHICH YOU ARE AN INVESTOR.

We have allowed investment credit in the amount shown.

PPID 7640814086 [redacted]-5413
[illegible]E NO-0001

IRS EMPLOYEE 7640814086

DATE REQUESTED 05-05-2000

PRINT DATE 05-05-2000

FORM NUMBER: 1040

TAX PERIOD: DEC 1981

TAXPAYER IDENTIFICATION NUMBER: [redacted]-5413

WILLIAM P & MARY L SMITH JR

BODC-SB BODCLC-

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 05-15-2000 |
| ACCRUED PENALTY: | 0.00 | AS OF 05-15-2000 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** EXEMPTIONS: **FILING STATUS: MARRIED FILING JOINT

| | |
|---|---|
| ** ADJUSTED GROSS INCOME: | 0.00 |
| ** TAXABLE INCOME: | 0.00 |
| TAX PER RETURN: | 0.00 |

** PER RETURN OR AS ADJUSTED

08-16-1982 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
08-16-1982 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED | 08-16-1982 | 31,690.00 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 04-15-1982 | 167.00- |
| 430 | ESTIMATED TAX DECLARATION | 04-17-1981 | 4,593.00- |
| 430 | ESTIMATED TAX DECLARATION | 06-08-1981 | 4,593.00- |
| 430 | ESTIMATED TAX DECLARATION | 09-15-1981 | 4,593.00- |
| 430 | ESTIMATED TAX DECLARATION | 01-15-1982 | 4,593.00- |
| 610 | PAYMENT WITH RETURN | 04-15-1982 | 13,151.00- |
| 840 | REFUND OF OVERPAYMENT | 07-31-1985 | 1,247.00 |
| 770 | INTEREST APPLIED TO ACCOUNT | 07-31-1985 | 0.00 |
| 299 | ABATEMENT OF PRIOR TAX ASSESSMENT | 08-26-1985 | 1,247.00- |
| 560 | ASSESSMENT STATUTE EXPIRATION DATE EXTENDED TO 04-08-2000 | 06-01-1999 | |
| 640 | ADVANCE PAYMENT OF EXAMINATION DEFICIENCY | 11-02-1995 | 1,682.06- |
| 640 | ADVANCE PAYMENT OF EXAMINATION DEFICIENCY | 02-23-1999 | 3,514.60- |
| 340 | INTEREST ASSESSMENT | 04-17-2000 | 0.00 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION | 04-17-2000 | 0.00 |
| 308 | ADDITIONAL TAX ASSESSED BY EXAMINATION | 03-16-2000 | 1,247.00 |
| 340 | INTEREST ASSESSMENT | 03-16-2000 | 3,698.16 |
| 826 | OVERPAYMENT TRANSFERRED TO FORM 1040 TAX PERIOD DEC 1985 | 02-23-1999 | 251.50 |
| 776 | INTEREST APPLIED TO ACCOUNT | 03-16-2000 | 21.97- |
| 856 | OVERPAYMENT INTEREST TRANSFERRED TO FORM 1040 TAX PERIOD DEC 1985 | 03-16-2000 | 21.97 |

PLAINTIFFS' EXHIBIT 51