01/04/06

UNITED STATES TAX COURT
DOCKET ENTRIES

Docket No. 15056-91

INDEX

Desert Highland Vineyards, Frederick H. Behrens, Tax Matters Partner
v. COMMISSIONER OF INTERNAL REVENUE

| | | |
|---|---|---|
| Desert Highland Vineyards | MS0086<br>NO. 4 | (Service Attorney)<br>Mather, Steven Ray<br>Kajan, Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | KE0153 | Kajan, Elliott Hugh<br>Kajan, Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | BK0089 | Barish, Kenneth M.<br>Kajan, Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | SJ1899 | Silver, Jason Mark<br>Silver Lockwood, PLC<br>Sixth Floor<br>4800 N. Scottsdale Road<br>Scottsdale, AZ 85251 |
| Frederick H. Behrens | MS0086<br>NO. 4 | Mather, Steven Ray<br>Kajan, Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | KE0153 | Kajan, Elliott Hugh<br>Kajan, Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | BK0089 | Barish, Kenneth M.<br>Kajan, Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |

PLAINTIFFS' EXHIBIT 59

(Continued to page 2)

Docket No. 15056-91 (Continuation Page 2) 01/04/06 INDEX

SJ1899 Silver,Jason Mark
Silver Lockwood, PLC
Sixth Floor
4800 N. Scottsdale Road
Scottsdale, AZ 85251

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0001 | 07/10/91 | PF | PETITION Filed:Fee Paid | | R 07/12/91 | |
| 0002 | 07/10/91 | DPT | DESIGNATION of Trial at Washington, DC | | R 07/12/91 | |
| 0003 | 08/14/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Michael Cary McCune. C/S-Resp. | | P 08/16/91 | |
| 0004 | 08/19/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Heng F. & Joy S. Lim. C/S-Resp | | P 08/26/91 | |
| 0005 | 08/22/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by W.J. Wooten, Jr. & Joyce A. Wooten. C/S-Resp | | P 08/26/91 | |
| 0006 | 08/23/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by William P. Smith, Jr. C/S-Resp | | P 08/26/91 | |
| 0007 | 08/26/91 | MOTR | MOTION by resp. to ext. time to move or ans. to 9/9/91 & 9/24/91. (no obj) C/S | GR 08/30/91 | B 08/30/91 | |
| 0008 | 09/09/91 | JMOT | JT. MOTION re: procedure. | ORD 09/12/91 | | |
| 0009 | 09/12/91 | OAJ | ORDER that case is assigned to Judge Dawson. for statute of limitations issue only. Ans due 10/1/91; Reply due 10/11/91; Resp. Mot for partial summ. judg. due 11/25/91. | | B 09/13/91 | C |
| 0010 | 09/17/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by David A. & Charlotte C. Matanane. C/S-Resp | | P 09/18/91 | C |
| 0011 | 09/23/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Julian & Ruth C. Bindler. | | B 10/04/91 | C |
| 0012 | 10/01/91 | ACS | ANSWER (C/S 09/30/91). | | | |
| 0013 | 10/11/91 | RCS | REPLY (C/S 10/11/91) | | | |
| 0014 | 10/24/91 | NCA | NOTICE of Change of Address for atty. Stuart E. Seigel. C/S | | | |
| 0015 | 11/14/91 | JMOT | JT. MOTION to cons. 15032-91, 15033-91, 15034-91, 15035-91, 15036-91, 15037-91, 15038-91, 15039-91, 15040-91, 15041-91, 15042-91, 15043-91, 15044-91, 15045-91, 15046-91, 15047-91, 15048-91, 15049-91, 15050-91, 15051-91, 15052-91, 15053-91, 15054-91, 15055-91, 15056-91, 15057-91, 15058-91, 15059-91, 15060-91, 20132-91 and 20133-91. | GR 11/20/91 | B 11/27/91 | C |

