FORM 870-P(AD) (5-88) DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO:
MS 4550
122096-1618

**TAXPAYER(S) NAME(S) AND ADDRESS**

William P., Jr. and Anne D. Smith
5120 E. Frank Phillips Blvd
Bartlesville, OK 74006

TIN: [redacted]-5413 / [redacted]-8202

**NAME OF PARTNERSHIP**

Desert Highland Vineyards

TIN: 33-0121107

TAX YEAR ENDED: 1985

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

| | |
|---|---|
| SIGNATURE OF TAXPAYER [signature] | DATE Feb 1, 1999 |
| SIGNATURE OF TAXPAYER Anne D. Smith | DATE Feb 1, 1999 |
| BY (SIGNATURE AND TITLE) | DATE |

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

CONSISTENT AGREEMENT

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER APR 09 1999 | SIGNATURE [signature] |
|---|---|---|
| | OFFICE So. Calif. Appeals | TITLE Associate Chief, Appeals |

PLAINTIFFS' EXHIBIT 61

FORM 870-P(AD) (5-88)

Settlement Agreement For Partnership Adj ments

Schedule of Adjustments

Name of Partnership

DESERT HIGHLAND VINEYARDS

Taxpayer Identifying Number: 33-0121107

| | Tax Years(s) Ended | | |
|---|---|---|---|
| Detail of Adjustments to Ordinary Income | December 31, 1985 | | |
| Schedule F – Farm Loss | 1,423,734 | | |
| Other Deductions | 38,822 | | |
| otal Adjustments To Ordinary Income | 1,462,556 | 0 | 0 |
| ther Adjustment: T.P.I. – Qualified Investment Expense | | | |
| (1) Adjustment | (2,301,063) | | |
| (2) As Reported | 3,434,422 | | |
| (3) Corrected | 1,133,359 | 0 | 0 |
| her Adjustment: T.P.I. – Qualified Investment Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 3,745 | | |
| (3) Corrected | 3,745 | 0 | 0 |
| ner Adjustment: Invest. Interest – Invest. Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 3,745 | | |
| (3) Corrected | 3,745 | 0 | 0 |
| er Adjustment: Investment Credit Property – Used/Other | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 125,000 | | |
| (3) Corrected | 125,000 | 0 | 0 |
| narks | | | |

FORM 870-P(AD) (5-88) DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO:
MS 4550
122096-1618

TAXPAYER(S) NAME(S) AND ADDRESS
William P., Jr. and Anne D. Smith
5120 E. Frank Phillips Blvd
Bartlesville, OK 74006

TIN: [redacted]-5413 / [redacted]-8202

NAME OF PARTNERSHIP
Desert Highland Vineyards

TIN: 33-0121107

TAX YEAR ENDED: 1986

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER: W. P. Smith — DATE: Feb 1, 1999

SIGNATURE OF TAXPAYER: Anne D. Smith — DATE: Feb 1, 1999

BY (SIGNATURE AND TITLE) — DATE

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

CONSISTENT AGREEMENT

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER: APR 09 1999

OFFICE: So. Calif. Appeals

SIGNATURE: [signature]

TITLE: Associate Chief, Appeals

PLAINTIFFS' EXHIBIT 62

FORM 870-P(AD) (5-88)

Settl___ent Agreement For Partnership Adj___ments

| Name of Partnership: DESERT HIGHLAND VINEYARDS | Schedule of Adjustments | | |
|---|---|---|---|
| | Tax Years(s) Ended | | |
| Taxpayer Identifying Number: 33-0121107 | 12/31/86 | | |
| Detail of Adjustments to Ordinary Income | | | |
| INCOME | 0 | | |
| ...tal Adjustments To Ordinary Income | | | |
| ...her Adjustment: | 0 | 0 | 0 |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| ...ier Adjustment: | 0 | 0 | 0 |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| ...er Adjustment: | 0 | 0 | 0 |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| ...arks | 0 | 0 | 0 |

The Administrative Adjustment Request (AAR) has been taken into consideration.
The income reported on the return will not be adjusted.

