**No. 03-2028 T**
Consolidated with 04-907 T
(Judge Francis M. Allegra)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

KENNETH C. KEENER,

PLAINTIFF

VS.

UNITED STATES OF AMERICA,

DEFENDANT

**VOLUME 1 TO APPENDIX E TO
PLAINTIFF'S RESPONSE IN OPPOSITION TO THE MOTION OF THE
UNITED STATES FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINTS
AND BRIEF IN SUPPORT**

THOMAS E. REDDING, Lead Counsel
TERESA J. WOMACK
SALLIE W. GLADNEY
REDDING & ASSOCIATES, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
Telephone: (713) 965-9244
Telecopier: (713) 621-5227
Attorneys for Plaintiffs
Kenneth C. Keener and
William P. Smith, Jr. and Anne Smith

**No. 03-2028 T**
Consolidated with 04-907 T
(Judge Francis M. Allegra)

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

KENNETH C. KEENER,
PLAINTIFF

VS.

UNITED STATES OF AMERICA,
DEFENDANT

**VOLUME 1 TO APPENDIX E TO PLAINTIFF'S RESPONSE IN OPPOSITION TO THE MOTION OF THE UNITED STATES FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINTS AND BRIEF IN SUPPORT**


| Exhibit | Document | Bates Pages |
|---|---|---|
| 1 | 1984 AV2 Schedule K-1 for Keener | E1 |
| 2 | 1984 IRS Record of Account for Keener | E2 |
| 3 | Excerpts from 1984 Form 1040 for Keener | E3-E5 |
| 4 | 1984 RGA Schedule K-1 for Smith | E6 |
| 5 | 1984 IRS Record of Account for Smith | E7-E8 |
| 6 | 1984 and 1985 Form 4549A-CG for Smith | E9-E20 |
| 7 | Letter Dated November 5, 1999, from IRS to Smith re: 1986 | E21 |
| 8 | Excerpts from 1985 Form 1040 for Keener | E22-E23 |
| 9 | 1985 AVF Schedule K-1 for Keener | E24 |
| 10 | 1985 IRS Record of Account for Keener | E25 |
| 11 | 1985 DHV Schedule K-1 for Smith | E26 |
| 12 | 1985 IRS Record of Account for Smith | E27-E28 |
| 13 | 1985 Form 4549A-CG for Smith | E29-E33 |
| 14 | 1986 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Smith for DHV | E34-E35 |
| 15 | 1984 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Smith for RGA | E36-E37 |
| 16 | 1985 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Smith for RGA | E38-E39 |

| Exhibit | Document | Bates Pages |
|---|---|---|
| 17 | 1986 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Smith for RGA | E40-E41 |
| 18 | 1984 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Keener for AV2 | E42-E43 |
| 19 | 1985 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Keener for AV2 | E44-E46 |
| 20 | 1986 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Keener for AV2 | E47-E48 |
| 21 | 1985 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Keener for AVF | E49-E51 |
| 22 | 1986 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Keener for AVF | E52-E53 |
| 23 | 1981 Notice of Tax Due on Federal Tax Return for Smith | E54 |
| 24 | 1984 Notice of Tax Due on Federal Tax Return for Smith | E55 |
| 25 | 1985 Notice of Tax Due on Federal Tax Return for Smith | E56 |
| 26 | 1981 Form 4549A-CG for Smith | E57-E64 |
| 27 | Notice of Disallowance dated May 23, 2002 for Smith | E65 |

Respectfully,

/s/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

AGRI-VENTURE-II 159 7536-17 01824 195

**Schedule K - 1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

for calendar year 1984 or fiscal year beginning , and ending

OMB No. 1545-0099

**1984**

**Partner's identifying number** ▶ [redacted]5770

Partner's name, address, and ZIP code PA[redacted]O 96
KENNETH KEENER
1507A HAROLD
HOUSTON, TX 77006

**Partnership's identifying number** ▶ 33-0053999

Partnership's name, address, and ZIP code
AGRI-VENTURE-II
C/O AMERICAN AGRI-CORP
5000 BIRCH ST., STE 610 EAST TOWER
NEWPORT BEACH
CA 92660

A Is partner a general partner (see page 3 of Instructions for Form 1065)? ☐ YES ☒ NO

B Partner's share of liabilities (see page 10 of Instructions for Form 1065):
Nonrecourse $ NA
Other $ 118,945.

