Internal Revenue Service
Kansas City, MO 64999

Mail Stop 4100 A10

Department of the Treasury

Date NOV 9 1999

**Contact Person:** W. J. Luster
**Badge NO:** 09-01985
Report Writing Unit
Telephone Number: (913) 344-7670
(NOT TOLL FREE)
6:00 a.m.-3:30 p.m.--Monday-Thursday

FAX Number: (913) 696-6305

Taxpayer Identification Number:
[redacted]5413
Tax Yea[redacted]984 and 1985

William P. Smith Jr.
5120 E Frank Phillips Blvd
Bartlesville, OK 74006-8202

Dear Mr. Smith:

Enclosed are the tax calculations resulting from adjustments made on your flow-through investment. The enclosed report shows how adjustments made to the Richgrove Grape Associates and Desert Highland Vineyards affected your individual income tax return. The tax calculation report, Form 4549A-CG, does not require an agreement signature; it should be kept for your records. If you owe additional tax, you will receive a bill for the additional tax and interest. If you are due a refund, it will be sent to you after all other outstanding issues are resolved. Also, if you owe on other tax years, your refund may be used to offset any outstanding amounts.

If you have any questions about this matter, please write to the contact person shown at the top of this letter. Attach a copy of this letter to any correspondence to help us identify your case. Also, in the event that we need more information, please provide your telephone number and the most convenient time for us to call.

You may also call the telephone number shown above. If the number is outside your local calling area, there will be a long distance charge to you. If you prefer, you may call the Internal Revenue Service office listed in your local directory. An IRS employee there may be able to help you, but the office at the above address is most familiar with your case.

Thank you.

Sincerely,

Nancy L. Jones
Chief, Examination Branch

Enclosures:
Form 4549A-CG
Publication 1
Notice 609

**KCSC-FL 83(Rev. 9/90)**

**PLAINTIFFS' EXHIBIT 6**

Important Notice Regarding Payment

Our report of changes to your income Tax return resulted in additional Tax. The enclosed interest computation is for your convenience. It is only an Estimate, and it does not include any payments on your account. It would Be to your advantage to pay the amount due as soon as possible to reduce Further interest charges. Please help us resolve this matter by mailing Your payment in the enclosed envelope within 15 days from the date of this Letter. Please show your Social Security Number and the tax year for which the payment is intended on your check to properly identify your account. Your payment will be applied to your balance due and a notice will be sent reconciling your account.

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | Return Form No. |
|---|---|---|
| WILLIAM P SMITH JR<br>5120 E FRANK PHILLIPS BLVD<br><br>BARTLESVILLE OK 74006-8202 | [redacted]-5413 | 1040 |
| | Person with whom examination changes were discussed | Name and Title |

| 1. Adjustments to Income | Period End 12/31/1984 | Period End | Period End |
|---|---|---|---|
| A. RICHGROVE GRAPE ASSOCIATE | $ 17,175.00 | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 17,175.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | (1,557.00) | | |
| 4. Corrected Taxable Income | 15,618.00 | | |
| Tax Method | TAX TABLE | | |
| Filing Status | SINGLE | | |
| 5. Tax | 2,145.00 | | |
| 6. Additional Taxes | | | |
| Corrected Tax Liability | 2,145.00 | | |
| 8. Less Credits A. POLITICAL CONTRIBUTION | 50.00 | | |
| B. GENERAL BUSINESS CREDIT | 1,247.00 | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 848.00 | | |
| 10. Plus Other Taxes A. SELF EMPLOYMENT TAX | 4,271.00 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 5,119.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 4,271.00 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 848.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 848.00 | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: WILLIAM P SMITH JR | SS or EI Number: [redacted]413 | Return Form No. 1040 |
|---|---|---|

| Penalties | Period End 12/31/1984 | Period End | Period End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | 848.00 | | |
| B. Penalties (line 18, page 2) (computed to 11/02/1995) | | | |
| C. Interest (IRC 6601) (computed to 11/02/1995) | 1,475.15 | | |
| D. TMT Interest (computed to 11/02/1995 on TMT underpay) | | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 2,323.15 | | |

