**Internal Revenue Service**
**Kansas City, MO 64999**

**Mail Stop 4100 A10**

Department of the Treasury

**Contact Person:** W. J. Luster
**Badge No:** 09-01985
Report Writing Unit

Telephone Number: (913) 344-7670
(NOT TOLL FREE)
6:00 a.m.-3:30 p.m.--Monday-Thursday

FAX Number: (913) 696-6305

Taxpayer Identification Number:
[redacted]-4513
Tax Ye[redacted] 1986

Partnership: Richgrove Grape Associates
EIN: 33-0053994
Desert Highland Vineyards
EIN: 33-0121107

Date: NOV 5 1999

William P. Smith Jr.
5120 E. Frank Phillips Blvd
Bartlesville, OK 74006-8202

Dear Mr. Smith:

The examination of the above flow-through organization in which you have invested has been completed. This audit resulted in no additional tax due from you for the above tax year.

If you have any questions about this matter, please write to the contact person shown at the top of this letter. Attach a copy of this letter to any correspondence to help us identify your case. Also, in the event that we need more information, please provide your telephone number and the most convenient time for us to call.

You may also call the telephone number shown above. If the number is outside your local calling area, there will be a long distance charge to you. If you prefer, you may call the Internal Revenue Service office listed in your local directory. An IRS employee there may be able to help you, but the office at the above address is most familiar with your case.

Thank you.

Sincerely,

Nancy J. Jones
Chief, Examination Branch

enclosure:
Notice 609

KCSC-FL 95(FL) (Rev. 9/90)

PLAINTIFFS' EXHIBIT 7

# Form 1040 Department of the Treasury—Internal Revenue Service U.S. Individual Income Tax Return 1985 (0)

For the year January 1-December 31, 1985, or other tax year beginning , 1985, ending , 19 . OMB No. 1545-0074

Use IRS label. Otherwise, please print or type.

| | | |
|---|---|---|
| Your first name and initial (if joint return, also give spouse's name and initial): Kenneth C. | Last name: Keener | Your social security number: [redacted] 5770 |
| Present home address (number and street, including apartment number, or rural route): 1507-A Harold | | Spouse's social security number |
| City, town or post office, state, and ZIP code: Houston, Texas 77006 | Your occupation: Attorney | Spouse's occupation |

**Presidential Election Campaign** ▶ Do you want $1 to go to this fund? Yes / No
If joint return, does your spouse want $1 to go to this fund? Yes / No
*Note: Checking "Yes" will not change your tax or reduce your refund.*

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

## Filing Status

Check only one box.

1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here.
4 [ ] Head of household (with qualifying person). (See page 5 of Instructions.) If the qualifying person is your unmarried child but not your dependent, write child's name here.
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 6 of Instructions.)

## Exemptions

Always check the box labeled Yourself. Check other boxes if they apply.

6a [X] Yourself [ ] 65 or over [ ] Blind
b [ ] Spouse [ ] 65 or over [ ] Blind — Enter number of boxes checked on 6a and b ▶ 1
c First names of your dependent children who lived with you — Enter number of children listed on 6c ▶
d First names of your dependent children who did not live with you (see page 6). (If pre-1985 agreement, check here ▶ [ ] .) — Enter number of children listed on 6d ▶
e Other dependents:

| (1) Name | (2) Relationship | (3) Number of months lived in your home | (4) Did dependent have income of $1,040 or more? | (5) Did you provide more than one-half of dependent's support? |
|---|---|---|---|---|
| | | | | |
| | | | | |

Enter number of other dependents ▶
f Total number of exemptions claimed (also complete line 36). Add numbers entered in boxes above ▶ 1

## Income

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 4 of Instructions.

