FORM 870-P(AD)(5-88) DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO:
MS 4550
122096-1618

TAXPAYER(S) NAME(S) AND ADDRESS
William P., Jr. and Anne D. Smith
5120 E. Frank Phillips Blvd
Bartlesville, OK 74006

TIN: [redacted]-5413 / [redacted]-8202

NAME OF PARTNERSHIP
Desert Highland Vineyards

TIN: 33-0121107

TAX YEAR ENDED: 1986

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER W. P. Smith  DATE Feb 1, 1999

SIGNATURE OF TAXPAYER Anne D. Smith  DATE Feb 1, 1999

BY (SIGNATURE AND TITLE)  DATE

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

CONSISTENT AGREEMENT

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

FOR INTERNAL REVENUE USE ONLY
DATE ACCEPTED FOR COMMISSIONER: APR 09 1999
SIGNATURE: [signature]
OFFICE: So. Calif. Appeals
TITLE: Associate Chief, Appeals

PLAINTIFFS' EXHIBIT 14

FORM 870-P(AD)(5-88)

## Settlement Agreement For Partnership Adjustments

| Name of Partnership | Schedule of Adjustments | | |
|---|---|---|---|
| DESERT HIGHLAND VINEYARDS | Tax Years(s) Ended | | |
| Taxpayer Identifying Number: 33-0121107 | 12/31/86 | | |
| Detail of Adjustments to Ordinary Income | | | |
| INCOME | 0 | | |
| Total Adjustments To Ordinary Income | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |

Remarks

The Administrative Adjustment Request (AAR) has been taken into consideration.
The income reported on the return will not be adjusted.

FORM 870-P(AD)(5-88)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO:
MS 4550
122096-1618

TAXPAYER(S) NAME(S) AND ADDRESS
William P., Jr. and Anne D. Smith
5120 E. Frank Phillips Blvd
Bartlesville, OK 74006

TIN: [redacted]413 / [redacted]8202

NAME OF PARTNERSHIP
Richgrove Grape Associates

TIN: 33-0053994

TAX YEAR ENDED: 1984

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER: *W. P. Smith* — DATE: *Feb 1, 1999*

SIGNATURE OF TAXPAYER: *Anne D Smith* — DATE: *Feb 1, 1999*

BY (SIGNATURE AND TITLE) — DATE

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

CONSISTENT AGREEMENT

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER: APR 09 1999

OFFICE: So. Calif. Appeals

SIGNATURE: [signature]

TITLE: Associate Chief, Appeals

PLAINTIFFS' EXHIBIT 15

FORM 870-P(AD)(5-88)

## Settlement Agreement For Partnership Adjustments

### Schedule of Adjustments

e of Partnership
RICHGROVE GRAPE ASSOCIATES

Taxpayer Identifying Number: 33-0053994

| | Tax Years(s) Ended | | |
|---|---|---|---|
| | December 31, 1984 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| Schedule F – Farming Expenses | 1,841,599 | | |
| Other Deductions | 46,757 | | |
| **Total Adjustments To Ordinary Income** | 1,888,356 | 0 | 0 |
| **Other Adjustment:** T.P.I. – Qualified Investment Expense | | | |
| (1) Adjustment | (3,048,599) | | |
| (2) As Reported | 4,839,046 | | |
| (3) Corrected | 1,790,447 | 0 | 0 |
| **Other Adjustment:** T.P.I. – Qualified Investment Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 8,668 | | |
| (3) Corrected | 8,668 | 0 | 0 |
| **Other Adjustment:** Investment Interest – Investment Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 8,668 | | |
| (3) Corrected | 8,668 | 0 | 0 |

Remarks

FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY REFER TO:
MS 4550
122096-1618

TAXPAYER(S) NAME(S) AND ADDRESS

William P., Jr. and Anne D. Smith
5120 E. Frank Phillips Blvd
Bartlesville, OK 74006

TIN: [redacted]5413 / [redacted]8202

NAME OF PARTNERSHIP

Richgrove Grape Associates

TIN: 33-0053994

TAX YEAR ENDED: 1985

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER — DATE Feb 1, 1999

SIGNATURE OF TAXPAYER Anne D Smith — DATE Feb 1, 1999

BY (SIGNATURE AND TITLE) — DATE

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

CONSISTENT AGREEMENT

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER APR 09 1999

SIGNATURE

OFFICE So. Calif. Appeals

TITLE Associate Chief, Appeals

PLAINTIFFS' EXHIBIT 16

FORM 870-P(AD)(5-88)

