Department of the Treasury
Internal Revenue Service
Director
2306 E BANNISTER ROAD
KANSAS CITY, MO 64131

09251-076-13302-00

IDRS 0981921620

| | | Assessment Date | Trans Code |
|---|---|---|---|
| 30 | 198112 | 03/16/2000 | 670<br>570 |

Date of This Notice: 03/16/2000

If you find it necessary to inquire about your account, please refer to this number. ▶ SMIT [redacted] 5413

WILLIAM P JR & MARY L SMITH
5120 E FRANK PHILLIPS BLVD
BARTLESVILLE OK 74006-0000

Form Number: 1040

Tax Period Ended: 12/31/1981

**Notice of Tax Due on Federal Tax Return**

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check or money order payable to the United States Treasury and send it with this notice to the address shown above.

If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

| Reference | Assessment | Adjustment or Credit | Balance Due |
|---|---|---|---|
| 03/16/2000 ADD'L TAX | 1,247.00 | | |
| 03/16/2000 INTEREST | 3,698.16 | | |
| PR MEMO CR | | 4,945.16 | |
| see enclosed notice | [redacted] | | 0.00 |

PLAINTIFFS' EXHIBIT 23

E54

**Please return this copy with your payment to the address shown above**

Form 3552 (C)(Part 3) Rev. 9-98)
Catalog No. 22335 G

Internal Revenue Service
Director
2306 E BANNISTER ROAD
KANSAS CITY, MO 64131

09251-076-13303-00

IDRS 0981921620

| | Assessment Date | Trans Code |
|---|---|---|
| 30 198412 | 03/16/2000 | 670 |
| | | 570 |

Date of This Notice: 03/16/2000

If you find it necessary to inquire about your account, please refer to this number. ▶ SMIT [redacted]413

WILLIAM P SMITH JR
5120 E FRANK PHILLIPS BLVD
BARTLESVILLE OK 74006-0000

Form Number: 1040

Tax Period Ended: 12/31/1984

**Notice of Tax Due on Federal Tax Return**

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check or money order payable to the United States Treasury and send it with this notice to the address shown above.

If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

| Reference | Assessment | Adjustment or Credit | Balance Due |
|---|---|---|---|
| 03/16/2000 ADD'L TAX | 848.00 | | |
| 03/16/2000 INTEREST | 44.94 | | |
| PR MEMO CR | | 892.94 | |
| see enclosed notice | [redacted] | | 0.00 |

PLAINTIFFS' EXHIBIT 24

E55

**Please return this copy with your payment to the address shown above** Form 3552 (C)(Part 3) Rev. 9-98) Catalog No. 22335 G

Internal Revenue Service
Director
2306 E BANNISTER ROAD
KANSAS CITY, MO 64131

09251-076-13304-00

IDRS 0981921620

| | | Assessment Date | Trans Code |
|---|---|---|---|
| 30 | 198512 | 03/16/2000 | 670 |
| | | | 570 |

Date of This Notice: 03/16/2000

If you find it necessary to inquire about your account, please refer to this number. SMIT [redacted] 413

WILLIAM P SMITH JR
5120 E FRANK PHILLIPS BLVD
BARTLESVILLE OK 74006-0000

Form Number: 1040

Tax Period Ended: 12/31/1985

**Notice of Tax Due on Federal Tax Return**

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check or money order payable to the United States Treasury and send it with this notice to the address shown above.

If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

| Reference | Assessment | Adjustment or Credit | Balance Due |
|---|---|---|---|
| 03/16/2000 ADD'L TAX | 2,174.00 | | |
| 03/16/2000 INTEREST | 6,352.70 | | |
| PR MEMO CR | | 5,715.00 | |
| see enclosed notice | [redacted] | | 2,811.70 |

PLAINTIFFS' EXHIBIT 25

E56

Please return this copy with your payment to the address shown above

Form 3552 (C)(Part 3) Rev. 9-98)
Catalog No. 22335 G

Internal Revenue Service
Kansas City, MO 64999

Mail Stop 4100 A10

Department of the Treasury

Date: NOV 9 1999

Contact Person: W. J. Luster
Badge NO: 09-01985
Report Writing Unit
Telephone Number: (913) 344-7670
(NOT TOLL FREE)
6:00 a.m.-3:30 p.m.--Monday-Thursday

