**No. 03-2028 T**
Consolidated with 04-907 T
(Judge Francis M. Allegra)

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

KENNETH C. KEENER,

PLAINTIFF

VS.

UNITED STATES OF AMERICA,

DEFENDANT

---

**VOLUME 2 TO APPENDIX E TO PLAINTIFF'S RESPONSE IN OPPOSITION TO THE MOTION OF THE UNITED STATES FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINTS AND BRIEF IN SUPPORT**

---

THOMAS E. REDDING, Lead Counsel
TERESA J. WOMACK
SALLIE W. GLADNEY
REDDING & ASSOCIATES, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
Telephone: (713) 965-9244
Telecopier: (713) 621-5227
Attorneys for Plaintiffs
Kenneth C. Keener and
William P. Smith, Jr. and Anne Smith

**No. 03-2028 T**
Consolidated with 04-907 T
(Judge Francis M. Allegra)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

KENNETH C. KEENER,
PLAINTIFF

VS.

UNITED STATES OF AMERICA,
DEFENDANT

**VOLUME 2 TO APPENDIX E TO PLAINTIFF'S RESPONSE IN OPPOSITION TO THE MOTION OF THE UNITED STATES FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINTS AND BRIEF IN SUPPORT**

| Exhibit | Document | Bates Pages |
|---|---|---|
| 28 | Docket Sheet for AVF Tax Court Case, Docket No. 15034-91 | E66-E95 |
| 29 | Docket Sheet for AV2 Tax Court Case, Docket No. 15048-91 | E96-E109 |
| 30 | Docket Sheet for DHV Tax Court Case, Docket No. 15056-91 | E110-E123 |
| 31 | Docket Sheet for RGA Tax Court Case, Docket No. 15044-91 | E124-E136 |
| 32 | Sample Form 870-P(AD) Settlement Agreement for Partnership Adjustments | E137-E138 |
| 33 | Sample Form 870-L(AD) Settlement Agreement for Partnership Adjustments and Affected Items | E139-E141 |
| 34 | Sample Form 906 Closing Agreement | E142-E144 |

Respectfully,

/s/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

01/05/06

UNITED STATES TAX COURT
DOCKET ENTRIES

Docket No. 15034-91 INDEX
Agri-Venture Fund, Frederick H. Behrens, Tax Matters Partner
v. COMMISSIONER OF INTERNAL REVENUE

| | | |
|---|---|---|
| Agri-Venture Fund<br>C/O Frederick H. Behrens | MS0086<br>NO. 4 | (Service Attorney)<br>Mather,Steven Ray<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | KE0153 | Kajan,Elliott Hugh<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | BK0089 | Barish,Kenneth M.<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | SJ1899 | Silver,Jason Mark<br>Silver Lockwood, PLC<br>Sixth Floor<br>4800 N. Scottsdale Road<br>Scottsdale, AZ 85251 |
| Frederick H. Behrens | MS0086<br>NO. 4 | Mather,Steven Ray<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | KE0153 | Kajan,Elliott Hugh<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | BK0089 | Barish,Kenneth M.<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |

PLAINTIFFS' EXHIBIT 28

Docket No. 15034-91 (Continuation Page 2) 01/05/06 INDEX

SJ1899 Silver,Jason Mark
Silver Lockwood, PLC
Sixth Floor
4800 N. Scottsdale Road
Scottsdale, AZ 85251

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0001 | 07/10/91 | PF | PETITION Filed:Fee Paid | | R 07/12/91 | |
| 0002 | 07/10/91 | DPT | DESIGNATION of Trial at Washington, DC | | R 07/12/91 | |
| 0003 | 08/09/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Muhammad & Riffat Afridi and Ernst & Julane Knobil. C/S-Resp | | P 08/12/91 | |
| 0004 | 08/14/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Marshall H. & Rosslyn F. Crawford, Herbert G. Haydel & Richard A. & Mary Grace Levacy. C/S-resp | | P 08/15/91 | |
| 0005 | 08/19/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Donald G. & Ronna W. Martin. C/S-Resp | | P 08/26/91 | |
| 0006 | 08/22/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Noble Weir Kyle, II and William E. & Barbara H. Sanders. C/S-Resp. | | P 08/26/91 | |
| 0007 | 08/23/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by William T. & Carroll S. Flowers and Katherine G. Pryor. C/S-Resp | | P 08/26/91 | |
| 0008 | 08/26/91 | MOTR | MOTION by resp. to ext. time to move or ans. to 9/9/91 & 9/24/91. (no obj) C/S | GR 08/30/91 | B 08/30/91 | |
| 0009 | 09/05/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Buck Wayne McNeil, John K. Wallace, Jr. & Herbert L. & Eleanor B. Watrous. C/S | | | |
| 0010 | 09/09/91 | JMOT | JT. MOTION re:procedure. | ORD 09/12/91 | | |
| 0011 | 09/12/91 | OAJ | ORDER that case is assigned to Judge Dawson. for statute of limitations issue only. Ans due 10-1-91; Reply due 10-11-91; Resp. mot. for partial summ. judg. due 11-25-91. | | B 09/13/91 | C |
| 0012 | 09/17/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Leslie C. & Kathryn B. Grammer. C/S-Resp | | P 09/18/91 | C |
| 0013 | 10/01/91 | ACS | ANSWER (C/S 09/30/91). | | | |
| 0014 | 10/03/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Wilfred J. Blease. | | B 10/08/91 | |
| 0015 | 10/04/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Phillip R. & Lucinn T. Sams, Edward John O'Neill, Jr. & James H. Ward. C/S | | | |

(Continued to page 3)

01/05/06

Docket No. 15034-91 (Continuation Page 3)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT | DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|---|
| 0016 | 10/10/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE Harvey Folks Zimand. | | | B 10/15/91 | C |
| 0017 | 10/10/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE E. Lisk Wyckoff, Jr. | | | B 10/15/91 | C |
| 0018 | 10/10/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE John F. Gibbons. | | | B 10/15/91 | C |
| 0019 | 10/10/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE Robert Ehrenbard. | | | B 10/15/91 | C |
| 0020 | 10/10/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE Eugene T. D'Ablemont. | | | B 10/15/91 | C |
| 0021 | 10/10/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE Brian Christaldi. | | | B 10/15/91 | C |
| 0022 | 10/11/91 | RCS | REPLY (C/S 10/11/91) | | | | |
| 0023 | 10/24/91 | NCA | NOTICE of Change of Address for atty. Stuart Seigel. C/S | | | | |
| 0024 | 11/14/91 | JMOT | JT. MOTION to cons. 15032-91, 15033-91, 15034-91, 15035-91, 15036-91, 15037-91, 15038-91, 15039-91, 15040-91, 15041-91, 15042-91, 15043-91, 15044-91, 15045-91, 15046-91, 15047-91, 15048-91, 15049-91, 15050-91, 15051-91, 15052-91, 15053-91, 15054-91, 15055-91, 15056-91, 15057-91, 15058-91, 15059-91, 15060-91, 20132-91 and 20133-91. | GR | 11/20/91 | B 11/27/91 | C |
| 0025 | 11/26/91 | MOTR | MOTION by resp. for partial summary judgment. C/S (Affidavits att'd) | ORD | 01/12/93 | | |
| 0026 | 11/26/91 | MEMO | MEMORANDUM OF LAW AND FACTS by resp. in support of motion for partial summary judgment. C/S | | | | |
| 0027 | 11/29/91 | O | ORDER Petr. by 1/10/92 file response to mot. for partial summ. judg.; Resp. by 2/10/92 file reply to Petr. response. | | | B 12/02/91 | C |
| 0028 | 12/20/91 | O | ORDER Court's 11/29/91 Order is rescinded. | | | B 12/23/91 | C |
| 0029 | 01/14/92 | STP | STIPULATION OF FACTS. w/Ex. | | | | |
| 0030 | 01/31/92 | MOTP | MOTION by petr. to compel docu. & ans. Interr. w/Exh. C/S | ORD | 04/21/92 | | |
| 0031 | 01/31/92 | MEMO | MEMORANDUM by petr. in support of mot to compel. C/S | | | | |
| 0032 | 02/18/92 | MOTR | MOTION by resp. to have until 3/9/92 to file opposition to mot to compel. (N.Obj) | GR | 02/20/92 | B 03/02/92 | C |
| 0033 | 03/09/92 | OBJ | OBJECTION by resp. to mot to compel. (Reply to discovery Memo att'd.) C/S | | | | |
| 0034 | 03/24/92 | MEMO | MEMORANDUM by Petr. in response to Resp. obj. to mot. to compel. w/ex. C/S | | | | |

(Continued to page 4)

