01/04/06

UNITED STATES TAX COURT
DOCKET ENTRIES

Docket No. 15056-91

INDEX

Desert Highland Vineyards, Frederick H. Behrens, Tax Matters Partner
v. COMMISSIONER OF INTERNAL REVENUE

| | | |
|---|---|---|
| Desert Highland Vineyards | MS0086<br>NO. 4 | (Service Attorney)<br>Mather,Steven Ray<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | KE0153 | Kajan,Elliott Hugh<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | BK0089 | Barish,Kenneth M.<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | SJ1899 | Silver,Jason Mark<br>Silver Lockwood, PLC<br>Sixth Floor<br>4800 N. Scottsdale Road<br>Scottsdale, AZ 85251 |
| Frederick H. Behrens | MS0086<br>NO. 4 | Mather,Steven Ray<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | KE0153 | Kajan,Elliott Hugh<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | BK0089 | Barish,Kenneth M.<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |

PLAINTIFFS'
EXHIBIT
30

(Continued to page 2)

01/04/06
Docket No. 15056-91 (Continuation Page 2) INDEX

SJ1899 Silver,Jason Mark
Silver Lockwood, PLC
Sixth Floor
4800 N. Scottsdale Road
Scottsdale, AZ 85251

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0001 | 07/10/91 | PF | PETITION Filed:Fee Paid | | R 07/12/91 | |
| 0002 | 07/10/91 | DPT | DESIGNATION of Trial at Washington, DC | | R 07/12/91 | |
| 0003 | 08/14/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Michael Cary McCune. C/S-Resp. | | P 08/16/91 | |
| 0004 | 08/19/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Heng F. & Joy S. Lim. C/S-Resp | | P 08/26/91 | |
| 0005 | 08/22/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by W.J. Wooten, Jr. & Joyce A. Wooten. C/S-Resp | | P 08/26/91 | |
| 0006 | 08/23/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by William P. Smith, Jr. C/S-Resp | | P 08/26/91 | |
| 0007 | 08/26/91 | MOTR | MOTION by resp. to ext. time to move or ans. to 9/9/91 & 9/24/91. (no obj) C/S | GR 08/30/91 | B 08/30/91 | |
| 0008 | 09/09/91 | JMOT | JT. MOTION re: procedure. | ORD 09/12/91 | | |
| 0009 | 09/12/91 | OAJ | ORDER that case is assigned to Judge Dawson. for statute of limitations issue only. Ans due 10/1/91; Reply due 10/11/91; Resp. Mot for partial summ. judg. due 11/25/91. | | B 09/13/91 | C |
| 0010 | 09/17/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by David A. & Charlotte C. Matanane. C/S-Resp | | P 09/18/91 | C |
| 0011 | 09/23/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Julian & Ruth C. Bindler. | | B 10/04/91 | C |
| 0012 | 10/01/91 | ACS | ANSWER (C/S 09/30/91). | | | |
| 0013 | 10/11/91 | RCS | REPLY (C/S 10/11/91) | | | |
| 0014 | 10/24/91 | NCA | NOTICE of Change of Address for atty. Stuart E. Seigel. C/S | | | |
| 0015 | 11/14/91 | JMOT | JT. MOTION to cons. 15032-91, 15033-91, 15034-91, 15035-91, 15036-91, 15037-91, 15038-91, 15039-91, 15040-91, 15041-91, 15042-91, 15043-91, 15044-91, 15045-91, 15046-91, 15047-91, 15048-91, 15049-91, 15050-91, 15051-91, 15052-91, 15053-91, 15054-91, 15055-91, 15056-91, 15057-91, 15058-91, 15059-91, 15060-91, 20132-91 and 20133-91. | GR 11/20/91 | B 11/27/91 | C |

(Continued to page 3)

