01/05/06

UNITED STATES TAX COURT
DOCKET ENTRIES

Docket No. 15044-91 INDEX

Richgrove Grape Associates, Frederick H. Behrens, Tax Matters Partner
v. COMMISSIONER OF INTERNAL REVENUE

| | | |
|---|---|---|
| Richgrove Grape Associates | MS0086<br>NO. 4 | (Service Attorney)<br>Mather,Steven Ray<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | KE0153 | Kajan,Elliott Hugh<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | BK0089 | Barish,Kenneth M.<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | SJ1899 | Silver,Jason Mark<br>Silver Lockwood, PLC<br>Sixth Floor<br>4800 N. Scottsdale Road<br>Scottsdale, AZ 85251 |
| Frederick H. Behrens | MS0086<br>NO. 4 | Mather,Steven Ray<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | KE0153 | Kajan,Elliott Hugh<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | BK0089 | Barish,Kenneth M.<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |

PLAINTIFFS' EXHIBIT 31

(Continued to page 2)

Docket No. 15044-91 (Continuation Page 2) 01/05/06 INDEX

SJ1899 Silver,Jason Mark
Silver Lockwood, PLC
Sixth Floor
4800 N. Scottsdale Road
Scottsdale, AZ 85251

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0001 | 07/10/91 | PF | PETITION Filed:Fee Paid | | R 07/12/91 | |
| 0002 | 07/10/91 | DPT | DESIGNATION of Trial at Washington, DC | | R 07/12/91 | |
| 0003 | 08/09/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Charles H. Johnson. C/S-Resp | | P 08/12/91 | |
| 0004 | 08/14/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Thomas E. Simpkins, Jr., Peter A. Tartikoff & G. Dale Whittington. C/S-Resp | | P 08/15/91 | |
| 0005 | 08/23/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Donald L. Gambill, William P. Smith, Jr. and Michael A. Surian. C/S-Resp | | P 08/26/91 | |
| 0006 | 08/26/91 | MOTR | MOTION by resp. to ext. time to move or ans. to 9/9/91 & 9/24/91. (no obj) C/S | GR 08/30/91 | B 08/30/91 | |
| 0007 | 08/29/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Robert C. & Dolores C. Todd. C/S | | | |
| 0008 | 09/09/91 | JMOT | JT. MOTION re: procedure. | ORD 09/12/91 | | |
| 0009 | 09/12/91 | OAJ | ORDER that case is assigned to Judge Dawson. for statute of limitations issue only. Ans. due 10/1/91; Reply due 10/11/91; Resp. mot. for partial summ. judg. due 11/25/91. | | B 09/13/91 | C |
| 0010 | 10/01/91 | ACS | ANSWER (C/S 09/30/91). | | | |
| 0011 | 10/04/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Donato A. Infante, Jr. C/S | | | |
| 0012 | 10/11/91 | RCS | REPLY (C/S 10/11/91) | | | |
| 0013 | 10/24/91 | NCA | NOTICE of Change of Address for atty. Stuart E. Seigel. C/S | | | |
| 0014 | 11/14/91 | JMOT | JT. MOTION to cons. 15032-91, 15033-91, 15034-91, 15035-91, 15036-91, 15037-91, 15038-91, 15039-91, 15040-91, 15041-91, 15042-91, 15043-91, 15044-91, 15045-91, 15046-91, 15047-91, 15048-91, 15049-91, 15050-91, 15051-91, 15052-91, 15053-91, 15054-91, 15055-91, 15056-91, 15057-91, 15058-91, 15059-91, 15060-91, 20132-91 and 20133-91. | GR 11/20/91 | B 11/27/91 | C |
| 0015 | 11/26/91 | MOTR | MOTION by resp. for partial summary judgment. C/S (Affidavits att'd) | ORD 01/14/93 | | |
| 0016 | 11/26/91 | MEMO | MEMORANDUM OF LAW AND FACTS by resp. in support of motion for | | | |

(Continued to page 3)

