**No. 03-2028 T**
Consolidated with 04-907 T
(Judge Francis M. Allegra)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

KENNETH C. KEENER,

PLAINTIFF

VS.

UNITED STATES OF AMERICA,

DEFENDANT

**VOLUME 3 TO APPENDIX E TO PLAINTIFF'S RESPONSE IN OPPOSITION TO THE MOTION OF THE UNITED STATES FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINTS AND BRIEF IN SUPPORT**

THOMAS E. REDDING, Lead Counsel
TERESA J. WOMACK
SALLIE W. GLADNEY
REDDING & ASSOCIATES, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
Telephone: (713) 965-9244
Telecopier: (713) 621-5227
Attorneys for Plaintiffs
Kenneth C. Keener and
William P. Smith, Jr. and Anne Smith

**No. 03-2028 T**
Consolidated with 04-907 T
(Judge Francis M. Allegra)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

KENNETH C. KEENER,
PLAINTIFF

VS.

UNITED STATES OF AMERICA,
DEFENDANT

**VOLUME 3 TO APPENDIX E TO PLAINTIFF'S RESPONSE IN OPPOSITION TO THE MOTION OF THE UNITED STATES FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINTS AND BRIEF IN SUPPORT**

| Exhibit | Document | Bates Pages |
|---|---|---|
| 35 | Notices of Settlement Filed by IRS in RGA Tax Court Case | E145-E146 |
| 36 | Notices of Settlement and Consistent Settlement Filed by IRS in Various AMCOR Tax Court Cases | E147-E174 |
| 37 | Excerpts from Settlement Motion Filed by IRS in AV2 Tax Court Case | E175-E180 |
| 38 | Excerpts from Settlement Motion Filed by IRS in AVF Tax Court Case | E181-E193 |
| 39 | Excerpts from Settlement Motion Filed by IRS in DHV Tax Court Case | E187-E194 |
| 40 | Form 870-P(AD) Settlements for Multiple AMCOR Partners | E193-E209 |
| 41 | 1984 and 1985 Form 4549A-CG for Keener | E210-E219 |
| 42 | Motion for Entry of Decisions Pursuant to Rule 248(b) filed in all relevant AMCOR Tax Court cases | E220-E235 |
| 43 | Declaration of Teresa J. Womack | E236 |

Respectfully,

/s/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

ORIGINAL

RECEIVED

UNITED STATES TAX COURT

UNITED STATES TAX COURT FILED JUL 21 1997

'97 JUL 21 A9:51

UNITED STATES TAX COURT

RICHGROVE GRAPE ASSOCIATES, CHARLES W. AND MARTHA C. ADAIR, Partners Other Than the Tax Matters Partner,

Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15044-91
Judge Halpern

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable years ending December 31, 1984, and December 31, 1985, which are the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
|---|---|
| Donald L. Gambill | 4/10/97 |
| Michael A. Surian | 4/25/97 |

PLAINTIFFS' EXHIBIT 35

ADM. RECORDER SERVICE CAL. STAT. S.T. JUDGE FILES

E145

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 17 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel