FORM 870-P(AD)(5-88) DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO: MS 4550 122096-0027

| TAXPAYER(S) NAME(S) AND ADDRESS | NAME OF PARTNERSHIP |
|---|---|
| NASSIF J & GAIL F BARBER JR CANNON<br>1822 WOOD CREST RD<br>BIRMINGHAM AL 35209-1364 | DIXIE DELANO GROWERS<br>TIN: 33-0044215<br>TAX YEAR ENDED: 1984 |
| TIN: [redacted] | |

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER Nassif J Cannon DATE 3/18/97

SIGNATURE OF TAXPAYER [signature] DATE 3/18/97

BY (SIGNATURE AND TITLE) DATE

APR - 3 1997
OGDEN SERVICE CENTER

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

RECEIVED IRS CORRES. APR 02 1997 OGDEN

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

FOR INTERNAL REVENUE | DATE ACCEPTED FOR COMMISSIONER: JUL 1 1997 | E193 | SIGNATURE [signature]

PLAINTIFFS' EXHIBIT 40

## Settlement Agreement For Partnership Adjustments

Name of Partnership: DIXIE DELANO GROWERS

Taxpayer Identifying Number: 33-0044215

**Schedule of Adjustments**

| Detail of Adjustments to Ordinary Income | Tax Years(s) Ended December 31, 1984 | | |
|---|---|---|---|
| Schedule F – Farming Expenses | 667,048 | | |
| Other Deductions | 20,319 | | |
| Interest Expense | 0 | | |
| Total Adjustments To Ordinary Income | 687,367 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Expense | | | |
| (1) Adjustment | (1,097,290) | | |
| (2) As Reported | 1,741,730 | | |
| (3) Corrected | 644,440 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 74,903 | | |
| (3) Corrected | 74,903 | 0 | 0 |
| Other Adjustment: Invest. Interest – Invest. Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 1,232 | | |
| (3) Corrected | 1,232 | 0 | 0 |
| Other Adjustment: Qualified Invest. Prop. – Used/Other | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 125,000 | | |
| (3) Corrected | 125,000 | 0 | 0 |

Remarks

FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY REFER TO:
MS 4550
122096-1618

TAXPAYER(S) NAME(S) AND ADDRESS
Charles H. and Kay A. Johnson
509 Delaware Street
Bartlesville, OK 74003

TIN: [redacted]

NAME OF PARTNERSHIP
Emperor Seedless-85

TIN: 33-0112157

TAX YEAR ENDED: 1985

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

| | | |
|---|---|---|
| SIGNATURE OF TAXPAYER | Charles H. Johnson | DATE 2/8/99 |
| SIGNATURE OF TAXPAYER | Kay A. Johnson | DATE 2/8/99 |
| BY (SIGNATURE AND TITLE) | | DATE |

CONSISTENT AGREEMENT

IF THIS OFFER IS EXECUTED BY THE TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

| | | |
|---|---|---|
| FOR IRS USE ONLY | DATE ACCEPTED FOR COMMISSIONER: APR 05 1999 | SIGNATURE |
| | OFFICE: So. Calif. Appeals | TITLE: Associate Chief, Appeals |



FORM 870-P(AD)(5-88)

Settlement Agreement For Partnership Ad' 'ments

| Name of Partnership EMPEROR SEEDLESS – 85 | Schedule of Adjustments | | |
|---|---|---|---|
| Taxpayer Identifying Number: 33–0112157 | Tax Years(s) Ended | | |
| Detail of Adjustments to Ordinary Income | December 31, 1985 | | |
| Schedule F – Farm Loss | 3,525,841 | | |
| Other Deductions | 87,305 | | |
| Total Adjustments To Ordinary Income | 3,613,146 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Expense | | | |
| (1) Adjustment | (6,034,488) | | |
| (2) As Reported | 9,006,699 | | |
| (3) Corrected | 2,972,211 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 22,773 | | |
| (3) Corrected | 22,773 | 0 | 0 |
| Other Adjustment: Invest. Interest – Invest. Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 20,004 | | |
| (3) Corrected | 20,004 | 0 | 0 |
| Remarks | | | |

FORM 870-P(AD)(5-88)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY REFER TO:
MS 4550
122096-0027

DATE: 12-20-96

TAXPAYER(S) NAME(S) AND ADDRESS

NASSIF J & GAIL F BARBER JR CANNON
1822 WOOD CREST RD
BIRMINGHAM AL 35209-1364

TIN: [redacted]

NAME OF PARTNERSHIP

DIXIE DELANO GROWERS

TIN: 33-0044215

TAX YEAR ENDED: 1984

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

| | | |
|---|---|---|
| SIGNATURE OF TAXPAYER | Nassif J Cannon | DATE 3/24/97 |
| SIGNATURE OF TAXPAYER | [signature] | DATE 3/24/97 |
| BY (SIGNATURE AND TITLE) | | DATE |

