Kansas City, MO 64999
Mail Stop 4100 A10

Contact Person: John Lopez
Report Writing Unit

Telephone Number: (913) 344-7679
(NOT TOLL FREE)
6:30 a.m.-3:00 p.m.--Monday-Friday

FAX Number: (913) 696-6305

Taxpayer Identification Number:
[redacted]5770

Tax Year(s): 1984 and 1985

Date NOV 13 1997

Kenneth C Kenner
4700 Balcones Dr
Austin, Tx 78731-5307

Dear Mr. and Mrs. Kenner:

Enclosed are the tax calculations resulting from adjustments made on your flow-through investment. The enclosed report shows how adjustments made to Agri-Venture II and Agri-Venture Fund effected your individual income tax return. The tax calculation report, Form 4549A-CG, does not require an agreement signature; it should be kept for your records. If you owe additional tax, you will receive a bill for the additional tax and interest. If you are due a refund, it will be sent to you after all other outstanding issues are resolved. Also, if you owe on other tax years, your refund may be used to offset any outstanding amounts.

If you have any questions about this matter, please write to the contact person shown at the top of this letter. Attach a copy of this letter to any correspondence to help us identify your case. Also, in the event that need more information, please provide your telephone number and the most convenient time for us to call.

You may also call the telephone number shown above. If the number is outside your local calling area, there will be a long distance charge to you. If you prefer, you may call the Internal Revenue Service office listed in your local directory. An IRS employee there may be able to help you, but the office at the above address is most familiar with your case.

Thank you.

Sincerely,

Nancy L. Jones
Chief, Examination Branch

enclosures:
Form 4549A-CG
Publication 1
Notice 609

KCSC-FL 83(Rev. 9/90)

E210

PLAINTIFFS' EXHIBIT 41

# Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | | Return Form No. |
|---|---|---|---|
| KEENER, KENNETH C<br>4700 BALCONES DR<br>AUSTIN TX 78731-5307 | [redacted]70 | | 1040 |
| | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Tax Year End 12/31/84 | Tax Year End | Tax Year End |
|---|---|---|---|
| A. AGRI-VENTURE II | $ 54,460.00 | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 54,460.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 124,006.00 | | |
| 4. Corrected Taxable Income | 178,466.00 | | |
| Tax Method | TAX RATE | | |
| Filing Status | SINGLE | | |
| 5. Tax | 77,168.00 | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 77,168.00 | | |
| Less Credits A. ENERGY CREDIT | 254.00 | | |
| B. GENERAL BUSINESS CREDIT | 138.00 | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 76,776.00 | | |
| 10. Plus Other Taxes A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 76,776.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 49,545.00 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 27,231.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 27,231.00 | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

Income Tax Examination Changes

| Name of Taxpayer: KEENER, KENNETH C | SS or EI Number: [redacted]770 | Return Form No. 1040 |
|---|---|---|

| 17. Penalties | Tax Year End 12/31/84 | Tax Year End | Tax Year End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 27,230.00 | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | 27,231.00 | | |
| B. Penalties (line 18, page 2) (computed to 12/03/97) | | | |
| C. Interest (IRC 6601) (computed to 12/03/97) | 62,544.72 | | |
| D. TMT Interest (computed to 12/03/97 on TMT underpayment) | 24,185.79 | | |
| .. Amount due or refund (sum of lines A. B. C. and D.) | 113,961.51 | | |

Other Information:

| Examiner's Signature JOHN LOPEZ | District Kansas City Service Center | Date 11/03/97 |
|---|---|---|

RGS Ver. 3.97.00



Form 4549A-CG (Rev. 1-91)

Identification Number: [redacted]5770 TOTAL 3.97.00

8412 SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 0.00 | 0.00 | 0.00 |
| 2. 0.050 of Adjusted Gross Income | 7,343.00 | 10,066.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 2,096.00 | 2,096.00 | 0.00 |
| 5. Home Interest Expense | 10,506.00 | 10,506.00 | 0.00 |
| 6. Other Interest Expense | 9,183.00 | 9,183.00 | 0.00 |
| 7. Total Interest Expense | 19,689.00 | 19,689.00 | 0.00 |
| 8. Contributions | 2,166.00 | 2,166.00 | 0.00 |
| 9. Casualty and Theft Losses | 0.00 | 0.00 | 0.00 |
| 10. Miscellaneous Deductions | 212.00 | 212.00 | 0.00 |
| Sum of Lines 3, 4, 7, 8, 9 and 10 | 24,163.00 | 24,163.00 | 0.00 |
| 12. Zero Bracket Amount | 2,300.00 | 2,300.00 | 0.00 |
| 13. EXCESS ITEMIZED DEDUCTIONS Line 11 less Line 12 | 21,863.00 | 21,863.00 | 0.00 |

