# In The United States Court of Federal Claims

No. 03-2028T & 04-907T[1]

(Filed: February 28, 2006)

---

KENNETH C. KEENER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On February 21-22, 2006, plaintiff filed multiple unopposed motions for leave to file out of time its response, including appendices, to defendant's motion to dismiss. These motions are hereby **GRANTED**. Accordingly, the court adopts the following revised schedule:

1. On or before April 4, 2006, defendant shall file its reply in support of its motion to dismiss and its response to plaintiff's cross motion for partial summary judgment; and

2. On or before April 18, 2006, plaintiff shall file its reply in support of its cross motion for partial summary judgment.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge

---

[1] By the court's August 11, 2005, order, *Smith v. United States*, No. 04-907T, has been consolidated with this case for the purpose of briefing the parties' dispositive motions.