IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2028 T

Judge Francis M. Allegra

(Consolidated with 04-907 T)

---

KEENETH C. KEENER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

MOTION OF THE UNITED STATES FOR ENLARGEMENT OF TIME

---

The United States respectfully moves the Court for an enlargement of time of 24 days, from April 4, 2006, to and including April 28, 2006, within which to file its reply in support of its motion to dismiss and its response to plaintiff's cross motion for partial summary judgment. This is the first enlargement requested for this purpose. Plaintiff's counsel has advised that plaintiff has no objection to the enlargement of time. In support of this motion, defendant submits the following:

1. On February 28, 2006, the Court granted plaintiffs' unopposed motions for leave to file out of time a response to defendant's motion to dismiss and a partial summary judgment motion, including appendices, and ordered both defendant's reply in support of its motion to dismiss and response to plaintiff's cross motion for partial summary judgment to be filed on or

before April 4, 2006. Plaintiffs had submitted their response and summary judgment papers earlier, on February 21/22, 2006, but the Court did not permit their filing until the 28th of the same month.

2. The demands of other cases have prevented the undersigned attorney of record from giving serious consideration to plaintiff's voluminous papers from the time of their filing until yesterday.

3. As the Court is partially aware from an enlargement motion filed in Dismore v. U.S., Fed. Cl. No. 04-1787, Mot. [Doc. #30], the undersigned attorney of record has devoted most of his time since the filing of plaintiff's papers in this case to four projects. The undersigned prepared and, on March 24, 2006, filed a lengthy and complex post oral argument supplemental brief in Electrolux Holdings, Inc. et. al. v. U.S., Fed. Cl. No. 05-450 on March 24, 2006 (the Court had ordered simultaneous filing of supplemental briefs in the case), prepared and, on March 20, 2006, submitted an answer and counterclaim for erroneous refund in Charles H. Johnson and Kay A. Johnson v. U.S., Fed. Cl. No. 05-221 (the Court allowed the answer and counterclaim to be filed on March 21, 2006 - the answer and counterclaim had to be filed by March 22, 2006 due to a jurisdictional deadline), prepared a joint motion to stay proceedings in AWS Management LLC v. U.S., 05-1056 (N.D. Cal.), the finalized and reviewed version of which was filed as a joint stipulation on March 27, 2006. In addition, one day prior to and after this Court granted, on March 16, 2006, defendant's motion for an enlargement of time within which to file a reply in Dismore, the undersigned devoted considerable time to preparing the reply and, after it was reviewed and finalized, filed the reply today, March 28, 2006.

In addition to the preparation and filing of the papers discussed supra, the undersigned is

attorney of record or helping a senior attorney with the representation of the United States in over one hundred cases, most of which are in the Court of Federal Claims. Although many such cases are stayed, those that are not coupled with some that are generate a considerable amount of work that cannot readily be summarized by reference to a large project such as a brief or answer and counterclaim.

4. Similar to Dismore, the undersigned has now turned to the preparation of a reply in support of its motion to dismiss and a response to plaintiff's cross motion for partial summary judgment. The requested 24-day enlargement of time is necessary to provide defendant's counsel with adequate time to prepare a draft reply and response to plaintiff's papers and for that draft to be reviewed and finalized.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Acting Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

March 28, 2006