IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2028 T

Judge Francis M. Allegra

(Consolidated with 04-907 T)

---

KEENETH C. KEENER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

MOTION OF THE UNITED STATES FOR SECOND ENLARGEMENT OF TIME

---

The United States respectfully moves the Court for an enlargement of time of 7 days, from April 28, 2006, to and including May 5, 2006, within which to file its reply in support of its motion to dismiss and its response to plaintiff's cross motion for partial summary judgment. This is the second enlargement requested for this purpose. Plaintiff's counsel has advised that plaintiff has no objection to the enlargement of time. In support of this motion, defendant represents that the undersigned attorney of record submitted the reply and opposition for internal review on April 21, 2006, but that, due to time constraints of the reviewer's schedule, additional time is needed for review and finalizing of the documents. In accord with paragraph (3)(a) of the Court's Special Procedures Order, after filing, a copy of this motion will be transmitted by facsimile to the Court's chambers at (202) 357-6498.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Acting Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

April 26, 2006