# In The United States Court of Federal Claims

No. 03-2028T & 04-907T[1]

(Filed: April 27, 2006)

KENNETH C. KEENER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On April 26, 2006, defendant filed an unopposed motion for an enlargement of time in which to file its reply in support of its motion to dismiss and its response to plaintiff's cross motion for partial summary judgment. The motion is hereby **GRANTED**. Accordingly, the court adopts the following revised schedule:

1. On or before May 5, 2006, defendant shall file its reply in support of its motion to dismiss and its response to plaintiff's cross motion for partial summary judgment; and

2. On or before May 19, 2006, plaintiff shall file its reply in support of its cross motion for partial summary judgment.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge

[1] By the court's August 11, 2005, order, *Smith v. United States*, No. 04-907T, has been consolidated with this case for the purpose of briefing the parties' dispositive motions.