IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2028 T

Judge Francis M. Allegra

(Consolidated with 04-907 T)

KENNETH C. KEENER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF

Defendant hereby moves the Court for leave to file the attached oversized 36 page Reply Brief in Support of Its Motion for Partial Dismissal of Plaintiffs' Complaints. The number of additional pages required is 16. See Spec. Proc. Order 3(b). In support of this motion, defendant submits the following:

1. On November 4, 2005, defendant filed a Motion for Partial Dismissal of plaintiffs' Complaints. The motion raises two principal issues: (1) whether the Court lacks jurisdiction in this partner level proceeding to consider the timeliness of an FPAA, which defendant contends is a partnership issue, and (2) whether the Court lacks jurisdiction to consider plaintiffs' challenge to the imposition of tax motivated interest because undisturbed FPAA sham determinations support the imposition.

2. On February 21, 2006, plaintiffs filed a response to the Motion for Partial

Dismissal. On the same date, plaintiffs also filed an affirmative Motion for Partial Summary Judgment as to tax motivated interest. Plaintiffs' brief in response to defendant's motion is 39 pages long, and its brief in support of its affirmative summary judgment motion is 31 pages in length. Plaintiffs raise essentially the same arguments regarding tax motivated interest in both briefs, although with significantly varying emphasis and detail.

3. The duplicative arguments and varying detail in plaintiffs' briefs complicate defendant's responses. Defendant believes that it promotes clarity to respond to the arguments plaintiffs raise in each filing in the response to that particular filing. Nevertheless, as a result of the overlapping nature of plaintiffs briefs, defendant naturally included some duplicative material in its briefs and this redundancy added to the total page count. Defendant's reply brief (but not its opposition to plaintiffs' summary judgment motion) is overlength. Accordingly, defendant seeks leave to file an oversize reply brief.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice, Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Acting Chief, Court of Federal Claims Section*

STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

May 5, 2006