No. 03-2028 T
(Judge Francis M. Allegra)

(Consolidated with 04-907 T)

---

***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

KEENETH C. KEENER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S OPPOSITION TO PLAINTIFFS' §6621(c) MOTION FOR PARTIAL SUMMARY JUDGMENT

EILEEN J. O'CONNOR
Assistant Attorney General

DAVID GUSTAFSON
STEVEN I. FRAHM
BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496

**Page**

# TABLE OF CONTENTS

Defendant's Opposition to Plaintiff's § 6621(c) Motion for Partial Summary Judgment . . . . . 1
Introduction and Questions Presented . . . . . 1

I. Factual Background and Summary Judgment Posture . . . . . 3

II. Plaintiffs' Form 870-P(AD) Settlement Agreements were Partial not Comprehensive: there was no agreement that the partnership activities of AVII, AVF, RGA, and DHV, which generated Keener's and Smith's allowed deductions, were not shams . . . . . 5

III. Because plaintiffs' settlement agreements were partial, the FPAA sham determinations and the Tax Court's decisions both support the IRS' assessment of tax motivated interest against them . . . . . 10

IV. The Court should not follow Weiner. . . . . . 17

V. Conclusion . . . . . 26

**Page**

## TABLE OF AUTHORITIES

**Cases:**

*Commissioner v. Sunnen*, 333 U.S. 591 (1948) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Conway v. United States*, 326 F.3d 1268 (Fed. Cir. 2003) . . . . . . . . . . . . . . . . . . 4, 20, 21

*Dureiko v. United States*, 209 F.3d 1345 (Fed. Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . 7

*Erickson v. United States*, 159 Ct. Cl. 202, 309 F.2d 760 (1962) . . . . . . . . . . . . . . . . . . 16

*United States v. Fior D'Italia, Inc.*, 536 U.S. 238 (2002) . . . . . . . . . . . . . . . . . . . . . . . . 21

*Falconwood Corp. v. United States*, 422 F.3d 1339 (Fed. Cir. 2005) . . . . . . . . . . . . . . . . 4

*Foster v. Hallco Mfg. Co., Inc.* , 947 F.2d 469 (Fed. Cir. 1991) . . . . . . . . . . . . . . . . . . . 15

*Esposito v. United States*, - - Fed. Cl. - -, 2006 WL 800757 (Mar. 27, 2006) . . . . . . . . . 21

*Gainer v. Commissioner*, 893 F.2d 225 (9th Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . 21, 22

*Genesis Oil & Gas, Ltd. v. Commissioner*, 93 T.C. 562 (1989) . . . . . . . . . . . . . 11, 13, 20

*Heasley v. Commissioner*, 902 F.2d 380 (5th Cir. 1990) . . . . . . . . . . . . . . . . . . . . . 21, 22

*Keene v. Commissioner*, 121 T.C. No. 2 at n.1 (2003) . . . . . . . . . . . . . . . . . . . . . . . . . 24

*Kraemer v. United States*, No. CIV. H-00-2948, 2002 WL 575791
(S.D.Tex. Feb. 13, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Law v. Commissioner*, 84 T.C. 985 (1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21, 24

*Lyons v. United States*, 445 Fed. Cl. 399 (1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . 14, 15

*McCrary v. Commissioner*, 92 T.C. 827 (1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . 21, 22

*Mosca v. United States*, 224 Ct. Cl. 678 F.2d 288 (1980) . . . . . . . . . . . . . . . . . . . . . . . 14

*Parklane Hosiery Co. v. Shore*, 439 U.S. 322 (1979) . . . . . . . . . . . . . . . . . . . . . . . . . 14

**Page**

**Cases (Continuation):**

*Roberts v. Commissioner*, 94 T.C. 853 (1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Rodgers v. Commissioner*, 60 T.C.M. (CCH) 1386 (1990) . . . . . . . . . . . . . . . . . . . . 21, 24

*Saab Cars USA, Inc. v. United States*, 434 F.3d 1359 (Fed. Cir. 2006) . . . . . . . . . . . . . . 4

*Schachter v. Commissioner*, 67 T.C.M. (CCH) 3092 (1994) . . . . . . . . . . . . . . . 21, 24, 25

*Thomas v. United States*, 166 F.3d 825 (6th Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . 26

*Thompson v. United States*, 223 F.3d 1206 (10th Cir. 2000) 26

*Todd v. Commissioner*, 862 F.2d 540 (5th Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . 21, 22

*Trauma Serv. Group v. United States*, 104 F.3d 1321 (Fed. Cir. 1997) . . . . . . . . . . . . . . 6

*United States v. International Bldg.*, Co., 345 U.S. 502 (1953) . . . . . . . . . . . . . . . . . . . 16

*United States v. Janis*, 428 U.S. 433 (1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 20

*Weiner v. United States*, 389 F.3d 152 (5th Cir. 2004) . . . . . . . . . . 8, 12-13, 17-21, 25-26

**Statutes:**

Internal Revenue Code of 1986 (26 U.S.C.):[1]
§ 447 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
§ 481 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
§ 6015 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
§ 6110 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
§ 6223 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
§ 6225 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 20
§ 6226 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 11- 15, 17, 20
§ 6229 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-12

[1] All statutory references to Title 26 of the United States Code are to the Internal Revenue Code of 1986, as in effect for the taxable year at issue or as in effect otherwise with respect to the facts of the present cases. Internal Revenue Code sections are referenced throughout the brief as "§ [section]."

**Page**

**Statutes (continued):**


§ 6231 . . . . . . . . . . 5, 11-12
§ 6404 . . . . . . . . . . 25
§ 6621 . . . . . . . . . . 1, 3, 7, 10, 13, 15, 16, 18, 22, 24-26
§ 6659 . . . . . . . . . . 22
§ 7483 . . . . . . . . . . 15

Tax Equity and Fiscal Responsibility Act of 1982, Pub. L. No. 97-248, 96 Stat. 324 . . . 2


**Miscellaneous:**


Rules of the United States Court of Federal Claims, Rule 56 . . . . . . . . . . 4

64 Fed. Reg. 3837 . . . . . . . . . . 12

H.R. Conf. Rep. No. 98-861 (1984), reprinted in 1984-3 C.B. (vol. 2) . . . . . . . . . . 26

IRS litigation guideline memorandum, 1992 LGM TL-68, 1992 WL 1355154 . . . . . . . 24

Temp. Treas. Reg. (26. C.F.R.):
§ 301.6229(f)-1T(b) (1999) . . . . . . . . . . 12
§ 301.6621-2T (1984) . . . . . . . . . . 22, 23