# In The United States Court of Federal Claims

Nos. 03-2028T & 04-907T

(Filed: August 15, 2006)

KENNETH C. KEENER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 14, 2006, defendant filed an additional/alternative ground in support of its motion to dismiss plaintiffs' tax motivated interest claims. Plaintiff's response, and defendant's reply thereto, shall be filed in accordance with the timing indicated in RCFC 7.1(c). After receipt of defendant's reply, the chambers will contact the parties to determine a date for a telephonic oral argument on the motion to dismiss.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge