IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENNETH C. KEENER | § | |
| | § | |
| Plaintiff, | § | Docket No.03-2028T |
| v. | § | Consolidated with 04-907T |
| | § | |
| | § | |
| UNITED STATES OF AMERICA | § | Judge Francis M. Allegra |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' MOTION TO ENLARGE**

Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith (the "Plaintiffs") move for an enlargement of time to file their response to the government's United States' motion for partial dismissal filed on August 14, 2006,and in support would show the Court as follows:

Plaintiffs Kenneth C. Keener, William P. Smith, Jr., and Anne D. Smith's response is due September 11, 2006. Plaintiffs request an enlargement of four days to Friday, September 15, 2006. Plaintiffs have not previously requested an enlargement of time to file their response.

This request for an enlargement is necessary because counsel for Plaintiffs, Ms. Womack, has been with various physicians and required to a attend to her son who was injured in a football accident.

Government counsel has represented that the United States is unopposed to the granting of this motion.

WHEREFORE, Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith respectfully request an enlargement of time to September 15, 2006 to respond to the United States motion for partial dismissal.

Respectfully,

/s/ Thomas E. Redding
Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

## CERTIFICATE OF CONFERENCE

On Friday, September 11, 2006, Teresa J. Womack, associate counsel for plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith, corresponded with Mr. Bart D. Jeffress, counsel for the United States, who stated that the United States is unopposed to this forgoing motion.

/s/ Teresa J. Womack
Teresa J. Womack



R:\DOCS\TAXCONT.T\twwm9116.ke1.wpd