IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENNETH C. KEENER | § | |
| | § | |
| Plaintiff, | § | Docket No.03-2028T |
| v. | § | Consolidated with 04-907T |
| | § | |
| | § | |
| UNITED STATES OF AMERICA | § | Judge Francis M. Allegra |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' SECOND MOTION TO ENLARGE**

Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith (the "Plaintiffs") move for an additional enlargement of time to file their response to the government's United States' motion for partial dismissal that was filed on August 14, 2006,and in support would show the Court as follows:

Plaintiffs Kenneth C. Keener, William P. Smith, Jr., and Anne D. Smith's response is due September 15, 2006. Plaintiffs request an enlargement of four days to Tuesday, September 19, 2006. Plaintiffs have previously requested an enlargement of time of four days from September 11, 2006 until September 15, 2006 to file their response.

This request for an enlargement is necessary because counsel for Plaintiffs, Ms. Womack, has been with various physicians and required to a attend to her son who was injured in a football accident.

Government counsel has represented that the United States is unopposed to the granting of this motion.

WHEREFORE, Plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith respectfully request an enlargement of time to September 19, 2006 to respond to the United States motion for partial dismissal.

Respectfully,

/s/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

## CERTIFICATE OF CONFERENCE

On Thursday, September 14, 2006, Teresa J. Womack, associate counsel for plaintiffs Kenneth C. Keener and William P. Smith, Jr. and Anne D. Smith, corresponded with Mr. Bart D. Jeffress, counsel for the United States, who stated that the United States is unopposed to this forgoing motion.

/s/ Teresa J. Womack

Teresa J. Womack