# In The United States Court of Federal Claims

Nos. 03-2028T & 04-907T

(Filed: October 30, 2006)

KENNETH C. KEENER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic oral argument on defendant's motion to dismiss will be held in this case on Thursday, November 16, 2006, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled argument time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge