IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2028 T

Judge Francis M. Allegra

(Consolidated with 04-907 T)

KENNETH C. KEENER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

MOTION TO FILE CORRECTED REPLY BRIEF

Defendant hereby moves the Court for leave to file the attached 21-page Corrected Reply Brief. On October 17, 2006, defendant filed a reply brief [Doc. #60] that contained an incorrect legal discussion regarding the commencement of the six month period of limitations. The attached brief makes appropriate corrections, using redline text to show additions and strikeout text to show deletions to the previously filed reply. Defendant regrets its error, and requests the Court to permit the filing of the attached corrected reply to replace the earlier brief.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice, Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*

*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

November 9, 2006