# In The United States Court of Federal Claims

Nos. 03-2028T & 04-907T

(Filed: May 22, 2007)

---

KENNETH C. KEENER, et al,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On November 4, 2005, defendant filed its motion for partial dismissal of plaintiffs' complaint, seeking to dismiss plaintiffs' allegations regarding the untimely assessment of tax attributable to partnership items, and allegations regarding the propriety of the assessment of tax motivated interest under former 26 U.S.C. § 6621(c), for lack of jurisdiction. On February 21, 2006, plaintiffs filed their response to defendant's motion for partial dismissal and their motion for partial summary judgment with respect to those allegations. On April 18, 2007, a published opinion was issued in this case granting defendant's motion for partial summary judgment, concluding that the court lacked jurisdiction over plaintiffs' allegations regarding the untimely assessment of tax attributable to partnership items, and allegations regarding the propriety of the assessment of tax motivated interest under former 26 U.S.C. § 6621(c). *See Keener v. United States*, 2007 WL 1180476 (Fed. Cl. April 18, 2007). Accordingly, plaintiffs' motion for partial summary judgment is hereby **DENIED**, as moot.

On August 11, 2005, this court stayed proceedings on plaintiffs' allegations regarding failure to abate the assessment of interest (including tax motivated interest under former 26 U.S.C. § 6621(c)) pursuant to 26 U.S.C. § 6404(e)(1), pending the appeal in *Hinck v. United States*. On May 21, 2007, the Supreme Court issued its decision and opinion affirming the decision of the Federal Circuit. *Hinck v. United States*, 2007 WL 1461153 (U.S. May 21, 2007). On or before June 20, 2007, the parties shall file a joint status report indicating how this case should proceed as to this interest abatement issue.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge