# In The United States Court of Federal Claims

Nos. 03-2028T & 04-907T

(Filed: July 10, 2007)

---

KENNETH C. KEENER, el al

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On April 18, 2007, a published opinion was issued in this case granting defendant's motion for partial summary judgment, concluding that the court lacked jurisdiction over plaintiffs' allegations regarding the untimely assessment of tax attributable to partnership items, and allegations regarding the propriety of the assessment of tax motivated interest under former 26 U.S.C. § 6621(c). *Keener v. United States*, 76 Fed. Cl. 455 (2007). On May 22, 2007, plaintiffs' motion for partial summary judgment was denied as moot.

On August 11, 2005, this court stayed proceedings on plaintiffs' allegations regarding failure to abate the assessment of interest (including tax motivated interest under former 26 U.S.C. § 6621(c)) pursuant to 26 U.S.C. § 6404(e)(1), pending the appeal in *Hinck v. United States*, 446 F.3d 1307 (Fed. Cir. 2006). On May 21, 2007, the Supreme Court issued its decision and opinion affirming the decision of the Federal Circuit, *Hinck v. United States*, 127 S. Ct. 2011 (2007), and on June 22, 2007, judgment was entered. On June 20, 2007, the parties filed a joint status report indicating that, based on the Supreme Court's decision in *Hinck*, this court lacks subject matter jurisdiction over plaintiffs' interest abatement claims.

Accordingly, on or before August 8, 2007, the parties shall either file a joint stipulation of dismissal of this remaining claim, or plaintiffs, defendant, or both parties, shall file an appropriate motion.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge