IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2028 T

Judge Francis M. Allegra

(Consolidated with 04-907 T)

---

KEENETH C. KEENER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

JOINT STIPULATION FOR DISMISSAL OF INTEREST ABATEMENT CLAIMS

---

It is hereby stipulated and agreed that, pursuant to the Supreme Court's opinion in *Hinck v. United States*, 127 S.Ct. 2011 (2007), plaintiffs' interest abatement claims in Fed. Cl. No. 03-2028 (paragraphs 12.G, 12.H., 22.G., and 22.H. of the complaint [Doc. #1]) and plaintiffs' interest abatement claims in Fed. Cl. No. 04-907 T (paragraphs 12.F., 12.G., 22.F., 22.G., 32.F., and 32.G. of the complaint [Doc. #1]) be dismissed for lack of subject matter jurisdiction, with the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

______________ s/Teresa J. Womack
Date

TERESA J. WOMACK
Redding & Associates, P.C.
P.O. Box 924328
Houston, Texas 77292-4328
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

______________ s/Bart D. Jeffress by s/Teresa J. Womack
Date

BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

______________ s/Steven I. Frahm by s/Teresa J. Womack
Date

Of Counsel

Attorneys for Defendant