# In The United States Court of Federal Claims

Nos. 03-2028T & 04-907T

(Filed: August 16, 2007)

---

KENNETH C. KEENER, el al

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On April 18, 2007, a published opinion was issued in this case granting defendant's motion for partial summary judgment, concluding that the court lacked jurisdiction over plaintiffs' allegations regarding the untimely assessment of tax attributable to partnership items, and allegations regarding the propriety of the assessment of tax motivated interest under former 26 U.S.C. § 6621(c). *Keener v. United States*, 76 Fed. Cl. 455 (2007). On August 8, 2007, the parties filed a joint stipulation agreeing to dismiss plaintiffs' remaining allegations regarding failure to abate the assessment of interest (including tax motivated interest under former 26 U.S.C. § 6621(c)) pursuant to 26 U.S.C. § 6404(e)(1). All of plaintiffs' claims have now been adjudicated. Accordingly, the Clerk of Court is hereby ordered to dismiss the complaint.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge