ORIGINAL

FILED
SEP 15 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENNETH C. KEENER<br>WILLIAM P. SMITH, JR., and<br>ANNE D. SMITH, | § § § | Docket No.03-2028T |
| Plaintiffs, | § § | Consolidated with 04-907T |
| v. | § § | Judge Francis M. Allegra |
| UNITED STATES OF AMERICA | § § § | |
| Defendant. | § | |

**PLAINTIFFS' JOINT NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Kenneth C. Keener, William P. Smith, Jr., and Anne D. Smith (collectively the "Plaintiffs") in the above named consolidated case hereby jointly appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered against Kenneth C. Keener, William P. Smith, Jr., and Anne D. Smith in the above named consolidated action on August 17, 2007.

Respectfully,

Teresa J. Womack

Teresa J. Womack
Texas State Bar No. 00788707
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS
KENNETH C. KEENER,
WILLIAM P. SMITH, JR. AND ANNE D. SMITH

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 16661300
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

**CERTIFICATE OF SERVICE**

A copy of the forgoing notice of appeal was served on counsel for the United States by U.S. Mail on October 12, 2007 at the following address:

Mr. Bart D. Jeffress
United States Department of Justice
Tax Division, Court of Federal Claims Section
P.O. Box 26
Benjamin Franklin Post Office
Washington, DC 20044

Teresa J. Womack



R:\DOCS\TAXCONT.T\twwmO127.ke1.wpd