(Continued to page 3)

```
 Docket No.  15056-91                (Continuation  Page    3)          01/04/06
NO.    DATE   EVENT        FILINGS AND PROCEEDINGS      ACT/STAT DTE  SERVED    INDEX
                                                                                   M

0016 11/26/91 MOTR MOTION by resp. for partial
                   summary judgment. C/S              ORD 01/14/93
                   (Affidavits att'd)
0017 11/26/91 MEMO MEMORANDUM OF LAW AND FACTS by
                   resp. in support of motion for
                   partial summary judgment. C/S
0018 11/29/91 O    ORDER Petr. by 1/10/92 file
                   response to mot. for partial                   B 12/02/91 C
                   summ. judg.; Resp. by 2/10/92 file reply to Petr. response.
0019 12/20/91 O    ORDER Court's 11/29/91 Order is
                   rescinded.                                     B 12/23/91 C
0020 01/14/92 STP  STIPULATION OF FACTS. w/Ex.
0021 01/31/92 MOTP MOTION by petr. to compel docu. &
                    ans. Interr. w/Exh. C/S           ORD 04/21/92
0022 01/31/92 MEMO MEMORANDUM by petr. in support of
                    mot to compel. C/S
0023 02/18/92 MOTR MOTION by resp. to have until
                   3/9/92 to file opposition to       GR  02/20/92 B 03/02/92 C
                   mot to compel. (N.Obj)
0024 02/25/92 MOT  MOTION by Anthony A. Saffo to
                   file notice of election for        GR  03/04/92 B 03/09/92
                   Wachovia Bank of North Carolina, N.A. (NOE Ld) w/Ex.
0025 03/04/92 NOE  NOTICE OF ELECTION TO PARTICIPATE
                    by Wachovia Bank of North                     B 03/09/92
                   Carolina, N.A.
0026 03/09/92 OBJ  OBJECTION by resp. to mot to
                   compel. (Reply to discovery
                   Memo att'd.) C/S
0027 03/24/92 MEMO MEMORANDUM by Petr. in response
                   to Resp. obj. to mot. to
                   compel. w/ex. C/S
0028 04/21/92 O    ORDER petrs. by 5/29/92 file
                   response to mot. for partial                   B 04/23/92 C
                   summ. judg.; resp. by 6/30/92 file reply to petrs.
                   response. Mot to compel is
                    Dn.
0029 05/28/92 MOTP MOTION by petr. to extend time to
                    6/8/92 for response to mot.       GR  05/29/92 B 06/01/92 C
                   for partial summ. judgment. (N.Obj) C/S
0030 06/08/92 MOTP MOTION by petr. to strike
                   improper portions of affidavits    ORD 01/12/93
                   in support of resp. mot. for partial summary Judgement.
                   (Appendix att'd.) C/S
0031 06/08/92 MOTP MOTION by petr. (Cross) for
                   partial summary Judgment. w/Ex.    ORD 01/12/93
                   & Memo. att'd. C/S
0032 07/13/92 OBJ  OBJECTION by resp. to cross mot.
                   for partial summ. judg. C/S
0033 07/13/92 OBJ  OBJECTION by resp to mot. to
                   strike portions of affidavits.
```