Internal Revenue Service
Kansas City, MO 64999

Mail Stop 4100 A10

Department of the Treasury

**Contact Person:** W. J. Luster
**Badge NO:** 09-01985
Report Writing Unit
Telephone Number: (913) 344-7670
(NOT TOLL FREE)
6:00 a.m.-3:30 p.m.--Monday-Thursday

FAX Number: (913) 696-6305

Date: NOV 9 1999

William P. Smith Jr.
5120 E Frank Phillips Blvd
Bartlesville, OK 74006-8202

Taxpayer Identification Number:
[redacted]-5413
Tax Year(s): 1984 and 1985

Dear Mr. Smith:

Enclosed are the tax calculations resulting from adjustments made on your flow-through investment. The enclosed report shows how adjustments made to the Richgrove Grape Associates and Desert Highland Vineyards affected your individual income tax return. The tax calculation report, Form 4549A-CG, does not require an agreement signature; it should be kept for your records. If you owe additional tax, you will receive a bill for the additional tax and interest. If you are due a refund, it will be sent to you after all other outstanding issues are resolved. Also, if you owe on other tax years, your refund may be used to offset any outstanding amounts.

If you have any questions about this matter, please write to the contact person shown at the top of this letter. Attach a copy of this letter to any correspondence to help us identify your case. Also, in the event that we need more information, please provide your telephone number and the most convenient time for us to call.

You may also call the telephone number shown above. If the number is outside your local calling area, there will be a long distance charge to you. If you prefer, you may call the Internal Revenue Service office listed in your local directory. An IRS employee there may be able to help you, but the office at the above address is most familiar with your case.

Thank you.

Sincerely,

Nancy L. Jones
Chief, Examination Branch

Enclosures:
Form 4549A-CG
Publication 1
Notice 609

KCSC-FL 83(Rev. 9/90)

PLAINTIFFS' EXHIBIT 63

Important Notice Regarding Payment

Our report of changes to your income Tax return resulted in additional Tax. The enclosed interest computation is for your convenience. It is only an Estimate, and it does not include any payments on your account. It would Be to your advantage to pay the amount due as soon as possible to reduce Further interest charges. Please help us resolve this matter by mailing Your payment in the enclosed envelope within 15 days from the date of this Letter. Please show your Social Security Number and the tax year for which the payment is intended on your check to properly identify your account. Your payment will be applied to your balance due and a notice will be sent reconciling your account.

Department of the Treasury-Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | Return Form No. |
|---|---|---|
| WILLIAM P SMITH JR<br>5120 E FRANK PHILLIPS BLVD<br>BARTLESVILLE OK 74006-8202 | [redacted]-5413 | 1040 |
| | Person with whom examination changes were discussed | Name and Title |

| 1. Adjustments to Income | Period End 12/31/1985 | Period End | Period End |
|---|---|---|---|
| A. DESERT HIGHLAND VINEYARDS | $ 13,406.00 | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 13,406.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 2,827.00 | | |
| 4. Corrected Taxable Income | 16,233.00 | | |
| Tax Method | TAX TABLE | | |
| Filing Status | SINGLE | | |
| 5. Tax | 2,224.00 | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 2,224.00 | | |
| 8. Less Credits A. POLITICAL CONTRIBUTION | 50.00 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 2,174.00 | | |
| 10. Plus Other Taxes A. SELF EMPLOYMENT TAX | 4,672.80 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 6,846.80 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 4,672.80 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 2,174.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 2,174.00 | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

Department of the Treasury-Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: WILLIAM P SMITH JR | SS or EI Number: [redacted]5413 | Return Form No. 1040 |
|---|---|---|

| 17. Penalties | Period End 12/31/1985 | Period End | Period End |
|---|---|---|---|
| | $ | $ | $ |
| A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 2,174.00 | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | 2,174.00 | | |
| B. Penalties (line 18, page 2) (computed to 11/02/1995) | | | |
| C. Interest (IRC 6601) (computed to 11/02/1995) | 5,340.40 | | |
| D. TMT Interest (computed to 11/02/1995 on TMT underpay) | 2,115.07 | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 9,629.47 | | |

Other Information:

| Examiner's Signature W. J. Luster | District Kansas City Service Center | Date 11/02/1999 |
|---|---|---|

RGS Ver. 4.50.03



Form 4549A-CG (Rev. 1-91)

Name of Taxpayer: WILLIAM P SMITH JR
Identification Number: [redacted] -5415 TOTAL

11/02/1999
4.50.03

198512 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | | |
|---|---|---|
| 1. | Total corrected tax liability, Form 4549, line 11 | 6,846.80 |
| 2. | Total corrected tax liability without regard to tax motivated transactions | 4,672.80 |
| 3. | Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 2,174.00 |
| 4. | Tax Deficiency, Form 4549, line 13 | 2,174.00 |
| 5. | Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 2,174.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| DESERT HIGHLAND VINEYARDS | 13,406.00 |

Name of Taxpayer: WILLIAM P SMITH JR 11/02/1999
Identification Number: [redacted] TOTAL 4.50.03