C What type of entity is this partner? ▶ INDIVIDUAL

D Enter partner's percentage of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.621400% |
| Loss sharing | % | 0.621400% |
| Ownership of capital | % | 0.621400% |

E IRS Center where partnership filed return ▶ FRESNO, CA

F Reconciliation of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Ordinary income (loss) from line 1 |
|---|---|---|
| | 50,000. | -151,142. |

| (d) Income not included in column (c) plus nontaxable income | (e) Losses not included in column (c), plus unallowable deductions | (f) Withdrawals and distributions | (g) Capital account at end of year |
|---|---|---|---|
| | | | -101,142. |

| | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) | -151,142. | Sch. E, Part II, col. (d) or (e) |
| | 2 Guaranteed payments | | Sch. E, Part II, column (e) |
| | 3 Dividends qualifying for exclusion | | Sch. B, Part II, line 4 |
| | 4 Net short-term capital gain (loss) | | Sch. D, line 4, col. f. or g. |
| | 5 Net long-term capital gain (loss) | | Sch. D, line 12, col. f. or g. |
| | 6 Net gain (loss) from involuntary conversions due to casualty or theft | | (See Partner's instructions for Schedule K-1 (Form 1065)) |
| | 7 Other net gain (loss) under section 1231 | | Form 4797, line 1 |
| | 8 Other | | (Enter on applicable lines of your return) |
| Deductions | 9 Charitable contributions: 50% ......, 30% ......, 20% ...... | | See Form 1040 instructions |
| | 10 Expense deduction for recovery property (section 179) | | (See Partner's instructions for Schedule K-1 (Form 1065)) |
| | 11 a Payments for partner to an IRA | | See Form 1040 instructions |
| | b Payments for partner to a Keogh Plan (Type of plan ▶ ) | | Form 1040, line 27 |
| | c Payments for partner to Simplified Employee Pension (SEP) | | Form 1040, line 27 |
| | 12 Other | | (Enter on applicable lines of your return) |
| Credits | 13 Jobs credit | | Form 5884 |
| | 14 Credit for alcohol used as fuel | | Form 6478 |
| | 15 Credit for income tax withheld | | See Form 1040 instructions |
| | 16 Other | | (Enter on applicable lines of your return) |
| Self-employment | 17 a Net earnings (loss) from self-employment | | Sch. SE, Part I |
| | b Gross farming or fishing income | | (See Partner's instructions for Schedule K-1 (Form 1065)) |
| | c Gross nonfarm income | | (See Partner's instructions for Schedule K-1 (Form 1065)) |
| Tax Preference Items | 18 a Accelerated depreciation on nonrecovery real property or 15-year or 18-year real property | | Form 6251, line 4c |
| | b Accelerated depreciation on leased personal property or leased recovery property other than 15-year or 18-year real property | | Form 6251, line 4d |
| | c Depletion (other than oil and gas) | | Form 6251, line 4i |
| | d (1) Gross income from oil, gas, and geothermal properties | | See Form 6251 instructions |
| | (2) Deductions allocable to oil, gas, and geothermal properties | | See Form 6251 instructions |
| | e (1) Qualified investment income included in line 1 above | 124. | (See Partner's instructions for Schedule K-1 (Form 1065)) |
| | (2) Qualified investment expenses included in line 1 above | 151,267. | (See Partner's instructions for Schedule K-1 (Form 1065)) |
| | f Other | | (See Partner's instructions for Schedule K-1 (Form 1065)) |

**For Paperwork Reduction Act Notice, see Form 1065 Instructions.** 95-2396893

**PLAINTIFFS' EXHIBIT 1**

PPID 7640814086 [redacted]-5770
PAGE NO-0001

IRS EMPLOYEE 7640814086

DATE REQUESTED 11-19-1999

PRINT DATE 11-19-1999

FORM NUMBER: 1040

TAX PERIOD: DEC 1984

TAXPAYER IDENTIFICATION NUMBER: [redacted]-5770

KENNETH C KEENER
4700 BALCONES DR
AUSTIN TX 78731-5307-009

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 05-11-1998
ACCRUED PENALTY: 0.00 AS OF 05-11-1998