Other Information:

| Examiner's Signature | District | Date |
|---|---|---|
| W. J. Luster | Kansas City Service Center | 11/02/1999 |

Name Of Taxpayer: WILLIAM P SMITH JR 11/02/1999
Identification Number: 4[redacted]413 TOTAL 4.50.03

198412 FORM 3800 - GENERAL BUSINESS CREDIT

| | | |
|---|---|---|
| 1. | Tentative Investment Credit | 0.00 |
| 2. | Tentative Jobs Credit | 0.00 |
| 3. | Tentative Alcohol Used as Fuel Credit | 0.00 |
| 5. | Carrybacks and Carryovers | 1,247.00 |
| 6. | Total Available Credit subject to Limitation | 1,247.00 |
| 7. | Income Tax liability as adjusted | 2,095.00 |
| 8. | General Business Credit Limitation | 2,095.00 |
| 9. | General Business Credit as Corrected | 1,247.00 |
| 10. | General Business Credit available for carryover or carryback | 0.00 |

Name of Taxpayer: WILLIAM P SMITH JR 11/02/1999
Identification Number: [redacted]5413 TOTAL 4.50.03

198412 - TAX PRD INTEREST COMPUTATION TO 11/02/1995

| | | |
|---|---|---|
| Total Tax Deficiency | | 848.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 848.00 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| COMPOUND | 04/15/1985-06/30/1985 | 76 | 13.00 | 23.26 |
| COMPOUND | 07/01/1985-12/31/1985 | 184 | 11.00 | 49.67 |
| COMPOUND | 01/01/1986-06/30/1986 | 181 | 10.00 | 46.81 |
| COMPOUND | 07/01/1986-12/31/1986 | 184 | 09.00 | 44.91 |
| COMPOUND | 01/01/1987-09/30/1987 | 273 | 09.00 | 70.50 |
| COMPOUND | 10/01/1987-12/31/1987 | 92 | 10.00 | 27.64 |
| COMPOUND | 01/01/1988-03/31/1988 | 91 | 11.00 | 30.79 |
| COMPOUND | 04/01/1988-09/30/1988 | 183 | 10.00 | 58.52 |
| COMPOUND | 10/01/1988-12/31/1988 | 92 | 11.00 | 33.64 |
| COMPOUND | 01/01/1989-03/31/1989 | 90 | 11.00 | 33.92 |
| COMPOUND | 04/01/1989-09/30/1989 | 183 | 12.00 | 78.60 |
| COMPOUND | 10/01/1989-12/31/1989 | 92 | 11.00 | 37.84 |
| COMPOUND | 01/01/1990-12/31/1990 | 365 | 11.00 | 160.91 |
| COMPOUND | 01/01/1991-03/31/1991 | 90 | 11.00 | 42.47 |
| COMPOUND | 04/01/1991-12/31/1991 | 275 | 10.00 | 124.21 |
| COMPOUND | 01/01/1992-03/31/1992 | 91 | 09.00 | 38.73 |
| COMPOUND | 04/01/1992-09/30/1992 | 183 | 08.00 | 71.43 |
| COMPOUND | 10/01/1992-12/31/1992 | 92 | 07.00 | 32.34 |
| COMPOUND | 01/01/1993-12/31/1993 | 365 | 07.00 | 134.43 |
| COMPOUND | 01/01/1994-06/30/1994 | 181 | 07.00 | 70.23 |
| COMPOUND | 07/01/1994-09/30/1994 | 92 | 08.00 | 41.93 |
| COMPOUND | 10/01/1994-12/31/1994 | 92 | 09.00 | 48.19 |
| COMPOUND | 01/01/1995-03/31/1995 | 90 | 09.00 | 48.22 |
| COMPOUND | 04/01/1995-06/30/1995 | 91 | 10.00 | 55.46 |
| COMPOUND | 07/01/1995-11/02/1995 | 125 | 09.00 | 70.50 |

| | |
|---|---|
| Total Interest | 1,475.15 |
| Total Underpayment | 848.00 |
| Total Penalties | 0.00 |
| Total Amount Due | 2,323.15 |