Please attach check or money order here.

| Line | Description | Line | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (Attach Form(s) W-2.) | 7 | 220,681 67 |
| 8 | Interest income *(also attach Schedule B if over $400)* | 8 | 16,434 11 |
| 9a | Dividends *(also attach Schedule B if over $400)* 1,531 51, 9b Exclusion 100 00 | | |
| c | Subtract line 9b from line 9a and enter the result | 9c | 1,431 51 |
| 10 | Taxable refunds of state and local income taxes, if any, from the worksheet on page 9 of Instructions | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) *(attach Schedule C)* | 12 | (4,291 37) |
| 13 | Capital gain or (loss) *(attach Schedule D)* | 13 | (2,170 42) |
| 14 | 40% of capital gain distributions not reported on line 13 (see page 9 of Instructions) | 14 | |
| 15 | Other gains or (losses) *(attach Form 4797)* | 15 | |
| 16 | Fully taxable pensions, IRA distributions, and annuities not reported on line 17 (see page 9) | 16 | |
| 17a | Other pensions and annuities, including rollovers. Total received 17a 40,343 19 | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | 17b | 6,192 48 |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. *(attach Schedule E)* | 18 | (147,897 47) |
| 19 | Farm income or (loss) *(attach Schedule F)* | 19 | |
| 20a | Unemployment compensation (insurance). Total received 20a | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | 20b | |
| 21a | Social security benefits (see page 10). Total received 21a | | |
| b | Taxable amount, if any, from worksheet on page 11. (Tax-exempt interest ) | 21b | |
| 22 | Other income (list type and amount—see page 11 of Instructions) | 22 | |
| 23 | Add lines 7 through 22. This is your **total income** ▶ | 23 | 90,380 51 |

## Adjustments to Income

(See Instructions on page 11.)

| Line | Description | Line | Amount |
|---|---|---|---|
| 24 | Moving expense *(attach Form 3903 or 3903F)* | 24 | |
| 25 | Employee business expenses *(attach Form 2106)* | 25 | |
| 26 | IRA deduction, from the worksheet on page 12 | 26 | 2,000 00 |
| 27 | Keogh retirement plan deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid (recipient's last name and social security no. ) | 29 | |
| 30 | Deduction for a married couple when both work *(attach Schedule W)* | 30 | |
| 31 | Add lines 24 through 30. These are your **total adjustments** ▶ | 31 | 2,000 00 |

PLAINTIFFS' EXHIBIT 8

## Adjusted Gross Income

| Line | Description | Line | Amount |
|---|---|---|---|
| 32 | Subtract line 31 from line 23. This is your **adjusted gross income**. *If this line is less than $11,000 and a child lived with you, see "Earned Income Credit" (line 59) on page 16 of Instructions. If you want IRS to figure your tax, see page 13 of Instructions.* ▶ | 32 | 88,380 51 |

E22 COPY

1040 (1985) Page 2

## Tax Computation

(See Instructions on page 13.)

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 33 | Amount from line 32 (adjusted gross income) | | | 33 | 88,380 51 |
| 34a | If you itemize, attach Schedule A (Form 1040) and enter the amount from Schedule A, line 26. Caution: If you have unearned income and can be claimed as a dependent on your parents' return, check here ▶ ☐ and see page 13 of Instructions. Also see page 13 if you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien. | | | 34a | 26,320 62 |
| b | If you do not itemize but you made charitable contributions, enter your cash contributions here. (If you gave $3,000 or more to any one organization, see page 14.) | 34b | | | |
| c | Enter your noncash contributions *(you must attach Form 8283 if over $500)* | 34c | | | |
| d | Add lines 34b and 34c. Enter the total | 34d | | | |
| e | Divide the amount on line 34d by 2. Enter the result here | | | 34e | |
| 35 | Subtract line 34a or line 34e, whichever applies, from line 33 | | | 35 | 62,059 89 |
| 36 | Multiply $1,040 by the total number of exemptions claimed on line 6f (see page 14) | | | 36 | 1,040 00 |
| 37 | **Taxable income.** Subtract line 36 from line 35. Enter the result (but not less than zero) | | | 37 | 61,019 89 |
| 38 | Enter tax here. Check if from ☐ Tax Table, ☒ Tax Rate Schedule X, Y, or Z, or ☐ Schedule G | | | 38 | 18,436 25 |
| 39 | Additional taxes. (See page 14 of Instructions.) Enter here and check if from ☐ Form 4970, ☐ Form 4972, or ☐ Form 5544 | | | 39 | |
| 40 | Add lines 38 and 39. Enter the total ▶ | | | 40 | 18,436 25 |

## Credits

(See Instructions on page 14.)