# Settlement Agreement For Partnership Adjustments

## Schedule of Adjustments

| Name of Partnership: RICHGROVE GRAPE ASSOCIATES<br>Taxpayer Identifying Number: 33-0053994 | Tax Years(s) Ended | | |
|---|---|---|---|
| | December 31, 1985 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| Schedule F – Farming Expenses | 0 | | |
| Other Deductions | 0 | | |
| Schedule F – Cost of Goods Sold | 0 | | |
| **Total Adjustments To Ordinary Income** | 0 | 0 | 0 |
| **Other Adjustment: T.P.I. – Qualified Investment Expense** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 2,047,839 | | |
| (3) Corrected | 2,047,839 | 0 | 0 |
| **Other Adjustment: T.P.I. – Qualified Investment Income** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 1,940,175 | | |
| (3) Corrected | 1,940,175 | 0 | 0 |
| **Other Adjustment: Investment Interest – Investment Income** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 34,293 | | |
| (3) Corrected | 34,293 | 0 | 0 |
| **Other Adjustment: Invest Credit Prop Valuation – Used/Other** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 125,000 | | |
| (3) Corrected | 125,000 | 0 | 0 |

Remarks

FORM 870-P(AD)(5-88)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO:
MS 4550
122096-1618

TAXPAYER(S) NAME(S) AND ADDRESS

William P., Jr. and Anne D. Smith
5120 E. Frank Phillips Blvd
Bartlesville, OK 74006

TIN: [redacted]-5413 / [redacted]202

NAME OF PARTNERSHIP

Richgrove Grape Associates

TIN: 33-0053994

TAX YEAR ENDED: 1986

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER [signature] DATE Feb 1, 1999

SIGNATURE OF TAXPAYER Anne D. Smith DATE Feb 1, 1999

BY (SIGNATURE AND TITLE) DATE

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

CONSISTENT AGREEMENT

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER APR 09 1999

SIGNATURE [signature]

OFFICE So. Calif. Appeals

TITLE Associate Chief, Appeals

PLAINTIFFS' EXHIBIT 17

FORM 870-P(AD)(5-88)

# Settlement Agreement For Partnership Adjustments

: of Partnership RICHGROVE GRAPE ASSOCIATES

Taxpayer Identifying Number: 33-0053994

| Schedule of Adjustments | Tax Years(s) Ended | | |
|---|---|---|---|
| Detail of Adjustments to Ordinary Income | 12/31/86 | | |
| INCOME | 0 | | |
| Total Adjustments To Ordinary Income | | | |
| Other Adjustment: | 0 | 0 | 0 |
| (1) Adjustment | | | |
| ) As Reported | | | |
| (3) Corrected | | | |
| Other Adjustment: | 0 | 0 | 0 |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| Other Adjustment: | 0 | 0 | 0 |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |

Remarks

The Administrative Adjustment Request (AAR) has been taken into consideration.
The income reported on the return will not be adjusted.

FORM 870-P(AD)(5-88)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO:
MS 4550
122096-0740

TAXPAYER(S) NAME(S) AND ADDRESS

KENNETH C KEENER
~~EDWARD K WHITE III~~ 4100 BALCONES DRIVE
~~1100 LOUISIANA STE 600~~ AUSTIN, TX
~~HOUSTON TX 77002-5212004~~ 78731

TIN: [redacted]5770

NAME OF PARTNERSHIP

AGRI-VENTURE-II

TIN: 33-0053999

TAX YEAR ENDED: 1984

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

| | |
|---|---|
| SIGNATURE OF TAXPAYER<br>Kenneth C. Keener | DATE<br>3-21-97 |
| SIGNATURE OF TAXPAYER | DATE |
| BY (SIGNATURE AND TITLE) | DATE |

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

RECEIVED
APR - 3 1997
SERVICE CENTER

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

RECEIVED IN C... IRS OSC ... APR 03 1997 ... OGDEN, UTAH

| | | |
|---|---|---|
| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER<br>28 APR 1997 | SIGNATURE |
| | OFFICE<br>SALT LAKE CITY APPEALS OFFI E42 | TITLE<br>Associate Chief |

PLAINTIFFS' EXHIBIT 18

# Settlement Agreement For Partnership Adjustments

## Schedule of Adjustments

| Name of Partnership: AGRI-VENTURE II | Tax Years(s) Ended | | |
|---|---|---|---|
| Taxpayer Identifying Number: 33-0053999 | December 31, 1984 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| Schedule F – Farming Loss | 8,614,381 | | |
| Other Deductions | 149,842 | | |
| Total Adjustments To Ordinary Income | 8,764,223 | 0 | 0 |
| **Other Adjustment: T.P.I. – Qualified Investment Expense** | | | |
| (1) Adjustment | (15,182,640) | | |
| (2) As Reported | 24,099,428 | | |
| (3) Corrected | 8,916,788 | 0 | 0 |
| **Other Adjustment: T.P.I. – Qualified Investment Income** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 19,889 | | |
| (3) Corrected | 19,889 | 0 | 0 |
| **Other Adjustment: Invest. Interest – Invest. Income** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 19,889 | | |
| (3) Corrected | 19,889 | 0 | 0 |