FAX Number: (913) 696-6305

Taxpayer Identification Number: [redacted]5413
Tax Yea[redacted]1981

William P. Smith Jr.
5120 E. Frank Phillips BLVD
Bartlesville, OK 74006-8525

Dear Mr. Smith:

Enclosed are the tax calculations resulting from adjustments made on your flow-through investment. The enclosed report shows how adjustments made to the Richgrove Grape Associates and Desert Highland Vineyards affected your individual income tax return. The tax calculation report, Form 4549A-CG, does not require an agreement signature; it should be kept for your records. If you owe additional tax, you will receive a bill for the additional tax and interest. If you are due a refund, it will be sent to you after all other outstanding issues are resolved. Also, if you owe on other tax years, your refund may be used to offset any outstanding amounts.

If you have any questions about this matter, please write to the contact person shown at the top of this letter. Attach a copy of this letter to any correspondence to help us identify your case. Also, in the event that we need more information, please provide your telephone number and the most convenient time for us to call.

You may also call the telephone number shown above. If the number is outside your local calling area, there will be a long distance charge to you. If you prefer, you may call the Internal Revenue Service office listed in your local directory. An IRS employee there may be able to help you, but the office at the above address is most familiar with your case.

Thank you.

Sincerely,

Nancy L. Jones
Chief, Examination Branch

Enclosures:
Form 4549A-CG
Publication 1
Notice 609

KCSC-FL 83(Rev. 9/90)

PLAINTIFFS' EXHIBIT 26

Important Notice Regarding Payment

Our report of changes to your income Tax return resulted in additional Tax. The enclosed interest computation is for your convenience. It is only an Estimate, and it does not include any payments on your account. It would Be to your advantage to pay the amount due as soon as possible to reduce Further interest charges. Please help us resolve this matter by mailing Your payment in the enclosed envelope within 15 days from the date of this Letter. Please show your Social Security Number and the tax year for which the payment is intended on your check to properly identify your account. Your payment will be applied to your balance due and a notice will be sent reconciling your account.

Since, we do not have a Power of Attorney on file for 1981 we cannot send your POA Mr. Thomas E. Redding a copy. We have enclosed two copies of the 1981 report for your convenience.

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | Return Form No. |
|---|---|---|
| WILLIAM P & MARY L SMITH JR<br>WILLIAM P. SMITH JR.<br><br>BARTLESVILLE OK 74006- | [redacted]5413 | 1040 |
| | Person with whom examination changes were discussed | Name and Title |

| 1. Adjustments to Income | Period End 12/31/1981 | Period End | Period End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 0.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 81,348.00 | | |
| 4. Corrected Taxable Income | 81,348.00 | | |
| Tax Method | TAX RATE | | |
| Filing Status | JOINT | | |
| 5. Tax | 30,816.00 | | |
| 6. Additional Taxes | | | |
| Corrected Tax Liability | 30,816.00 | | |
| 8. Less Credits A. POLITICAL CONTRIBUTION | 100.00 | | |
| B. CREDIT | 1,788.00 | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 28,928.00 | | |
| 10. Plus Other Taxes A. SELF EMPLOYMENT TAX | 2,762.00 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 31,690.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 30,443.00 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 1,247.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 1,247.00 | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: WILLIAM P & MARY L SMITH JR | SS or EI Number: [redacted]-5413 | Return Form No. 1040 |
|---|---|---|

| Penalties | Period End 12/31/1981 | Period End | Period End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 1,247.00 | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | 1,247.00 | | |
| B. Penalties (line 18, page 2) (computed to 02/23/1999) | | | |
| C. Interest (IRC 6601) (computed to 02/23/1999) | 3,295.14 | | |
| D. TMT Interest (computed to 02/23/1999 on TMT underpay) | 1,339.96 | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 5,882.10 | | |

Other Information:

| Examiner's Signature | District | Date |
|---|---|---|
| W. J. Luster | Kansas City Service Center | 11/02/1999 |

Form 5278 | Department of the Treasury - Internal Revenue Service STATEMENT--INCOME TAX CHANGE | 1. Office Symbols:

2. Name of Taxpayer
WILLIAM P & MARY L SMITH JR

3. __ Notice of Deficiency __ Other (Specify) ____
__ Settlement computation

4. TIN [redacted]5413 | 5. Form Number 1040 | 6. Court docket number ____

| | Tax years ended | | |
|---|---|---|---|
| 7. Adjustments to Income | Period End 12/31/1981 | Period End | Period End |
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 8. Total Adjustments | 0.00 | | |
| 9. a. Taxable Income<br>b. As shown in:<br>__ Preliminary letter dated ____<br>__ Notice of deficiency dated ____<br>__ Return as filed | 81,348.00 | | |
| 10. Taxable Income as Revised | 81,348.00 | | |
| Tax | 30,816.00 | | |
| 12. Alternative Tax, If Applicable | | | |
| 13. Corrected Tax Liability (Lesser of line 11 or 12) | 30,816.00 | | |
| 14. Less a. POLITICAL CONTRIBUTION | 100.00 | | |
| Credits b. FUEL CREDIT | 1,788.00 | | |
| (Specify) c. | | | |
| 15. Balance (Line 13 less amounts on lines 14a - 14c) | 28,928.00 | | |
| 16. Plus a. SELF EMPLOYMENT TAX | 2,762.00 | | |
| b. | | | |
| c. | | | |
| 17. Total Corrected Tax Liability (Line 15 plus total of lines 16a through 16c) | 31,690.00 | | |
| 18. Total Tax Shown on Return or as Previously Adjusted | 30,443.00 | | |
| 19. Adjustments to A. Earned Income Credit<br>B. Special Fuels Credit | | | |
| 20. Increase in Tax or (Overassessment - Decrease in Tax) (Line 17 adjusted by Lines 18 and 19) | 1,247.00 | | |

21. Additions/Adjustments to the Tax:

Form 5278 (Rev. July 1992)

198112 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | |
|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 | 31,690.00 |
| 2. Total corrected tax liability without regard to tax motivated transactions | 30,443.00 |
| 3. Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 1,247.00 |
| 4. Tax Deficiency, Form 4549, line 13 | 1,247.00 |
| 5. Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 1,247.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| 1984 INV CR CARRYBACK | 1,247.00 |

Name of Taxpayer: WILLIAM P & MARY L SMITH JR 11/02/1999
Identification Number: [redacted]5413 TOTAL 4.50.03

198112 - TAX PRD INTEREST COMPUTATION TO 02/23/1999

| | | |
|---|---|---|
| Total Tax Deficiency | | |
| Plus Penalties* | | 1,247.00 |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 1,247.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1985-06/30/1985 | 76 | 13.00 | 34.21 | 6.95 |
| COMPOUND | 07/01/1985-12/31/1985 | 184 | 11.00 | 73.04 | 15.58 |
| COMPOUND | 01/01/1986-06/30/1986 | 181 | 10.00 | 68.84 | 15.56 |
| COMPOUND | 07/01/1986-12/31/1986 | 184 | 09.00 | 66.04 | 15.71 |
| COMPOUND | 01/01/1987-09/30/1987 | 273 | 09.00 | 103.68 | 26.11 |
| COMPOUND | 10/01/1987-12/31/1987 | 92 | 10.00 | 40.65 | 10.71 |
| COMPOUND | 01/01/1988-03/31/1988 | 91 | 11.00 | 45.28 | 12.23 |
| COMPOUND | 04/01/1988-09/30/1988 | 183 | 10.00 | 86.06 | 24.09 |
| COMPOUND | 10/01/1988-12/31/1988 | 92 | 11.00 | 49.47 | 14.34 |
| COMPOUND | 01/01/1989-03/31/1989 | 90 | 11.00 | 49.87 | 14.81 |
| COMPOUND | 04/01/1989-09/30/1989 | 183 | 12.00 | 115.58 | 35.64 |
| COMPOUND | 10/01/1989-12/31/1989 | 92 | 11.00 | 55.65 | 17.80 |
| COMPOUND | 01/01/1990-12/31/1990 | 365 | 11.00 | 236.63 | 80.08 |
| COMPOUND | 01/01/1991-03/31/1991 | 90 | 11.00 | 62.46 | 22.27 |
| COMPOUND | 04/01/1991-12/31/1991 | 275 | 10.00 | 182.65 | 67.71 |
| COMPOUND | 01/01/1992-03/31/1992 | 91 | 09.00 | 56.95 | 21.88 |
| COMPOUND | 04/01/1992-09/30/1992 | 183 | 08.00 | 105.04 | 41.25 |
| COMPOUND | 10/01/1992-12/31/1992 | 92 | 07.00 | 47.55 | 19.06 |
| COMPOUND | 01/01/1993-12/31/1993 | 365 | 07.00 | 197.68 | 81.69 |
| COMPOUND | 01/01/1994-06/30/1994 | 181 | 07.00 | 103.28 | 44.20 |
| COMPOUND | 07/01/1994-09/30/1994 | 92 | 08.00 | 61.66 | 26.88 |
| COMPOUND | 10/01/1994-12/31/1994 | 92 | 09.00 | 70.87 | 31.32 |
| COMPOUND | 01/01/1995-03/31/1995 | 90 | 09.00 | 70.90 | 31.80 |
| COMPOUND | 04/01/1995-06/30/1995 | 91 | 10.00 | 81.56 | 37.13 |
| COMPOUND | 07/01/1995-12/31/1995 | 184 | 09.00 | 153.73 | 71.58 |
| COMPOUND | 01/01/1996-03/31/1996 | 91 | 09.00 | 78.43 | 37.30 |
| COMPOUND | 04/01/1996-06/30/1996 | 91 | 08.00 | 71.21 | 34.30 |
| COMPOUND | 07/01/1996-12/31/1996 | 184 | 09.00 | 167.34 | 82.25 |
| COMPOUND | 01/01/1997-12/31/1997 | 365 | 09.00 | 356.24 | 182.39 |
| COMPOUND | 01/01/1998-03/31/1998 | 90 | 09.00 | 92.88 | 49.11 |
| COMPOUND | 04/01/1998-12/31/1998 | 275 | 08.00 | 262.92 | 142.38 |
| COMPOUND | 01/01/1999-02/23/1999 | 54 | 07.00 | 46.79 | 25.85 |
| | Total Interest | | | 3,295.14 | 1,339.96 |
| | Total TMT Interest | | | 1,339.96 | |
| | Total Underpayment | | | 1,247.00 | |
| | Total Penalties | | | 0.00 | |
| | Total Amount Due | | | 5,882.10 | |