01/05/06

Docket No. 15034-91 (Continuation Page 4)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0035 | 04/21/92 | O | ORDER petrs. by 5/29/92 file response to mot. for partial summ. judg.; resp. by 6/30/92 file reply to petrs. response. Mot to compel is Dn. | | B 04/23/92 | C |
| 0036 | 05/28/92 | MOTP | MOTION by petr. to extend time to 6/8/92 for response to mot. for partial summ. judgment. (N.Obj) C/S | GR 05/29/92 | B 06/01/92 | C |
| 0037 | 06/08/92 | MOTP | MOTION by petr. to strike improper portions of affidavits in support of resp. mot. for partial summary Judgement. (Appendix att'd.) C/S | ORD 01/12/93 | | |
| 0038 | 06/08/92 | MOTP | MOTION by petr. (Cross) for partial summary Judgment. w/Ex. & Memo. att'd. C/S | ORD 01/12/93 | | |
| 0039 | 06/10/92 | MOTP | MOTION by petr. to dismiss participants, Donald & Ronna Martin. (Per Judge) | ORD 07/09/92 | R 06/18/92 | |
| 0040 | 06/16/92 | O | ORDER resp by 6/30/92 file response to mot. to dismiss. | | B 06/18/92 | C |
| 0041 | 07/06/92 | NOBJ | NO OBJECTION by resp. to mot. to dismiss. C/S (Leave Gr.) | | | |
| 0042 | 07/09/92 | O | ORDER mot. to dismiss participants, Donald & Ronna Martin is Gr. | | B 07/13/92 | C |
| 0043 | 07/13/92 | OBJ | OBJECTION by resp. to cross mot. for partial summ. judg. C/S | | | |
| 0044 | 07/13/92 | OBJ | OBJECTION by resp to mot. to strike portions of affidavits. C/S | | | |
| 0045 | 07/13/92 | MEMO | MEMORANDUM by resp. in reply to memo. in opposition to mot. for partial summ. judg. & in support of petr. cross-mot. C/S (Per Judge) | | | |
| 0046 | 07/29/92 | NCA | NOTICE of Change of Address for atty-Leonard S. Roth. C/S | | | |
| 0047 | 08/10/92 | MOT | MOTION by certain participating partners to file memo. in opposition to mot. for partial summ. judg. & in support of Petr. cross mot. (Memo. Ld.) C/S | ORD 09/25/92 | | |
| 0048 | 08/21/92 | O | ORDER Resp by 9-11-92 file response to mot. by Participants to file Memo. | | B 08/25/92 | C |
| 0049 | 08/25/92 | JMOT | JT. MOTION for special calendar. | ORD 09/25/92 | | |
| 0050 | 09/09/92 | NOBJ | NO OBJECTION by Resp to mot. by certain participation partner to file Memo. C/S | | | |

(Continued to page 5)

01/05/06

Docket No. 15034-91 (Continuation Page 5)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0051 | 09/25/92 | O | ORDER mot. for special calendar is Dn. | | B 09/25/92 | C |
| 0052 | 09/25/92 | O | ORDER resp. by 10-26-92 file suppl. stip. or mot. to correct stip. Resp. within 30 days after ruling with respect to suppl stip. or mot. to correct stip. file response to memo. in opposition to mot. for partial summ. judg. Mot. to file memo. to mot. for partial summ. judg. is Gr. | | B 09/25/92 | C |
| 0053 | 09/25/92 | MEMO | MEMORANDUM by certain participating partners in Opposition to mot. for partial summ. judg. & in support of petrs. cross-mot. | | B 09/25/92 | C |
| 0054 | 10/15/92 | MOTP | MOTION by petr. to file suppl. memo. of law in opposition to resp mot. for partial summ. judg. & in support of petrs. Cross-mot. (Suppl. memo. of law Ld) C/S | ORD 10/19/92 | | |
| 0055 | 10/19/92 | MEMO | MEMORANDUM OF LAW (SUPPLEMENTAL) by Petr. in Opposition to resp. mot. for partial summ. judg. & in support of petrs. Cross-mot. | | R 10/21/92 | |
| 0056 | 10/19/92 | O | ORDER resp. by 11-27-92 file response to petrs. suppl. memo. Mot. to file suppl. memo. is Gr. | | B 10/21/92 | C |
| 0057 | 10/26/92 | STP | STIPULATION OF FACTS (SUPPLEMENTAL). w/Ex. | | | |
| 0058 | 10/26/92 | MOTR | MOTION by resp. to Reform Stipulation of facts. w/affidavits att'd. C/S (Per Judge) | ORD 01/12/93 | | |
| 0059 | 11/06/92 | O | ORDER petr. by 11-25-92 file response to mot. to reform. | | B 11/09/92 | C |
| 0060 | 11/24/92 | MEMO | MEMORANDUM OF LAW by petr. in Opposition to mot. to reform. w/Ex. C/S | | | |
| 0061 | 11/27/92 | RESP | RESPONSE by Resp. to partners memo. filed 9/25/92 & Petr. suppl. memo. filed 10/19/92. (Serve Per Judge) | | P 12/07/92 | C |
| 0062 | 01/12/93 | O | ORDER Resp. mot. for partial summ. judg. & Petr. cross-mot. for partial summ. judg. are Dn. Mot. to reform stip. of facts is moot. Mot. to strike improper portions of affidavits is moot. | | B 01/14/93 | C |
| 0063 | 02/19/93 | MEMO | MEMORANDUM OF LAW by petr. in opposition to separate trial on statute of limitations issues. C/S (Per Judge) | | | |
| 0064 | 03/18/93 | RESP | RESPONSE by resp. to memo. of law in opposition to separate | | | |

(Continued to page 6)

Docket No. 15034-91 (Continuation Page 6) 01/05/06

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | trials. C/S (Per Judge) | | | |
| 0065 | 03/23/93 | MOTP | MOTION by petr. to file reply to response to memo. of law in opposition to separate trials. (Reply to response Ld.) (N.Obj) C/S | ORD 03/25/93 | | |
| 0066 | 03/25/93 | O | ORDER mot. for leave to file reply is Gr. | | B 03/26/93 | C |
| 0067 | 03/25/93 | R | REPLY by petr. to resp's Response to petrs. memo. of law in opposition to separate trials. | | R 03/26/93 | |
| 0068 | 04/19/93 | ORJ | ORDER that case is reassigned to Judge Halpern. | | B 04/20/93 | C |
| 0069 | 05/18/93 | JMOT | JT. MOTION for due date of 9/15/93 for filing of amendment to answer & due date of 11/15/93 for filing of reply to such amendment. | ORD 05/19/93 | | |
| 0070 | 05/19/93 | O | ORDER mot. to file amd. to ans. & reply is Gr. | | B 05/20/93 | C |
| 0071 | 08/06/93 | ATA | AMENDMENT TO ANSWER (C/S 8/2/93) | | | |
| 0072 | 11/12/93 | R | REPLY by petr. to amendment to ans. (C/S 11/12/93) | | | |
| 0073 | 01/12/94 | O | ORDER that the consolidation is severed. | | B 01/13/94 | C |
| 0074 | 01/12/94 | O | ORDER set 10/31/94 Washington, DC (Spec.) for trial. Parties by 3/3/94 file a joint report. 12532-90 15034-91 15041-91 15047-91 & 15050-91 are consolidated. | | B 01/14/94 | C |
| 0075 | 02/17/94 | STP | STIPULATION to take deposition of James Laurence, Dallas, TX, a non-party witness. | | | |
| 0076 | 02/17/94 | STP | STIPULATION to take deposition of George Martin, Amarillo, TX, a non-party witness. | | | |
| 0077 | 03/02/94 | STP | STIPULATION to take deposition of Bobbie Jack Tadlock, Laguna Niguel, CA, a non-party witness. | | | |
| 0078 | 03/03/94 | STP | STIPULATION to take deposition of Douglas Watson, Santa Ana, CA, a non-party witness. | | | |
| 0079 | 03/03/94 | STP | STIPULATION to take deposition of Naomi Coy, Santa Ana, CA, a non-party witness. | | | |
| 0080 | 03/03/94 | STP | STIPULATION to take deposition of Wilbur Goolkasian, Fresno, CA, a non-party witness. | | | |
| 0081 | 03/03/94 | RPT | REPORT by petr. (resp. concurs) C/S (Per Judge) | | | |
| 0082 | 03/18/94 | MOTP | MOTION by petr. to compel. w/Affidavit & Memorandum in | ORD 04/29/94 ORD 06/10/94 | | |