01/04/06

Docket No. 15056-91 (Continuation Page 3)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0016 | 11/26/91 | MOTR | MOTION by resp. for partial summary judgment. C/S (Affidavits att'd) | ORD 01/14/93 | | |
| 0017 | 11/26/91 | MEMO | MEMORANDUM OF LAW AND FACTS by resp. in support of motion for partial summary judgment. C/S | | | |
| 0018 | 11/29/91 | O | ORDER Petr. by 1/10/92 file response to mot. for partial summ. judg.; Resp. by 2/10/92 file reply to Petr. response. | | B 12/02/91 | C |
| 0019 | 12/20/91 | O | ORDER Court's 11/29/91 Order is rescinded. | | B 12/23/91 | C |
| 0020 | 01/14/92 | STP | STIPULATION OF FACTS. w/Ex. | | | |
| 0021 | 01/31/92 | MOTP | MOTION by petr. to compel docu. & ans. Interr. w/Exh. C/S | ORD 04/21/92 | | |
| 0022 | 01/31/92 | MEMO | MEMORANDUM by petr. in support of mot to compel. C/S | | | |
| 0023 | 02/18/92 | MOTR | MOTION by resp. to have until 3/9/92 to file opposition to mot to compel. (N.Obj) | GR 02/20/92 | B 03/02/92 | C |
| 0024 | 02/25/92 | MOT | MOTION by Anthony A. Saffo to file notice of election for Wachovia Bank of North Carolina, N.A. (NOE Ld) w/Ex. | GR 03/04/92 | B 03/09/92 | |
| 0025 | 03/04/92 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Wachovia Bank of North Carolina, N.A. | | B 03/09/92 | |
| 0026 | 03/09/92 | OBJ | OBJECTION by resp. to mot to compel. (Reply to discovery Memo att'd.) C/S | | | |
| 0027 | 03/24/92 | MEMO | MEMORANDUM by Petr. in response to Resp. obj. to mot. to compel. w/ex. C/S | | | |
| 0028 | 04/21/92 | O | ORDER petrs. by 5/29/92 file response to mot. for partial summ. judg.; resp. by 6/30/92 file reply to petrs. response. Mot to compel is Dn. | | B 04/23/92 | C |
| 0029 | 05/28/92 | MOTP | MOTION by petr. to extend time to 6/8/92 for response to mot. for partial summ. judgment. (N.Obj) C/S | GR 05/29/92 | B 06/01/92 | C |
| 0030 | 06/08/92 | MOTP | MOTION by petr. to strike improper portions of affidavits in support of resp. mot. for partial summary Judgement. (Appendix att'd.) C/S | ORD 01/12/93 | | |
| 0031 | 06/08/92 | MOTP | MOTION by petr. (Cross) for partial summary Judgment. w/Ex. & Memo. att'd. C/S | ORD 01/12/93 | | |
| 0032 | 07/13/92 | OBJ | OBJECTION by resp. to cross mot. for partial summ. judg. C/S | | | |
| 0033 | 07/13/92 | OBJ | OBJECTION by resp to mot. to strike portions of affidavits. | | | |

(Continued to page 4)

01/04/06

Docket No. 15056-91 (Continuation Page 4)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | C/S | | | |
| 0034 | 07/13/92 | MEMO | MEMORANDUM by resp. in reply to memo. in opposition to mot. for partial summ. judg. & in support of petr. cross-mot. C/S (Per Judge) | | | |
| 0035 | 07/29/92 | NCA | NOTICE of Change of Address for atty-Leonard S. Roth. C/S | | | |
| 0036 | 08/10/92 | MOT | MOTION by certain participating partners to file memo. in opposition to mot. for partial summ. judg. & in support of Petr. cross mot. (Memo. Ld.) C/S | ORD 09/25/92 | | |
| 0037 | 08/21/92 | O | ORDER Resp by 9-11-92 file response to mot. by Participants to file Memo. | | B 08/25/92 | C |
| 0038 | 08/25/92 | JMOT | JT. MOTION for special calendar. | ORD 09/25/92 | | |
| 0039 | 09/09/92 | NOBJ | NO OBJECTION by Resp to mot. by certain participation partner to file Memo. C/S | | | |
| 0040 | 09/25/92 | O | ORDER mot. for special calendar is Dn. | | B 09/25/92 | C |
| 0041 | 09/25/92 | O | ORDER resp. by 10-26-92 file suppl. stip. or mot. to correct stip. Resp. within 30 days after ruling with respect to suppl stip. or mot. to correct stip. file response to memo. in opposition to mot. for partial summ. judg. Mot. to file memo. to mot. for partial summ. judg. is Gr. | | B 09/25/92 | C |
| 0042 | 09/25/92 | MEMO | MEMORANDUM by certain participating partners in Opposition to mot. for partial summ. judg. & in support of petrs. cross-mot. | | B 09/25/92 | C |
| 0043 | 10/15/92 | MOTP | MOTION by petr. to file suppl. memo. of law in opposition to resp mot. for partial summ. judg. & in support of petrs. Cross-mot. (Suppl. memo. of law Ld) C/S | ORD 10/19/92 | | |
| 0044 | 10/19/92 | MEMO | MEMORANDUM OF LAW (SUPPLEMENTAL) by Petr. in Opposition to resp. mot. for partial summ. judg. & in support of petrs. Cross-mot. | | R 10/21/92 | |
| 0045 | 10/19/92 | O | ORDER resp. by 11-27-92 file response to petrs. suppl. memo. Mot. to file suppl. memo. is Gr. | | B 10/21/92 | C |
| 0046 | 10/26/92 | STP | STIPULATION OF FACTS (SUPPLEMENTAL). w/Ex. | | | |
| 0047 | 10/26/92 | MOTR | MOTION by resp. to Reform Stipulation of facts. w/affidavits att'd. C/S (Per Judge) | ORD 01/12/93 | | |