01/05/06

Docket No. 15044-91 (Continuation Page 3)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | partial summary judgment. C/S | | | |
| 0017 | 11/29/91 | O | ORDER Petr. by 1/10/92 file response to mot. for partial summ. judg.; Resp. by 2/10/92 file reply to Petr. response. | | B 12/02/91 | C |
| 0018 | 12/20/91 | O | ORDER Court's 11/29/91 Order is rescinded. | | B 12/23/91 | C |
| 0019 | 01/14/92 | STP | STIPULATION OF FACTS. w/Ex. | | | |
| 0020 | 01/31/92 | MOTP | MOTION by petr. to compel docu. & ans. Interr. w/Exh. C/S | ORD 04/21/92 | | |
| 0021 | 01/31/92 | MEMO | MEMORANDUM by petr. in support of mot to compel. C/S | | | |
| 0022 | 02/18/92 | MOTR | MOTION by resp. to have until 3/9/92 to file opposition to mot to compel. (N.Obj) | GR 02/20/92 | B 03/02/92 | C |
| 0023 | 03/09/92 | OBJ | OBJECTION by resp. to mot to compel. (Reply to discovery Memo att'd.) C/S | | | |
| 0024 | 03/24/92 | MEMO | MEMORANDUM by Petr. in response to Resp. obj. to mot. to compel. w/ex. C/S | | | |
| 0025 | 04/21/92 | O | ORDER petrs. by 5/29/92 file response to mot. for partial summ. judg.; resp. by 6/30/92 file reply to petrs. response. Mot to compel is Dn. | | B 04/23/92 | C |
| 0026 | 05/28/92 | MOTP | MOTION by petr. to extend time to 6/8/92 for response to mot. for partial summ. judgment. (N.Obj) C/S | GR 05/29/92 | B 06/01/92 | C |
| 0027 | 06/08/92 | MOTP | MOTION by petr. to strike improper portions of affidavits in support of resp. mot. for partial summary Judgement. (Appendix att'd.) C/S | ORD 01/12/93 | | |
| 0028 | 06/08/92 | MOTP | MOTION by petr. (Cross) for partial summary Judgment. w/Ex. & Memo. att'd. C/S | ORD 01/12/93 | | |
| 0029 | 07/06/92 | ATP | AMENDMENT TO PETITION (resp's consent att'd.) | | R 07/07/92 | |
| 0030 | 07/13/92 | OBJ | OBJECTION by resp. to cross mot. for partial summ. judg. C/S | | | |
| 0031 | 07/13/92 | OBJ | OBJECTION by resp to mot. to strike portions of affidavits. C/S | | | |
| 0032 | 07/13/92 | MEMO | MEMORANDUM by resp. in reply to memo. in opposition to mot. for partial summ. judg. & in support of petr. cross-mot. C/S (Per Judge) | | | |
| 0033 | 07/29/92 | NCA | NOTICE of Change of Address for atty-Leonard S. Roth. C/S | | | |
| 0034 | 08/10/92 | MOT | MOTION by certain participating partners to file memo. in | ORD 09/25/92 | | |

(Continued to page 4)