APR - 3 1997
OGDEN SERVICE CENTER

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

RECEIVED CORRES. IRS OSC
APR 0 2 1997
OGDEN

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

| | | |
|---|---|---|
| FOR INTERNAL REVENUE | DATE ACCEPTED FOR COMMISSIONER ... 1997 | SIGNATURE [signature] |

E197

FORM 870-P(AD)
(JUNE 1988)

Department of the Treasury – Internal Revenue Service
# Settlement Agreement For Partnership Adjustments

| Taxpayer(s) name(s), address and zip code | Name of Partnership | Tax Year(s) Ended |
|---|---|---|
| Noble W. and Candace H. Kyle, II<br>3320 Quenby<br>Houston, Texas 77005 | AGRI – VENTURE FUND<br>Taxpayer Identifying Number: 33-0115708 | December 31, 1985 |
| Taxpayer Identifying Number: [redacted] | Name of Tax Matters Partner<br>Frederick H. Behrens | |

Under the provisions of section 6224(c) of the Internal Revenue Code, the undersigned offers to enter into a settlement agreement with respect to the determination of partnership items of the partnership for the year(s) shown on the attached schedule of adjustments. The undersigned, in accordance with the provisions of section 6224(b) of the Code, also offers to waive the restrictions on the assessment and collection of any deficiency attributable to partnership items (with interest as required by law) provided in section 6225(a).

This offer is subject to acceptance for the Commissioner of the Internal Revenue Service. It will take effect as a waiver of restrictions on the date it is accepted. Unless and until it is accepted, it will have no force or effect.

If this offer is accepted for the Commissioner, the treatment of partnership items under this agreement will not be reopened in the absence of fraud, malfeasance or misrepresentation of fact; and no claim for refund or credit based on any change in the treatment of partnership items may be filed or prosecuted.

RECEIVED ESL
NOV 10 1997
OGDEN SERVICE CENTER

| | |
|---|---|
| Signature of taxpayer | Date 10/27/97 |
| Signature of taxpayer | Date 10/27/97 |
| By (Signature and title) | Date |

If this offer is executed by a tax matters partner, please include title with the signature.

Note: The execution and filing of this offer will expedite the adjustment of tax liability.

1997

If this offer is executed with respect to a year for which a JOINT RETURN OF A HUSBAND AND WIFE was filed, it must be signed by both spouses unless one spouse, acting under a power of attorney, signs as agent for the other.

If a taxpayer is a corporation, the offer must be signed with the corporate name followed by the signature and title of the officer authorized to sign.

This offer may be executed by the taxpayer's attorney or agent provided this action is specifically authorized by a power of attorney, which, if not previously filed, must accompany this form.

The submission of this offer by you and the acceptance of the offer for the Commissioner may result in an additional tax liability to you plus interest as provided by law. If the result is a decrease in tax, the amount of the decrease will be sent to you with interest as provided by law.

| For Internal Revenue Use Only | Date Accepted for Commissioner<br>JAN 1998 | Signature |
|---|---|---|
| SALT | Office<br>LAKE CITY APPEALS OFFICE | Title<br>Associate Chief |

Form 870-P(AD) (6-88)

CONCLUDED AGREEMENT

# Settlement Agreement For Partnership Adjustments

Name of Partnership: AGRI – VENTURE FUND

Taxpayer Identifying Number: 33–0115708

Schedule of Adjustments

| | Tax Years(s) Ended | | |
|---|---|---|---|
| | December 31, 1985 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| Schedule F – Farming Expenses | 11,806,681 | | |
| Other Deductions | 218,477 | | |
| Rental Expenses/Depreciation | 0 | | |
| Ordinary Income/Loss from Partnership | 0 * | | |
| **Total Adjustments To Ordinary Income** | 12,025,158 | 0 | 0 |
| **Other Adjustment: T.P.I. – Qualified Investment Expense** | | | |
| (1) Adjustment | (18,894,809) | | |
| (2) As Reported | 28,201,208 | | |
| (3) Corrected | 9,306,399 | 0 | 0 |
| **Other Adjustment: T.P.I. – Qualified Investment Income** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 33,154 | | |
| (3) Corrected | 33,154 | 0 | 0 |
| **Other Adjustment: Invest. Interest – Invest. Income** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 16,093 | | |
| (3) Corrected | 16,093 | NOV 04 1997 | 0 |

Remarks

* The tax treatment of the partnership items relating to Pump Station III Joint Venture, Agri–Venture Farming Joint Venture, Columbia Basin Growers, Desert Highland Vineyards, Houston Farm Associates II, Indio Date Associates, and USB–85 Associates, will be resolved in separate partnership proceedings conducted in accordance with the TEFRA partnership procedures. The adjustments made in those partnership proceedings will be treated as computational adjustments and be assessed, credited or refunded accordingly.