8412 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | | |
|---|---|---|
| 1. | Total corrected tax liability, Form 4549, line 11 | 76,776.00 |
| 2. | Total corrected tax liability without regard to tax motivated transactions | 49,546.00 |
| 3. | Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 27,230.00 |
| 4. | Tax Deficiency, Form 4549, line 13 | 27,231.00 |
| 5. | Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 27,230.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| AGRI-VENTURE II | 54,460.00 |

Identification Number: [redacted]770 TOTAL 397.00

8412 - TAX YEAR INTEREST COMPUTATION TO 12/03/97

| | | |
|---|---|---|
| Total Tax Deficiency | | 27,231.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 27,231.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/85-06/30/85 | 76 | 13.00 | 747.03 | 151.81 |
| COMPOUND | 07/01/85-12/31/85 | 184 | 11.00 | 1,595.01 | 340.12 |
| COMPOUND | 01/01/86-06/30/86 | 181 | 10.00 | 1,503.26 | 339.80 |
| COMPOUND | 07/01/86-12/31/86 | 184 | 09.00 | 1,442.22 | 342.85 |
| COMPOUND | 01/01/87-09/30/87 | 273 | 09.00 | 2,264.06 | 570.10 |
| COMPOUND | 10/01/87-12/31/87 | 92 | 10.00 | 887.73 | 233.78 |
| COMPOUND | 01/01/88-03/31/88 | 91 | 11.00 | 988.89 | 267.00 |
| COMPOUND | 04/01/88-09/30/88 | 183 | 10.00 | 1,879.29 | 526.01 |
| COMPOUND | 10/01/88-12/31/88 | 92 | 11.00 | 1,080.30 | 313.11 |
| COMPOUND | 01/01/89-03/31/89 | 90 | 11.00 | 1,089.13 | 323.38 |
| COMPOUND | 04/01/89-09/30/89 | 183 | 12.00 | 2,523.92 | 778.23 |
| COMPOUND | 10/01/89-12/31/89 | 92 | 11.00 | 1,215.23 | 388.66 |
| COMPOUND | 01/01/90-12/31/90 | 365 | 11.00 | 5,167.40 | 1,748.63 |
| COMPOUND | 01/01/91-03/31/91 | 90 | 11.00 | 1,363.92 | 486.35 |
| COMPOUND | 04/01/91-12/31/91 | 275 | 10.00 | 3,988.66 | 1,478.52 |
| COMPOUND | 01/01/92-03/31/92 | 91 | 09.00 | 1,243.71 | 477.59 |
| COMPOUND | 04/01/92-09/30/92 | 183 | 08.00 | 2,293.75 | 900.75 |
| COMPOUND | 10/01/92-12/31/92 | 92 | 07.00 | 1,038.43 | 416.11 |
| COMPOUND | 01/01/93-12/31/93 | 365 | 07.00 | 4,316.92 | 1,783.54 |
| COMPOUND | 01/01/94-06/30/94 | 181 | 07.00 | 2,255.43 | 965.15 |
| COMPOUND | 07/01/94-09/30/94 | 92 | 08.00 | 1,346.56 | 586.77 |
| COMPOUND | 10/01/94-12/31/94 | 92 | 09.00 | 1,547.66 | 683.94 |
| COMPOUND | 01/01/95-03/31/95 | 90 | 09.00 | 1,548.37 | 694.30 |
| COMPOUND | 04/01/95-06/30/95 | 91 | 10.00 | 1,780.98 | 810.77 |
| COMPOUND | 07/01/95-12/31/95 | 184 | 09.00 | 3,357.17 | 1,562.92 |
| COMPOUND | 01/01/96-03/31/96 | 91 | 09.00 | 1,712.73 | 814.35 |
| COMPOUND | 04/01/96-06/30/96 | 91 | 08.00 | 1,554.96 | 749.05 |
| COMPOUND | 07/01/96-12/31/96 | 184 | 09.00 | 3,654.39 | 1,795.89 |
| COMPOUND | 01/01/97-12/03/97 | 337 | 09.00 | 7,157.61 | 3,656.31 |
| | | | Total Interest | 62,544.72 | 24,185.79 |
| | | | Total TMT Interest | 24,185.79 | |
| | | | Total Underpayment | 27,231.00 | |
| | | | Total Penalties | 0.00 | |
| | | | Total Amount Due | 113,961.51 | |