(Continued to page 4)

```
                                                                01/04/06
 Docket No.  15056-91               (Continuation  Page    4)          INDEX
NO.   DATE   EVENT       FILINGS AND PROCEEDINGS    ACT/STAT DTE  SERVED    M

                        C/S
0034 07/13/92 MEMO MEMORANDUM by resp. in reply to
                   memo. in opposition to mot. for
                   partial summ. judg. & in support of petr. cross-mot. C/S
                   (Per Judge)
0035 07/29/92 NCA  NOTICE of Change of Address for
                   atty-Leonard S. Roth. C/S
0036 08/10/92 MOT  MOTION by certain participating
                   partners to file memo. in         ORD 09/25/92
                   opposition to mot. for partial summ. judg. & in support of
                   Petr. cross mot. (Memo. Ld.) C/S
0037 08/21/92 O    ORDER Resp by 9-11-92 file
                   response to mot. by                            B 08/25/92 C
                   Participants to file Memo.
0038 08/25/92 JMOT JT. MOTION for special calendar.   ORD 09/25/92
0039 09/09/92 NOBJ NO OBJECTION by Resp to mot. by
                   certain participation partner
                   to file Memo. C/S
0040 09/25/92 O    ORDER mot. for special calendar
                   is Dn.                                         B 09/25/92 C
0041 09/25/92 O    ORDER resp. by 10-26-92 file
                   suppl. stip. or mot. to correct                B 09/25/92 C
                   stip. Resp. within 30 days after ruling with respect to
                   suppl stip. or mot. to
                    correct stip. file response to memo. in opposition to mot.
                   for partial summ. judg. Mot. to file memo. to mot. for
                   partial summ. judg. is Gr.
0042 09/25/92 MEMO MEMORANDUM by certain
                   participating partners in                      B 09/25/92 C
                   Opposition to mot. for partial summ. judg. & in support of
                   petrs. cross-mot.
0043 10/15/92 MOTP MOTION by petr. to file suppl.
                   memo. of law in opposition to     ORD 10/19/92
                   resp mot. for partial summ. judg. & in support of petrs.
                   Cross-mot. (Suppl. memo. of law Ld) C/S
0044 10/19/92 MEMO MEMORANDUM OF LAW (SUPPLEMENTAL)
                   by Petr. in Opposition to resp.                R 10/21/92
                   mot. for partial summ. judg. & in support of petrs.
                   Cross-mot.
0045 10/19/92 O    ORDER resp. by 11-27-92 file
                   response to petrs. suppl. memo.                B 10/21/92 C
                   Mot. to file suppl. memo. is Gr.
0046 10/26/92 STP  STIPULATION OF FACTS
                   (SUPPLEMENTAL). w/Ex.
0047 10/26/92 MOTR MOTION by resp. to Reform
                   Stipulation of facts.             ORD 01/12/93
                   w/affidavits att'd. C/S (Per Judge)
```

(Continued to page 5)

Docket No. 15056-91 (Continuation Page 5) 01/04/06

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0048 | 11/06/92 | O | ORDER petr. by 11-25-92 file response to mot. to reform. | | B 11/09/92 | C |
| 0049 | 11/24/92 | MEMO | MEMORANDUM OF LAW by petr. in Opposition to mot. to reform. w/Ex. C/S | | | |
| 0050 | 11/27/92 | RESP | RESPONSE by Resp. to partners memo. filed 9/25/92 & Petr. suppl. memo. filed 10/19/92. (Serve Per Judge) | | P 12/07/92 | C |
| 0051 | 01/12/93 | O | ORDER Resp. mot. for partial summ. judg. & Petr. cross-mot. for partial summ. judg. are Dn. Mot. to reform stip. of facts is moot. Mot. to strike improper portions of affidavits is moot. | | B 01/14/93 | C |
| 0052 | 02/19/93 | MEMO | MEMORANDUM OF LAW by petr. in opposition to separate trial on statute of limitations issues. C/S (Per Judge) | | | |
| 0053 | 03/18/93 | RESP | RESPONSE by resp. to memo. of law in opposition to separate trials. C/S (Per Judge) | | | |
| 0054 | 03/23/93 | MOTP | MOTION by petr. to file reply to response to memo. of law in opposition to separate trials. (Reply to response Ld.) (N.Obj) C/S | ORD 03/25/93 | | |
| 0055 | 03/25/93 | O | ORDER mot. for leave to file reply is Gr. | | B 03/26/93 | C |
| 0056 | 03/25/93 | R | REPLY by petr. to resp's Response to petrs. memo. of law in opposition to separate trials. | | R 03/26/93 | |
| 0057 | 04/19/93 | ORJ | ORDER that case is reassigned to Judge Halpern. | | B 04/20/93 | C |
| 0058 | 05/18/93 | JMOT | JT. MOTION for due date of 9/15/93 for filing of amendment to answer & due date of 11/15/93 for filing of reply to such amendment. | ORD 05/19/93 | | |
| 0059 | 05/19/93 | O | ORDER mot. to file amd. to ans. & reply is Gr. | | B 05/20/93 | C |
| 0060 | 08/02/93 | ATA | AMENDMENT TO ANSWER (C/S 7/30/93) | | | |
| 0061 | 11/12/93 | R | REPLY by petr. to amendment to ans. (C/S 11/12/93) | | | |
| 0062 | 01/12/94 | O | ORDER that the consolidation is severed. | | B 01/13/94 | C |
| 0063 | 07/22/94 | MOTP | MOTION by petr. to reconsider the denial of petrs' mot. for partial summary Judgment. w/memo in support of mot., Exs. & attachments. C/S | ORD 09/02/98 | | |
| 0064 | 07/25/94 | O | ORDER resp. by 9/2/94 file response to mot. to reconsider | | B 07/26/94 | C |