198512 - TAX PRD INTEREST COMPUTATION TO 11/02/1995

| | | |
|---|---|---|
| Total Tax Deficiency | | 2,174.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 2,174.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1986-06/30/1986 | 76 | 10.00 | 45.74 | 9.26 |
| COMPOUND | 07/01/1986-12/31/1986 | 184 | 09.00 | 103.02 | 21.68 |
| COMPOUND | 01/01/1987-09/30/1987 | 273 | 09.00 | 161.72 | 36.27 |
| COMPOUND | 10/01/1987-12/31/1987 | 92 | 10.00 | 63.41 | 14.94 |
| COMPOUND | 01/01/1988-03/31/1988 | 91 | 11.00 | 70.64 | 17.09 |
| COMPOUND | 04/01/1988-09/30/1988 | 183 | 10.00 | 134.24 | 33.79 |
| COMPOUND | 10/01/1988-12/31/1988 | 92 | 11.00 | 77.17 | 20.17 |
| COMPOUND | 01/01/1989-03/31/1989 | 90 | 11.00 | 77.80 | 20.87 |
| COMPOUND | 04/01/1989-09/30/1989 | 183 | 12.00 | 180.28 | 50.40 |
| COMPOUND | 10/01/1989-12/31/1989 | 92 | 11.00 | 86.80 | 25.24 |
| COMPOUND | 01/01/1990-12/31/1990 | 365 | 11.00 | 369.10 | 114.04 |
| COMPOUND | 01/01/1991-03/31/1991 | 90 | 11.00 | 97.42 | 31.84 |
| COMPOUND | 04/01/1991-12/31/1991 | 275 | 10.00 | 284.91 | 97.01 |
| COMPOUND | 01/01/1992-03/31/1992 | 91 | 09.00 | 88.84 | 31.41 |
| COMPOUND | 04/01/1992-09/30/1992 | 183 | 08.00 | 163.84 | 59.32 |
| COMPOUND | 10/01/1992-12/31/1992 | 92 | 07.00 | 74.17 | 27.44 |
| COMPOUND | 01/01/1993-12/31/1993 | 365 | 07.00 | 308.35 | 117.81 |
| COMPOUND | 01/01/1994-06/30/1994 | 181 | 07.00 | 161.10 | 63.88 |
| COMPOUND | 07/01/1994-09/30/1994 | 92 | 08.00 | 96.18 | 38.88 |
| COMPOUND | 10/01/1994-12/31/1994 | 92 | 09.00 | 110.55 | 45.34 |
| COMPOUND | 01/01/1995-03/31/1995 | 90 | 09.00 | 110.60 | 46.07 |
| COMPOUND | 04/01/1995-06/30/1995 | 91 | 10.00 | 127.21 | 53.84 |
| COMPOUND | 07/01/1995-12/31/1995 | 184 | 09.00 | 239.80 | 103.91 |
| COMPOUND | 01/01/1996-03/31/1996 | 91 | 09.00 | 122.34 | 54.20 |
| COMPOUND | 04/01/1996-06/30/1996 | 91 | 08.00 | 111.07 | 49.88 |
| COMPOUND | 07/01/1996-12/31/1996 | 184 | 09.00 | 261.03 | 119.71 |
| COMPOUND | 01/01/1997-12/31/1997 | 365 | 09.00 | 555.68 | 265.98 |
| COMPOUND | 01/01/1998-03/31/1998 | 90 | 09.00 | 144.88 | 71.73 |
| COMPOUND | 04/01/1998-12/31/1998 | 275 | 08.00 | 410.11 | 208.17 |
| COMPOUND | 01/01/1999-03/31/1999 | 90 | 07.00 | 122.07 | 63.38 |
| COMPOUND | 04/01/1999-11/23/1999 | 237 | 08.00 | 380.33 | 201.52 |

| | | |
|---|---|---|
| Total Interest | 5,340.40 | 2,115.07 |
| Total TMT Interest | 2,115.07 | |
| Total Underpayment | 2,174.00 | |
| Total Penalties | 0.00 | |
| Total Amount Due | 9,629.47 | |

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>WILLIAM P SMITH JR | [redacted]-5413 | YEAR/PERIOD ENDED<br>198512 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| DESERT HIGHLAND VINEYARDS | (31,764.00) | (18,358.00) | 13,406.00 |

WE ADJUSTED YOUR RETURN IN ACCORDANCE WITH THE EXAMINATION RESULTS OF THE PARTNERSHIP RETURN OF WHICH YOU ARE AN INVESTOR.

B341