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

** EXEMPTIONS: 01 **FILING STATUS: SINGLE
** ADJUSTED GROSS INCOME: 201,329.82
** TAXABLE INCOME: 178,466.30
TAX PER RETURN: 49,545.25 N. AMERICAN IND. CLASS SYS CD:

** PER RETURN OR AS ADJUSTED

05-13-1985 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
10-1985 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED | 06-10-1985 | 49,545.25 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 05-13-1985 | 80,528.08- |
| 716 | OVERPMT CREDIT APPLIED FROM PRIOR TAX PERIOD | 04-15-1984 | 468.40- |
| 460 | EXTENSION OF TIME FOR FILING 08-15-1985 | 04-15-1985 | |
| 836 | OVERPAYMENT CREDIT ELECT TO NEXT PERIOD TAX | 04-15-1985 | 15,000.00 |
| 846 | REFUND OF OVERPAYMENT | 06-10-1985 | 16,451.23 |
| 960 | RECEIVED POA/TIA | 07-07-1990 | |
| 962 | UPDATED POA/TIA | 08-11-1990 | |
| 673 | SUBSEQUENT PAYMENT | 10-02-1995 | 91,542.91- |
| 640 | ADVANCE PAYMENT OF EXAMINATION DEFICIENCY CASH BOND PAYMENT | 10-02-1995 | 91,542.91- |
| 672 | CORRECT SUBSEQUENT PYMT PROCESSED IN ERROR | 10-02-1995 | 91,542.91 |
| 961 | REMOVED POA/TIA | 05-24-1997 | |
| 560 | ASSESSMENT STATUTE EXPIRATION DATE EXTENDED TO 04-27-1998 | 08-08-1997 | |
| 340 | INTEREST ASSESSMENT | 03-02-1998 | 61,904.09 |
| 770 | INTEREST APPLIED TO ACCOUNT | 03-02-1998 | 0.00 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION | 03-02-1998 | 27,231.00 |
| 846 | REFUND OF OVERPAYMENT | 03-02-1998 | 2,407.82 |

PLAINTIFFS' EXHIBIT 2

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return 1984**

For the year January 1-December 31, 1984, or other tax year beginning ______, 1984, ending ______, 19__ OMB No. 1545-0074

Use IRS label. Otherwise, please print or type.

Your first name and initial (if joint return, also give spouse's name and initial): Kenneth C.
Last name: Keener
Your social security number: [redacted]770
Present home address (Number and street, including apartment number, or rural route): 1507-A Harold
Spouse's social security number:
City, town or post office, State, and ZIP code: Houston, Texas 77006
Your occupation: Attorney
Spouse's occupation:

**Presidential Election Campaign**
Do you want $1 to go to this fund? Yes / No
If joint return, does your spouse want $1 to go to this fund? Yes / No
Note: Checking "Yes" will not change your tax or reduce your refund.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

## Filing Status

Check only one box.

1 [x] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here.
4 [ ] Head of household (with qualifying person). (See page 5 of Instructions.) If the qualifying person is your unmarried child but not your dependent, write child's name here.
5 [ ] Qualifying widow(er) with dependent child (Year spouse died ▶ 19 ). (See page 6 of Instructions.)

## Exemptions

Always check the box labeled Yourself. Check other boxes if they apply.

6a [x] Yourself [ ] 65 or over [ ] Blind
b [ ] Spouse [ ] 65 or over [ ] Blind
Enter number of boxes checked on 6a and b ▶ 1
c First names of your dependent children who lived with you
Enter number of children listed on 6c ▶
d Other dependents:

| (1) Name | (2) Relationship | (3) Number of months lived in your home | (4) Did dependent have income of $1,000 or more? | (5) Did you provide more than one-half of dependent's support? |
|---|---|---|---|---|
| | | | | |

Enter number of other dependents ▶
e Total number of exemptions claimed (also complete line 36). Add numbers entered in boxes above ▶ 1

## Income

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 4 of Instructions.