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>WILLIAM P SMITH JR | [redacted]5413 | YEAR/PERIOD ENDED<br>198412 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| RICHGROVE GRAPE ASSOCIATE | (44,377.00) | (27,202.00) | 17,175.00 |

WE ADJUSTED YOUR RETURN IN ACCORDANCE WITH THE EXAMINATION RESULTS OF THE PARTNERSHIP RETURN OF WHICH YOU ARE AN INVESTOR.

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | | Return Form No. |
|---|---|---|---|
| WILLIAM P SMITH JR<br>5120 E FRANK PHILLIPS BLVD<br><br>BARTLESVILLE OK 74006-8202 | [redacted]413 | | 1040 |
| | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Period End 12/31/1985 | Period End | Period End |
|---|---|---|---|
| A. DESERT HIGHLAND VINEYARDS | $ 13,406.00 | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 13,406.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 2,827.00 | | |
| 4. Corrected Taxable Income | 16,233.00 | | |
| Tax Method | TAX TABLE | | |
| Filing Status | SINGLE | | |
| 5. Tax | 2,224.00 | | |
| 6. Additional Taxes | | | |
| Corrected Tax Liability | 2,224.00 | | |
| 8. Less Credits A. POLITICAL CONTRIBUTION | 50.00 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 2,174.00 | | |
| 10. Plus Other Taxes A. SELF EMPLOYMENT TAX | 4,672.80 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 6,846.80 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 4,672.80 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 2,174.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 2,174.00 | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: WILLIAM P SMITH JR | SS or EI Number: [redacted]413 | Return Form No. 1040 |
|---|---|---|

| 17. Penalties | Period End 12/31/1985 | Period End | Period End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 2,174.00 | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | 2,174.00 | | |
| B. Penalties (line 18, page 2) (computed to 11/02/1995) | | | |
| C. Interest (IRC 6601) (computed to 11/02/1995) | 5,340.40 | | |
| . TMT Interest (computed to 11/02/1995 on TMT underpay) | 2,115.07 | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 9,629.47 | | |

Other Information:

| Examiner's Signature | District | Date |
|---|---|---|
| W. J. Luster | Kansas City Service Center | 11/02/1999 |



E17

Name of Taxpayer: WILLIAM P SMITH JR
Identification Number: [redacted]5413 TOTAL 11/02/1999
4.50.03

198512 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | |
|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 | 6,846.80 |
| 2. Total corrected tax liability without regard to tax motivated transactions | 4,672.80 |
| 3. Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 2,174.00 |
| 4. Tax Deficiency, Form 4549, line 13 | 2,174.00 |
| 5. Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 2,174.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| DESERT HIGHLAND VINEYARDS | 13,406.00 |

Name of Taxpayer: WILLIAM P SMITH JR
Identification Number: [redacted]-5413 TOTAL 11/02/1999
4.50.03