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 41 | Credit for child and dependent care expenses *(attach Form 2441)* | 41 | | | |
| 42 | Credit for the elderly and the permanently and totally disabled *(attach Schedule R)* | 42 | | | |
| 43 | Residential energy credit *(attach Form 5695)* | 43 | | | |
| 44 | Partial credit for political contributions for which you have receipts | 44 | 50 00 | | |
| 45 | Add lines 41 through 44. These are your total personal credits | | | 45 | 50 00 |
| 46 | Subtract line 45 from line 40. Enter the result (but not less than zero) | | | 46 | 18,386 25 |
| 47 | Foreign tax credit *(attach Form 1116)* | 47 | | | |
| 48 | General business credit. Check if from ☐ Form 3800, ☒ Form 3468, ☐ Form 5884, ☐ Form 6478 | 48 | 1,105 32 | | |
| 49 | Add lines 47 and 48. These are your total business and other credits | | | 49 | 1,105 32 |
| 50 | Subtract line 49 from line 46. Enter the result (but not less than zero) ▶ | | | 50 | 17,280 93 |

## Other Taxes

(Including Advance EIC Payments)

| Line | Description | Line | Amount |
|---|---|---|---|
| 51 | Self-employment tax *(attach Schedule SE)* | 51 | |
| 52 | Alternative minimum tax *(attach Form 6251)* | 52 | |
| 53 | Tax from recapture of investment credit *(attach Form 4255)* | 53 | |
| 54 | Social security tax on tip income not reported to employer *(attach Form 4137)* | 54 | |
| 55 | Tax on an IRA *(attach Form 5329)* | 55 | |
| 56 | Add lines 50 through 55. This is your **total tax** ▶ | 56 | 17,280 93 |

## Payments

Attach Forms W-2, W-2G, and W-2P to front.

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 57 | Federal income tax withheld | 57 | 55,189 49 | | |
| 58 | 1985 estimated tax payments and amount applied from 1984 return | 58 | 15,000 00 | | |
| 59 | Earned income credit (see page 16) | 59 | | | |
| 60 | Amount paid with Form 4868 | 60 | | | |
| 61 | Excess social security tax and RRTA tax withheld (two or more employers) | 61 | | | |
| 62 | Credit for Federal tax on gasoline and special fuels *(attach Form 4136)* | 62 | | | |
| 63 | Regulated Investment Company credit *(attach Form 2439)* | 63 | | | |
| 64 | Add lines 57 through 63. These are your **total payments** ▶ | | | 64 | 70,189 49 |

## Refund or Amount You Owe

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 65 | If line 64 is larger than line 56, enter amount **OVERPAID** ▶ | | | 65 | 52,908 56 |
| 66 | Amount of line 65 to be **REFUNDED TO YOU** ▶ | | | 66 | 52,908 56 |
| 67 | Amount of line 65 to be applied to your 1986 estimated tax ▶ | 67 | | | |
| 68 | If line 56 is larger than line 64, enter **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number and "1985 Form 1040" on it. ▶ Check ▶ ☐ if Form 2210 (2210F) is attached. See page 17. Penalty: $ | | | 68 | |

## Please Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Your signature | Date ▶ Spouse's signature (if filing jointly, BOTH must sign)

## Paid Preparer's Use Only

Preparer's signature ▶ [signature] | Date 04-14-86 | Check if self-employed ☒ | Preparer's social security no. [redacted]

Firm's name (or yours, if self-employed) and address ▶ Roger H. Farver, 619 S. Ripple Creek Dr., Houston, Tx. 77057 | E.I. No.