Remarks

FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY
REFER TO:
MS 4550
122096-0920

TAXPAYER(S) NAME(S) AND ADDRESS

KENNETH C KEENER
4700 BALCONES DR
AUSTIN TX 78731-5307009

TIN: [redacted]5770

NAME OF PARTNERSHIP

AGRI-VENTURE-II

TIN: 33-0053999

TAX YEAR ENDED: 1985

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER: Kenneth C. Keener — DATE: 3-21-97

SIGNATURE OF TAXPAYER — DATE

BY (SIGNATURE AND TITLE) — DATE

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

RECEIVED ESC
APR - 3 1997
OGDEN SERVICE CENTER

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER: 28 APR 1997 | SIGNATURE |
|---|---|---|
| | OFFICE: SALT LAKE CITY APPEALS OFFIC | TITLE: Associate Chief |

PLAINTIFFS' EXHIBIT 19

E44

FORM 870-P(AD)(5-88)

## Settlement Agreement For Partnership Adjustments

### Schedule of Adjustments

| Name of Partnership AGRI-VENTURE II<br>Taxpayer Identifying Number: 33-0053999 | Tax Years(s) Ended | | |
|---|---|---|---|
| | December 31, 1985 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| Schedule F – Farming Loss | 0 | | |
| Other Deductions | 0 | | |
| Schedule F – Cost of Goods Sold | 0 | | |
| Ordinary Loss from Partnerships | 0 | * | |
| Total Adjustments To Ordinary Income | 0 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Expense | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 10,161,960 | | |
| (3) Corrected | 10,161,960 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 12,711,147 | | |
| (3) Corrected | 12,711,147 | 0 | 0 |
| Other Adjustment: Invest. Interest – Invest. Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 114,371 | | |
| (3) Corrected | 114,371 | 0 | 0 |

Remarks

* The tax treatment of the partnership items relating to Pump Station III Joint Venture and Pump Station III Associates will be resolved in a separate partnership proceeding conducted in accordance with the TEFRA partnership procedures. The adjustments made in those partnership proceedings will be treated as computational adjustments and be assessed, credited or refunded accordingly.

Continuation of Schedule of Adjustments

## Settlement Agreement For Partnership Adjustments

Name of Partnership: AGRI-VENTURE II

Taxpayer Identifying Number: 33-0053999

**Schedule of Adjustments**

| | Tax Years(s) Ended | | |
|---|---|---|---|
| | December 31, 1985 | | |
| **Other Adjustment: Qualified Invest. Prop. – New/3 Yr** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 3,247 | | |
| (3) Corrected | 3,247 | 0 | 0 |
| **Other Adjustment: Qualified Invest. Prop. – New/Other** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 37,721 | | |
| (3) Corrected | 37,721 | 0 | 0 |
| **Other Adjustment: Qualified Invest. Prop. – Used/Other** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 119,737 | | |
| (3) Corrected | 119,737 | 0 | 0 |

Remarks

FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY
REFER TO:
MS 4550
122096-1099

TAXPAYER(S) NAME(S) AND ADDRESS

KENNETH C KEENER
JAMES P JOSEPH
1200 NEW HAMPSHIRE AVE N W
WASHINGTON DC 20036-6802003

TIN: [redacted]5770

NAME OF PARTNERSHIP

AGRI-VENTURE-II

TIN: 33-0053999

TAX YEAR ENDED: 1986

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER Kenneth C. Keener — DATE 3-21-97

SIGNATURE OF TAXPAYER — DATE

BY (SIGNATURE AND TITLE) — DATE

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

RECEIVED ESU
APR - 3 1997
OGDEN SERVICE CENTER

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER

OFFICE SALT LAKE CITY APPEALS C

SIGNATURE

TITLE Associate Chief

PLAINTIFFS' EXHIBIT 20

E47

FORM 870-P(AD)(5-88)

# Settlement Agreement For Partnership Adjustments

Name of Partnership: AGRI-VENTURE II

Taxpayer Identifying Number: 33-0053999

## Schedule of Adjustments

| | Tax Years(s) Ended | | |
|---|---|---|---|
| | 12/31/86 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| INCOME | 0 | | |
| Total Adjustments To Ordinary Income | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |

Remarks

The Administrative Adjustment Request (AAR) has been taken into consideration.
The income reported on the return will not be adjusted.