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>WILLIAM P & MARY L SMITH JR | [redacted]5413 | YEAR/PERIOD ENDED<br>198112 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1984 INV CR CARRYBACK | 3,035.00 | 1,788.00 | 1,247.00 |

WE ADJUSTED YOUR RETURN IN ACCORDANCE WITH THE EXAMINATION RESULTS OF THE PARTNERSHIP RETURN OF WHICH YOU ARE AN INVESTOR.

We have allowed investment credit in the amount shown.

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE

FORM 886-A (REV 4-68)

602027. 100
. 300
lossed

**...NAL REVENUE SERVICE** DEPARTMENT OF THE TREASURY
P.O. Box 630 (Stop 639)
Holtsville, NY 11742

Date: May 23, 2002

Taxpayer Id: [redacted]-5413
Kind of Tax: Income
Amount of Claim(s): unspecified
Date Claim(s) Received: 03-13-02
Tax Period(s) Ending: various
Project Partnership: AMCOR

Mr. Smith Jr.
5120 E. Frank Phillips Blvd.
Bartlesville OK 74006-8202

Dear Mr. Smith Jr.

We are unable to process your claim for the tax period(s) shown above for the reason(s) listed below.

Your claim for abatement of interest under I.R.C. section 6404(e) concerning the above referenced partnership is denied. You have not established that you qualify for interest abatement under the provisions of I.R.C. section 6404(e).

Your claim for refund of the additional interest that has been assessed under I.R.C. section 6621( c) is denied. The terms of the settlement agreement entered into by the parties included the assessment of I.R.C. section 6621(c) interest. Furthermore, you have not established that the transactions entered into by the above referenced partnership were not tax motivated transactions under I.R.C. section 6621(c).

Your claim for refund based on the expiration of the statute of limitations is denied. The issue of whether the partnership properly extended the statute of limitations is a partnership item. Your claim is precluded under I.R.C. section 7422(h). TEFRA requires that all challenges to adjustment of partnership items be made in a single, unified agency proceeding, at the partnership level.

If you have any questions, please write to us at the address shown at the top of this letter. You may also call Toni-Ann Selesky at (631) 447-4595 between the hours of 8:00am and 3:30pm EST Monday thru Wednesday. If the number is outside your local calling area, there will be a long distance charge to you.

Whenever you write, please include this letter and, in the space below give us your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number ( ) ______________________ Hours ______________

Thank you for your cooperation.

Sincerely yours,

Lynne Walsh, Field Director
Compliance Services

**PLAINTIFFS' EXHIBIT 27**