(Continued to page 7)

```
                                                                    01/05/06
  Docket No.  15034-91             (Continuation  Page    7)           INDEX
 NO.    DATE  EVENT       FILINGS AND PROCEEDINGS      ACT/STAT DTE  SERVED    M

                      Support attached. C/S
0083 03/22/94 STP     STIPULATION to take deposition of
                       Michael Teetor, Laguna Niguel,
                      CA, a non-party witness.
0084 03/25/94 O       ORDER set 4/28/94 Washington, DC
                      (Spec) for hrg. on petr. mot.                    B 03/29/94 C
                      to compel. Resp. by 4/15/94 file & serve response to mot.
                      to compel.
0085 04/19/94 RESP    RESPONSE by resp. to mot. to
                      compel. w/Ex. C/S
0086 04/25/94 MEMO    MEMORANDUM (SUPPLEMENTAL) by
                      petr. in support of petrs' mot.
                      to compel. C/S
0087 04/25/94 AFF     AFFIDAVIT (SUPPLEMENTAL) of James
                       P. Joseph in support of petrs'
                      mot. to compel. w/Ex. C/S
0088 04/26/94 R       REPLY by petr. to resp's response
                       to mot. to compel. w/Ex. C/S
0089 04/28/94 HEAR    HEARING before Judge Halpern at
                      Washington, DC
                      Daniel Marriman, Specially recognized for TMP F. Behrens.
                      Petr. mot to compel filed 3/18/94. - C.A.V.
0090 04/29/94 O       ORDER resp. by 5/6/94 file a
                      Vaughn Index of all in camera                    B 05/03/94 C
                      documents submitted to the court on 4/28/94. Mot. to compel
                      is Gr. in part.
0091 05/09/94 MISC    VAUGHN INDEX by resp. (Leave Gr.)
0092 05/10/94 TRAN    TRANSCRIPT of 4/28/94 rec'd.
0093 06/10/94 O       ORDER mot. to compel is Gr. in
                      part & denied in part. All                       B 06/13/94 C
                      documents lodged for in camera review are returned to resp.
0094 07/08/94 MOTP    MOTION by petr. to permit
                      retention of materials          GR  07/25/94 B 07/26/94 C
                      protected by the privacy act. (N.Obj) C/S
0095 07/22/94 MOTP    MOTION by petr. for sanctions.  ORD 10/13/94
                      w/memo. of law, Exs. &          ORD 11/15/94
                      attachments. C/S
0096 07/22/94 MOTP    MOTION by petr. to reconsider the
                       denial of petrs' mot. for      ORD 09/02/98
                      partial summary Judgment. w/memo in support of mot., Exs. &
                      attachments. C/S
0097 07/25/94 O       ORDER resp. by 9/2/94 file
                      response to mot. for sanctions.                  B 07/26/94 C
                      Petr. by 9/9/94 may file reply to resp's response.
0098 07/25/94 O       ORDER resp. by 9/2/94 file
                      response to mot. to reconsider                   B 07/26/94 C
                      the denial of mot. for summ. judgment. Petr. by 9/9/94 may
```

(Continued to page 8)

01/05/06

Docket No. 15034-91 (Continuation Page 8) INDEX

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| | | | file reply to resp's response. | | | |
| 0099 | 07/25/94 | MOTP | MOTION by petr. to compel documents. w/Ex. C/S | ORD 08/03/94 | | |
| 0100 | 07/25/94 | MOTP | MOTION by petr. for expedited hearing on mot. to compel documents. C/S | ORD 08/01/94 | | |
| 0101 | 07/25/94 | MOTP | MOTION by petr. for expedited hearing on resp's (oral) objections to depositions of non-party witnesses. C/S (Per Judge) | ORD 08/01/94 | | |
| 0102 | 08/01/94 | O | ORDER set 8/3/94 Washington, DC (Spec.) for hearing on (oral) objections to depositions of non-party witnesses & mot. to compel. Mots. for expedited hearing are Gr. (Hand delivered to K. Peter Schmidt) | | B 08/02/94 | C |
| 0103 | 08/02/94 | MOTR | MOTION by resp. for protective order & memo. in support thereof. C/S | ORD 08/03/94 | | |
| 0104 | 08/03/94 | HEAR | HEARING before Judge Halpern at Washington, DC Hearing on resp's oral objections to depositions held. Mot. filed 7/25/94--See order. Mot. filed 8/2/94--See order. | | | |
| 0105 | 08/03/94 | O | ORDER mot. to compel docu. is Gr. Mot. for protective ord. is Dn. | | B 08/05/94 | C |
| 0106 | 08/15/94 | TRAN | TRANSCRIPT of 8/3/94 received. | | | |
| 0107 | 09/01/94 | MOTR | MOTION by resp. for recons. of the denial of resp. mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0108 | 09/01/94 | MOTR | MOTION by resp. for recons. of the mooting of mot. to reform stip. of facts. C/S | ORD 10/08/98 | | |
| 0109 | 09/01/94 | MOTR | MOTION by resp. to strike affidavits submitted in support of mot. for recons. of mhe denial of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0110 | 09/01/94 | MEMO | MEMORANDUM by resp. in opposition to petr. mot. for recon. of the denial of mot. for partial summ. judg. and in support of mot. for recons. of the denial of resp. mot. for partial summ. judg. & reformation of the stip. of facts. w/Exs. & Affidavit. C/S | ORD 09/02/98 | | |
| 0111 | 09/01/94 | MOTR | MOTION by resp. to compel ans. to interr. C/S | ORD 09/26/94 | | |
| 0112 | 09/01/94 | MOTR | MOTION by resp. to compel documents. C/S | ORD 09/26/94 | | |
| 0113 | 09/01/94 | MEMO | MEMORANDUM by resp. in support of mots. to compel. w/Exs. C/S | | | |
| 0114 | 09/01/94 | OBJ | OBJECTION by resp. to motion for sanctions. C/S | | | |

(Continued to page 9)

Docket No. 15034-91 (Continuation Page 9) 01/05/06

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0115 | 09/01/94 | MEMO | MEMORANDUM by resp. in support of obj. to mot. for sanctions. w/Exs. C/S | | | |
| 0116 | 09/01/94 | MOTR | MOTION by resp. to file Suppl. Memo. in opposition to Petr's. Motion for reconsideration filed 7-22-94. C/S | ORD 09/02/98 | | |
| 0117 | 09/01/94 | OBJ | OBJECTION by Resp. to Mot. for reconsideration. (C/S 9-1-94) | | | |
| 0118 | 09/02/94 | MOTP | MOTION by petr. to take deposition of Bobby "Cobb" Adams. w/Exs. C/S | ORD 09/30/94 | | |
| 0119 | 09/02/94 | MOTP | MOTION by petr. to take deposition of Theodore Heap. w/Exs. C/S | ORD 09/30/94 | | |
| 0120 | 09/02/94 | MOTP | MOTION by petr. to take deposition of Peter Tagni. w/Exs. C/S | ORD 09/30/94 | | |
| 0121 | 09/02/94 | MOTP | MOTION by petr. to take deposition of Allen Silverman. w/Exs. C/S | ORD 09/30/94 | | |
| 0122 | 09/02/94 | MOTP | MOTION by petr. to take deposition of Wendell Davies. w/Exs. C/S | ORD 09/30/94 | | |
| 0123 | 09/02/94 | MOTP | MOTION by petr. to take deposition of Joseph Cordero. w/Exs. C/S | ORD 09/30/94 | | |
| 0124 | 09/02/94 | MOTP | MOTION by petr. to take deposition of Philip Larson. w/Exs. C/S | ORD 09/30/94 | | |
| 0125 | 09/02/94 | MOTP | MOTION by petr. to take deposition of Vincent Capodianco. w/Exs. C/S | ORD 09/30/94 | | |
| 0126 | 09/02/94 | MOTP | MOTION by petr. to compel documents. w/Exs. C/S | ORD 10/08/98 | | |
| 0127 | 09/09/94 | OP | OPPOSITION by petr. to mot. for recons. of mot. for partial summ. judg. C/S | | | |
| 0128 | 09/09/94 | RESP | RESPONSE by petr. to mot. for recons. of mot. to reform stip. of facts. C/S | | | |
| 0129 | 09/09/94 | RESP | RESPONSE by petr. to mot. to strike affidavits. C/S | ORD 09/02/98 | | |
| 0130 | 09/09/94 | R | REPLY by petr. to memo. in opposition to mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0131 | 09/09/94 | R | REPLY by petr. to objection to mot. for sanctions. w/Ex. | | | |
| 0132 | 09/12/94 | O | ORDER resp. by 9/22/94 file response to mot. to compel docu. | | B 09/13/94 | C |
| 0133 | 09/15/94 | O | ORDER set 9/26/94 Washington, DC | | | |

(Continued to page 10)