(Continued to page 5)

```
                                                                   01/04/06
 Docket No.  15056-91              (Continuation  Page    5)          INDEX
NO.    DATE  EVENT       FILINGS AND PROCEEDINGS      ACT/STAT DTE  SERVED    M

0048 11/06/92 O     ORDER petr. by 11-25-92 file
                    response to mot. to reform.                     B 11/09/92 C
0049 11/24/92 MEMO  MEMORANDUM OF LAW by petr. in
                    Opposition to mot. to reform.
                    w/Ex. C/S
0050 11/27/92 RESP  RESPONSE by Resp. to partners
                    memo. filed 9/25/92 & Petr.                     P 12/07/92 C
                    suppl. memo. filed 10/19/92. (Serve Per Judge)
0051 01/12/93 O     ORDER Resp. mot. for partial
                    summ. judg. & Petr. cross-mot.                  B 01/14/93 C
                    for partial summ. judg. are Dn. Mot. to reform stip. of
                    facts is moot. Mot. to
                     strike improper portions of affidavits is moot.
0052 02/19/93 MEMO  MEMORANDUM OF LAW by petr. in
                    opposition to separate trial on
                    statute of limitations issues. C/S (Per Judge)
0053 03/18/93 RESP  RESPONSE by resp. to memo. of law
                     in opposition to separate
                    trials. C/S (Per Judge)
0054 03/23/93 MOTP  MOTION by petr. to file reply to
                    response to memo. of law in       ORD 03/25/93
                    opposition to separate trials. (Reply to response Ld.)
                    (N.Obj) C/S
0055 03/25/93 O     ORDER mot. for leave to file
                    reply is Gr.                                    B 03/26/93 C
0056 03/25/93 R     REPLY by petr. to resp's Response
                     to petrs. memo. of law in                      R 03/26/93
                    opposition to separate trials.
0057 04/19/93 ORJ   ORDER that case is reassigned to
                    Judge Halpern.                                  B 04/20/93 C
0058 05/18/93 JMOT  JT. MOTION for due date of
                    9/15/93 for filing of amendment   ORD 05/19/93
                    to answer & due date of 11/15/93 for filing of reply to
                    such amendment.
0059 05/19/93 O     ORDER mot. to file amd. to ans. &
                     reply is Gr.                                   B 05/20/93 C
0060 08/02/93 ATA   AMENDMENT TO ANSWER (C/S 7/30/93)
0061 11/12/93 R     REPLY by petr. to amendment to
                    ans. (C/S 11/12/93)
0062 01/12/94 O     ORDER that the consolidation is
                    severed.                                        B 01/13/94 C
0063 07/22/94 MOTP  MOTION by petr. to reconsider the
                     denial of petrs' mot. for        ORD 09/02/98
                    partial summary Judgment. w/memo in support of mot., Exs. &
                    attachments. C/S
0064 07/25/94 O     ORDER resp. by 9/2/94 file
                    response to mot. to reconsider                  B 07/26/94 C
```