01/05/06

Docket No. 15044-91 (Continuation Page 4)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | opposition to mot. for partial summ. judg. & in support of Petr. cross mot. (Memo. Ld.) C/S | | | |
| 0035 | 08/21/92 | O | ORDER Resp by 9-11-92 file response to mot. by Participants to file Memo. | | B 08/25/92 | C |
| 0036 | 08/25/92 | JMOT | JT. MOTION for special calendar. | ORD 09/25/92 | | |
| 0037 | 08/31/92 | A | ANSWER TO AMENDMENT TO PETITION by resp. (C/S 8/27/92) | | | |
| 0038 | 09/09/92 | NOBJ | NO OBJECTION by Resp to mot. by certain participation partner to file Memo. C/S | | | |
| 0039 | 09/25/92 | O | ORDER mot. for special calendar is Dn. | | B 09/25/92 | C |
| 0040 | 09/25/92 | O | ORDER resp. by 10-26-92 file suppl. stip. or mot. to correct stip. Resp. within 30 days after ruling with respect to suppl stip. or mot. to correct stip. file response to memo. in opposition to mot. for partial summ. judg. Mot. to file memo. to mot. for partial summ. judg. is Gr. | | B 09/25/92 | C |
| 0041 | 09/25/92 | MEMO | MEMORANDUM by certain participating partners in Opposition to mot. for partial summ. judg. & in support of petrs. cross-mot. | | B 09/25/92 | C |
| 0042 | 10/15/92 | MOTP | MOTION by petr. to file suppl. memo. of law in opposition to resp mot. for partial summ. judg. & in support of petrs. Cross-mot. (Suppl. memo. of law Ld) C/S | ORD 10/19/92 | | |
| 0043 | 10/19/92 | MEMO | MEMORANDUM OF LAW (SUPPLEMENTAL) by Petr. in Opposition to resp. mot. for partial summ. judg. & in support of petrs. Cross-mot. | | R 10/21/92 | |
| 0044 | 10/19/92 | O | ORDER resp. by 11-27-92 file response to petrs. suppl. memo. Mot. to file suppl. memo. is Gr. | | B 10/21/92 | C |
| 0045 | 10/26/92 | STP | STIPULATION OF FACTS (SUPPLEMENTAL). w/Ex. | | | |
| 0046 | 10/26/92 | MOTR | MOTION by resp. to Reform Stipulation of facts. w/affidavits att'd. C/S (Per Judge) | ORD 01/12/93 | | |
| 0047 | 11/06/92 | O | ORDER petr. by 11-25-92 file response to mot. to reform. | | B 11/09/92 | C |
| 0048 | 11/24/92 | MEMO | MEMORANDUM OF LAW by petr. in Opposition to mot. to reform. w/Ex. C/S | | | |
| 0049 | 11/27/92 | RESP | RESPONSE by Resp. to partners memo. filed 9/25/92 & Petr. | | P 12/07/92 | C |

(Continued to page 5)

Docket No. 15044-91 (Continuation Page 5) 01/05/06

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | suppl. memo. filed 10/19/92. (Serve Per Judge) | | | |
| 0050 | 01/12/93 | O | ORDER Resp. mot. for partial summ. judg. & Petr. cross-mot. for partial summ. judg. are Dn. Mot. to reform stip. of facts is moot. Mot. to strike improper portions of affidavits is moot. | | B 01/14/93 | C |
| 0051 | 02/19/93 | MEMO | MEMORANDUM OF LAW by petr. in opposition to separate trial on statute of limitations issues. C/S (Per Judge) | | | |
| 0052 | 03/18/93 | RESP | RESPONSE by resp. to memo. of law in opposition to separate trials. C/S (Per Judge) | | | |
| 0053 | 03/23/93 | MOTP | MOTION by petr. to file reply to response to memo. of law in opposition to separate trials. (Reply to response Ld.) (N.Obj) C/S | ORD 03/25/93 | | |
| 0054 | 03/25/93 | O | ORDER mot. for leave to file reply is Gr. | | B 03/26/93 | C |
| 0055 | 03/25/93 | R | REPLY by petr. to resp's Response to petrs. memo. of law in opposition to separate trials. | | R 03/26/93 | |
| 0056 | 04/19/93 | ORJ | ORDER that case is reassigned to Judge Halpern. | | B 04/20/93 | C |
| 0057 | 05/18/93 | JMOT | JT. MOTION for due date of 9/15/93 for filing of amendment to answer & due date of 11/15/93 for filing of reply to such amendment. | ORD 05/19/93 | | |
| 0058 | 05/19/93 | O | ORDER mot. to file amd. to ans. & reply is Gr. | | B 05/20/93 | C |
| 0059 | 08/02/93 | ATA | AMENDMENT TO ANSWER (C/S 7/28/93) | | | |
| 0060 | 11/12/93 | R | REPLY by petr. to amendment to ans. (C/S 11/12/93) | | | |
| 0061 | 01/12/94 | O | ORDER that the consolidation is severed. | | B 01/13/94 | C |
| 0062 | 07/22/94 | MOTP | MOTION by petr. to reconsider the denial of petrs' mot. for partial summary Judgment. w/memo in support of mot., Exs. & attachments. C/S | ORD 09/02/98 | | |
| 0063 | 07/25/94 | O | ORDER resp. by 9/2/94 file response to mot. to reconsider the denial of mot. for summ. judgment. Petr. by 9/9/94 may file reply to resp's response. | | B 07/26/94 | C |
| 0064 | 09/01/94 | OBJ | OBJECTION by resp. to mot. for recons. of the denial of petr. mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0065 | 09/01/94 | MOTR | MOTION by resp. for recons. of the denial of resp. mot. for | ORD 09/02/98 | | |