FORM 870-P(AD)(5-88)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO:
MS 4550
122096-1186

TAXPAYER(S) NAME(S) AND ADDRESS

Elmer H. and Joan Muhlbach Jr.
6623 Prairie Dunes
Houston, TX 77069-1743231

TIN: [redacted]

NAME OF PARTNERSHIP
COACHELLA FRUIT GROWERS

TIN: 33-0191770

TAX YEAR ENDED: 1986

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER: Elmer H. Muhlbach Jr. — DATE: 3/31/97

SIGNATURE OF TAXPAYER: Joan Muhlbach DECEASED — DATE: 3/31/97

~~BY (SIGNATURE AND TITLE)~~: By Elmer H. Muhlbach Jr. EXECUTOR — DATE

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR ~~FOR~~ WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER: 15 MAY 1997

SIGNATURE: [signature]

OFFICE: SALT LAKE CITY APPEALS OFFICE

TITLE: Associate Chief

E200

FORM 870-P(AD)(5-88)

## Settlement Agreement For Partnership Adjustments

| Name of Partnership: COACHELLA FRUIT GROWERS | Schedule of Adjustments | | |
|---|---|---|---|
| Taxpayer Identifying Number: 33-0191770 | Tax Years(s) Ended | | |
| Detail of Adjustments to Ordinary Income | November 30, 1986 | | |
| Schedule F (Farm) Deductions | 3,914,397 | | |
| Other Deductions | 103,771 | | |
| Total Adjustments To Ordinary Income | 4,018,168 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Expense (1) Adjustment | (5,731,948) | | |
| (2) As Reported | 7,961,039 | | |
| (3) Corrected | 2,229,091 ✓ | 0 | 0 |
| Other Adjustment: (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| Other Adjustment: (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| Remarks | 0 | 0 | 0 |

FORM 870-P(AD)(5-88) DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO:
MS 4550
122096-0327

TAXPAYER(S) NAME(S) AND ADDRESS

RICHARD A & MARY G LEVACY
JAMES P JOSEPH
1200 NEW HAMPSHIRE AVE N W
WASHINGTON DC 20036-6802003

TIN: [redacted]

NAME OF PARTNERSHIP

AGRI-VENTURE ASSOCIATES

TIN: 33-0044218

TAX YEAR ENDED: 1984

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER: [signature] DATE: 26 Mar 97

SIGNATURE OF TAXPAYER: Mary Grace Levacy DATE: 3/26/97

BY (SIGNATURE AND TITLE) DATE:

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER: 2-3 APR 1997

SIGNATURE: Lonny Raymond

OFFICE: SALT LAKE CITY APPEALS OFFICE

TITLE: Associate Chief

E202

# Settlement Agreement For Partnership Adjustments

Name of Partnership
AGRI-VENTURE ASSOCIATES

Taxpayer Identifying Number
33-0044218

**Schedule of Adjustments**

| Detail of Adjustments to Ordinary Income | Tax Year(s) Ended: December 31, 1984 | | |
|---|---|---|---|
| Schedule F – Farming Expenses | 5,233,143 | | |
| Other Deductions | 87,309 | | |
| Interest Expense | 0 | | |
| Total Adjustments To Ordinary Income | 5,320,952 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Expense | | | |
| (1) Adjustment | (9,101,121) | | |
| (2) As Reported | 14,446,224 | | |
| (3) Corrected | 5,345,103 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 27,142 | | |
| (3) Corrected | 27,142 | 0 | 0 |
| Other Adjustment: Invest. Interest – Invest. Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 27,142 | | |
| (3) Corrected | 27,142 | 0 | 0 |
| Remarks | | | |

FORM 870-P(AD)(5-88) DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO:
MS 4550
122096-0641

TAXPAYER(S) NAME(S) AND ADDRESS

E LISK JR WYCKOFF
PO BOX 38
ESSEX CT 06426-0038380

TIN: [redacted]

NAME OF PARTNERSHIP

AGRI-VENTURE-II

TIN: 33-0053999

TAX YEAR ENDED: 1984

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

RECEIVED ESU
MAR 2 7 1997
OGDEN SERVICE CENTER

| | | |
|---|---|---|
| SIGNATURE OF TAXPAYER | E. Lisk Wyckoff Jr | DATE 3/20/97 |
| SIGNATURE OF TAXPAYER | | DATE |
| BY (SIGNATURE AND TITLE) | | DATE |