8412 - TAX YEAR INTEREST COMPUTATION TO 12/03/97 (con't)

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 10 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/84 (1/1/89 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date: 12/03/97

** TMT (Tax Motivated Transaction) interest is computed on the underpayment of tax attributable to such transactions for interest period after 12/31/84.

| FORM 886-A | PLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>KEENER, KENNETH C | [redacted]-5770 | YEAR/PERIOD ENDED<br>8412 |

"TANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| AGRI-VENTURE II | (151,142.00) | (96,682.00) | 54,460.00 |

WE ADJUSTED YOUR RETURN IN ACCORDANCE WITH THE EXAMINATION RESULTS OF THE PARTNERSHIP RETURN OF WHICH YOU ARE AN INVESTOR.

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: [redacted]770 | | Return Form No. 1040 |
|---|---|---|---|
| KEENER, KENNETH C<br>6300 NORTH ODELL<br>CHICAGO, IL 60631-1911 | Person with whom examination changes were discussed | Name and Title | |
| .. Adjustments to Income | Tax Year End 12/31/85 | Tax Year End | Tax Year End |
| A. AGRI-VENTURE FUND<br>B.<br>C.<br>D.<br>E.<br>F.<br>G.<br>H.<br>I.<br>J.<br>K.<br>L.<br>M.<br>N.<br>O.<br>P.<br>Q.<br>R.<br>S. | $ 27,814.00 | $ | $ |
| 2. Total Adjustments<br>3. Taxable Income Per Return or as Previously Adjusted | 27,814.00<br>58,993.00 | | |
| 4. Corrected Taxable Income<br>Tax Method<br>Filing Status<br>5. Tax<br>6. Additional Taxes | 86,807.00<br>TAX RATE<br>SINGLE<br>30,848.00 | | |
| 7. ...rected Tax Liability | 30,848.00 | | |
| 8. Less Credits A. POLITICAL CONTRIBUTION<br>B. GENERAL BUSINESS CREDIT<br>C.<br>D. | 50.00<br>1,105.00 | | |
| 9. Balance (Line 7 less total of lines 8A through 8D)<br>0. Plus Other Taxes A.<br>B.<br>C.<br>D. | 29,693.00 | | |
| 1. Total Corrected Tax Liability (Line 9 + lines 10A to 10D)<br>2. Total Tax Shown on Return or as Previously Adjusted<br>3. Adjustments to A. Special Fuels Credit<br>B. | 29,693.00<br>16,309.00 | | |
| 4. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13)<br>5. Adjustments to Prepayment Credits | 13,384.00 | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 13,384.00 | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: KEENER, KENNETH C | SS or EI Number: [redacted]70 | Return Form No. 1040 |
|---|---|---|

| | Tax Year End 12/31/85 | Tax Year End | Tax Year End |
|---|---|---|---|
| 7. 'alties<br>A.<br>B.<br>C.<br>D.<br>E.<br>F.<br>G.<br>H.<br>I.<br>J.<br>K.<br>L.<br>M.<br>N. | $ | $ | $ |
| 8. Total Penalties | | | |
| 9. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 0. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 1. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 13,384.00 | | |
| ummary of Taxes, Penalties and Interest:<br>A. Balance due or Overpayment of Taxes (line 16, page 1)<br>B. Penalties (line 18, page 2) (computed to 12/10/97)<br>Interest (IRC 6601) (computed to 12/10/97)<br>TMT Interest (computed to 12/10/97 on TMT underpayment) | 13,384.00<br><br>26,162.32<br>9,566.59 | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 49,112.91 | | |

'ther Information:

| :xaminer's Signature JOHN LOPEZ | District Kansas City Service Center | Date 11/10/97 |
|---|---|---|

:GS Ver. 3.97.00 Page 2 of 2 Form 4549A-CG (Rev. 1-91)