(Continued to page 6)

Docket No. 15056-91 (Continuation Page 6) 01/04/06

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | the denial of mot. for summ. judgment. Petr. by 9/9/94 may file reply to resp's response. | | | |
| 0065 | 09/01/94 | OBJ | OBJECTION by resp. to mot. for recons. of the denial of petr. mot. for partial summ. judg. C/S | | | |
| 0066 | 09/01/94 | MOTR | MOTION by resp. for recons. of the denial of resp. mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0067 | 09/01/94 | MOTR | MOTION by resp. for recons. of the mooting of mot. to reform stip. of facts. C/S | ORD 10/08/98 | | |
| 0068 | 09/01/94 | MOTR | MOTION by resp. to strike affidavits submitted in support of mot. for recons. of mhe denial of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0069 | 09/01/94 | MEMO | MEMORANDUM by resp. in opposition to petr. mot. for recon. of the denial of mot. for partial summ. judg. and in support of mot. for recons. of the denial of resp. mot. for partial summ. judg. & reformation of the stip. of facts. w/Exs. & Affidavit. C/S | ORD 09/02/98 | | |
| 0070 | 09/01/94 | MOTR | MOTION by resp. for lv. to file suppl. memo. in opposition to petr. mot. for recons. of mot for partial summ. judg. & in support of resp. mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0071 | 09/02/94 | MOTP | MOTION by petr. to compel documents. w/Exs. C/S | ORD 10/08/98 | | |
| 0072 | 09/09/94 | OP | OPPOSITION by petr. to mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0073 | 09/09/94 | RESP | RESPONSE by petr. to mot. for recons. of mot. to reform stip. of facts. C/S | | | |
| 0074 | 09/09/94 | RESP | RESPONSE by petr. to mot. to strike affidavits. C/S | ORD 09/02/98 | | |
| 0075 | 09/09/94 | R | REPLY by petr. to memo. in opposition to mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0076 | 09/12/94 | O | ORDER resp. by 9/22/94 file response to mot. to compel docu. | | B 09/13/94 | C |
| 0077 | 09/21/94 | O | ORDER time ext. to 9/23/94 for response to mot. to compel docu. | | B 09/23/94 | C |
| 0078 | 09/28/94 | OBJ | OBJECTION by resp. to petr's mot. to compel. (Leave Gr.) | | | |
| 0079 | 04/03/95 | MOTR | MOTION by resp. to Amend Answer. (2nd Am. to Ans. Ld.) C/S | ORD 05/12/95 | | |
| 0080 | 04/03/95 | MEMO | MEMORANDUM by Resp. In Support of mot. to amd. ans. C/S | | | |
| 0081 | 04/05/95 | O | ORDER Petr. by 5-5-95 file & | | | |

(Continued to page 7)