Please attach check or money order here.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. | 7 | 319,156 29 |
| 8 | Interest income (also attach Schedule B if over $400) | 8 | 4,120 38 |
| 9a | Dividends (also attach Schedule B if over $400) 1,420 35, 9b Exclusion 100 00 | | |
| c | Subtract line 9b from line 9a and enter the result | 9c | 1,320 35 |
| 10 | Refunds of State and local income taxes, from the worksheet on page 9 of Instructions (do not enter an amount unless you itemized deductions for those taxes in an earlier year—see page 9) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) (attach Schedule C) | 12 | |
| 13 | Capital gain or (loss) (attach Schedule D) | 13 | 9,040 40 |
| 14 | 40% of capital gain distributions not reported on line 13 (see page 9 of Instructions) | 14 | |
| 15 | Supplemental gains or (losses) (attach Form 4797) | 15 | |
| 16 | Fully taxable pensions, IRA distributions, and annuities not reported on line 17 | 16 | 5,324 40 |
| 17a | Other pensions and annuities, including rollovers. Total received 17a | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 | (190,092 00) |
| 19 | Farm income or (loss) (attach Schedule F) | 19 | |
| 20a | Unemployment compensation (insurance). Total received 20a | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | 20b | |
| 21a | Social security benefits. (see page 10 of Instructions) 21a | | |
| b | Taxable amount, if any, from the worksheet on page 11 of Instructions | 21b | |
| 22 | Other income (state nature and source—see page 11 of Instructions) | 22 | |
| 23 | Add lines 7 through 22. This is your **total income** ▶ | 23 | 148,869 82 |

## Adjustments to Income

(See Instructions on page 11.)

| Line | Description | | | | Amount |
|---|---|---|---|---|---|
| 24 | Moving expense (attach Form 3903 or 3903F) | 24 | | | |
| 25 | Employee business expenses (attach Form 2106) | 25 | | | |
| 26a | IRA deduction, from the worksheet on page 12 | 26a | 2,000 00 | | |
| b | Enter here IRA payments you made in 1985 that are included in line 26a above ▶ | | | | |
| 27 | Payments to a Keogh (H.R. 10) retirement plan | 27 | | | |
| 28 | Penalty on early withdrawal of savings | 28 | | | |
| 29 | Alimony paid | 29 | | | |
| 30 | Deduction for a married couple when both work (attach Schedule W) | 30 | | | |
| 31 | Add lines 24 through 30. These are your **total adjustments** ▶ | | | 31 | 2,000 00 |

## Adjusted Gross Income

| Line | Description | | Amount |
|---|---|---|---|
| 32 | Subtract line 31 from line 23. This is your **adjusted gross income**. If this line is less than $10,000, see "Earned Income Credit" (line 59) on page 16 of Instructions. If you want IRS to figure your tax, see page 12 of Instructions. | 32 | 146,869 82 |

PLAINTIFFS' EXHIBIT 3

E3

COPY

Form 1040 (1984) Page

## Tax Computation

(See Instructions on page 13.)

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 33 | Amount from ...32 (adjusted gross income) | | | 33 | 146,869 82 |
| 34a | If you itemize, attach Schedule A (Form 1040) and enter the amount from Schedule A, line 26. Caution: If you have unearned income and can be claimed as a dependent on your parent's return, check here ▶ ☐ and see page 13 of the Instructions. Also see page 13 if: • You are married filing a separate return and your spouse itemizes deductions, OR • You file Form 4563, OR • You are a dual-status alien. | | | 34a | 21,863 52 |
| 34b | If you do not itemize deductions, and you have charitable contributions, complete the worksheet on page 14. Then enter the allowable part of your contributions here | | | 34b | |
| 35 | Subtract line 34a or 34b, whichever applies, from line 33 | | | 35 | 125,006 30 |
| 36 | Multiply $1,000 by the total number of exemptions claimed on Form 1040, line 6e | | | 36 | 1,000 00 |
| 37 | Taxable Income. Subtract line 36 from line 35. | | | 37 | 124,006 30 |
| 38 | Tax. Enter tax here and check if from ☐ Tax Table, ☒ Tax Rate Schedule X, Y, or Z, or ☐ Schedule G | | | 38 | 49,938 15 |
| 39 | Additional Taxes. (See page 14 of Instructions.) Enter here and check if from ☐ Form 4970, ☐ Form 4972, or ☐ Form 5544 | | | 39 | |
| 40 | Add lines 38 and 39. Enter the total ▶ | | | 40 | 49,938 15 |

## Credits

(See Instructions on page 14.)