198512 - TAX PRD INTEREST COMPUTATION TO 11/02/1995

| | | |
|---|---|---|
| Total Tax Deficiency | | |
| Plus Penalties* | | 2,174.00 |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 2,174.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1986-06/30/1986 | 76 | 10.00 | 45.74 | 9.26 |
| COMPOUND | 07/01/1986-12/31/1986 | 184 | 09.00 | 103.02 | 21.68 |
| COMPOUND | 01/01/1987-09/30/1987 | 273 | 09.00 | 161.72 | 36.27 |
| COMPOUND | 10/01/1987-12/31/1987 | 92 | 10.00 | 63.41 | 14.94 |
| COMPOUND | 01/01/1988-03/31/1988 | 91 | 11.00 | 70.64 | 17.09 |
| COMPOUND | 04/01/1988-09/30/1988 | 183 | 10.00 | 134.24 | 33.79 |
| COMPOUND | 10/01/1988-12/31/1988 | 92 | 11.00 | 77.17 | 20.17 |
| COMPOUND | 01/01/1989-03/31/1989 | 90 | 11.00 | 77.80 | 20.87 |
| COMPOUND | 04/01/1989-09/30/1989 | 183 | 12.00 | 180.28 | 50.40 |
| COMPOUND | 10/01/1989-12/31/1989 | 92 | 11.00 | 86.80 | 25.24 |
| COMPOUND | 01/01/1990-12/31/1990 | 365 | 11.00 | 369.10 | 114.04 |
| COMPOUND | 01/01/1991-03/31/1991 | 90 | 11.00 | 97.42 | 31.84 |
| COMPOUND | 04/01/1991-12/31/1991 | 275 | 10.00 | 284.91 | 97.01 |
| COMPOUND | 01/01/1992-03/31/1992 | 91 | 09.00 | 88.84 | 31.41 |
| COMPOUND | 04/01/1992-09/30/1992 | 183 | 08.00 | 163.84 | 59.32 |
| COMPOUND | 10/01/1992-12/31/1992 | 92 | 07.00 | 74.17 | 27.44 |
| COMPOUND | 01/01/1993-12/31/1993 | 365 | 07.00 | 308.35 | 117.81 |
| COMPOUND | 01/01/1994-06/30/1994 | 181 | 07.00 | 161.10 | 63.88 |
| COMPOUND | 07/01/1994-09/30/1994 | 92 | 08.00 | 96.18 | 38.88 |
| COMPOUND | 10/01/1994-12/31/1994 | 92 | 09.00 | 110.55 | 45.34 |
| COMPOUND | 01/01/1995-03/31/1995 | 90 | 09.00 | 110.60 | 46.07 |
| COMPOUND | 04/01/1995-06/30/1995 | 91 | 10.00 | 127.21 | 53.84 |
| COMPOUND | 07/01/1995-12/31/1995 | 184 | 09.00 | 239.80 | 103.91 |
| COMPOUND | 01/01/1996-03/31/1996 | 91 | 09.00 | 122.34 | 54.20 |
| COMPOUND | 04/01/1996-06/30/1996 | 91 | 08.00 | 111.07 | 49.88 |
| COMPOUND | 07/01/1996-12/31/1996 | 184 | 09.00 | 261.03 | 119.71 |
| COMPOUND | 01/01/1997-12/31/1997 | 365 | 09.00 | 555.68 | 265.98 |
| COMPOUND | 01/01/1998-03/31/1998 | 90 | 09.00 | 144.88 | 71.73 |
| COMPOUND | 04/01/1998-12/31/1998 | 275 | 08.00 | 410.11 | 208.17 |
| COMPOUND | 01/01/1999-03/31/1999 | 90 | 07.00 | 122.07 | 63.38 |
| COMPOUND | 04/01/1999-11/23/1999 | 237 | 08.00 | 380.33 | 201.52 |

| | | |
|---|---|---|
| Total Interest | 5,340.40 | 2,115.07 |
| Total TMT Interest | 2,115.07 | |
| Total Underpayment | 2,174.00 | |
| Total Penalties | 0.00 | |
| Total Amount Due | 9,629.47 | |

| FORM 886-A | E PLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>WILLIAM P SMITH JR | [redacted]-5413 | YEAR/PERIOD ENDED<br>198512 |

ANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| DESERT HIGHLAND VINEYARDS | (31,764.00) | (18,358.00) | 13,406.00 |

WE ADJUSTED YOUR RETURN IN ACCORDANCE WITH THE EXAMINATION RESULTS OF THE PARTNERSHIP RETURN OF WHICH YOU ARE AN INVESTOR.