COPY

AGRI-VENTURE FUND [illegible] 003 7069-58 00167 233

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

for calendar year 1985 or fiscal year beginning [redacted], and ending

OMB No. 1545-0099

**1985**

Partner's identifying number ▶ [redacted]5770

Partner's name, address, and ZIP code PARTNER NO 115

KENNETH C. KEENER
1507-A HAROLD
HOUSTON, TX 77006

Partnership's identifying number ▶ 33-0115708

Partnership's name, address, and ZIP code
AGRI-VENTURE FUND
C/O AMERICAN AGRI-CORP
5000 BIRCH ST, STE 610
NEWPORT BEACH
CA 92660

A Is partner a general partner (see page 3 of Instructions for Form 1065)? ☐ YES ☒ NO

B Partner's share of liabilities (see page 10 of Instructions for Form 1065):
Nonrecourse . . . . . . . $ NA
Other . . . . . . . . . . . $ 47,500.

C What type of entity is this partner? ▶ INDIVIDUAL

D Enter partner's percentage of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.231300% |
| Loss sharing | % | 0.231300% |
| Ownership of capital | % | 0.231300% |

E IRS Center where partnership filed return ▶ FRESNO, CA

F Tax Shelter Registration Number ▶ 85345000617

G Reconciliation of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Ordinary income (loss) from line 1 | (d) Income not included in column (c), plus nontaxable income | (e) Losses not included in column (c), plus unallowable deductions | (f) Withdrawals and distributions | (g) Capital account at end of year |
|---|---|---|---|---|---|---|
| | 25,000. | -74,425. | | | | -49,425. |

| | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) | -74,425. | Sch. E, Part II, col. (e) or (f) |
| | 2 Guaranteed payments | | Sch. E, Part II, column (f) |
| | 3 Dividends qualifying for exclusion | | Sch. B, Part II, line 4 |
| | 4 Net short-term capital gain (loss) | | Sch. D, line 4, col. (f) or (g) |
| | 5 Net long-term capital gain (loss) | | Sch. D, line 12, col. (f) or (g) |
| | 6 Net gain (loss) under section 1231 (other than due to casualty or theft) | | Form 4797, line 1 |
| | 7 Other | | (Enter on applicable lines of your return) |
| Deductions | 8 Charitable contributions | | See Form 1040 instructions |
| | 9 Expense deduction for recovery property (section 179) | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | 10 Other | | (Enter on applicable lines of your return) |
| Credits | 11 Credit for income tax withheld | | See Form 1040 instructions, line 57 for Backup Withholding |
| | 12 Other | | (Enter on applicable lines of your return) |
| Self-employment | 13 a Net earnings (loss) from self-employment | | Sch. SE, Part I |
| | b Gross farming or fishing income | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | c Gross nonfarm income | | |
| Tax Preference Items | 14 a Accelerated depreciation on nonrecovery real property or 15-year or 18-year real property | | Form 6251, line 4c |
| | b Accelerated depreciation on leased personal property or leased recovery property other than 15-year or 18-year real property | | Form 6251, line 4d |
| | c Depletion (other than oil and gas) | | Form 6251, line 4i |
| | d (1) Gross income from oil, gas, and geothermal properties | | See Form 6251 instructions |
| | (2) Deductions allocable to oil, gas, and geothermal properties | | See Form 6251 instructions |
| | e (1) Qualified investment income included in Schedule K-1, line 1 | 77. | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | (2) Qualified investment expenses included in Schedule K-1, line 1 | 65,889. | |
| | f Other | | |

For Paperwork Reduction Act Notice, see Form 1065 Instructions.

Schedule K-1 (Form 1065) 1985
95-2396893

PLAINTIFFS' EXHIBIT 9

PPID 7640814086 [redacted]-5770
PAGE NO-0001

IRS EMPLOYEE 7640814086

DATE REQUESTED 11-19-1999

PRINT DATE 11-19-1999

FORM NUMBER: 1040

TAX PERIOD: DEC 1985

TAXPAYER IDENTIFICATION NUMBER: [redacted]-5770

KENNETH C KEENER
4700 BALCONES DR
AUSTIN TX 78731-5307-009

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 05-11-1998 |
| ACCRUED PENALTY: | 0.00 | AS OF 05-11-1998 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** EXEMPTIONS: 01 **FILING STATUS: SINGLE
** ADJUSTED GROSS INCOME: 114,167.51
** TAXABLE INCOME: 86,807.89
TAX PER RETURN: 17,280.93 N.AMERICAN IND. CLASS SYS CD: 001552