?(AD)(5-88) DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
20-96 SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY REFER TO:
MS 4550
122096-0927

TAXPAYER(S) NAME(S) AND ADDRESS

KENNETH C KEENER
4700 BALCONES DR
AUSTIN TX 78731-5307009

TIN: [redacted]5770

NAME OF PARTNERSHIP

AGRI-VENTURE FUND

TIN: 33-0115708

TAX YEAR ENDED: 1985

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER Kenneth C. Keener — DATE 3-26-97

RECEIVED ESU APR - 3 1997 OGDEN SERVICE CENTER

SIGNATURE OF TAXPAYER — DATE

BY (SIGNATURE AND TITLE) — DATE

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

RECEIVED IN CORRES. IRS OSC/500 APR 3 1997

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER 28 APR 1997

SIGNATURE

OFFICE SALT LAKE CITY APPEALS OFFIC

TITLE Associate Chief

PLAINTIFFS' EXHIBIT 21

E49

FORM 870-P(AD)(5-88)

## Settlement Agreement For Partnership Adjustments

Name of Partnership
AGRI – VENTURE FUND

Taxpayer Identifying Number: 33–0115708

**Schedule of Adjustments**

| | Tax Years(s) Ended | | |
|---|---|---|---|
| Detail of Adjustments to Ordinary Income | December 31, 1985 | | |
| Schedule F – Farming Expenses | 11,806,681 | | |
| Other Deductions | 218,477 | | |
| Rental Expenses/Depreciation | 0 | | |
| Ordinary Income/Loss from Partnership | 0 * | | |
| Total Adjustments To Ordinary Income | 12,025,158 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Expense | | | |
| (1) Adjustment | (18,894,809) | | |
| (2) As Reported | 28,201,208 | | |
| (3) Corrected | 9,306,399 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 33,154 | | |
| (3) Corrected | 33,154 | 0 | 0 |
| Other Adjustment: Invest. Interest – Invest. Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 16,093 | | |
| (3) Corrected | 16,093 | 0 | 0 |

Remarks

* The tax treatment of the partnership items relating to Pump Station III Joint Venture, Agri–Venture Farming Joint Venture, Columbia Basin Growers, Desert Highland Vineyards, Houston Farm Associates II, Indio Date Associates, and USB–85 Associates, will be resolved in separate partnership proceedings conducted in accordance with the TEFRA partnership procedures. The adjustments made in those partnership proceedings will be treated as computational adjustments and be assessed, credited or refunded accordingly.

RECEIVED IN CORRES
IRS-OSC 1500
APR 03 1997
OGDEN, UTAH

Continuation of Schedule of Adjustments

## Settlement Agreement For Partnership Adjustments

Name of Partnership: AGRI – VENTURE FUND

Taxpayer Identifying Number: 33–0115708

**Schedule of Adjustments**

| | Tax Years(s) Ended | | |
|---|---|---|---|
| | December 31, 1985 | | |
| **Other Adjustment: Investment Credit Prop. – New/3 year** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 182,279 | | |
| (3) Corrected | 182,279 | 0 | 0 |
| **Other Adjustment: Invest. Credit Prop. – New/Other** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 2,418,496 | | |
| (3) Corrected | 2,418,496 | 0 | 0 |
| **Other Adjustment: Invest. Credit Prop. – Used/Other** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 14,974 | | |
| (3) Corrected | 14,974 | 0 | 0 |

Remarks

FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY
REFER TO:
MS 4550
122096-1162

TAXPAYER(S) NAME(S) AND ADDRESS

KENNETH C KEENER
JAMES P JOSEPH
1200 NEW HAMPSHIRE AVE N W
WASHINGTON DC 20036-6802003

TIN: [redacted]5770

NAME OF PARTNERSHIP

AGRI-VENTURE FUND

TIN: 33-0115708

TAX YEAR ENDED: 1986

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER: Kenneth C. Keener — DATE: 3-21-97

SIGNATURE OF TAXPAYER — DATE

BY (SIGNATURE AND TITLE) — DATE

RECEIVED ESU
APR 3 1997
OGDEN SERVICE CENTER

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER: 28 APR 1997

OFFICE: SALT LAKE CITY APPEALS OFFI(

SIGNATURE: [signature]

TITLE: Associate Chief

PLAINTIFFS' EXHIBIT 22

E52

# Settlement Agreement For Partnership Adjustments

Name of Partnership
AGRI-VENTURE FUND

Taxpayer Identifying Number: 33-0115708

| Schedule of Adjustments | Tax Years(s) Ended | | |
|---|---|---|---|
| | 12/31/86 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| INCOME | 0 | | |
| Total Adjustments To Ordinary Income | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |

Remarks

The Administrative Adjustment Request (AAR) has been taken into consideration.
The income reported on the return will not be adjusted.