01/05/06

Docket No. 15034-91 (Continuation Page 10)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | (Spec.) for pretrial conference. Petrs' by 9/23/94 file response to mots. to compel. Resp & proposed deponents by 9/23/94 file response to mots. to take deposition. Additional service on the proposed deponents as listed herein. | | B 09/15/94 | C |
| 0134 | 09/19/94 | RESP | RESPONSE by Theodore H. Heap & objs. to mot. to take deposition of Theodore Heap & in the alternative, MOTION for a protective order. C/S (Per Judge) | ORD 09/30/94 | | |
| 0135 | 09/21/94 | O | ORDER time ext. to 9/23/94 for response to mot. to compel docu. | | B 09/23/94 | C |
| 0136 | 09/23/94 | RESP | RESPONSE by Joseph Cordero to mot. to take deposition of Joseph Cordero. | | B 10/13/94 | C |
| 0137 | 09/23/94 | RESP | RESPONSE by resp. to mots. to take depositions. | | P 10/13/94 | C |
| 0138 | 09/23/94 | OBJ | OBJECTION by petr. to resp's mots. to compel. w/memo. in opposition att'd. C/S | | | |
| 0139 | 09/26/94 | OBJ | OBJECTION by Vincent Capobianco to mot. to take deposition of Vincent Capobianco. C/S | | | |
| 0140 | 09/26/94 | RESP | RESPONSE by resp. to reply to obj. to mot. for sanctions. w/Ex. | | P 10/14/94 | C |
| 0141 | 09/26/94 | OBJ | OBJECTION by Philip Larson to mot. to take deposition of Philip Larson. C/S | | | |
| 0142 | 09/26/94 | OBJ | OBJECTION by Bobby Adams to mot. to take deposition of Bobby Adams. | | B 10/13/94 | C |
| 0143 | 09/26/94 | HEAR | HEARING before Judge Halpern at Washington, DC Mot. for sanctions -- C.A.V. Resp's Mots. to compel ans. to interr. & docu. -- See order. Mots. to take depositions of Bobby "Cob" Adams, Peter Tagni, Allen Silverman, Wendell Davies, Joseph Cordero, Phillip Larson, Theodore Heap & Vincent Capodianco -- C.A.V. Petr. Mot. to compel docu -- C.A.V. -- See order. Resp's oral mot. to continue trial -- See order. Report due from the parties by 10/6/94. | | | |
| 0144 | 09/26/94 | O | ORDER resp's mots. to compel ans. to interr. & docu. are Dn. Petr mot. to compel docu. is taken under advisement & parties are to submit report by 10/6/94 as to said mot. Oral mot. to continue is Dn. | | B 10/13/94 | C |

(Continued to page 11)

01/05/06

Docket No. 15034-91 (Continuation Page 11)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0145 | 09/28/94 | OBJ | OBJECTION by resp. to petrs mot. to compel docu. (Leave Gr.) | | | |
| 0146 | 09/30/94 | O | ORDER mot. to take deposition of Bobby "Cobb" Adams is Dn. Additional service on Bobby Adams as stated herein. | | B 10/13/94 | C |
| 0147 | 09/30/94 | O | ORDER mot. to take deposition of Peter Tagni is Dn. Additional service on Peter Tagni as stated herein. | | B 10/13/94 | C |
| 0148 | 09/30/94 | O | ORDER mot. to take deposition of Allen Silverman is Dn. Additional service on Allen Silverman as stated herein. | | B 10/13/94 | C |
| 0149 | 09/30/94 | O | ORDER mot. to take deposition of Wendell Davies is Dn. Additional service on Wendell Davies as stated herein. | | B 10/13/94 | C |
| 0150 | 09/30/94 | O | ORDER mot. to take deposition of Joseph Cordero is Dn. Additional service on Joseph Cordero as stated herein. | | B 10/13/94 | C |
| 0151 | 09/30/94 | O | ORDER mot. to take deposition of Philip Larson is Dn. Additional service on Philip Larson as stated herein. | | B 10/13/94 | C |
| 0152 | 09/30/94 | O | ORDER mot. to take deposition of Theodore Heap is Dn. Additional service on Theodore Heap as stated herein. | | B 10/13/94 | C |
| 0153 | 09/30/94 | O | ORDER mot. to take deposition of Vincent Capodianco is Dn. Additional service on Vincent Capadianco as stated herein. | | B 10/13/94 | C |
| 0154 | 09/30/94 | MOTP | MOTION by petr. to extend time to 10/17/94 for submission of expert reports. C/S (Hand-delivered to K. Peter Schmidt) | DN 10/17/94 | B 10/21/94 | C |
| 0155 | 10/11/94 | OBJ | OBJECTION by resp. to mot. to extend time for submission of expert reports. C/S | | | |
| 0156 | 10/12/94 | MOTP | MOTION by petr. for dismissal or alternative relief based upon resp's violations of grand jury secrecy. w/Memo. in support of & Ex. att'd. | ORD 10/19/94 | R 10/21/94 | |
| 0157 | 10/12/94 | MOTP | MOTION by petr. for expedited hearing on mot. for dismissal or alternative relief. | ORD 10/19/94 | R 10/21/94 | |
| 0158 | 10/13/94 | O | ORDER resp. by 10-24-94 file an answer to petrs' allegation that resp has failed to produce documents listed in a letter of petrs' counsel dated 8/22/94 as described herein. Mot. for sanctions is Dn. in part. | | B 10/14/94 | C |
| 0159 | 10/19/94 | O | ORDER mot. for dismissal or alternative relief is Dn. Mot. | | B 10/21/94 | C |

(Continued to page 12)

01/05/06

Docket No. 15034-91 (Continuation Page 12)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | for expedited hearing is deemed moot. (Hand-delivered to K. Peter Schmidt) | | | |
| 0160 | 10/19/94 | O | ORDER trial cont. & set 9/11/95 Washington, DC (spec). Parties by 11/30/94 file joint report. There will be no further discovery by the parties without permission of the Court. (Hand-delivered to K. Peter Schmidt) | | B 10/21/94 | C |
| 0161 | 10/21/94 | RESP | RESPONSE (SUPPLEMENTAL) by resp. to petr. reply in further support of petr. mot. for sanctions. w/Exs. C/S | | | |
| 0162 | 11/15/94 | O | ORDER mot. for sanctions is Dn. in its entirety. | | B 11/16/94 | C |
| 0163 | 11/30/94 | RPT | REPORT (JOINT) | | | |
| 0164 | 03/24/95 | MOTP | MOTION by petr. for dismissal or alternative relief based on resp's misconduct. w/memo & exs. att'd. C/S | ORD 09/02/98 | | |
| 0165 | 03/27/95 | O | ORDER resp. by 4/28/95 file response to mot. for dismissal, joint report re: settlement negotiations & joint report re: litigation in any other court matters related to issues. | | B 03/29/95 | C |
| 0166 | 04/03/95 | MOTR | MOTION by resp. to Amend Answer. (Second Am. to ans. Ld.) C/S | ORD 05/12/95 | | |
| 0167 | 04/03/95 | MEMO | MEMORANDUM by resp. in support of mot. to amend answer. C/S | | | |
| 0168 | 04/05/95 | O | ORDER Petr. by 5-5-95 file & serve on Resp. a Response to mot. to amd. answer. | | B 04/06/95 | C |
| 0169 | 04/24/95 | MOTR | MOTION by resp. to ext. time to 5-8-95 to file response to mot. for dismissal. | GR 04/27/95 | B 05/01/95 | C |
| 0170 | 04/28/95 | RPT | REPORT (JOINT) | | | |
| 0171 | 05/02/95 | NCA | NOTICE of Change of Address for Schmidt, atty. C/S | | | |
| 0172 | 05/05/95 | OP | OPPOSITION by petr. to mot. to amend answer. C/S | | | |
| 0173 | 05/08/95 | OBJ | OBJECTION by resp. to mot. for dismissal or alternative relief. C/S (Leave Gr.) | ORD 09/02/98 | | |
| 0174 | 05/08/95 | MEMO | MEMORANDUM by resp. in support of obj. to mot. for dismissal or alternative relief. w/Ex. C/S (Leave Gr.) | ORD 09/02/98 | | |
| 0175 | 05/12/95 | O | ORDER mot. to amend answer. is Gr. | | B 05/15/95 | C |
| 0176 | 05/12/95 | ATA | AMENDMENT TO ANSWER (SECOND) | | P 05/15/95 | C |
| 0177 | 05/30/95 | MOTR | MOTION by resp. for pretrial conference in Washington, DC. C/S | ORD 06/09/95 | | |

(Continued to page 13)