(Continued to page 6)

Docket No. 15056-91 (Continuation Page 6) 01/04/06

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | the denial of mot. for summ. judgment. Petr. by 9/9/94 may file reply to resp's response. | | | |
| 0065 | 09/01/94 | OBJ | OBJECTION by resp. to mot. for recons. of the denial of petr. mot. for partial summ. judg. C/S | | | |
| 0066 | 09/01/94 | MOTR | MOTION by resp. for recons. of the denial of resp. mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0067 | 09/01/94 | MOTR | MOTION by resp. for recons. of the mooting of mot. to reform stip. of facts. C/S | ORD 10/08/98 | | |
| 0068 | 09/01/94 | MOTR | MOTION by resp. to strike affidavits submitted in support of mot. for recons. of mhe denial of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0069 | 09/01/94 | MEMO | MEMORANDUM by resp. in opposition to petr. mot. for recon. of the denial of mot. for partial summ. judg. and in support of mot. for recons. of the denial of resp. mot. for partial summ. judg. & reformation of the stip. of facts. w/Exs. & Affidavit. C/S | ORD 09/02/98 | | |
| 0070 | 09/01/94 | MOTR | MOTION by resp. for lv. to file suppl. memo. in opposition to petr. mot. for recons. of mot for partial summ. judg. & in support of resp. mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0071 | 09/02/94 | MOTP | MOTION by petr. to compel documents. w/Exs. C/S | ORD 10/08/98 | | |
| 0072 | 09/09/94 | OP | OPPOSITION by petr. to mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0073 | 09/09/94 | RESP | RESPONSE by petr. to mot. for recons. of mot. to reform stip. of facts. C/S | | | |
| 0074 | 09/09/94 | RESP | RESPONSE by petr. to mot. to strike affidavits. C/S | ORD 09/02/98 | | |
| 0075 | 09/09/94 | R | REPLY by petr. to memo. in opposition to mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0076 | 09/12/94 | O | ORDER resp. by 9/22/94 file response to mot. to compel docu. | | B 09/13/94 | C |
| 0077 | 09/21/94 | O | ORDER time ext. to 9/23/94 for response to mot. to compel docu. | | B 09/23/94 | C |
| 0078 | 09/28/94 | OBJ | OBJECTION by resp. to petr's mot. to compel. (Leave Gr.) | | | |
| 0079 | 04/03/95 | MOTR | MOTION by resp. to Amend Answer. (2nd Am. to Ans. Ld.) C/S | ORD 05/12/95 | | |
| 0080 | 04/03/95 | MEMO | MEMORANDUM by Resp. In Support of mot. to amd. ans. C/S | | | |
| 0081 | 04/05/95 | O | ORDER Petr. by 5-5-95 file & | | | |

(Continued to page 7)