(Continued to page 6)

01/05/06

Docket No. 15044-91 (Continuation Page 6)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | partial summ. judg. C/S | | | |
| 0066 | 09/01/94 | MOTR | MOTION by resp. for recons. of the mooting of mot. to reform stip. of facts. C/S | ORD 10/08/98 | | |
| 0067 | 09/01/94 | MOTR | MOTION by resp. to strike affidavits submitted in support of mot. for recons. of mhe denial of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0068 | 09/01/94 | MEMO | MEMORANDUM by resp. in opposition to petr. mot. for recon. of the denial of mot. for partial summ. judg. and in support of mot. for recons. of the denial of resp. mot. for partial summ. judg. & reformation of the stip. of facts. w/Exs. & Affidavit. C/S | ORD 09/02/98 | | |
| 0069 | 09/01/94 | MOTR | MOTION by resp. for lv. to file suppl. memo. in opposition to petr. mot. for recons. of mot for partial summ. judg. & in support of resp. mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0070 | 09/02/94 | MOTP | MOTION by petr. to compel documents. w/Exs. C/S | ORD 10/08/98 | | |
| 0071 | 09/09/94 | OP | OPPOSITION by petr. to mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0072 | 09/09/94 | RESP | RESPONSE by petr. to mot. for recons. of mot. to reform stip. of facts. C/S | | | |
| 0073 | 09/09/94 | RESP | RESPONSE by petr. to mot. to strike affidavits. C/S | ORD 09/02/98 | | |
| 0074 | 09/09/94 | R | REPLY by petr. to memo. in opposition to mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0075 | 09/12/94 | O | ORDER resp. by 9/22/94 file response to mot. to compel docu. | | B 09/13/94 | C |
| 0076 | 09/21/94 | O | ORDER time ext. to 9/23/94 for response to mot. to compel docu. | | B 09/23/94 | C |
| 0077 | 09/28/94 | OBJ | OBJECTION by resp. to petr's mot. to compel. (C/S) (Leave Gr.) | | | |
| 0078 | 04/03/95 | MOTR | MOTION by resp. to Amend Answer. (Second Am. to Ans. Ld) C/S | ORD 05/12/95 | | |
| 0079 | 04/03/95 | MEMO | MEMORANDUM by resp. in support of mot. to amend answer. C/S | | | |
| 0080 | 04/05/95 | O | ORDER Petr. by 5/5/95 file with court & serve on Resp. a response to mot. to amend answer. | | B 04/06/95 | C |
| 0081 | 05/02/95 | NCA | NOTICE of Change of Address for atty. K. Peter Schmidt. C/S | | | |
| 0082 | 05/05/95 | OP | OPPOSITION by Petr. to mot. to Amend Answer (Second). C/S | | | |
| 0083 | 05/12/95 | O | ORDER mot to amend answer Gr. | | B 05/15/95 | C |

(Continued to page 7)