RECEIVED IN CORRES
IRS - OSC / 584
MAR 25 1997
OGDEN, UTAH

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

| | | |
|---|---|---|
| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER | SIGNATURE |
| | OFFICE SALT LAKE CITY APPEALS OFFICE | TITLE Associate Chief |

FORM 870-P(AD)(5-88)

# Settlement Agreement For Partnership Adjustments

Name of Partnership: AGRI-VENTURE II

Taxpayer Identifying Number: 33-0053999

Schedule of Adjustments

| Detail of Adjustments to Ordinary Income | Tax Years(s) Ended December 31, 1984 | | |
|---|---|---|---|
| Schedule F – Farming Loss | 8,614,381 | | |
| Other Deductions | 149,842 | | |
| Total Adjustments To Ordinary Income | 8,764,223 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Expense | | | |
| (1) Adjustment | (15,182,640) | | |
| (2) As Reported | 24,099,428 | | |
| (3) Corrected | 8,916,788 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 19,889 | | |
| (3) Corrected | 19,889 | 0 | 0 |
| Other Adjustment: Invest. Interest – Invest. Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 19,889 | | |
| (3) Corrected | 19,889 | 0 | 0 |

Remarks

FORM 870-P(AD)(5-88) DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO:
MS 4550
122096-1618

TAXPAYER(S) NAME(S) AND ADDRESS
Henry W. and Barbara L. Spencer
9 Old Schoolhouse Road
Andover, MA 01810

TIN: [redacted]

NAME OF PARTNERSHIP
Vista-Ag Realty Partners

TIN: 33-0194209

TAX YEAR ENDED: 1986

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER Henry W. Spencer DATE 8 Feb 1999

SIGNATURE OF TAXPAYER Barbara L. Spencer DATE 8 Feb 1999

BY (SIGNATURE AND TITLE) DATE

CONSISTENT AGREEMENT

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER: APR 09 1999

SIGNATURE

OFFICE: So. Calif. Appeals

TITLE: Associate Chief, Appeals

FORM 870-P(AD)(5-88)

# Settlement Agreement For Partnership Adjustments

| Name of Partnership | Schedule of Adjustments | | |
|---|---|---|---|
| VISTA AG-REALTY PARTNERS | | Tax Years(s) Ended | |
| Taxpayer Identifying Number: 33-0194209 | | | |
| Detail of Adjustments to Ordinary Income | November 30, 1986 | | |
| Schedule F – Farming Deductions | 5,442,470 | | |
| Other Deductions | 146,312 | | |
| Total Adjustments To Ordinary Income | 5,588,782 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Expense | | | |
| (1) Adjustment | (7,920,903) | | |
| (2) As Reported | 11,001,254 | | |
| (3) Corrected | 3,080,351 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| Remarks | | | |

FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY
REFER TO:
MS 4550
122096-0003

TAXPAYER(S) NAME(S) AND ADDRESS

EDWARD D & FRANCES S JR DUNN
RT 1 BOX 122
MORGAN GA 31766-9734220

TIN: [redacted]

NAME OF PARTNERSHIP

OASIS DATE ASSOCIATES

TIN: 33-0044213

TAX YEAR ENDED: 1984

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER: Edward D Dunn Jr / ED Dunn Jr — DATE 3-18-97

SIGNATURE OF TAXPAYER: Frances S. Dunn — DATE 3/18/97

BY (SIGNATURE AND TITLE) — DATE

OGDEN SERVICE CENTER

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

IRS - OSC / 507

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER: 10 APR 1997

SIGNATURE: [signature] MAR 25 1997

OFFICE: SALT LAKE CITY APPEALS OFFICE

TITLE: Associate Chief OGDEN, UTAH

E208

FORM 870-P(AD)(5-88)

## Settlement Agreement For Partnership Adjustments

Name of Partnership: OASIS DATE ASSOCIATES

Taxpayer Identifying Number: 33−0044213

Schedule of Adjustments

| | Tax Years(s) Ended | | |
|---|---|---|---|
| | December 31, 1984 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| Schedule F – Farming Expenses | 1,714,967 | | |
| Other Deductions | 41,286 | | |
| Interest Expense | 0 | | |
| Total Adjustments To Ordinary Income | 1,756,253 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Expense | | | |
| (1) Adjustment | (3,000,132) | | |
| (2) As Reported | 4,762,115 | | |
| (3) Corrected | 1,761,983 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 23,952 | | |
| (3) Corrected | 23,952 | 0 | 0 |
| Other Adjustment: Invest. Interest – Invest. Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 23,952 | | |
| (3) Corrected | 23,952 | 0 | 0 |

Remarks

RECEIVED IN CORRES
IRS · OSC / 507
MAR 2 5 1997
OGDEN, UTAH