01/04/06

Docket No. 15056-91 (Continuation Page 7)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | serve on Resp. a Response to mot. to amd. answer. | | B 04/06/95 | C |
| 0082 | 05/02/95 | NCA | NOTICE of Change of Address for Atty. K. Peter Schmidt. C/S | | | |
| 0083 | 05/05/95 | OP | OPPOSITION by Petrs. to mot. to amend answer. C/S | | | |
| 0084 | 05/12/95 | O | ORDER mot to amend answer Gr. | | B 05/15/95 | C |
| 0085 | 05/12/95 | ATA | AMENDMENT TO ANSWER (SECOND) | | P 05/15/95 | C |
| 0086 | 07/05/95 | MOTR | MOTION by resp. to supplement resp's memo. in support of resp's mot. for partial summary Judgment. (Suppl. memo. in support of mot. for recons. of resp's mot. for partial summ. Judg. Ld) C/S (Per Judge) | ORD 09/02/98 | | |
| 0087 | 01/30/96 | MOT | MOTION by K. Peter Schmidt to withdraw as to David A. & Charlotte C. Matanane, participating partner. N.obj.-Resp. (C/S 1/30/96) | GR 08/02/96 | B 08/05/96 | C |
| 0088 | 02/12/96 | O | ORDER David A. & Charlotte C. Matanane by 3/15/96 file obj. to mot. to withdraw. Service made on Resp, Petr's. & David & Charlotte Matanane only. | | B 02/15/96 | C |
| 0089 | 12/19/97 | NOT | NOTICE OF SETTLEMENT by Resp. under Rule 248(c)(1) for Petrs. Russell E. & Lois E. Hughes. (C/S 12-18-97) | | | |
| 0090 | 12/23/97 | OCA | ORDER that caption of case is amended. (R-RE-M 1/26/98: J. & R. Bindler) | | B 12/31/97 | C |
| 0091 | 01/23/98 | O | ORDER address for participants Julian & Ruth Bindler changed. (R-In-F 2-26-98 from Participant Bindler) (R-In-F 11-16-98 from Participant Matanane) | | B 01/26/98 | C |
| 0092 | 02/02/98 | JMOT | JT. MOTION to w/d certain pending mots. & docu. relating thereto without prejudice. (C/S 2-11-98) (Per Judge) | ORD 09/02/98 | | |
| 0093 | 02/04/98 | MOT | MOTION by K. Schmidt to w/d for participating partners Lim, Smith & Wootens.Wootens. (C/S 2-4-98) | ORD 12/10/98 | | |
| 0094 | 02/27/98 | O | ORDER participants listed in 2-4-98 mot. by 3-16-98 file obj. to said mot. (R-In-F 11-16-98 from Participant Matanane) | | B 03/02/98 | C |
| 0095 | 03/23/98 | OBJ | OBJECTION by participant W. Smith, Jr. to mot. to w/d. (Serve on Resp, Petr, TMP & counsel withdrawing Per Judge) (p.m.t.) | | B 04/17/98 | C |
| 0096 | 07/31/98 | MOTR | MOTION by resp. to be relieved nunc pro tunc of duty under | ORD 11/24/98 | | |

(Continued to page 8)

01/04/06

Docket No. 15056-91 (Continuation Page 8)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | Rule 248(c). w/Exhs. (C/S 7-30-98) | | | |
| 0097 | 09/02/98 | O | ORDER that Joint Motion filed 2-2-98 is granted in that certain motions & documents are withdrawn. (R-In-F 11-16-98 from Participant McCune) | | B 09/03/98 | C |
| 0098 | 09/02/98 | O | ORDER set 10-8-98 Washington,DC Spec. for hearing on Resp's. 9-1-94 Mot for reconsideration, Petr's. Mot to compel documents, and Resp's. Mot to be relieved of duty under Rule 248(c). Petr. & Participating Partners by 9-23-98 file an objection to mot to be relieved of duty. (R-In-F 11-16-98 from Participant McCune) | | B 09/03/98 | C |
| 0099 | 09/23/98 | OBJ | OBJECTION by Petr. to mot to be relieved of duty under Rule 248(c). (C/S 9-23-98) | | | |
| 0100 | 10/02/98 | RESP | RESPONSE by Petr. & TMP to 9-2-98 order re:the hearing on certain mots. (C/S 10-2-98) | | | |
| 0101 | 10/02/98 | MOT | MOTION by Petr. & TMP to clarify or recon. 9-2-98 order that w/d certain mots. & documents. (C/S 10-2-98) | ORD 10/08/98 | | |
| 0102 | 10/05/98 | RESP | RESPONSE by Resp. to 9-2-98 order re:hrg. on certain mots. w/Ex. (C/S 10-2-98) | | | |
| 0103 | 10/08/98 | HEAR | HEARING before Judge Halpern at Washington, DC Resp's. 9-1-94 Mot to reconsider mooting-See order. Petr's. 9-2-94 Mot to compel docus.-See order. Resp's. 7-31-98 Motion to be relieved of duty--CAV. Petr. & TMP 10-2-98 Motion to clarify or reconsider-See order. | ORD 11/24/98 | | |
| 0104 | 10/08/98 | O | ORDER Resp's. 9-1-94 Motion for reconsideration is denied. (R-Re-M 11-6-98 to Participant Matanane) (R-Re-M 11-16-98 to Participant McCune) | | B 10/29/98 | C |
| 0105 | 10/08/98 | O | ORDER Petr's. 9-2-94 Motion to compel docus. is denied. (R-Re-M 11-6-98 to Participant Matanane) (R-Re-M 11-16-98 to participant McCune) | | B 10/29/98 | C |
| 0106 | 10/08/98 | O | ORDER Petr. & TMP 10-2-98 Mot to clarify or reconsider is denied in part and granted in part. (R-Re-M 11-6-98 to participant Matanane) (R-Re-M 11-16-98 to Participant McCune) | | B 10/29/98 | C |
| 0107 | 10/15/98 | MISC | AMENDMENT TO MOTION by K. Peter Schmidt to withdraw. (C/S 10-15-98) | | | |
| 0108 | 10/29/98 | O | ORDER Mot to withdraw filed 2-4-98 set for hearing 11-30-98 | | B 10/29/98 | C |