| Line | Description | Line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 41 | Credit for child and dependent care expenses *(attach Form 2441)* | 41 | | | |
| 42 | Credit for the elderly and the permanently and totally disabled *(attach Schedule R)* | 42 | | | |
| 43 | Residential energy credit *(attach Form 5695)* | 43 | 254 40 | | |
| 44 | Partial credit for political contributions for which you have receipts | 44 | | | |
| 45 | Add lines 41 through 44. These are your total personal credits | | | 45 | 254 40 |
| 46 | Subtract line 45 from 40. Enter the result (but not less than zero) | | | 46 | 49,683 75 |
| 47 | Foreign tax credit *(attach Form 1116)* | 47 | | | |
| 48 | General business credit. Check if from ☐ Form 3800, ☒ Form 3468, ☐ Form 5884, ☐ Form 6478 | 48 | 138 50 | | |
| 49 | Add lines 47 and 48. These are your total business and other credits | | | 49 | 138 50 |
| 50 | Subtract line 49 from 46. Enter the result (but not less than zero). ▶ | | | 50 | 49,545 25 |

## Other Taxes

(Including Advance EIC Payments)

| Line | Description | Line | Amount |
|---|---|---|---|
| 51 | Self-employment tax *(attach Schedule SE)* | 51 | |
| 52 | Alternative minimum tax *(attach Form 6251)* | 52 | |
| 53 | Tax from recapture of investment credit *(attach Form 4255)* | 53 | |
| 54 | Social security tax on tip income not reported to employer *(attach Form 4137)* | 54 | |
| 55 | Tax on an IRA *(attach Form 5329)* | 55 | |
| 56 | Add lines 50 through 55. This is your **total tax** ▶ | 56 | 49,545 25 |

## Payments

Attach Forms W-2, W-2G, and W-2P to front.

| Line | Description | Line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 57 | Federal income tax withheld | 57 | 80,528 08 | | |
| 58 | 1984 estimated tax payments and amount applied from 1983 return | 58 | | | |
| 59 | Earned income credit. If line 33 is under $10,000, see page 16 | 59 | | | |
| 60 | Amount paid with Form 4868 | 60 | | | |
| 61 | Excess social security tax and RRTA tax withheld (two or more employers) | 61 | | | |
| 62 | Credit for Federal tax on gasoline and special fuels *(attach Form 4136)* | 62 | | | |
| 63 | Regulated Investment Company credit *(attach Form 2439)* | 63 | | | |
| 64 | Add lines 57 through 63. These are your **total payments** ▶ | | | 64 | 80,528 08 |

## Refund or Amount You Owe

| Line | Description | Line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 65 | If line 64 is larger than line 56, enter amount **OVERPAID** ▶ | | | 65 | 30,982 83 |
| 66 | Amount of line 65 to be **REFUNDED TO YOU** ▶ | | | 66 | 15,982 83 |
| 67 | Amount of line 65 to be applied to your 1985 estimated tax ▶ | 67 | 15,000 00 | | |
| 68 | If line 56 is larger than line 64, enter **AMOUNT YOU OWE**. Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number and "1984 Form 1040" on it ▶ (Check ▶ ☐ if Form 2210 (2210F) is attached. See page 17 of Instructions.) $ | | | 68 | |

## Please Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Kenneth C. Keeper 5-9-85 ▶

Your signature — Date — Spouse's signature (If filing jointly, BOTH must sign)

## Paid Preparer's Use Only

Preparer's signature ▶ [signature] — Date 05-07-85 — Check if self-employed ☒ — Preparer's social security no. [redacted]

Firm's name (or yours, if self-employed) and address ▶ Roger H. Farver, 619 South Ripple Creek Drive, Houston, Texas — E.I. No. — ZIP code 77057



E4

COPY

Kenneth C. Keener [redacted]5770

U.S. Individual Income Tax Return
Year 1984

| Partnership losses - Schedule E, part 11 | | Schedule 1 |
|---|---|---|
| Louetta Stuebner 6.1, Ltd. | 74-2149134 | 369 |
| Louetta Steubner 5.2, Ltd | 74-2151782 | 386 |
| Aldine Westfield Phase 11, Ltd. | 76-0052662 | 235 |
| Bear Creek 3.3, Ltd. | 76-0085047 | 3,762 |
| Walters/1960 3.0, Ltd. | 76-0123654 | 2,709 |
| Richey/1960 2.9, Ltd. | 76-0124942 | 1,830 |
| Agri-Venture 11 | 33-0053999 | 151,142 |
| Keener-Massey Apartments | 74-6211523 | 587 |
| Meadows at Interwood No. 1, Ltd. | 76-0098314 | 2,112 |
| Vanguard Residential 83-2, Ltd. | 76-0090956 | 1,655 |
| Vanguard Oil 84L-1 | 76-0120444 | 25,305 |
| | | 190,092 |

...UVE GRAPE ASSOCIAT--

126 7520-07 01041 159

...ule K - 1
(...1065)
...ent of the Treasury
...l Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

for calendar year 1984 or fiscal year beginning ..., and ending ...