** PER RETURN OR AS ADJUSTED

04-15-1986 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
[illegible]-19-1986 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED | 05-19-1986 | 17,280.93 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 04-15-1986 | 55,189.49- |
| 716 | OVERPMT CREDIT APPLIED FROM PRIOR TAX PERIOD | 04-15-1985 | 15,000.00- |
| 846 | REFUND OF OVERPAYMENT | 05-19-1986 | 52,908.56 |
| 291 | ABATEMENT OF PRIOR TAX ASSESSMENT | 12-08-1986 | 971.00- |
| 977 | AMENDED RETURN | 12-08-1986 | 0.00 |
| 846 | REFUND OF OVERPAYMENT | 12-08-1986 | 1,028.27 |
| 776 | INTEREST APPLIED TO ACCOUNT | 12-08-1986 | 57.27- |
| 960 | RECEIVED POA/TIA | 07-07-1990 | |
| 962 | UPDATED POA/TIA | 08-11-1990 | |
| 673 | SUBSEQUENT PAYMENT | 10-02-1995 | 52,361.21- |
| 640 | ADVANCE PAYMENT OF EXAMINATION DEFICIENCY CASH BOND PAYMENT | 10-02-1995 | 52,361.21- |
| 672 | CORRECT SUBSEQUENT PYMT PROCESSED IN ERROR | 10-02-1995 | 52,361.21 |
| 961 | REMOVED POA/TIA | 05-24-1997 | |
| 560 | ASSESSMENT STATUTE EXPIRATION DATE EXTENDED TO 04-27-1998 | 08-08-1997 | |
| 340 | INTEREST ASSESSMENT | 03-02-1998 | 25,073.27 |
| 770 | INTEREST APPLIED TO ACCOUNT | 03-02-1998 | 0.00 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION | 03-02-1998 | 13,384.00 |
| 846 | REFUND OF OVERPAYMENT | 03-02-1998 | 13,903.94 |

PLAINTIFFS' EXHIBIT 10

01015

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

for calendar year 1985 or fiscal year beginning ..., and ending ...

OMB No. 1545-0099

**1985**

Partner's identifying number ▶ [redacted]-5413

Partner's name, address, and ZIP code PARTNER NO 47

WILLIAM P. SMITH, JR.
937 BRIARWOOD
BARTLESVILLE, OK 74006

Partnership's identifying number ▶ 33-0121107

Partnership's name, address, and ZIP code
DESERT HIGHLAND VINEYARDS
C/O AMERICAN AGRI-CORP
5000 BIRCH ST., STE 610
NEWPORT BEACH
CA 92660

A Is partner a general partner (see page 3 of Instructions for Form 1065)? ☐ YES ☒ NO

B Partner's share of liabilities (see page 10 of Instructions for Form 1065):
Nonrecourse $ NA
Other $ 16,500.

C What type of entity is this partner? ▶ INDIVIDUAL

D Enter partner's percentage of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.916600% |
| Loss sharing | % | 0.916600% |
| Ownership of capital | % | 0.916600% |

E IRS Center where partnership filed return ▶ FRESNO, CA

F Tax Shelter Registration Number ▶ 85345002365

G Reconciliation of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Ordinary income (loss) from line 1 |
|---|---|---|
| | 15,000. | -31,764. |

| (d) Income not included in column (c), plus nontaxable income | (e) Losses not included in column (c), plus unallowable deductions | (f) Withdrawals and distributions | (g) Capital account at end of year |
|---|---|---|---|
| | | | -16,764. |

| | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) | -31,764. | Sch. E, Part II, col. (e) or (f) |
| | 2 Guaranteed payments | | Sch. E, Part II, column (f) |
| | 3 Dividends qualifying for exclusion | | Sch. B, Part II, line 4 |
| | 4 Net short-term capital gain (loss) | | Sch. D, line 4, col. (f) or (g) |
| | 5 Net long-term capital gain (loss) | | Sch. D, line 12, col. (f) or (g) |
| | 6 Net gain (loss) under section 1231 (other than due to casualty or theft) | | Form 4797, line 1 |
| | 7 Other | | (Enter on applicable lines of your return) |
| Deductions | 8 Charitable contributions | | See Form 1040 instructions |
| | 9 Expense deduction for recovery property (section 179) | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | 10 Other | | (Enter on applicable lines of your return) |
| Credits | 11 Credit for income tax withheld | | See Form 1040 instructions, line 57 for Backup Withholding |
| | 12 Other | | (Enter on applicable lines of your return) |
| Self-employment | 13 a Net earnings (loss) from self-employment | | Sch. SE, Part I |
| | b Gross farming or fishing income | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | c Gross nonfarm income | | |
| Tax Preference Items | 14 a Accelerated depreciation on nonrecovery real property or 15-year or 18-year real property | | Form 6251, line 4c |
| | b Accelerated depreciation on leased personal property or leased recovery property other than 15-year or 18-year real property | | Form 6251, line 4d |
| | c Depletion (other than oil and gas) | | Form 6251, line 4i |
| | d (1) Gross income from oil, gas, and geothermal properties | | See Form 6251 instructions |
| | (2) Deductions allocable to oil, gas, and geothermal properties | | See Form 6251 instructions |
| | e (1) Qualified investment income included in Schedule K-1, line 1 | 34. | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | (2) Qualified investment expenses included in Schedule K-1, line 1 | 31,798. | |
| | f Other | | |

For Paperwork Reduction Act Notice, see Form 1065 Instructions.

Schedule K-1 (Form 1065) 1985

95-2396893

PLAINTIFFS' EXHIBIT 11

PAGE NO-0001 IRS EMPLOYEE 0644014086

DATE REQUESTED 02-13-2002 PRINT DATE 02-13-2002

FORM NUMBER: 1040 TAX PERIOD: DEC 1985

TAXPAYER IDENTIFICATION NUMBER: [redacted]5413

WILLIAM P SMITH JR

\- BODC-SB BODCLC-V

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 01-08-2001 |
| ACCRUED PENALTY: | 0.00 | AS OF 01-08-2001 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** EXEMPTIONS: 01 **FILING STATUS: SINGLE

| | |
|---|---|
| ** ADJUSTED GROSS INCOME: | 42,098.00 |
| ** TAXABLE INCOME: | 16,233.00 |
| TAX PER RETURN: | 4,672.80 |
| ** SE TAXABLE INCOME TAXPAYER: | 39,600.00 |
| ** SE TAXABLE INCOME SPOUSE: | 0.00 |
| ** TOTAL SELF EMPLOYMENT TAX: | 4,673.00 |

* ER RETURN OR AS ADJUSTED

04-15-1986 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
06-09-1986 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 18221102507356 | 06-09-1986 | 4,672.80 |
| 716 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-15-1985 | 3,210.00- |
| 430 | ESTIMATED TAX DECLARATION | 09-12-1985 | 540.00- |
| 430 | ESTIMATED TAX DECLARATION | 01-06-1986 | 1,250.00- |
| 836 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-15-1986 | 327.20 |
| 960 | RECEIVED POA/TIA | 07-07-1990 | |
| 673 | SUBSEQUENT PAYMENT | 11-02-1995 | 1,755.00- |
| 672 | SUBSEQUENT PAYMENT CORRECTED | 11-02-1995 | 1,755.00 |
| 640 | ADVANCE PAYMENT OF DEFICIENCY | 11-02-1995 | 1,755.00- |
| 961 | REMOVED POA/TIA | 03-29-1997 | |
| 640 | ADVANCE PAYMENT OF DEFICIENCY | 02-23-1999 | 3,960.00- |
| 560 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 04-08-2000 | 06-01-1999 | |