01/05/06

Docket No. 15034-91 (Continuation Page 13)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT | DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|---|
| 0178 | 05/31/95 | O | ORDER petr. by 6-7-95 file response to mot. for pretrial conference. | | | B 06/01/95 | C |
| 0179 | 06/07/95 | OBJ | OBJECTION by petr. to mot. for pretrial conference. C/S | | | | |
| 0180 | 06/07/95 | MOTP | MOTION by petr. to strike & to seal certain exhibits att'd to resp's memo. in support of obj. to mot. for dismissal. w/memo. in support att'd. C/S | ORD | 09/02/98 | | |
| 0181 | 06/09/95 | O | ORDER resp. by 6/23/95 file & serve on petr., a response to mot. to strike & to seal. Mot. for pre-trial conf. is Dn. | | | B 06/12/95 | C |
| 0182 | 06/23/95 | OBJ | OBJECTION by resp. to mot. to strike & seal. C/S | ORD | 09/02/98 | | |
| 0183 | 07/05/95 | MOTR | MOTION by resp. to supplement resp's memo. in support of resp's mot. for partial summary Judgment. (Suppl. memo. in support of mot. for recons. of resp's mot. for partial summ. Judg. Ld) C/S (Per Judge) | ORD | 09/02/98 | | |
| 0184 | 08/03/95 | O | ORDER parties by 11/6/95 file joint report. Trial is continued. | | | B 08/07/95 | C |
| 0185 | 11/03/95 | MISC | JOINT REPORT filed. | | | | |
| 0186 | 11/13/95 | NCA | NOTICE of Change of Address for participant, E. Lisk Wyckoff. | | | B 11/14/95 | |
| 0187 | 11/09/95 | O | ORDER parties by 2/6/96 file a joint report. | | | B 11/14/95 | C |
| 0188 | 01/29/96 | JMOT | JT. MOTION to ext. time to 7/10/96 to file report. | GR | 01/31/96 | B 02/01/96 | C |
| 0189 | 01/30/96 | MOT | MOTION by Stuart E. Seigel & K. Peter Schmidt to withdraw as to Donald Housman. N.obj. (C/S 1/30/96) | GR | 02/12/96 | B 02/15/96 | C |
| 0190 | 01/30/96 | MOT | MOTION by K. Peter Schmidt to withdraw as to Buck Wayne McNeil (participating partner) N.obj. (C/S 1/30/96) | GR | 07/29/96 | B 08/02/96 | C |
| 0191 | 01/30/96 | MOT | MOTION by K. Peter Schmidt to withdraw as to Edward John O'Neill, Jr. (participating partner) N.obj. (C/S 1/30/96) | GR | 07/29/96 | B 08/02/96 | C |
| 0192 | 01/30/96 | MOT | MOTION by K. Peter Schmidt to withdraw as to Leslie C. & Kathryn Grammer (participating partner) N.obj. (C/S 1/30/96) | GR | 07/29/96 | B 08/02/96 | C |
| 0193 | 02/06/96 | MOT | MOTION by Leonard Roth to w/d as to Petr. (C/S-2/2/96 on all except attys. Seigel & Schmidt). (N.Obj.-Resp.) | GR | 02/12/96 | B 02/15/96 | C |
| 0194 | 02/12/96 | O | ORDER participating partners, as stated herein, file objs. to | | | B 02/15/96 | C |

(Continued to page 14)

01/05/06

Docket No. 15034-91 (Continuation Page 14) INDEX

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| | | | mots. to w/d. A copy of this order is served on petr., resp. & said participating partners only. | | | |
| 0195 | 06/14/96 | NOT | NOTICE by resp. of intent to comply with congressional inquiry. w/Ex. (C/S 6/14/96 on all parties except Brian Christaldi, John Gibbons & E. Lisk Wyckoff) (Filed & served on parties stated above per Judge) | | P 06/25/96 | C |
| 0196 | 07/09/96 | MISC | JOINT REPORT filed. | | | |
| 0197 | 07/09/96 | RESP | RESPONSE by petr. to resp's notice of intent to comply with congressional inquiry. (C/S 7/9/96) | | | |
| 0198 | 07/12/96 | O | ORDER parties by 10/11/96 file a joint report. | | B 07/16/96 | C |
| 0199 | 08/23/96 | MOTP | MOTION by petr. to compel suppl. discovery responses to second set of interr. & second request for docu. w/Exs. (C/S 8/13/96) | ORD 09/27/96 | | |
| 0200 | 08/26/96 | O | ORDER resp. by 9/11/96 file a response to mot. to compel suppl. discovery responses. | | B 08/28/96 | C |
| 0201 | 09/11/96 | O | ORDER time ext. to 9/13/96 for resp's response to mot. to compel suppl. discovery responses. | | B 09/12/96 | C |
| 0202 | 09/16/96 | OBJ | OBJECTION by resp. to mot. to compel suppl. discovery responses. w/Ex. (C/S 9/13/96) (Leave Gr.) | | | |
| 0203 | 09/27/96 | MOTP | MOTION by petr. to withdraw mot. to compel suppl. discovery responses. w/Stip. att'd. (N.Obj) (C/S 9/27/96) | GR 10/02/96 | B 10/03/96 | C |
| 0204 | 10/11/96 | MISC | JOINT REPORT filed. | | | |
| 0205 | 10/15/96 | O | ORDER parties by 1/13/97 file joint report. | | B 10/16/96 | C |
| 0206 | 01/13/97 | RPT | REPORT by resp. (C/S 1/10/97) (Per Judge) | | | |
| 0207 | 01/13/97 | RPT | REPORT by petr. (C/S 1/13/97) (Per Judge) | | | |
| 0208 | 01/21/97 | O | ORDER parties by 2/14/97 file joint report. | | B 01/22/97 | C |
| 0209 | 02/18/97 | MISC | JOINT REPORT (Leave Gr.) | | | |
| 0210 | 02/19/97 | O | ORDER parties by 8/18/97 file joint report. | | B 02/21/97 | C |
| 0211 | 08/18/97 | MISC | JOINT REPORT. (Per Judge) | | | |
| 0212 | 10/14/97 | NOT | NOTICE by Resp. of settlement under Rule 248(c)(1) for participants Ernst & Julane Knobil, Marshall & Rosslyn Crawford, Herbert Haydel, Richard & Mary Levacy, Herbert & Eleanor Watrous, Leslie & Kathryn Grammer, Edward O'Neill, Jr., Wilfred Blease, Harvey Zimand & E. | | | |

(Continued to page 15)

Docket No. 15034-91 (Continuation Page 15) 01/05/06

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | Lisk Wyckoff, Jr. (C/S 10-9-97) | | | |
| 0213 | 11/03/97 | O | ORDER parties by 11/20/97 file report. | | B 11/05/97 | C |
| 0214 | 11/20/97 | MISC | JOINT REPORT. (Per Judge) | | | |
| 0215 | 12/24/97 | RPT | REPORT by resp. w/Ex. (C/S 12/23/97) | | | |
| 0216 | 12/30/97 | NOT | NOTICE by Resp. of consistent agreement under Rule 248 (c)(1) for Petr. Donald Housman and Participants Katherine Pryor, Robert Ehrenbard, and William & Carroll Flowers. (C/S 12-29-97) | | | |
| 0217 | 01/06/98 | OCA | ORDER that caption of case is amended. | | B 01/08/98 | C |
| 0218 | 02/02/98 | JMOT | JT. MOTION to w/d certain pending mots. & docu. relating thereto without prejudice. (C/S 2-11-98) (Per Judge) | ORD 09/02/98 | | |
| 0219 | 02/04/98 | MOT | MOTION by K. Schmidt to w/d for Petrs. & participants Kyle, Samms, Sanders, Wallace & Ward. (C/S 2-4-98) (Moot as to Kyle-No Order) | ORD 10/29/98 | | |
| 0220 | 02/23/98 | O | ORDER petrs. & participants Kyle, II, Sanders, Sams, Wallace, Jr. & Ward by 3/16/98 file obj. to mot. to withdraw. | | B 02/27/98 | C |
| 0221 | 04/16/98 | NOT | NOTICE by Resp. of consistent agreement under Rule 248 (c)(1) for participant Noble Weir Kyle, II. (C/S 4-15-98) | | | |
| 0222 | 06/04/98 | MOTR | MOTION by resp. to be relieved of duty under Rule 248(c)(2)(C). w/Exs. (C/S 6/3/98) | ORD 11/24/98 | | |
| 0223 | 07/31/98 | JT | JOINT REPORT | | | |
| 0224 | 09/02/98 | O | ORDER that Joint Motion filed 2-2-98 is granted in that certain motions & documents are withdrawn. | | B 09/03/98 | C |
| 0225 | 09/02/98 | O | ORDER set 10-8-98 Washington,DC Spec. for hearing on Resp's. 9-1-94 Mot for reconsideration, Petr's. 9-2-94 Mot to compel documents, and Resp's. Mot to be relieved of duty under Rule 248(c). Petr. and Participating Partners by 9-23-98 file an objection to motion to be relieved of duty. | | B 09/03/98 | C |
| 0226 | 09/23/98 | OBJ | OBJECTION by Petr. to mot to be relieved of duty under Rule 248(c). (C/S 9-23-98) | | | |
| 0227 | 10/02/98 | RESP | RESPONSE by Petr. & TMP to 9-2-98 order re:the hearing on certain mots. (C/S 10-2-98) | | | |
| 0228 | 10/02/98 | MOT | MOTION by Petr. & TMP to clarify or recon. 9-2-98 order that w/d | ORD 10/08/98 | | |

(Continued to page 16)