01/04/06

Docket No. 15056-91 (Continuation Page 7)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | INDEX SERVED | M |
|---|---|---|---|---|---|---|
| | | | serve on Resp. a Response to mot. to amd. answer. | | B 04/06/95 | C |
| 0082 | 05/02/95 | NCA | NOTICE of Change of Address for Atty. K. Peter Schmidt. C/S | | | |
| 0083 | 05/05/95 | OP | OPPOSITION by Petrs. to mot. to amend answer. C/S | | | |
| 0084 | 05/12/95 | O | ORDER mot to amend answer Gr. | | B 05/15/95 | C |
| 0085 | 05/12/95 | ATA | AMENDMENT TO ANSWER (SECOND) | | P 05/15/95 | C |
| 0086 | 07/05/95 | MOTR | MOTION by resp. to supplement resp's memo. in support of resp's mot. for partial summary Judgment. (Suppl. memo. in support of mot. for recons. of resp's mot. for partial summ. Judg. Ld) C/S (Per Judge) | ORD 09/02/98 | | |
| 0087 | 01/30/96 | MOT | MOTION by K. Peter Schmidt to withdraw as to David A. & Charlotte C. Matanane, participating partner. N.obj.-Resp. (C/S 1/30/96) | GR 08/02/96 | B 08/05/96 | C |
| 0088 | 02/12/96 | O | ORDER David A. & Charlotte C. Matanane by 3/15/96 file obj. to mot. to withdraw. Service made on Resp, Petr's. & David & Charlotte Matanane only. | | B 02/15/96 | C |
| 0089 | 12/19/97 | NOT | NOTICE OF SETTLEMENT by Resp. under Rule 248(c)(1) for Petrs. Russell E. & Lois E. Hughes. (C/S 12-18-97) | | | |
| 0090 | 12/23/97 | OCA | ORDER that caption of case is amended. (R-RE-M 1/26/98: J. & R. Bindler) | | B 12/31/97 | C |
| 0091 | 01/23/98 | O | ORDER address for participants Julian & Ruth Bindler changed. (R-In-F 2-26-98 from Participant Bindler) (R-In-F 11-16-98 from Participant Matanane) | | B 01/26/98 | C |
| 0092 | 02/02/98 | JMOT | JT. MOTION to w/d certain pending mots. & docu. relating thereto without prejudice. (C/S 2-11-98) (Per Judge) | ORD 09/02/98 | | |
| 0093 | 02/04/98 | MOT | MOTION by K. Schmidt to w/d for participating partners Lim, Smith & Wootens.Wootens. (C/S 2-4-98) | ORD 12/10/98 | | |
| 0094 | 02/27/98 | O | ORDER participants listed in 2-4-98 mot. by 3-16-98 file obj. to said mot. (R-In-F 11-16-98 from Participant Matanane) | | B 03/02/98 | C |
| 0095 | 03/23/98 | OBJ | OBJECTION by participant W. Smith, Jr. to mot. to w/d. (Serve on Resp, Petr, TMP & counsel withdrawing Per Judge) (p.m.t.) | | B 04/17/98 | C |
| 0096 | 07/31/98 | MOTR | MOTION by resp. to be relieved nunc pro tunc of duty under | ORD 11/24/98 | | |

(Continued to page 8)

01/04/06

Docket No. 15056-91 (Continuation Page 8) INDEX

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| | | | Rule 248(c). w/Exhs. (C/S 7-30-98) | | | |
| 0097 | 09/02/98 | O | ORDER that Joint Motion filed 2-2-98 is granted in that certain motions & documents are withdrawn. (R-In-F 11-16-98 from Participant McCune) | | B 09/03/98 | C |
| 0098 | 09/02/98 | O | ORDER set 10-8-98 Washington,DC Spec. for hearing on Resp's. 9-1-94 Mot for reconsideration, Petr's. Mot to compel documents, and Resp's. Mot to be relieved of duty under Rule 248(c). Petr. & Participating Partners by 9-23-98 file an objection to mot to be relieved of duty. (R-In-F 11-16-98 from Participant McCune) | | B 09/03/98 | C |
| 0099 | 09/23/98 | OBJ | OBJECTION by Petr. to mot to be relieved of duty under Rule 248(c). (C/S 9-23-98) | | | |
| 0100 | 10/02/98 | RESP | RESPONSE by Petr. & TMP to 9-2-98 order re:the hearing on certain mots. (C/S 10-2-98) | | | |
| 0101 | 10/02/98 | MOT | MOTION by Petr. & TMP to clarify or recon. 9-2-98 order that w/d certain mots. & documents. (C/S 10-2-98) | ORD 10/08/98 | | |
| 0102 | 10/05/98 | RESP | RESPONSE by Resp. to 9-2-98 order re:hrg. on certain mots. w/Ex. (C/S 10-2-98) | | | |
| 0103 | 10/08/98 | HEAR | HEARING before Judge Halpern at Washington, DC Resp's. 9-1-94 Mot to reconsider mooting-See order. Petr's. 9-2-94 Mot to compel docus.-See order. Resp's. 7-31-98 Motion to be relieved of duty--CAV. Petr. & TMP 10-2-98 Motion to clarify or reconsider-See order. | ORD 11/24/98 | | |
| 0104 | 10/08/98 | O | ORDER Resp's. 9-1-94 Motion for reconsideration is denied. (R-Re-M 11-6-98 to Participant Matanane) (R-Re-M 11-16-98 to Participant McCune) | | B 10/29/98 | C |
| 0105 | 10/08/98 | O | ORDER Petr's. 9-2-94 Motion to compel docus. is denied. (R-Re-M 11-6-98 to Participant Matanane) (R-Re-M 11-16-98 to participant McCune) | | B 10/29/98 | C |
| 0106 | 10/08/98 | O | ORDER Petr. & TMP 10-2-98 Mot to clarify or reconsider is denied in part and granted in part. (R-Re-M 11-6-98 to participant Matanane) (R-Re-M 11-16-98 to Participant McCune) | | B 10/29/98 | C |
| 0107 | 10/15/98 | MISC | AMENDMENT TO MOTION by K. Peter Schmidt to withdraw. (C/S 10-15-98) | | | |
| 0108 | 10/29/98 | O | ORDER Mot to withdraw filed 2-4-98 set for hearing 11-30-98 | | B 10/29/98 | C |