01/05/06

Docket No. 15044-91 (Continuation Page 7)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0084 | 05/12/95 | ATA | AMENDMENT TO ANSWER (SECOND) | | P 05/15/95 | C |
| 0085 | 07/05/95 | MOTR | MOTION by resp. to supplement resp's memo. in support of resp's mot. for partial summary Judgment. (Suppl. memo. in support of mot. for recons. of resp's mot. for partial summ. Judg. Ld) C/S (Per Judge) | ORD 09/02/98 | | |
| 0086 | 01/30/96 | MOT | MOTION by K. Peter Schmidt to withdraw as to Donato A. Infante, Jr. (participating partner) N.obj. (C/S 1/30/96) | ORD 12/10/98 | | |
| 0087 | 02/12/96 | O | ORDER Donato A. Infante, Jr. by 3/15/96 file obj. to mot. to withdraw. Service made on Resp., Petr's. & D. A. Infante, Jr. only. | | B 02/15/96 | C |
| 0088 | 04/01/96 | EA | ENTRY OF APPEARANCE by Daniel L. Merriman for participant Donato A. Infante, Jr. | | R 04/02/96 | |
| 0089 | 04/01/96 | MOT | MOTION by participant Infante, Jr. to file opposition to mot. to withdraw. (Opposition Ld) (C/S 3/29/96) | ORD 10/29/98 | | |
| 0090 | 07/21/97 | NOT | NOTICE by Resp. of settlement under Rule 248 (c)(1) for Donald L. Gambill & Michael A. Surian, Participant's. (C/S 7-18-97) | | | |
| 0091 | 12/31/97 | NOT | NOTICE by Resp. of settlement under Rule 248 (c)(1) for Participant Peter Tartikoff. (C/S 12-30-97) | | | |
| 0092 | 02/02/98 | JMOT | JT. MOTION to w/d certain pending mots. & docu. relating thereto without prejudice. (C/S 2-11-98) (Per Judge) | ORD 09/02/98 | | |
| 0093 | 02/04/98 | MOT | MOTION by S. Seigel, K. Schmidt & L. Roth to w/d for Petrs & participants Infante, Johnson, Simpkins, Smith, Todds & Whittington. (C/S 2-4-98) | ORD 12/10/98 | | |
| 0094 | 02/23/98 | O | ORDER petr. & participating partners listed in 2/4/98 mot. by 3/16/98 file obj. to said mot. | | B 02/27/98 | C |
| 0095 | 02/27/98 | MOTR | MOTION by resp. to Supplement Motion for reconsideration of motion to reform original stipulation of facts. (Supplemental Memorandum Lodged) (C/S 2-26-98) (Per Judge) | GR 05/11/98 | B 05/13/98 | C |
| 0096 | 03/09/98 | OBJ | OBJECTION by participant W. Smith, Jr. to mot. to w/d. (Serve on Resp, Petr. TMP & counsel withdrawing Per Judge) | | B 04/17/98 | C |
| 0097 | 04/10/98 | O | ORDER Parties by 4-29-98 file a response to Resp's. Motion to supplement motion for reconsideration. | | B 04/16/98 | C |

(Continued to page 8)