(Continued to page 9)

01/04/06

Docket No. 15056-91 (Continuation Page 9)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | Washington,DC time & date certain 12-10-98. | | | |
| 0109 | 11/09/98 | TRAN | TRANSCRIPT of 10/8/98 rec'd. (HEAR) | | | |
| 0110 | 11/12/98 | MISC | SECOND AMENDMENT by Atty. Schmitd to motion to withdraw. (C/S 11-12-98) (Per Judge) | ORD 12/10/98 | | |
| 0111 | 11/13/98 | JT | JOINT REPORT filed w/Ex. (Per Judge) | | | |
| 0112 | 11/23/98 | NCA | NOTICE of Change of Address for participants Matanane. (Per Judge) | | R 11/24/98 | |
| 0113 | 11/24/98 | O | ORDER resp. mot. to be relieved filed 7-31-98 is deemed moot. | | B 11/27/98 | C |
| 0114 | 12/10/98 | HEAR | HEARING before Judge Halpern at Washington, DC Not called 11/30/98. Atty. Schmidt's motion filed 2/4/98--see order. | | | |
| 0115 | 12/10/98 | O | ORDER motion for leave w/d as amended is Gr. | | B 12/18/98 | C |
| 0116 | 01/07/99 | TRAN | TRANSCRIPT of Dec. 10, 1998 rec'd. (HEAR) | | | |
| 0117 | 04/05/99 | MOTR | MOTION by resp. to calendar for report. w/Exh. (C/S 4-2-99) (Per Judge) | ORD 06/04/99 | | |
| 0118 | 05/14/99 | MOT | MOTION by Steven R. Mather to file notice of election to intervene for Frederick Behrens. (NOEI Ld.) (C/S 5/13/99) | ORD 07/01/99 | | |
| 0119 | 05/21/99 | O | ORDER Resp., Petr. & participating partners by 6/14/99 file obj. to 5/14/99 mot. | | B 05/21/99 | C |
| 0120 | 06/04/99 | O | ORDER set 10/4/99 Washington, DC Spec. for trial. 4/5/99 mot. Dn. | | B 06/04/99 | C |
| 0121 | 06/04/99 | SPTO | STANDING PRE-TRIAL ORDER attached to Notice of Trial | | B 06/04/99 | C |
| 0122 | 06/15/99 | NOBJ | NO OBJECTION by Resp. to mot to file notice of election to intervene. (C/S 6/14/99) (Leave Gr.) | | | |
| 0123 | 06/21/99 | NOT | NOTICE by Resp. of consistent agreement under Rule 248(c)(1) for participants Matanane. (C/S 6/18/99) | | | |
| 0124 | 07/01/99 | O | ORDER 5/14/99 mot. Gr. Proceedings stayed to 7/30/99. | | B 07/01/99 | C |
| 0125 | 07/01/99 | NOEI | NOTICE OF ELECTION TO INTERVENE by Frederick H. Behrens. | | B 07/01/99 | C |
| 0126 | 07/26/99 | STP | STIPULATION by Resp. & TMP to be bound by 12532-90 re: certain mots. (C/S 7/23/99) (per Judge) | | | |