OMB No. 1545-0099

**1984**

...tner's identifying number ▶ [redacted]-5413

...artner's name, address, and ZIP code PA[redacted]NO 78

WILLIAM SMITH, JR.
937 BRIARWOOD
BARTLESVILLE, OK 74006

Partnership's identifying number ▶ 33-0053994

Partnership's name, address, and ZIP code

RICHGROVE GRAPE ASSOCIATES
C/O AMERICAN AGRI-CORP
5000 BIRCH ST., STE. 610, EAST TOWER
NEWPORT BEACH
CA 92660

A Is partner a general partner (see page 3 of Instructions for Form 1065)? ☐ YES ☒ NO

B Partner's share of liabilities (see page 10 of Instructions for Form 1065):
Nonrecourse $ NA
Other $ 34,684.

C What type of entity is this partner? ▶ INDIVIDUAL

D Enter partner's percentage of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.909500% |
| Loss sharing | % | 0.909500% |
| Ownership of capital | % | 0.909500% |

E IRS Center where partnership filed return ▶ FRESNO, CA

F Reconciliation of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Ordinary income (loss) from line 1 |
|---|---|---|
| | 20,000. | -44,377. |

| (d) Income not included in column (c), plus nontaxable income | (e) Losses not included in column (c), plus unallowable deductions | (f) Withdrawals and distributions | (g) Capital account at end of year |
|---|---|---|---|
| | | | -24,377. |

| | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) | -44,377. | Sch. E, Part II, col. (d) or (e) |
| | 2 Guaranteed payments | | Sch. E, Part II, column (e) |
| | 3 Dividends qualifying for exclusion | | Sch. B, Part II, line 4 |
| | 4 Net short-term capital gain (loss) | | Sch. D, line 4, col. f. or g. |
| | 5 Net long-term capital gain (loss) | | Sch. D, line 12, col. f. or g. |
| | 6 Net gain (loss) from involuntary conversions due to casualty or theft | | (See Partner's instructions for Schedule K-1 (Form 1065)) |
| | 7 Other net gain (loss) under section 1231 | | Form 4797, line 1 |
| | 8 Other | | (Enter on applicable lines of your return) |
| Deductions | 9 Charitable contributions: 50% ..., 30% ..., 20% ... | | See Form 1040 instructions |
| | 10 Expense deduction for recovery property (section 179) | | (See Partner's instructions for Schedule K-1 (Form 1065)) |
| | 11 a Payments for partner to an IRA | | See Form 1040 instructions |
| | b Payments for partner to a Keogh Plan (Type of plan ▶ ...) | | Form 1040, line 27 |
| | c Payments for partner to Simplified Employee Pension (SEP) | | Form 1040, line 27 |
| | 12 Other | | (Enter on applicable lines of your return) |
| Credits | 13 Jobs credit | | Form 5884 |
| | 14 Credit for alcohol used as fuel | | Form 6478 |
| | 15 Credit for income tax withheld | | See Form 1040 instructions |
| | 16 Other | | (Enter on applicable lines of your return) |
| Self-employment | 17 a Net earnings (loss) from self-employment | | Sch. SE, Part I |
| | b Gross farming or fishing income | | (See Partner's instructions for Schedule K-1 (Form 1065)) |
| | c Gross nonfarm income | | (See Partner's instructions for Schedule K-1 (Form 1065)) |
| Tax Preference Items | 18 a Accelerated depreciation on nonrecovery real property or 15-year or 18-year real property | | Form 6251, line 4c |
| | b Accelerated depreciation on leased personal property or leased recovery property other than 15-year or 18-year real property | | |
| | c Depletion (other than oil and gas) | | Form 6251, line 4d |
| | d (1) Gross income from oil, gas, and geothermal properties | | Form 6251, line 4i |
| | (2) Deductions allocable to oil, gas, and geothermal properties | | See Form 6251 instructions |
| | e (1) Qualified investment income included in line 1 above | | See Form 6251 instructions |
| | (2) Qualified investment expenses included in line 1 above | 79. | (See Partner's instructions for Schedule K-1 (Form 1065)) |
| | f Other | 44,456. | (See Partner's instructions for Schedule K-1 (Form 1065)) (See Partner's instructions for Schedule K-1 (Form 1065)) |

For Paperwork Reduction Act Notice, see Form 1065 Instructions.