****************************CONTINUED ON NEXT PAGE****************************

PLAINTIFFS' EXHIBIT 12

PAGE NO-0002

IRS EMPLOYEE 0644014086

| | | | |
|---|---|---|---|
| 977 | AMENDED RETURN FILED | 12-31-1999 | 0.00 |
| 960 | RECEIVED POA/TIA<br>200014 | 03-20-2000 | |
| ) | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>18247-484-08008-0 200014 | 04-17-2000 | 0.00 |
| 300 | QUICK ASSESSMENT<br>09251-076-13304-0 | 03-16-2000 | 2,174.00 |
| 340 | RESTRICTED INTEREST ASSESSED<br>200014 | 03-16-2000 | 6,352.70 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 198112 | 03-16-2000 | 251.50- |
| 736 | INTEREST OVERPAYMENT CREDIT<br>1040 198112 | 03-16-2000 | 21.97- |
| 706 | OVERPAID CREDIT APPLIED<br>1040 198412 | 02-23-1999 | 1,623.85- |
| 341 | RESTRICTED INTEREST ABATED | 06-12-2000 | 152.59- |
| 290 | ADDITIONAL TAX ASSESSED<br>18254-540-18016-0 200022 | 06-12-2000 | 0.00 |
| 670 | SUBSEQUENT PAYMENT<br>200050 | 06-29-2000 | 761.79- |
| 290 | ADDITIONAL TAX ASSESSED<br>09254-739-05835-0 200050 | 12-25-2000 | 0.00 |
| 341 | RESTRICTED INTEREST ABATED | 01-01-2001 | 220.76- |
| 290 | ADDITIONAL TAX ASSESSED<br>09254-739-18065-0 200051 | 01-01-2001 | 0.00 |
| 846 | REFUND | 01-01-2001 | 230.35 |
| 776 | INTEREST DUE TAXPAYER | 01-01-2001 | 9.59- |

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | | Return Form No. |
|---|---|---|---|
| WILLIAM P SMITH JR<br>5120 E FRANK PHILLIPS BLVD<br><br>BARTLESVILLE OK 74006-8202 | [redacted]413 | | 1040 |
| | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Period End 12/31/1985 | Period End | Period End |
|---|---|---|---|
| A. DESERT HIGHLAND VINEYARDS | $ 13,406.00 | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 13,406.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 2,827.00 | | |
| 4. Corrected Taxable Income | 16,233.00 | | |
| Tax Method | TAX TABLE | | |
| Filing Status | SINGLE | | |
| 5. Tax | 2,224.00 | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 2,224.00 | | |
| 8. Less Credits A. POLITICAL CONTRIBUTION | 50.00 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 2,174.00 | | |
| 10. Plus Other Taxes A. SELF EMPLOYMENT TAX | 4,672.80 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 6,846.80 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 4,672.80 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 2,174.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 2,174.00 | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increase or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the Stat form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.



PLAINTIFFS' EXHIBIT 13

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: WILLIAM P SMITH JR | SS or EI Number: [redacted]5413 | Return Form No. 1040 |
|---|---|---|

| 17. Penalties | Period End 12/31/1985 | Period End | Period End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 2,174.00 | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | 2,174.00 | | |
| B. Penalties (line 18, page 2) (computed to 11/02/1995) | | | |
| C. Interest (IRC 6601) (computed to 11/02/1995) | 5,340.40 | | |
| D. TMT Interest (computed to 11/02/1995 on TMT underpay) | 2,115.07 | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 9,629.47 | | |

Other Information:

| Examiner's Signature | District | Date |
|---|---|---|
| W. J. Luster | Kansas City Service Center | 11/02/1999 |

Identification Number: [redacted]5413 TOTAL 4.50

198512 - TAX PRD INTEREST COMPUTATION TO 11/02/1995

| | | |
|---|---|---|
| Total Tax Deficiency | | 2,174.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 2,174.00 |