01/05/06

Docket No. 15034-91 (Continuation Page 16) INDEX

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| | | | certain mots. & documents. (C/S 10-2-98) | | | |
| 0229 | 10/05/98 | RESP | RESPONSE by Resp. to 9-2-98 order re:hrg. on certain mots. w/Ex. (C/S 10-2-98) | | | |
| 0230 | 10/08/98 | HEAR | HEARING before Judge Halpern at Washington, DC Petr's. 9-2-94 Mot to compel documents-See order. Resp's. 6-4-98 Mot to be relieved of duty--CAV. Petr. & TMP 10-2-98 Mot for clarification or reconsideration-See order. Petr's. Oral Motion to Seal certain documents-CAV (Written motion to be filed by 10-19-98-No order) Petr's. Memo. in support of Mot to seal to be filed by 11-3-98-No order. Resp's. Response to Petr's. Mot to seal to be filed by 11-18-98-No order. | ORD 11/24/98 | | |
| 0231 | 10/08/98 | O | ORDER Petr's. 9-2-94 Mot to compel docus. is denied. | | B 10/29/98 | C |
| 0232 | 10/08/98 | O | ORDER that Resp's. 9-1-94 Mot for reconsideration is denied. | | B 10/29/98 | C |
| 0233 | 10/08/98 | O | ORDER Petr. & TMP Motion filed 10-2-98 to clarify or reconsider is denied in part and granted in part. | | B 10/29/98 | C |
| 0234 | 10/15/98 | MOTP | MOTION by petr. to seal certain exhibits attached to Resp's. Memo. filed 5-8-95. (C/S 10-15-98) (Per Judge) | ORD 11/23/98 | | |
| 0235 | 10/29/98 | O | ORDER Mot to withdraw filed 2-4-98 is granted. | | B 10/29/98 | C |
| 0236 | 11/09/98 | TRAN | TRANSCRIPT of 10-8-98 rec'd. (Hear) | | | |
| 0237 | 11/13/98 | JT | JOINT REPORT filed w/Ex. (Per Judge) | | | |
| 0238 | 11/23/98 | O | ORDER mot. to seal is Dn. (R-Re-M 12-9-98 to Petr.) | | B 11/27/98 | C |
| 0239 | 11/24/98 | O | ORDER resp. mot. to be relieved filed 6-4-98 is deemed moot. (R-Re-M 12-9-98 to Petr.) | | B 11/27/98 | C |
| 0240 | 04/05/99 | MOTR | MOTION by resp. to calendar for report. w/Ex. (C/S 4/2/99) | ORD 06/04/99 | | |
| 0241 | 05/14/99 | MOT | MOTION by Steven R. Mather to file notice of election to intervene for Frederick H. Behrens. (NOEI Ld.) (C/S 5/13/99) | ORD 06/28/99 | | |
| 0242 | 05/21/99 | O | ORDER resp. petr. & participants by 6/14/99 file obj. to mot. to file notice of election to intervene. (R-In F 6-28-99 B.Sanders) | | B 05/21/99 | C |
| 0243 | 05/26/99 | NOT | NOTICE by resp. of consistent settlement under Rule 248 (c) | | | |

(Continued to page 17)

```
                                                                    01/05/06
 Docket No.  15034-91              (Continuation  Page   17)          INDEX
NO.    DATE  EVENT        FILINGS AND PROCEEDINGS      ACT/STAT DTE  SERVED    M

                    (1) for participant Eugene T. D'Ablemont. (C/S 5-25-99)
0244 06/04/99 O     ORDER set 10-4-99 Washington, DC
                    Spec. for trial. Mot. to cal.                   B 06/04/99 C
                    is Dn. (R-ReM 6-28-99 B.Sanders)
0245 06/04/99 SPTO  STANDING PRE-TRIAL ORDER attached
                     to Notice of Trial                             B 06/04/99 C
0246 06/10/99 NOBJ  NO OBJECTION by resp. to mot. to
                    file notice of election to
                    intervene. (C/S 6/9/99)
0247 06/28/99 O     ORDER consolidation severed.                    B 06/28/99 C
0248 06/28/99 O     ORDER proceedings are stayed
                    until 7-30-99. The 5-14-99 mot.                 B 06/28/99 C
                    is gr. Participant Sanbara Sanders address is changed.
0249 06/28/99 NOEI  NOTICE OF ELECTION TO INTERVENE
                     Frederick H. Behrens.                          B 06/28/99 C
0250 07/16/99 O     ORDER petr's. address is changed.               B 07/16/99 C
0251 07/26/99 STP   STIPULATION by Resp. & TMP to be
                    bound by 12532-90 re:certain
                    mots. (C/S 7-23-99) (Per Judge)
0252 08/05/99 MOT   MOTION by TMP to cons. 12532-90,
                    15034-91, 15041-91, 15047-91 &     ORD 09/28/99
                    15050-91. (C/S 8-4-99) (Per Judge)
0253 08/09/99 O     ORDER by 8-31-99 resp, petr, &
                    participating partners file                     B 08/09/99 C
                    objection to mot to cons.
0254 08/19/99 OBJ   OBJECTION by Resp. to mot. by TMP
                     to consolidate. (C/S 8/18/99)
0255 08/20/99 MOTR  MOTION by resp. to adopt test
                    case procedure. w/Exh. (C/S        ORD 09/28/99
                    8-19-99) (Per Judge)
0256 08/26/99 O     ORDER Petr., TMP and Participants
                     by 9-7-99 file objection to                    B 08/26/99 C
                    motion to adopt test case procedure. (R-To-J 9/17/99 for
                    part. B. Sanders)
0257 08/30/99 OBJ   OBJECTION by TMP to Mot to adopt
                    test case procedure. (C/S
                    8-27-99)
0258 09/14/99 O     ORDER re:service of pre-trial
                    documents. Petr. or Participant                 B 09/14/99 C
                    submit by 9-20-99 a request for service. (R-In-F 10/15/99
                    Sams) (R-Re-M Sanders 12-28-99)
0259 09/28/99 O     ORDER motion to adopt test case
                    procedure & motion to                           B 09/28/99 C
                    consolidate are denied. (R-In-F 1-14-00)
0260 10/04/99 HEAR  HEARING before Judge Halpern at
                    Washington, DC
                    Also called 1-7-00. Not called 10-6-99, 11-22-99, &
```

(Continued to page 18)

01/05/06

Docket No. 15034-91 (Continuation Page 18)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | 12-6-99. Non-appearing partners withdrawn-See order. Notice of bankruptcy for participant William E. Sanders-See order 1-7-00. Case set for pre-trial conference 12-6-99-See order. No Pre-trial conference held. Mot to file motion for partial summary judgment-Denied. Continued to 12-13-99-No Order. | | | |
| 0261 | 10/04/99 | O | ORDER nonappearing partners listed herein are withdrawn from the Court's records as participating partners. Caption is amended. | | B 11/17/99 | C |
| 0262 | 10/04/99 | NOT | NOTICE of proceeding in bankruptcy by Participant William E. Sanders. (C/S 9/30/99) (WAS) | | | |
| 0263 | 10/06/99 | EA | ENTRY OF APPEARANCE by Jason M. Silver for TMP. (WAS) | | R 01/18/00 | |
| 0264 | 11/03/99 | TRAN | TRANSCRIPT of 10-4-99 rec'd. (Calendar Call) | | | |
| 0265 | 11/10/99 | JMOT | JT. MOTION to consolidate 12530-90, 12532-90, 15034-91, 15041-91, 15047-91, 15050-91, 15058-91. | ORD 12/09/99 | | |
| 0266 | 11/22/99 | O | ORDER case calendared for pretrial conference 12-6-99. Parties Lodge any stipulation by 12-3-99. Parties file any motion to compel stipulation by 12-3-99 and file any response to this order by 12-3-99. | | B 11/22/99 | C |
| 0267 | 12/06/99 | MOTR | MOTION by resp. under Rule 91(f). w/Exhs. (C/S 12-3-99) (Per Judge) (Re: Florida/Puerto Rican Region Issues) | ORD 12/09/99 | | |
| 0268 | 12/06/99 | OBJ | OBJECTION by Petr. to Resp's. Motion under Rule 91(f). (C/S 12-6-99) (Per Judge) | | | |
| 0269 | 12/06/99 | RPT | REPORT by Resp. (C/S 12-5-99) | | | |
| 0270 | 12/06/99 | MOTP | MOTION by petr. under Rule 91(f). w/Exhs. (C/S 12-3-99) (Per Judge) | ORD 12/09/99<br>ORD 12/13/99 | | |
| 0271 | 12/06/99 | OBJ | OBJECTION by Resp. to Petr's. Mot under Rule 91(f). w/appendicies. (C/S 12-6-99) (Per Judge) | | | |
| 0272 | 12/07/99 | SUPP | SUPPLEMENTAL STATUS REPORT by Resp. (C/S 12-7-99) | | | |
| 0273 | 12/07/99 | MOTR | MOTION by resp. to substitute certain paragraph of Mot to compel stipulation & to substitute the revised version of Exh. C. w/Exh. (C/S 12-7-99) | GR 12/07/99 | B 12/10/99 | C |
| 0274 | 12/09/99 | SUPP | SUPPLEMENTAL MOTION by Resp. to compel stipulation. w/Exhs. (C/S 12-9-99) (Per Judge) | ORD 12/09/99<br>ORD 12/13/99 | | |