(Continued to page 9)

01/04/06

Docket No. 15056-91 (Continuation Page 9)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | Washington,DC time & date certain 12-10-98. | | | |
| 0109 | 11/09/98 | TRAN | TRANSCRIPT of 10/8/98 rec'd. (HEAR) | | | |
| 0110 | 11/12/98 | MISC | SECOND AMENDMENT by Atty. Schmitd to motion to withdraw. (C/S 11-12-98) (Per Judge) | ORD 12/10/98 | | |
| 0111 | 11/13/98 | JT | JOINT REPORT filed w/Ex. (Per Judge) | | | |
| 0112 | 11/23/98 | NCA | NOTICE of Change of Address for participants Matanane. (Per Judge) | | R 11/24/98 | |
| 0113 | 11/24/98 | O | ORDER resp. mot. to be relieved filed 7-31-98 is deemed moot. | | B 11/27/98 | C |
| 0114 | 12/10/98 | HEAR | HEARING before Judge Halpern at Washington, DC Not called 11/30/98. Atty. Schmidt's motion filed 2/4/98--see order. | | | |
| 0115 | 12/10/98 | O | ORDER motion for leave w/d as amended is Gr. | | B 12/18/98 | C |
| 0116 | 01/07/99 | TRAN | TRANSCRIPT of Dec. 10, 1998 rec'd. (HEAR) | | | |
| 0117 | 04/05/99 | MOTR | MOTION by resp. to calendar for report. w/Exh. (C/S 4-2-99) (Per Judge) | ORD 06/04/99 | | |
| 0118 | 05/14/99 | MOT | MOTION by Steven R. Mather to file notice of election to intervene for Frederick Behrens. (NOEI Ld.) (C/S 5/13/99) | ORD 07/01/99 | | |
| 0119 | 05/21/99 | O | ORDER Resp., Petr. & participating partners by 6/14/99 file obj. to 5/14/99 mot. | | B 05/21/99 | C |
| 0120 | 06/04/99 | O | ORDER set 10/4/99 Washington, DC Spec. for trial. 4/5/99 mot. Dn. | | B 06/04/99 | C |
| 0121 | 06/04/99 | SPTO | STANDING PRE-TRIAL ORDER attached to Notice of Trial | | B 06/04/99 | C |
| 0122 | 06/15/99 | NOBJ | NO OBJECTION by Resp. to mot to file notice of election to intervene. (C/S 6/14/99) (Leave Gr.) | | | |
| 0123 | 06/21/99 | NOT | NOTICE by Resp. of consistent agreement under Rule 248(c)(1) for participants Matanane. (C/S 6/18/99) | | | |
| 0124 | 07/01/99 | O | ORDER 5/14/99 mot. Gr. Proceedings stayed to 7/30/99. | | B 07/01/99 | C |
| 0125 | 07/01/99 | NOEI | NOTICE OF ELECTION TO INTERVENE by Frederick H. Behrens. | | B 07/01/99 | C |
| 0126 | 07/26/99 | STP | STIPULATION by Resp. & TMP to be bound by 12532-90 re: certain mots. (C/S 7/23/99) (per Judge) | | | |

(Continued to page 10)