01/05/06

Docket No. 15044-91 (Continuation Page 8)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0098 | 05/11/98 | SUPP | SUPPLEMENTAL MEMORANDUM by Resp. in support of mot for reconsideration filed 9-1-94. w/Exhs. | | P 05/13/98 | C |
| 0099 | 07/31/98 | MOTR | MOTION by resp. to be relieved nunc pro tunc of duty under Rule 248(c). w/Exhs. (C/S 7-30-98) | ORD 11/24/98 | | |
| 0100 | 09/02/98 | O | ORDER that Joint Motion filed 2-2-98 is granted in that certain motions & documents are withdrawn. | | B 09/03/98 | C |
| 0101 | 09/02/98 | O | ORDER set 10-8-98 Washington,DC Spec. for hearing on Resp's. 9-1-94 Mot for reconsideration, Petr's. Mot to compel documents, and Resp's. Mot to be relieved of duty under Rule 248(c). Petr. & Participating Partners by 9-23-98 file an objection to mot to be relieved of duty. | | B 09/03/98 | C |
| 0102 | 09/23/98 | OBJ | OBJECTION by Petr. to mot to be relieved of duty under Rule 248(c). (C/S 9-23-98) | | | |
| 0103 | 10/02/98 | RESP | RESPONSE by Petr. & TMP to 9-2-98 order re:the hearing on certain mots. (C/S 10-2-98) | | | |
| 0104 | 10/02/98 | MOT | MOTION by Petr. & TMP to clarify or recon. 9-2-98 order that w/d certain mots. & documents. (C/S 10-2-98) | ORD 10/08/98 | | |
| 0105 | 10/05/98 | RESP | RESPONSE by Resp. to 9-2-98 order re:hrg. on certain mots. w/Ex. (C/S 10-2-98) | | | |
| 0106 | 10/08/98 | HEAR | HEARING before Judge Halpern at Washington, DC James P. Joseph (Specially Recognized). Resp's. 9-1-94 Mot to reconsider mooting--See order. Petr's. 9-2-94 Motion to compel docus.-See order. Resp's. 7-31-98 Motion to be relieved of duty--CAV. Petr. & TMP 10-2-98 Mot. to clarify or reconsider--See order. | ORD 11/24/98 | | |
| 0107 | 10/08/98 | O | ORDER Resp's. 9-1-94 Motion for reconsideration is denied. | | B 10/29/98 | C |
| 0108 | 10/08/98 | O | ORDER Petr's. 9-2-94 Motion to compel docus. is denied. | | B 10/29/98 | C |
| 0109 | 10/08/98 | O | ORDER Petr. & TMP 10-2-98 Mot to clarify or reconsider is denied in part and granted in part. | | B 10/29/98 | C |
| 0110 | 10/09/98 | MISC | AMENDMENT by Attys. Seigel, Schmidt & Roth to 2-4-98 mot to w/d. (C/S 10-9-98) (Per Judge) | | | |
| 0111 | 10/29/98 | O | ORDER set 11-30-98 Wash. DC, time & date certain on 12-10-98 on 1-30-96 & 2-4-98 mots to withdraw. Part. Infante 4-1-96 mot is granted. | | B 10/30/98 | C |

(Continued to page 9)

01/05/06

Docket No. 15044-91 (Continuation Page 9)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0112 | 10/29/98 | OP | OPPOSITION by part. Infante to mot to withdraw. | | B 10/30/98 | C |
| 0113 | 11/09/98 | TRAN | TRANSCRIPT of 10-8-98 rec'd. (Hear) | | | |
| 0114 | 11/13/98 | JT | JOINT REPORT filed w/Ex. (Per Judge) | | | |
| 0115 | 11/24/98 | O | ORDER resp. mot. to be relieved filed 7-31-98 is deemed moot. | | B 11/27/98 | C |
| 0116 | 12/10/98 | HEAR | HEARING before Judge Halpern at Washington, DC (not called 11/30/98) Mots. to w/d filed 1/30/96 & 2/4/98 as amended 10/9/98 -- See order | | | |
| 0117 | 12/10/98 | O | ORDER mot. to w/d filed 2/4/98 as amended is Gr. Mot. to w/d filed 1/30/96 is deemed moot. | | B 01/07/99 | C |
| 0118 | 01/07/99 | TRAN | TRANSCRIPT of 12-10-98 rec'd. (HEAR) | | | |
| 0119 | 03/25/99 | MOTR | MOTION by resp. to calendar case for status report. w/Exh. (C/S 3-24-99) | ORD 06/04/99 | | |
| 0120 | 04/14/99 | NOT | NOTICE by Resp. of consistent settlement under Rule 248 (c)(1) for Participant Charles H. Johnson. (C/S 4-13-99) | | | |
| 0121 | 04/23/99 | NOT | NOTICE by Resp. of consistent settlement under Rule 248 (c)(1) for Participants William P. Smith, Jr. & G. Dale Whittington. (C/S 4-22-99) | | | |
| 0122 | 05/14/99 | MOT | MOTION by Steven R. Mather to file NOEI for Frederick H. Behrens. (NOEI Ld.) (C/S 5/13/99) | ORD 07/01/99 | | |
| 0123 | 05/21/99 | O | ORDER parties by 6/14/99 file obj. to 5/14/99 motion. | | B 05/21/99 | C |
| 0124 | 06/04/99 | O | ORDER set 10/4/99 Washington, DC (Spec) for trial. Mot. to cal. is Dn. | | B 06/04/99 | C |
| 0125 | 06/04/99 | SPTO | STANDING PRE-TRIAL ORDER attached to Notice of Trial | | B 06/04/99 | C |
| 0126 | 06/15/99 | NOBJ | NO OBJECTION by resp. to mot. to file notice of election to intervene. (C/S 6/14/99) (Leave Gr.) | | | |
| 0127 | 07/01/99 | O | ORDER proceedings stayed until 7-30-99. Mot filed 5-14-99 is granted. | | B 07/01/99 | C |
| 0128 | 07/01/99 | NOEI | NOTICE OF ELECTION TO INTERVENE by Frederick H. Behrens. | | B 07/01/99 | C |
| 0129 | 07/26/99 | STP | STIPULATION by Resp. & TMP to be bound by 12532-90 re:certain | | | |