(Continued to page 10)

01/04/06

Docket No. 15056-91 (Continuation Page 10)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0127 | 08/20/99 | MOTR | MOTION by resp. to adopt test case procedure. w/Exh. (C/S 8-19-99) (Per Judge) | ORD 09/28/99 | | |
| 0128 | 08/26/99 | O | ORDER Petr., TMP and Participants by 9-7-99 file objection to motion to adopt test case procedure. (R-Re-M 9-8-99 to Participant McCune) | | B 08/26/99 | C |
| 0129 | 08/30/99 | OBJ | OBJECTION by TMP to Mot to adopt test case procedure. (C/S 8-27-99) | | | |
| 0130 | 09/14/99 | O | ORDER re:service of pre-trial documents. Petr. or Participant submit by 9-20-99 a request for service. (R-In-F 10/15/99: M. McCune) | | B 09/14/99 | C |
| 0131 | 09/28/99 | O | ORDER motion to adopt test case procedure is denied. | | B 09/28/99 | C |
| 0132 | 11/04/99 | HEAR | HEARING before Judge Halpern at Washington, DC Recalled 10-6 & 12-6-99. 10-4-99 Non-appearing partners w/d--See Order 12-6-99 Cont--No Order | | | |
| 0133 | 10/04/99 | O | ORDER nonappearing partners listed herein are withdrawn. Caption changed. | | B 11/17/99 | C |
| 0134 | 10/06/99 | EA | ENTRY OF APPEARANCE for Jason M. Silver. (WAS) | | R 12/30/99 | |
| 0135 | 11/03/99 | TRAN | TRANSCRIPT of 10-4-99 rec'd. (Cal. Call) | | | |
| 0136 | 12/06/99 | STPB | STIPULATION to be bound by Dkt. No. 12530-90. (WAS) | | | |
| 0137 | 01/07/00 | HEAR | HEARING before Judge Halpern at Washington, DC Called-Not Calendared. | | | |
| 0138 | 01/07/00 | MOTP | MOTION by petr. to file mot, for part. summ. judg. (Mot. & Memo. Ld.) (C/S 10-6-99) (WAS) | DN 01/07/00 | B 01/14/00 | C |
| 0139 | 01/14/00 | TRAN | TRANSCRIPT of 1-7-00 rec'd. (HEAR) | | | |
| 0140 | 01/24/00 | STP | STIPULATION OF SETTLED ISSUES re: 1985. | | | |
| 0141 | 03/06/00 | MOTR | MOTION by resp. to treat request for consistent settlement as timely re: Robert L. & Martha F. Brady. w/Exhs. (C/S 3/3/00) | GR 03/08/00 | B 03/08/00 | C |
| 0142 | 03/06/00 | MOTR | MOTION by resp. to treat request for consistent settlement as timely re: Jesse W. & Martha Jo Herringdine. w/Exhs. (C/S 3-3-00) | GR 03/08/00 | B 03/08/00 | C |

(Continued to page 11)

Docket No. 15056-91 (Continuation Page 11) 01/04/06

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0143 | 03/06/00 | MOTR | MOTION by resp. to treat request for consistent settlement as timely re: James J. & Dorothy M. Prendergast. w/Exhs. (C/S 3-3-00) | GR 03/08/00 | B 03/08/00 | C |
| 0144 | 05/05/00 | MOTR | MOTION by resp. to treat request for consistent settlement as timely re: Richard F. & Joan D. Hatton. (N.Obj.) w/Ex. (C/S 5-4-00) | GR 05/08/00 | B 05/09/00 | C |
| 0145 | 12/18/00 | JT | JOINT STATUS REPORT. (Per Judge) | | | |
| 0146 | 04/16/01 | MOTR | MOTION by resp. for entry of decision. (C/S 4-13-01) | GR 07/19/01 | B 07/19/01 | C |
| 0147 | 06/14/01 | MOT | MOTION by Thomas Redding to file not. of election of Robert J. & Arlene D. Carlson. (NOE & Mot. to compel consistent settlement Ld.) (C/S 6/12/01) | DN 07/19/01 | B 07/19/01 | C |
| 0148 | 06/14/01 | MOT | MOTION by Thomas Redding to file not. of election of John A. & Catherine M. Gleavy. (NOE & Mot. to compel consistent settlement Ld.) (C/S 6/12/01) | DN 07/19/01 | B 07/19/01 | C |
| 0149 | 07/19/01 | DEC | DECISION ENTERED, Judge Halpern | | B 07/19/01 | C |