95-2396893

PLAINTIFFS' EXHIBIT 4

PAGE NO-0001 IRS EMPLOYEE 0644014086

DATE REQUESTED 02-13-2002 PRINT DATE 02-13-2002

FORM NUMBER: 1040 TAX PERIOD: DEC 1984

TAXPAYER IDENTIFICATION NUMBER: [redacted]-5413

WILLIAM P SMITH JR

\- BODC-SB BODCLC-V

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 01-08-2001 |
| ACCRUED PENALTY: | 0.00 | AS OF 01-08-2001 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** EXEMPTIONS: 01 **FILING STATUS: SINGLE
** ADJUSTED GROSS INCOME: 40,881.00
** TAXABLE INCOME: 15,618.00
TAX PER RETURN: 4,271.00

** PER RETURN OR AS ADJUSTED

07 [illegible]5-1985 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
[illegible] [illegible]9-1985 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 18221187070415 | 08-19-1985 | 4,271.00 |
| 430 | ESTIMATED TAX DECLARATION | 04-16-1984 | 6,481.00- |
| 430 | ESTIMATED TAX DECLARATION | 06-14-1984 | 1,000.00- |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 08-15-1985 | 04-15-1985 | |
| 836 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-15-1985 | 3,210.00 |
| 960 | RECEIVED POA/TIA | 07-07-1990 | |
| 673 | SUBSEQUENT PAYMENT | 11-02-1995 | 2,575.00- |
| 672 | SUBSEQUENT PAYMENT CORRECTED | 11-02-1995 | 2,575.00 |
| 640 | ADVANCE PAYMENT OF DEFICIENCY | 11-02-1995 | 892.94- |
| 961 | REMOVED POA/TIA | 03-29-1997 | |
| 640 | ADVANCE PAYMENT OF DEFICIENCY | 02-23-1999 | 3,525.40- |
| 560 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 04-08-2000 | 06-01-1999 | |
| 977 | AMENDED RETURN FILED 29277-432-01331-0 | 12-31-1999 | 0.00 |

****************************CONTINUED ON NEXT PAGE****************************

PLAINTIFFS' EXHIBIT 5

PAGE NO-0002

IRS EMPLOYEE 0644014086

| | | | |
|---|---|---|---|
| 642 | CORRECTION OF ADVANCED PAYMENT OF DEFICIENC | 11-02-1995 | 1,682.06 |
| 643 | ADVANCE PAYMENT OF DEFICIENCY | 11-02-1995 | 1,682.06- |
| 642 | CORRECTION OF ADVANCED PAYMENT OF DEFICIENC | 02-23-1999 | 3,514.60 |
| | ADVANCE PAYMENT OF DEFICIENCY | 02-23-1999 | 3,514.60- |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>18247-482-08005-0 200013 | 04-10-2000 | 0.00 |
| 960 | RECEIVED POA/TIA | 03-20-2000 | |
| 300 | QUICK ASSESSMENT<br>09251-076-13303-0 | 03-16-2000 | 848.00 |
| 190 | INTEREST ASSESSED<br>200014 | 03-16-2000 | 44.94 |
| 196 | INTEREST ASSESSED<br>200014 | 04-17-2000 | 1,901.55 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED<br>1040 198512<br>200050 | 02-23-1999 | 1,623.85 |
| 290 | ADDITIONAL TAX ASSESSED<br>09254-739-05834-0 200050 | 12-25-2000 | 0.00 |
| 341 | RESTRICTED INTEREST ABATED | 01-01-2001 | 34.53- |
| 290 | ADDITIONAL TAX ASSESSED<br>09254-739-18064-0 200051 | 01-01-2001 | 0.00 |
| 846 | REFUND | 01-01-2001 | 34.53 |