1985

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1986-06/30/1986 | 76 | 10.00 | 45.74 | 9.2 |
| COMPOUND | 07/01/1986-12/31/1986 | 184 | 09.00 | 103.02 | 21.6 |
| COMPOUND | 01/01/1987-09/30/1987 | 273 | 09.00 | 161.72 | 36.2 |
| COMPOUND | 10/01/1987-12/31/1987 | 92 | 10.00 | 63.41 | 14.9 |
| COMPOUND | 01/01/1988-03/31/1988 | 91 | 11.00 | 70.64 | 17.0 |
| COMPOUND | 04/01/1988-09/30/1988 | 183 | 10.00 | 134.24 | 33.7 |
| COMPOUND | 10/01/1988-12/31/1988 | 92 | 11.00 | 77.17 | 20.1 |
| COMPOUND | 01/01/1989-03/31/1989 | 90 | 11.00 | 77.80 | 20.8 |
| COMPOUND | 04/01/1989-09/30/1989 | 183 | 12.00 | 180.28 | 50.4 |
| COMPOUND | 10/01/1989-12/31/1989 | 92 | 11.00 | 86.80 | 25.2 |
| COMPOUND | 01/01/1990-12/31/1990 | 365 | 11.00 | 369.10 | 114.0 |
| COMPOUND | 01/01/1991-03/31/1991 | 90 | 11.00 | 97.42 | 31.8 |
| COMPOUND | 04/01/1991-12/31/1991 | 275 | 10.00 | 284.91 | 97.0 |
| COMPOUND | 01/01/1992-03/31/1992 | 91 | 09.00 | 88.84 | 31.4 |
| COMPOUND | 04/01/1992-09/30/1992 | 183 | 08.00 | 163.84 | 59.3 |
| COMPOUND | 10/01/1992-12/31/1992 | 92 | 07.00 | 74.17 | 27.4 |
| COMPOUND | 01/01/1993-12/31/1993 | 365 | 07.00 | 308.35 | 117.8 |
| COMPOUND | 01/01/1994-06/30/1994 | 181 | 07.00 | 161.10 | 63.8 |
| COMPOUND | 07/01/1994-09/30/1994 | 92 | 08.00 | 96.18 | 38.8 |
| COMPOUND | 10/01/1994-12/31/1994 | 92 | 09.00 | 110.55 | 45.3 |
| COMPOUND | 01/01/1995-03/31/1995 | 90 | 09.00 | 110.60 | 46.0 |
| COMPOUND | 04/01/1995-06/30/1995 | 91 | 10.00 | 127.21 | 53.8 |
| COMPOUND | 07/01/1995-12/31/1995 | 184 | 09.00 | 239.80 | 103.91 |
| COMPOUND | 01/01/1996-03/31/1996 | 91 | 09.00 | 122.34 | 54.2 |
| COMPOUND | 04/01/1996-06/30/1996 | 91 | 08.00 | 111.07 | 49.8 |
| COMPOUND | 07/01/1996-12/31/1996 | 184 | 09.00 | 261.03 | 119.71 |
| COMPOUND | 01/01/1997-12/31/1997 | 365 | 09.00 | 555.68 | 265.9 |
| COMPOUND | 01/01/1998-03/31/1998 | 90 | 09.00 | 144.88 | 71.7 |
| COMPOUND | 04/01/1998-12/31/1998 | 275 | 08.00 | 410.11 | 208.1 |
| COMPOUND | 01/01/1999-03/31/1999 | 90 | 07.00 | 122.07 | 63.3 |
| COMPOUND | 04/01/1999-11/23/1999 | 237 | 08.00 | 380.33 | 201.52 |

| | | |
|---|---|---|
| Total Interest | 5,340.40 | 2,115.07 |
| Total TMT Interest | 2,115.07 | |
| Total Underpayment | 2,174.00 | |
| Total Penalties | 0.00 | |
| Total Amount Due | 9,629.47 | |

198512 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | |
|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 | 6,846.80 |
| 2. Total corrected tax liability without regard to tax motivated transactions | 4,672.80 |
| 3. Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 2,174.00 |
| 4. Tax Deficiency, Form 4549, line 13 | 2,174.00 |
| 5. Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 2,174.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| DESERT HIGHLAND VINEYARDS | 13,406.00 |

1985

| FORM 886-A | ?LANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>WILLIAM P SMITH JR | [redacted]5413 | YEAR/PERIOD ENDED<br>198512 |

~~ANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| DESERT HIGHLAND VINEYARDS | (31,764.00) | (18,358.00) | 13,406.00 |

WE ADJUSTED YOUR RETURN IN ACCORDANCE WITH THE EXAMINATION RESULTS OF THE PARTNERSHIP RETURN OF WHICH YOU ARE AN INVESTOR.

1985

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE

FORM 886-A (REV 4-68)