(Continued to page 19)

01/05/06

Docket No. 15034-91 (Continuation Page 19)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0275 | 12/09/99 | O | ORDER Petr. by 12-10-99 file & serve a response to Supplemental Motion to compel. | | B 12/10/99 | C |
| 0276 | 12/09/99 | O | ORDER Parties by 12-10-99 file a pretrial memo. Joint Motion to consolidate is granted for trial and briefing, if so ordered. Petr's. Mot to compel is granted in part and denied in part. Resp's. Motion to compel as supplemented is denied in part and granted in part and certain matters are deemed stipulated. | | B 12/10/99 | C |
| 0277 | 12/10/99 | R | REPLY by Petr. to Supplemental Motion to compel stipulation. (C/S 12-10-00) (WAS) | | | |
| 0278 | 12/13/99 | TRL | TRIAL before Judge Halpern at Washington, DC Also called 12-14, 12-15, 1-4-00, 1-5, 1-6, 1-7, 1-12, 1-13, 1-14, 1-18, 1-19, & 1-21. Not called 9-27-99, 11-10, 12-6, 12-7, 12-9, 12-10, 12-15, & 12-20. Petr's. Oral Motion to withdraw Mot. to compel stipulation insofar as it relates to Exh. D-See Order. OPENING BRIEFS RE:STATUTE OF LIMITATION ISSUE DUE 3-6-00 ANSWERING BRIEFS RE:STATUTE OF LIMITATION ISSUE DUE 3-27-00 BRIEFS ON OTHER ISSUES TO BE SET AT A LATER DATE. SUBMITTED TO JUDGE HALPERN ON STATUTE OF LIMITATIONS ISSUES ONLY | SUB 01/21/00 | | |
| 0279 | 12/13/99 | MISC | PRETRIAL MEMORANDUM for Petr. (C/S 12-10-99) (WAS) | | | |
| 0280 | 12/13/99 | MISC | PRETRIAL MEMORANDUM for Resp. and index of witnesses. (Served at session) (WAS) | | | |
| 0281 | 12/13/99 | JT | JOINT STIPULATION regarding the record. (WAS) | | | |
| 0282 | 12/13/99 | STP | STIPULATION OF FACTS w/Exhs. (WAS) | | | |
| 0283 | 12/13/99 | MOTP | MOTION by petr. to reconsider order granting 91(f) mot. (C/S 12-13-99) (Was) | ORD 01/07/00 | | |
| 0284 | 12/13/99 | O | ORDER resp. by 1-4-00 file response to 12-13-99 mot. | | B 12/15/99 | C |
| 0285 | 12/13/99 | O | ORDER that Petr's. Oral Motion is granted and Petr's. Motion to compel stipulation as it relates to Exhibit D is deemed moot. | | B 12/17/99 | C |
| 0286 | 12/13/99 | O | ORDER that Resp's. Supplemental Motion to compel stipulation is | | B 12/17/99 | C |

(Continued to page 20)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| | | | denied without prejudice to renew. | | | |
| 0287 | 12/15/99 | MISC | EVIDENTIARY OBJECTION by Petr. to documents deemed authenticated per order dated 12-9-99. (C/S 12-15-99) (WAS) | | | |
| 0288 | 12/20/99 | O | ORDER that order dated 12-9-99 is amended in that the preamble is deemed supplemented and remains in full force and effect in all other respects. | | B 12/20/99 | C |
| 0289 | 01/04/00 | OBJ | OBJECTION by Resp. to Motion to reconsider order dated 12-9-99. (C/S 1-4-00) | | | |
| 0290 | 01/04/00 | MEMO | MEMORANDUM OF POINTS & AUTHORITIES by Resp. in opposition to Petr's. Motion to reconsider order dated 12-9-99. (C/S 1-4-00) | | | |
| 0291 | 01/07/00 | O | ORDER Motion by Petr. to reconsider order dated 12-9-99 is denied. | | B 01/10/00 | C |
| 0292 | 01/07/00 | MOTP | MOTION by petr. to file motion for partial summary judgment. (Mot. for partial summary judgment & Memo. Lodged) (C/S 10-6-99) (WAS) | DN 01/07/00 | B 01/18/00 | C |
| 0293 | 01/07/00 | O | ORDER that so much of order dated 10-4-99 that withdraw participation of William E. Sanders is vacated and set aside. Case is dismissed for lack of jurisdiction as to William E. Sanders. | | B 01/18/00 | C |
| 0294 | 01/12/00 | MISC | SECOND CONSOLIDATED STIPULATION OF FACTS w/Exhs. (WAS) | | | |
| 0295 | 01/14/00 | MISC | SECOND STIPULATION OF FACTS w/Exhs. (Florida/Puerto Rican Region Issues) (WAS) | | | |
| 0296 | 01/14/00 | TRAN | TRANSCRIPT of 12-13-99 rec'd. (TRL) | | | |
| 0297 | 01/14/00 | TRAN | TRANSCRIPT of 12-14-99 rec'd. (TRL) | | | |
| 0298 | 01/14/00 | TRAN | TRANSCRIPT of 12-15-99 rec'd. (TRL) | | | |
| 0299 | 01/14/00 | TRAN | TRANSCRIPT of 12-16-99 rec'd. (TRL) | | | |
| 0300 | 01/14/00 | TRAN | TRANSCRIPT of 1-4-00 rec'd. (TRL) | | | |
| 0301 | 01/14/00 | TRAN | TRANSCRIPT of 1-5-00 rec'd. (TRL) | | | |
| 0302 | 01/14/00 | TRAN | TRANSCRIPT of 1-6-00 rec'd. (TRL) | | | |
| 0303 | 01/14/00 | TRAN | TRANSCRIPT of 1-7-00 rec'd. (TRL) | | | |
| 0304 | 01/14/00 | TRAN | TRANSCRIPT of 1-7-00 rec'd. (HEAR) | | | |
| 0305 | 01/14/00 | TRAN | TRANSCRIPT of 1-12-00 rec'd. (TRL) | | | |
| 0306 | 01/14/00 | TRAN | TRANSCRIPT of 1-13-00 rec'd. (TRL) | | | |

(Continued to page 21)

01/05/06

Docket No. 15034-91 (Continuation Page 21)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT | DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|---|
| 0307 | 01/18/00 | TRAN | TRANSCRIPT of 1-14-00 rec'd. (TRL) | | | | |
| 0308 | 01/18/00 | MISC | THIRD CONSOLIDATED STIPULATION OF FACTS w/Exhs. (WAS) | | | | |
| 0309 | 01/18/00 | MOTP | MOTION by petr. in limine re:proposed testimony of Dale Paisley. (C/S 1-18-00) (WAS) | DN | 01/19/00 | B 02/08/00 | C |
| 0310 | 01/18/00 | MEMO | MEMORANDUM by Petr. re:objections to prior testimony, indictments, stipulations and convictions. (C/S 1-18-00) (WAS) | | | | |
| 0311 | 01/19/00 | RESP | RESPONSE by Resp. to Petr's. Motion in limine re:testimony of Dale Paisley. (C/S 1-19-00) (WAS) | | | | |
| 0312 | 01/21/00 | STP | STIPULATION as to excerpts of testimony of George L. Schreiber. w/Exh. (WAS) | | | | |
| 0313 | 01/21/00 | MISC | FOURTH CONSOLIDATED STIPULATION OF FACTS w/Exhs. (WAS) | | | | |
| 0314 | 01/21/00 | STP | STIPULATION OF SETTLED ISSUES re:adjustments in FPAA notice. (WAS) | | | | |
| 0315 | 02/01/00 | TRAN | TRANSCRIPT of 1-18-00 rec'd. (TRL) | | | | |
| 0316 | 02/01/00 | TRAN | TRANSCRIPT of 1-19-00 rec'd. (TRL) | | | | |
| 0317 | 02/01/00 | TRAN | TRANSCRIPT of 1-21-00 rec'd. (TRL) | | | | |
| 0318 | 02/07/00 | O | ORDER parties by 2/11/00 file joint report. | | | B 02/07/00 | C |
| 0319 | 02/14/00 | JT | JOINT STATUS REPORT filed. (P.M. Timely) (Per Judge) | | | | |
| 0320 | 02/28/00 | O | ORDER Parties by 3-17-00 file Joint Status Report. | | | B 02/29/00 | C |
| 0321 | 03/06/00 | MOTR | MOTION by resp. to treat request for consistent settlement as timely re:Ben & Marsha Louviere. w/Exhs. (C/S 3-3-00) | GR | 03/08/00 | B 03/08/00 | C |
| 0322 | 03/06/00 | MOTR | MOTION by resp. to treat request for consistent settlement as timely re:J. Patrick & Mary K. McCarty. w/Exhs. (C/S 3-3-00) | GR | 03/08/00 | B 03/08/00 | C |
| 0323 | 03/21/00 | JT | JOINT STATUS REPORT filed. (P.M. Timely) (Per Judge) | | | | |
| 0324 | 03/22/00 | O | ORDER time ext. to 4/7/00 & 4/27/00 for opening & answering brfs., respectively, on the statute of limitations issues. So much of 12/9/99 order as consolidated these cases for trial & briefing is | | | B 03/22/00 | C |