01/04/06

Docket No. 15056-91 (Continuation Page 10)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0127 | 08/20/99 | MOTR | MOTION by resp. to adopt test case procedure. w/Exh. (C/S 8-19-99) (Per Judge) | ORD 09/28/99 | | |
| 0128 | 08/26/99 | O | ORDER Petr., TMP and Participants by 9-7-99 file objection to motion to adopt test case procedure. (R-Re-M 9-8-99 to Participant McCune) | | B 08/26/99 | C |
| 0129 | 08/30/99 | OBJ | OBJECTION by TMP to Mot to adopt test case procedure. (C/S 8-27-99) | | | |
| 0130 | 09/14/99 | O | ORDER re:service of pre-trial documents. Petr. or Participant submit by 9-20-99 a request for service. (R-In-F 10/15/99: M. McCune) | | B 09/14/99 | C |
| 0131 | 09/28/99 | O | ORDER motion to adopt test case procedure is denied. | | B 09/28/99 | C |
| 0132 | 11/04/99 | HEAR | HEARING before Judge Halpern at Washington, DC Recalled 10-6 & 12-6-99. 10-4-99 Non-appearing partners w/d--See Order 12-6-99 Cont--No Order | | | |
| 0133 | 10/04/99 | O | ORDER nonappearing partners listed herein are withdrawn. Caption changed. | | B 11/17/99 | C |
| 0134 | 10/06/99 | EA | ENTRY OF APPEARANCE for Jason M. Silver. (WAS) | | R 12/30/99 | |
| 0135 | 11/03/99 | TRAN | TRANSCRIPT of 10-4-99 rec'd. (Cal. Call) | | | |
| 0136 | 12/06/99 | STPB | STIPULATION to be bound by Dkt. No. 12530-90. (WAS) | | | |
| 0137 | 01/07/00 | HEAR | HEARING before Judge Halpern at Washington, DC Called-Not Calendared. | | | |
| 0138 | 01/07/00 | MOTP | MOTION by petr. to file mot, for part. summ. judg. (Mot. & Memo. Ld.) (C/S 10-6-99) (WAS) | DN 01/07/00 | B 01/14/00 | C |
| 0139 | 01/14/00 | TRAN | TRANSCRIPT of 1-7-00 rec'd. (HEAR) | | | |
| 0140 | 01/24/00 | STP | STIPULATION OF SETTLED ISSUES re: 1985. | | | |
| 0141 | 03/06/00 | MOTR | MOTION by resp. to treat request for consistent settlement as timely re: Robert L. & Martha F. Brady. w/Exhs. (C/S 3/3/00) | GR 03/08/00 | B 03/08/00 | C |
| 0142 | 03/06/00 | MOTR | MOTION by resp. to treat request for consistent settlement as timely re: Jesse W. & Martha Jo Herringdine. w/Exhs. (C/S 3-3-00) | GR 03/08/00 | B 03/08/00 | C |

(Continued to page 11)

01/04/06

Docket No. 15056-91 (Continuation Page 11)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT | DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|---|
| 0143 | 03/06/00 | MOTR | MOTION by resp. to treat request for consistent settlement as timely re: James J. & Dorothy M. Prendergast. w/Exhs. (C/S 3-3-00) | GR | 03/08/00 | B 03/08/00 | C |
| 0144 | 05/05/00 | MOTR | MOTION by resp. to treat request for consistent settlement as timely re: Richard F. & Joan D. Hatton. (N.Obj.) w/Ex. (C/S 5-4-00) | GR | 05/08/00 | B 05/09/00 | C |
| 0145 | 12/18/00 | JT | JOINT STATUS REPORT. (Per Judge) | | | | |
| 0146 | 04/16/01 | MOTR | MOTION by resp. for entry of decision. (C/S 4-13-01) | GR | 07/19/01 | B 07/19/01 | C |
| 0147 | 06/14/01 | MOT | MOTION by Thomas Redding to file not. of election of Robert J. & Arlene D. Carlson. (NOE & Mot. to compel consistent settlement Ld.) (C/S 6/12/01) | DN | 07/19/01 | B 07/19/01 | C |
| 0148 | 06/14/01 | MOT | MOTION by Thomas Redding to file not. of election of John A. & Catherine M. Gleavy. (NOE & Mot. to compel consistent settlement Ld.) (C/S 6/12/01) | DN | 07/19/01 | B 07/19/01 | C |
| 0149 | 07/19/01 | DEC | DECISION ENTERED, Judge Halpern | | | B 07/19/01 | C |