(Continued to page 10)

01/05/06

Docket No. 15044-91 (Continuation Page 10)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | mots. (C/S 7-23-99) (Per Judge) | | | |
| 0130 | 08/20/99 | MOTR | MOTION by resp. to adopt test case procedure. w/Exh. (C/S 8-19-99) (Per Judge) | ORD 09/28/99 | | |
| 0131 | 08/26/99 | O | ORDER Petr., TMP and Participants by 9-7-99 file objection to motion to adopt test case procedure. | | B 08/26/99 | C |
| 0132 | 08/30/99 | OBJ | OBJECTION by TMP to Mot to adopt test case procedure. (C/S 8-27-99) | | | |
| 0133 | 09/14/99 | O | ORDER re:service of pre-trial documents. Petr. or Participant submit by 9-20-99 a request for service. | | B 09/14/99 | C |
| 0134 | 09/28/99 | O | ORDER motion to adopt test case procedure is denied. | | B 09/28/99 | C |
| 0135 | 10/04/99 | HEAR | HEARING before Judge Halpern at Washington, DC Recalled 10-6 & 12-6-99. 10-4-99 Non-appearing partners w/d--See Order. 12-6-99 Cont--No Order. | | | |
| 0136 | 10/04/99 | O | ORDER partners listed herein are w/d from record. Caption amd. (R-Re-M Todd's 12-28-99) | | B 11/17/99 | C |
| 0137 | 10/06/99 | EA | ENTRY OF APPEARANCE for Jason M. Silver. (WAS) | | R 12/29/99 | |
| 0138 | 11/03/99 | TRAN | TRANSCRIPT of 10-4-99 rec'd. (Cal. Call) | | | |
| 0139 | 12/06/99 | STPB | STIPULATION to be bound by Dkt. No. 12530-90. (WAS) | | | |
| 0140 | 01/07/00 | HEAR | HEARING before Judge Halpern at Washington, DC Called-Not calendared. Petr's. Motion to file motion for partial summary judgment-Denied. | | | |
| 0141 | 01/07/00 | MOTP | MOTION by petr. to file motion for partial summary judgment. (Mot. for partial summary judgment & Memo. Lodged) (C/S 10-6-99) (WAS) | DN 01/07/00 | B 01/14/00 | C |
| 0142 | 01/14/00 | TRAN | TRANSCRIPT of 1-7-00 rec'd. (HEAR) | | | |
| 0143 | 01/24/00 | STP | STIPULATION OF SETTLED ISSUES re: 1984 & 1985. | | | |
| 0144 | 12/18/00 | JT | JOINT STATUS REPORT. (Per Judge) | | | |
| 0145 | 04/16/01 | MOTR | MOTION by resp. for entry of decision. (C/S 4-13-01) | GR 07/19/01 | B 07/19/01 | C |
| 0146 | 07/19/01 | DEC | DECISION ENTERED, Judge Halpern | | B 07/19/01 | C |