PAGE NO-0001 IRS EMPLOYEE 0644014086

DATE REQUESTED 02-13-2002 PRINT DATE 02-13-2002

FORM NUMBER: 1040 TAX PERIOD: DEC 1985

TAXPAYER IDENTIFICATION NUMBER: [redacted]-5413

WILLIAM P SMITH JR

\- BODC-SB BODCLC-V

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 01-08-2001 |
| ACCRUED PENALTY: | 0.00 | AS OF 01-08-2001 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** EXEMPTIONS: 01 **FILING STATUS: SINGLE
** ADJUSTED GROSS INCOME: 42,098.00
** TAXABLE INCOME: 16,233.00
TAX PER RETURN: 4,672.80
** SE TAXABLE INCOME TAXPAYER: 39,600.00
** SE TAXABLE INCOME SPOUSE: 0.00
** TOTAL SELF EMPLOYMENT TAX: 4,673.00

** PER RETURN OR AS ADJUSTED

04-15-1986 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
06-09-1986 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 18221102507356 | 06-09-1986 | 4,672.80 |
| 716 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-15-1985 | 3,210.00- |
| 430 | ESTIMATED TAX DECLARATION | 09-12-1985 | 540.00- |
| 430 | ESTIMATED TAX DECLARATION | 01-06-1986 | 1,250.00- |
| 836 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-15-1986 | 327.20 |
| 960 | RECEIVED POA/TIA | 07-07-1990 | |
| 673 | SUBSEQUENT PAYMENT | 11-02-1995 | 1,755.00- |
| 672 | SUBSEQUENT PAYMENT CORRECTED | 11-02-1995 | 1,755.00 |
| 640 | ADVANCE PAYMENT OF DEFICIENCY | 11-02-1995 | 1,755.00- |
| 961 | REMOVED POA/TIA | 03-29-1997 | |
| 640 | ADVANCE PAYMENT OF DEFICIENCY | 02-23-1999 | 3,960.00- |
| 560 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 04-08-2000 | 06-01-1999 | |

******************************CONTINUED ON NEXT PAGE******************************

PLAINTIFFS' EXHIBIT 60

| | | | |
|---|---|---|---|
| 977 | AMENDED RETURN FILED | 12-31-1999 | 0.00 |
| 960 | RECEIVED POA/TIA<br>200014 | 03-20-2000 | |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>18247-484-08008-0 200014 | 04-17-2000 | 0.00 |
| 300 | QUICK ASSESSMENT<br>09251-076-13304-0 | 03-16-2000 | 2,174.00 |
| 340 | RESTRICTED INTEREST ASSESSED<br>200014 | 03-16-2000 | 6,352.70 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 198112 | 03-16-2000 | 251.50- |
| 736 | INTEREST OVERPAYMENT CREDIT<br>1040 198112 | 03-16-2000 | 21.97- |
| 706 | OVERPAID CREDIT APPLIED<br>1040 198412 | 02-23-1999 | 1,623.85- |
| 341 | RESTRICTED INTEREST ABATED | 06-12-2000 | 152.59- |
| 290 | ADDITIONAL TAX ASSESSED<br>18254-540-18016-0 200022 | 06-12-2000 | 0.00 |
| 670 | SUBSEQUENT PAYMENT<br>200050 | 06-29-2000 | 761.79- |
| 290 | ADDITIONAL TAX ASSESSED<br>09254-739-05835-0 200050 | 12-25-2000 | 0.00 |
| 341 | RESTRICTED INTEREST ABATED | 01-01-2001 | 220.76- |
| 290 | ADDITIONAL TAX ASSESSED<br>09254-739-18065-0 200051 | 01-01-2001 | 0.00 |
| 846 | REFUND | 01-01-2001 | 230.35 |
| 776 | INTEREST DUE TAXPAYER | 01-01-2001 | 9.59- |