(Continued to page 22)

01/05/06

Docket No. 15034-91 (Continuation Page 22) INDEX

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| | | | amended in that cases are consolidated for trial & briefing as to the statute of limitations issues. | | | |
| 0325 | 03/27/00 | O | ORDER parties by 5-22-00 file joint status report. | | B 03/28/00 | C |
| 0326 | 04/10/00 | BFP | BRIEF for petr. re:Statute of Limitations. (P.M. Timely) | | R 04/10/00 | |
| 0327 | 04/10/00 | BFR | BRIEF for resp. re:Statute of Limitations. (P.M. Timely) (C/S 4-7-00) | | | |
| 0328 | 04/28/00 | RBFR | REPLY BRIEF for resp. re:Statute of Limitations. (P.M. Timely) (C/S 4-27-00) | | | |
| 0329 | 05/01/00 | RBFP | REPLY BRIEF for petr. re:Statute of Limitations. (p.m.t.) (C/S 4-27-00) | | | |
| 0330 | 05/03/00 | MOTR | MOTION by resp. to treat request for consistent settlement as timely re: Wallace D. & Nell F. Williams. w/Ex. (C/S 5/2/00) | GR 06/01/00 | B 06/01/00 | C |
| 0331 | 05/05/00 | O | ORDER Petr. by 5-23-00 file objection to motion re:consistent settlement. | | B 05/05/00 | C |
| 0332 | 05/24/00 | JT | JOINT REPORT. | | | |
| 0333 | 05/24/00 | JMOT | JT. MOTION to file Fifth Consolidated Stipulation of Facts. (Fifth Consolidated Stip. of Facts Lodged) | GR 05/26/00 | B 05/30/00 | C |
| 0334 | 05/26/00 | MISC | FIFTH CONSOLIDATED STIPULATION OF FACTS. | | | |
| 0335 | 08/04/00 | JMOT | JT. MOTION to review trial transcript. | ORD 08/15/00 | | |
| 0336 | 08/15/00 | O | ORDER jt. mot. to review trial transcript is granted in that original transcript is returned to Court reported, Ann Riley & Associates. Additional service of this order & copy of the jt. mot. to review is made on Ann Riley & Associates at address stated herein. | | B 08/16/00 | C |
| 0337 | 08/28/00 | MOP | MEMORANDUM OPINION, Judge Halpern T.C. Memo. 2000-271. (An appropriate order will be issued.) | | B 08/28/00 | C |
| 0338 | 08/28/00 | OSUB | ORDER that case is submitted to Judge Halpern. For all non-statue of limitations issues. Parties by 10/27/00 file Opening Briefs w/Diisk & by 11/27/00 file Reply Briefs w/Disk. (Special instructions for filing of briefs). Cases 12530-90, 12532-90, 15034-91, 15041-91, 15047-91, 15050-91 & 15058-91 are consolidated. | | B 08/30/00 | C |
| 0339 | 09/08/00 | MISC | CORRECTED TRANSCRIPT of 1-5-00 rec'd. (FTRL) | | | |
| 0340 | 09/08/00 | JMOT | JT. MOTION to ext. time to 12/4/00 for Reply Briefs. | GR 09/08/00 | B 09/11/00 | C |

(Continued to page 23)

01/05/06

Docket No. 15034-91 (Continuation Page 23)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT | DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|---|
| 0341 | 11/03/00 | O | ORDER time ext. to 11-8-00 for filing of briefs. Parties by 11-16-00 file joint report. The filing of reply briefs is suspended subject to further direction by the Court. | | | B 11/03/00 | C |
| 0342 | 11/17/00 | JT | JOINT REPORT filed. (P.M. Timely) (Per Judge) | | | | |
| 0343 | 11/20/00 | O | ORDER parties by 12/1/00 file jt. report. | | | B 11/21/00 | C |
| 0344 | 12/18/00 | JT | JOINT STATUS REPORT. (Per Judge) | | | | |
| 0345 | 04/16/01 | MOTR | MOTION by resp. for entry of decision. (C/S 4-13-01) | GR | 07/19/01 | B 07/19/01 | C |
| 0346 | 06/14/01 | MOT | MOTION by Thomas Redding to file not. of election of Helen Weisz & Estate of John Weisz. (NOE & Mot. to compel re:settlement LODGED) (C/S 6-12-01) | DN | 07/19/01 | B 07/19/01 | C |
| 0347 | 06/14/01 | MOT | MOTION by Thomas Redding to file not. of election of Donald L. & Donna J. Frankel. (NOE & Mot. to compel re:settlement LODGED) (C/S 6-12-01) | DN | 07/19/01 | B 07/19/01 | C |
| 0348 | 07/19/01 | DEC | DECISION ENTERED, Judge Halpern | | | B 07/19/01 | C |
| 0349 | 10/15/01 | EA | ENTRY OF APPEARANCE by Sallie W. Gladney for participants Swanson's. (Per Judge) | | | R 10/19/01 | |
| 0350 | 10/15/01 | MOT | MOTION by Sallie W. Gladney to file NOE for Estate of Charles H. & Mertyce C. Swanson. (NOE Ld.) (C/S 10-12-01) (Per Judge) | GR | 10/15/01 | B 10/19/01 | C |
| 0351 | 10/15/01 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Estate of Charles H. & Mertyce C. Swanson. | ORD | 03/05/02 | B 10/19/01 | C |
| 0352 | 10/15/01 | MOT | MOTION by participants Swanson's to file mot. to vacate decision as to them. (Mot. to vacate Ld.) (C/S 10-12-01) (Per Judge) | GR | 10/17/01 | B 10/19/01 | C |
| 0353 | 10/17/01 | MVD | MOTION by participants Swanson's to vacate decision as to them. (Mot. to Dismiss Ld.) | ORD | 03/05/02 | B 10/24/01 | C |
| 0354 | 10/23/01 | O | ORDER Resp. & Petr. by 11/13/01 file a response to mot. to vacate decision. | | | B 10/24/01 | C |
| 0355 | 11/13/01 | OBJ | OBJECTION by Petr. to mot. to vacate dec. (C/S 11-8-01 on Resp.) (File & Serve on participants Swanson Per Judge) | | | P 11/14/01 | C |
| 0356 | 11/13/01 | MOTP | MOTION by petr. to vacate gr. of mot. to file NOE. (C/S 11-8-01 on Resp.) (File & Serve on participants Swanson Per Judge) | ORD | 03/05/02 | P 11/14/01 | C |
| 0357 | 11/14/01 | OBJ | OBJECTION by resp. to mot. to vacate. (C/S 11/13/01) (Leave | | | | |

(Continued to page 24)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | Gr.) | | | |
| 0358 | 11/14/01 | MEMO | MEMORANDUM OF POINTS & AUTHORITIES by resp. in support of obj. to mot. to vacate. (C/S 11/13/01) (Leave Gr.) | | | |
| 0359 | 12/03/01 | O | ORDER set 12/19/01 DC Mots. for hearing on participants mot. to vacate dec. & TMP/Petr's mot. to vacate ord. granting mot. to file notice of election of Charles H. & Mertyce C. Swanson. Said participants by 12/12/01 file response to mot. to vacate ord. & to obj. to mot. to vacate dec. | | B 12/03/01 | C |
| 0360 | 12/13/01 | EA | ENTRY OF APPEARANCE by Thomas E. Redding for participants Swanson. | | R 01/10/02 | |
| 0361 | 12/13/01 | RESP | RESPONSE by participants Swanson to mot. to vacate ord. granting mot. to file notice of election & to obj. to mot. to vacate decision. (Per Judge) | | B 01/16/02 | C |
| 0362 | 12/19/01 | HEAR | HEARING before Judge Halpern at Washington, DC 10/17/01 mot. to vacate decision--C.A.V. 11/13/01 mot. to vacate order granting mot. to file NOE--C.A.V.--See 3/5/02 Orders | | | |
| 0363 | 12/26/01 | TRAN | TRANSCRIPT of 12/19/01 rec'd. (HEAR) | | | |
| 0364 | 02/06/02 | O | ORDER parties by 2/28/02 file joint report. | | B 02/07/02 | C |
| 0365 | 03/05/02 | MOT | MOTION by participant's Swanson to w/d 10/15/01 NOE, 10/17/01 mot. to vacate & 10/17/01 lodged mot. to dismiss. | GR 03/05/02 | B 03/05/02 | C |
| 0366 | 03/05/02 | O | ORDER Petr. 11/13/01 mot. to vacate gr. of mot. to file NOE deemed moot. | | B 03/05/02 | C |